## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| DR. THOMAS HUBBARD, PhD,<br><br>*Plaintiff*,<br><br>v.<br><br>SARAH ALLEN BLAKEMORE and JOHN DOES 1-10,<br><br>*Defendants*. | Case No. 1:20-cv-767 |

### PLAINTIFF'S ORIGINAL COMPLAINT

COMES NOW Dr. Thomas Hubbard, PhD ("***Dr. Hubbard***" or "***Plaintiff***") and files his Complaint ("***Complaint***") against Sarah Allen Blakemore ("***Blakemore***" or "***Defendant***") and John Does 1-10 ("***John Does***") and would respectfully show as follows:

### JURISDICTION AND VENUE

1. Defendant is subject to jurisdiction in Texas because Defendant is domiciled in Texas. Venue is appropriate because Defendant committed the actions complained of herein in Travis County, Texas.

2. Subject matter jurisdiction is appropriate because the amount in controversy exceeds $75,000.00 including all damages and attorneys' fees. In addition, there is complete diversity of citizenship because Plaintiff is domiciled in California and, on information and belief, John Does 1-10 are not domiciled in the State of California.

### PARTIES

3. Plaintiff is a natural person who is a permanent resident and citizen of the State of California. He may be served through the undersigned counsel of record.

4.      Defendant Blakemore is a natural person who is a permanent resident and citizen of the State of Texas. She may be served with process at 6445 Brompton Rd, Houston, TX 77005.

5.      Defendants John Does 1-10, on information and belief, are natural persons and are permanent residents and citizens of the State of Texas.

## FACTUAL BACKGROUND

6.      Dr. Hubbard is a longstanding full-time member of the faculty of the Classics Department of the University of Texas at Austin, and a faculty affiliate of the Center for Women's and Gender Studies. In the Fall of 2019 his career and reputation were attacked by the same mob violence and mob "justice" currently sweeping the land. Defendants were the instigators and initiators of these events through libelous and slanderous statements made of and concerning Dr. Hubbard.

7.      On approximately November 21, 2019, Blakemore, acting in concert with John Does, authored and caused to be published the document attached hereto as Exhibit A (the "*Flyer*"), which was circulated as a flyer to multiple third parties in and around the campus of the University of Texas at Austin, where Dr. Hubbard was a full-time faculty member in the Fall of 2019 in an apparent attempt to "cancel" Dr. Hubbard or create a "doxing" of him. On the same date, the Flyer was reproduced and sent out nationwide via a Twitter list to which many faculty and students in the field of Classics subscribe, eliciting multiple hostile reactions to Dr. Hubbard within his professional field.

8.      The Flyer makes multiple false statements of fact of and concerning Dr. Hubbard. First, it claims that Dr. Hubbard has been "*advocating for pederasty (pedophilia) for as long as he has taught at the University of Texas*." This statement gives the

impression that Dr. Hubbard is some type of "Professor Pedophile" who has spent his entire career advocating for adults to have sex with children. This is completely false in every imaginable way.

9. Dr. Hubbard first began teaching at the University of Texas in 1985 and did not even begin serious research or teaching related to the ancient Greek practice of pederasty until after he was tenured in 1993. He has never "advocated" for the practice of pederasty in contemporary society, but sought to understand it within its cultural and historical context in classical and post-classical civilizations.

10. In addition, "pederasty" and "pedophilia" are not identical terms and do not refer to the same age range. One refers to sexually mature adolescents and the other refers to prepubescent children. Dr. Hubbard has most certainly never advocated for, justified, or rationalized pedophilia in any form or fashion, nor is it widely attested in the historical cultures he discusses.

11. The Flyer also makes the following claims

- Dr. Hubbard has "*used his position to further a community of individuals hoping to prey on underage boys*";

- That "*[i]n his academic writing*" Dr. Hubbard "*describes physical relationships between men and young boys as 'proper learning experiences'*" and that Dr. Hubbard's publications such as one titled "Boys' Sexuality and Age of Consent" "encourage" illicit acts between adults and children;

- That Dr. Hubbard taught a course called "Mythology of Rape" (giving the impression that Dr. Hubbard taught a course that advocated that rape is a

mythological concept) that was banned at the University of Texas after only one semester;

- That Dr. Hubbard "is heavily associated with the North American Man/Boy Love Association" ("*NAMBLA*"), which Defendants describe as "formerly the world's largest pedophile activist group" and that Dr. Hubbard is "even on the list of associated individuals" on the NAMBLA Wikipedia page.

12. The Flyer concludes with the following paragraph:

> We are calling for Dr. Thomas K. Hubbard's immediate removal from his position as a professor of the classics department at the University of Texas at Austin.  ***An individual who advocates for violent crime against teen boys*** had no business teaching the leaders of tomorrow.  ***It is clear to us that the University of Texas does not have its student's safety, health, and welfare in mind***.  ***Hubbard's misconduct has been brought to administration before to no avail.  We refuse to stand by while this man uses his status to promote pedophilia.***

13. These statements are all completely false.  Dr. Hubbard has never stated that he viewed "*physical relationships between men and young boys*" as "*proper learning experiences*" in current US society, but rather that many ancient Greeks viewed them as such.  Dr. Hubbard has never published any statements that "*encourage illicit acts*" between adults and adolescent young men.  He has done nothing more than engage in discourse with other scholars regarding the age of consent of adolescent young men while referencing historical and cross-cultural practices as background for discussions.

14. In addition, Dr. Hubbard's course was actually titled "Mythologies of Rape" and not "Mythology of Rape," and it was not banned after one semester.  It was a class that focused on the historical evolution of laws against sexual assault and rape in classical mythology;  the course never explored any notion that rape was, in itself, a mythological concept.  The course was actually scheduled to be taught the following year with an agreement from the Center for Women's and Gender Studies to cross-list it, but both his

department and he decided that Dr. Hubbard was needed more to teach a larger enrollment course.

15. Moreover, Dr. Hubbard is not "heavily associated" with NAMBLA and has on more than one occasion publicly stated his disagreement with NAMBLA's view on abolishing age of consent laws altogether. The Wikipedia article cited in the Flyer was revised to omit any reference to Dr. Hubbard within one day of Dr. Hubbard contacting Wikipedia and providing its editorial collective with proof of his public disagreement with NAMBLA's positions. The Flyer's statements in this regard are total fabrications.

16. Finally, Dr. Hubbard has never advocated for "violent crime" against teen boys or anyone else and has never advocated that adults ignore age of consent laws and statutorily rape or molest children. Once again, these are total and complete fabrications.

17. In a December 4, 2019 news story in the Austin American Statesman, however, Blakemore doubled down on these libelous claims. *See* https://www.statesman.com/news/20191204/austin-students-want-professor-fired-for-writings-on-age-of-consent-ut-says-itrsquos-protected-speech. She was quoted as saying, "*I understand everyone has their own academic license, but I don't think it's appropriate for teachers at a public university to be promoting breaking the law.*" Once again, Dr. Hubbard has never ever promoted law breaking, but has at most proposed some modest reforms to the law regarding age of consent to be consistent with the laws of many developed countries.

18. Defendants' libel and slander is essentially like accusing someone who proposes reform to United States drug laws as someone who "advocates for drug abuse"

Case 1:20-cv-00767-RP Document 1 Filed 07/20/20 Page 5 of 8

ORIGINAL COMPLAINT                                                                                              5

and "breaking the law".  It is completely and maliciously false to accuse Dr. Hubbard of advocating for child rape or for otherwise breaking the law.

19. In summary, the publications and statements complained of herein expressly and/or impliedly through juxtaposition, context, and innuendo, make the following false statements of fact of and concerning Dr. Hubbard:

   a. That Dr. Hubbard promotes, encourages, and/or advocates for the commission of pedophilia (adult sex with prepubescent children);

   b. That Dr. Hubbard's teaching and scholarship promotes, encourages, and/or advocates for the commission of pederasty (adult sex with sexually developed adolescent minors);

   c. That Dr. Hubbard's teaching and scholarship promotes, encourages, advocates for, and is "heavily associated with" NAMBLA, an organization that is alleged to promote pedophilia and revoking all age of consent laws;

   d. That Dr. Hubbard teaches and engages in scholarship that pedophilic and pederastic relationships can be "proper learning experiences" for the children/minors involved;

   e. That Dr. Hubbard teaches and engages in scholarship that promotes and advocates for violent crime against children and teenagers;

   f. That Dr. Hubbard's teaching and scholarship has jeopardized the safety, health, and welfare of students at the University of Texas; and

   g. That Dr. Hubbard's teaching and scholarship caused the University of Texas at Austin to "ban" one of his classes.

20.     Defendants' libel and slander have caused significant damage to Dr. Hubbard. Following the publication of these statements, Dr. Hubbard's house was attacked and vandalized on December 9, 2019 by militants associated with an explicitly revolutionary organization (the Popular Women's Movement/Movimiento Femenino Popular) who spray-painted red graffiti on Dr. Hubbard's house in the form of bold letters spelling "CHILD RAPIST" and a hammer and sickle. Graffiti was also spray painted on a nearby store that threatened Dr. Hubbard's life.

21.     Due to these events, Dr. Hubbard was forced to leave Austin, Texas and relocate to California.  He has suffered significant damages to his reputation, mental anguish, and emotional distress. He is unable to resume teaching in anything but an online format.

## CAUSES OF ACTION

## COUNT I

### Libel (*per se* and *per quod*)

22.     Plaintiff realleges all of the preceding allegations as if fully stated herein.

23.     Defendants published false statements of fact of and concerning Plaintiff, who is not a general purpose or limited purpose public figure.  Defendants acted with negligence as well as actual malice and/or reckless disregard for the truth the false statements of fact. Alternatively, Defendants are strictly liable for the defamatory Flyer and statements.  The false statements of fact were defamatory of Plaintiff and caused reputational injury *per se* because they injured Plaintiff in his occupation as university faculty member who works with students.  The false statements also caused Plaintiff actual damages and mental anguish.

24. Plaintiff further seeks exemplary damages because Defendants' actions were committed with actual malice and/or reckless disregard for the truth.

## CONDITIONS PRECEDENT

25. All conditions precedent to Plaintiff's claims have occurred or have been waived.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment as follows:

a. awarding actual, reputational, mental anguish, and exemplary damages;

b. pre- and post-judgment interests and costs; and

c. all other relief to which Plaintiff is entitled in law or equity.

Dated: July 20, 2020.

Respectfully submitted,

CAMARA & SIBLEY LLP

/s/ Joseph D. Sibley
Joseph D. Sibley
State Bar No. 24047203
sibley@camarasibley.com
Camara & Sibley LLP
1108 Lavaca St
Suite 110263
Austin, TX 78701
Telephone: (713) 966-6789
Fax: (713) 583-1131

**ATTORNEYS FOR PLAINTIFF**