# EXHIBIT

# A

Students for Safety

FOR IMMEDIATE RELEASE:                                     Contact: Sarah Blakemore
Thursday, November 21, 2019                                        713-851-4247

### Rally for the Removal of Dr. Thomas Hubbard

AUSTIN, TX - Dr. Thomas K. Hubbard has been advocating for pederasty (pedophilia) for as long as he has taught at the University of Texas. Since 2000, Dr. Hubbard has used his position to further a community of individuals hoping to prey on underage boys. In his academic writing, Hubbard describes physical relationships between men and young boys as "proper learning experiences." Works like "Boys' Sexuality and Age of Consent" encourage these illicit acts. His course "Mythology of Rape" was banned at UT after only one semester. Furthermore, Hubbard is heavily associated with the North American Man/Boy Love Association (NAMbLA), formerly the world's largest pedophile activist group. He is even on the list of associated individuals on the NAMbLA Wikipedia page.

We are calling for Dr. Thomas K. Hubbard's immediate removal from his position as a professor of the classics department at the University of Texas at Austin. An individual who advocates for violent crime against teen boys had no business teaching the leaders of tomorrow. It is clear to us that the University of Texas does not have its student's safety, health, and welfare in mind. Hubbard's misconduct has been brought to administration before to no avail. We refuse to stand by while this man uses his status to promote pedophilia.

It is our goal to make students aware of Hubbard's disgusting ideals even if the University of Texas protects him. It should be a student's choice whether to learn from a man with Hubbard's record.

###