

**DEPARTMENT OF CLASSICS**
The University of Texas at Austin

2210 Speedway, C3400 • Waggener Hall 123 • Austin, Texas 78712 • 512 471 5742 • FAX 512 471 4111
www.liberalarts.utexas.edu/classics/

October 7, 2020

Dear Ms. Yarrow:

Colleagues have drawn my attention to a blog you posted about a week ago titled "On Pedophilia and Classics." In this article, you identify four men as "documented pedophiles" and proceed to infer that I am also one. Such an assertion is what attorneys call *per se* defamation in the case of the first four and at the very least *per quod* defamation in my own case. I must therefore insist that you withdraw this blog in its entirety and make no further statements suggesting that I am in any way guilty of anything unless I am so adjudicated by a court of law.

Your deficient knowledge of the subject is embarassing to see in any credible academic professional. You do not even appear to know the actual definition of "pedophilia" that is universally accepted by behavioral and social scientists, namely the definition supplied by the *Diagnostic Statistical Manual of the American Psychiatric Association,* 5th edition (*DSM-V*). Those of us who actually work in this area understand that pedophilia, hebephilia, and ephebophilia (= Greek pederasty) are distinct phenomena that seldom occur in the same individual. Only the first is classified as a disorder by *DSM-V*. Scholars have a responsibility to use scientific terms properly. If they don't know the scientific definition of a word, they should avoid using it.

Your documentation of the first four "documented pedophiles" is very thin indeed. The article to which you link in no way proves that Clifford Hindley sent government money to PIE out of any sympathy for the organization or that sending the money was his idea. It merely contains the vague memory of an aged civil servant about seeing a spreadsheet over 30 years ago that no longer exists about a money transfer that has never been documented, and remembering Hindley having said it was sent due to a request from Special Branch so they could implant a credible spy in the organization for law enforcement purposes.

Andrew Dyck's case concerned a 13-year old girl (at the upper end of the hebephilic range) with whom he never had in-person contact. It is not even clear that he knew she was 13 when he corresponded with her, or that his conversation turned sexual before a police *agent provocateur* began impersonating her and leading him on. I met him and his attractive Asian-American wife around that time and had no sense that they were anything but a happy couple. If he only got six months in a plea bargain, there must have been some serious problems with the prosecution's case (likely enabling an entrapment defense), as the usual sentence for this class of offense is much longer.

**EXHIBIT I**

The other two cases you mention were prosecutions for possession of illegal images. The criminological scholarship is clear that there is no causal connection between possession of these images and commission of actual illegal acts upon children. The percentage of men who are found to access these images online and are later found to have molested children is very small. Indeed, during the decade or so that such images were fully legal in some European countries like Denmark and Czechoslovakia, and the longer period when they were legal in Japan, rates of actual child molestation went down, and then rose again after the images were banned. I in no way defend people who create or share certain images, but civil libertarians are concerned about the misuse of child pornography laws to seize legitimate art work, such as the photography of Will McBride, Jock Sturges, or Sally Mann, or anthropological records, such as those of Walter Williams. Therapists who work with CP offenders know that most of them are men with active fantasy lives, generalized antinomian tendencies, and often serious substance abuse problems, but they do not have histories of child abuse or even primarily pedophilic orientations.

I know nothing about Haas' motivation in collecting this garbage, but if he only got 20 months (compared to the federal guideline of 150 months), it is clear that he was never found to have molested.  I have known Holt Parker over 40 years, although I would not call him a friend and I find his scholarship both opportunistic in its political correctness and simple-minded in its structuralism. I am probably the only classicist who was entirely unsurprised by his arrest, based on what I have seen over the years of his personality and thinking. Collecting sado-masochistic and scatological child pornography is completely consistent with his ideology about human sexuality as primarily a medium of domination and exploitation among unambiguous superiors and inferiors. In his twisted way, he probably thought this material would help him prove that thesis, if only to himself. I think it had nothing to do with any personal sexual attraction to small children.

Not a single one of these men can legitimately be called a "documented pedophile," and doing so is grossly unethical. Your discussion of me demonstrates equal carelessness. You have obviously never read the academic articles in which I discuss modern criminal justice issues, informed by far wider reading in hard behavioral and social science than you or any other classicist can claim to have done. Instead, you quote from the article of some no-name journalist from an obscure website who also clearly has no knowledge of the scientific literature, who in turn quotes some sentence fragments out of context. Anyone with even the most cursory knowledge of American history from 1885-1930 would agree with my characterization of it as a "naïve and self-righteous era" in which middle- and upper-class Protestant reformers introduced an array of counter-productive "morals" legislation not so much to protect their own daughters as to regulate the fertility of what they deemed to be the inferior classes, principally Catholic immigrants and African-Americans. Their ideology was explicitly racist and eugenicist.

You are asserting a bald falsehood when you claim that I am "on record as believing child-sex (or at least boy-sex) should be decriminalized." This wording implies that I believe all sexual contact with children should be permissible. Would you claim that the legislative institutions of Germany, Italy, France, Sweden, and most continental European states, as

well as of advanced Asian states like Taiwan and South Korea, are on record decriminalizing "child-sex"? I have never advocated that the age of consent should be lower than what those states have legislated. There exist no studies suggesting that child abuse or adverse psychological effects are higher in those jurisdictions than in the much more restrictive legal regime of the US; indeed, evidence suggests those societies peform better with the mental health and educational attainment of adolescents.  I have said that we should consider a different age of consent for boys than for girls, based on the overwhelming psychological evidence that most boys (especially gay and bi-sexual boys) do not feel harmed by consensual sexual interactions, even with an older partner, whereas girls are far more likely to regret the experience. The US Supreme Court specifically upheld different ages of consent in a 1982 decision. Most people are unaware that prior to the late 1970s and 1980s age of consent laws in the US did not apply to boys at all, and their extension to cover boys emerged out of Anita Bryant's homophobic "Save Our Children" campaign, AIDS panic, and later debunked stories of widespread child abductions, ritualized Satanic abuse, recovered memories, and rampant day care abuse by innocent gay and lesbian caregivers.

You claim authority to pontificate on this issue not based on any serious academic study of it, such as I have done, but on your own personal experience of "grooming" as a four year-old. Although you give us little information with which to judge what happened to you, you imply that it was more the hysterical reaction of the adults around you that upended your life than whatever this alleged predator actually did to you. That you only speak of grooming suggests that it never progressed to actual molestation. By introducing this personal experience, you frame everything else in your blog as an expression of emotion and self-proclaimed trauma, rather than sound scholarship. Someone interested in a four-year old girl has no relation to the Greek pederast and reveals nothing about correct social policy in regard to the sexual self-determination of gay teenagers, which are the issues I discuss.

In contrast, I was never molested nor have I ever molested anyone or wanted to. My own orientation is exclusively toward those above the legal age.  For that reason, I am able to be completely objective and dispassionate in my scholarly work on this subject, unlike many activists who prove incapable of grasping the necessary distinctions between a four year-old and a fourteen year-old, between a male and female adolescent, between queer and straight adolescents, and between coercive and consensual acts.

My interest in the issue began as a classicist questioning why the elite institution of Greek pederasty was socially functional and non-pathological in that culture, whereas the same type of relationship is pathologized as a heinous crime in the US today. My interest has also been influenced by my social justice activism on behalf of GLBTQ prisoners: GLBTQ persons are incarcerated at triple the rate of the general population, and much of it has to do with discriminatory sentencing and disproportionate enforcement of statutory rape laws, especially in cases involving consensual relationships with teenagers that would not even be illegal in the countries I named above. It is also framed by my personal acquaintance with many gay men who feel that their teenage encounters with more experienced and

older partners were developmentally positive for them. It has nothing to do with wanting to make life easier for the kind of people you call pedophiles.

If you are refusing to let your undergraduate students benefit from some of the best informed scholarship on ancient sexuality because of your own unjustified speculation about scholars' personal motives, orientation, or ideology, you are depriving them of a good education. What could be more elitist for faculty at an urban public college? I also note that you claim to be teaching a graduate seminar on "Professional Ethics in Classics." Is it ethical to accuse people you do not know of being pedophiles or holding views they do not hold, especially when, as in my case, you have not even read the relevant publications? I think it is high time that you do some serious introspection about your own professional ethics before you presume to lecture those of us who clearly know a lot more about this subject than you do. Indeed, it might be a good exercise to show your seminar your blog and this letter responding to it, so that your students can assist you in developing proper standards of respectful scholarly conduct.

You mention the fact that I have sued a student in federal court, but you do not mention that the student in question is a privileged sorority girl and aspiring model whose father is a prominent right-wing social-conservative political operative closely associated with the political machine of Texas' deeply homophobic Lieutenant Governor. I have reason to believe that certain self-righteous classicists, with as little knowledge of these scholarly issues as you, were egging this naïve girl on and encouraging her to make the reckless statements she made in her futile campaign to have me removed. You also seem to be unaware that two major media outlets have either corrected or removed their stories and reached a legal settlement with me. My lawsuit also lists ten John/Jane Does. It might be to my advantage to name a foolish senior classicist as one of them. Are you confident enough in your assertions that you want to volunteer for that role?

If I don't see your blog taken down by October 15, I will refer the matter to my attorney, who is a Harvard JD and successful specialist in this type of litigation. You would do better to stick with a subject you actually know something about, like Roman coins. Attacking fellow classicists does nothing to improve society or even this rather small and narrow specialty. Leave the social justice activism to those of us who actually know what we are talking about and are working in tangible ways to reduce the harm done to our communities by paternalistic/patriarchal legal codes and a hypertrophied carceral state.

Quite sincerely yours,

Thomas K. Hubbard
James R. Dougherty, Jr. Centennial Professor
   of Classics
Faculty Affiliate, Center for Womens' and Gender Studies, Rapoport Center for Human Rights & Justice, Center for European Studies