# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| DR. THOMAS HUBBARD, PhD,<br><br>*Plaintiff*,<br><br>v.<br><br>SARAH ALLEN BLAKEMORE and JOHN DOES 1-10,<br><br>*Defendants*. | Case No. 1:20-cv-767 |

## JOINT MOTION TO ENTER CONFIDENTIALITY AND PROTECTIVE ORDER

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

1.   Plaintiff Thomas Hubbard, and Defendant Sarah Blakemore (collectively, the "Parties"), by and through their respective counsel, respectfully request that the Court enter the accompanying Confidentiality and Protective Order, which is in the form set out in Appendix H of the Local Rules for the United States District Court for the Western District of Texas.

2.   The Parties respectfully request that the Court enter the accompanying proposed Confidentiality and Protective Order in order to facilitate document disclosure, information disclosure, production, and to protect the Parties' confidential information.

### PRAYER

3.   WHEREFORE PREMISES CONSIDERED, the Parties respectfully request that this Court grant this proposed Confidentiality and Protective Order, and for all other relief to which the Parties may be justly entitled in law or equity.

Dated: February 25, 2021

1

Respectfully submitted,

**CAMARA & SIBLEY, LLP**

*//s// Joseph D. Sibley*
Joseph D. Sibley
State Bar No. 24047203
sibley@camarasibley.com
1108 Lavaca Street, Suite 110263
Austin, Texas 78701
713-966-6789
713-583-1131 - Fax
**ATTORNEYS FOR PLAINTIFF**

**WRIGHT & GREENHILL, P.C.**
*//s// Brantley Ross Pringle, Jr.*
Brantley Ross Pringle, Jr.
State Bar No. 16330001
rpringle@w-g.com
900 Congress Avenue, Suite 500
Austin, Texas 78701
512-476-4600
512-476-5382 - Fax

**HOOVER SLOVACEK LLP**
*//s// Leonard J. Meyer*
Colin L. Guy
SBN: 24083118
guy@hooverslovacek.com
Leonard J. Meyer
SBN: 13993750
meyer@hooverslovack.com
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
713-977-8686
713-977-5395 – Fax
**ATTORNEYS FOR DEFENDANT
SARAH ALLEN BLAKEMORE**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of February 2021, a true and correct copy has been electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney of record:

Joseph D. Sibley
Camara & Sibley, LLP
1108 Lavaca Street, Suite 110263
Austin, Texas  78701
sibley@camarasibley.com
**Attorneys for Plaintiff**

                                                  /s/ *Brantley Ross Pringle, Jr.*
                                                  Brantley Ross Pringle, Jr.