IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DR. THOMAS HUBBARD, PHD, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:20-CV-767-RP |
| SARAH ALLEN BLAKEMORE, and JOHN DOES 1-10 | § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

On August 4, 2021, the Court granted Plaintiff's motion to dismiss, (Pl.'s Mot. Dismiss, Dkt. 32) which disposed of the claims this case. (Order, Dkt. 34). As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on August 4, 2021.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE