Page 1

```
 1           UNITED STATES DISTRICT COURT FOR THE
               WESTERN DISTRICT OF TEXAS
 2                  AUSTIN DIVISION

 3   DR. THOMAS HUBBARD, PhD.,  )
            Plaintiff,          )
 4                              )
     VS.                        ) CA NO. 1:20-CV-00767-R
 5                              )
     SARAH ALLEN BLAKEMORE;     )
 6   AND JOHN DOES 1-10,        )
            Defendants.         )
 7

 8        ------------------------------------

 9        ORAL AND VIDEOTAPED DEPOSITION OF

10                  THOMAS HUBBARD

11                  May 25, 2021

12        ------------------------------------

13

14

15

16        ORAL AND VIDEOTAPED DEPOSITION OF

17   THOMAS HUBBARD, produced as a witness at the instance of

18   the Defendants, and duly sworn, was taken in the

19   above-styled and numbered cause on the 25th of

20   May, 2021, from 10:05 a.m. to 12:36 p.m., before

21   JAZZMEN CANALES, CSR, in and for the State of Texas,

22   reported by machine shorthand at Wright & Greenhill PC,

23   900 Congress Avenue, Suite 500, Austin, Texas 78701,

24   Pursuant to the Texas Rules of Civil Procedure and the

25   provisions attached hereto.          EXHIBIT 3
```

Page 2

```
 1            A P P E A R A N C E S
 2
 3  FOR THE PLAINTIFF:
 4      MR. JOSEPH D. SIBLEY
        Camara & Sibley, LLP
 5      1108 Lavaca Street
        Suite 110263
 6      Austin, Texas 78701
        (713) 966-6789
 7      E-mail:  sibley@camarasibley.com
 8  FOR THE DEFENDANTS:
 9      MR. BRANTLEY R. PRINGLE, JR.
        WRIGHT & GREENHILL, P.C.
10      900 Congress Avenue
        Suite 500
11      Austin, Texas 78701
        (512) 476-4600
12      E-mail:  rpringle@w-g.com
13  ALSO PRESENT:
14      SAM SWAIN, VIDEOGRAPHER
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1              I N D E X
 2                                        PAGE
 3  Appearances..............................    2
 4  THOMAS HUBBARD
 5      Examination by Mr. Pringle, Jr........    5
 6  Signature and Changes....................   95
 7  Reporter's Certificate...................   97
 8
 9            E X H I B I T S
10  NO.   DESCRIPTION
11  1  -  letter.............................   36
12  2  -  Website page.......................   71
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1           THE VIDEOGRAPHER:  We are on the record.
 2  May 25th, 2021.  The time is 10:05 a.m.  This begins
 3  Videotape No. 1.  Will the court reporter please swear
 4  in the witness.
 5           THE COURT REPORTER:  Actually, before I
 6  swear in the witness, I just need on the record if we
 7  are waiving the federal read-on.
 8           MR. PRINGLE JR.:  I will waive the federal
 9  read-on.
10           MR. SIBLEY:  Yeah, we will waive.
11           (Rule 309(b)(5) waived.)
12           (Witness sworn.)
13           MR. PRINGLE JR.:  Before we proceed,
14  Mr. Sibley and I have reached an agreement, as to my
15  understanding, that we are going to conduct this
16  deposition under the Texas rules of civil procedure.  In
17  other words, without speaking objections and reserving
18  objections other than as to form for later.
19           MR. SIBLEY:  Correct.  We will conduct
20  under the state rules.  As to objections, all objections
21  will be objection, form, and no speaking objections.
22           MR. PRINGLE JR.:  Perfect.
23                    THOMAS HUBBARD,
24  having been first duly sworn, testified as follows:
25
```

Page 5

```
 1              EXAMINATION
 2  BY MR. PRINGLE JR.:
 3      Q.  Please state your name, sir.
 4      A.  Thomas King Hubbard.
 5      Q.  And what is your date of birth?
 6      A.  July 19th, 1956.
 7      Q.  And what is your current address?
 8      A.  791 Victoria Park Drive, Chico, California
 9  95926.
10      Q.  And then how long have you lived at that
11  address?
12      A.  Since about July of 2017 that has been my
13  formal residence.
14      Q.  All right.  And do you reside alone there?
15      A.  Currently, yes.
16      Q.  We are here to take your deposition today in a
17  defamation lawsuit you have filed in federal court.  I
18  assume you are familiar with that?
19      A.  Yes.
20      Q.  Since the -- since the filing of the lawsuit,
21  have you lived with anyone?
22           THE WITNESS:  We filed in, I think it was,
23  September of last year, is that right, Joe?
24           MR. SIBLEY:  I can't answer the questions
25  for you.
```

Thomas Hubbard Vol I
May 25, 2021                                         6 to 9

Page 6

1          THE WITNESS:  Okay.
2      A.  Has anyone been living there since then?  No.
3  I mean, not for any period more than about two weeks.
4      Q.  (BY MR. PRINGLE JR.)  All right.  Has anyone
5  lived there since -- with you for more than a period of
6  two weeks since, say, January of 2020?
7      A.  No.
8      Q.  And this is a home, I presume, that you own?
9      A.  Yes.
10      Q.  And you also have an address in Austin?
11      A.  No longer.  I do own a property in Austin, but
12  that is rented out.
13      Q.  And back in the end of 2019, were you residing
14  at that address?
15      A.  Yes, I was.  Well, if you are talking about
16  December 31st of 2019, no.  But up until the incident
17  where my house was assaulted by a violent mob, I was
18  living there for the fall semester while I was teaching
19  at U.T.
20      Q.  All right.  And how long have you lived at the
21  Austin address before you departed, say, in early
22  December 2019?
23      A.  I came back there in late August at the
24  beginning of the semester, and I also resided there
25  during fall semester of 2018.  During the spring, I was

Page 7

1  on leave and back in California.
2      Q.  I see.  Have you ever given a deposition
3  before?
4      A.  No.
5      Q.  Have you ever testified in court?
6      A.  Only in small claims cases.
7      Q.  I assume that you had a chance to meet with
8  Mr. Sibley and has explained to you what a deposition
9  is.  So let me say that, first off, in examining you
10  today I am not interested in anything that Mr. Sibley
11  has told you or that you have told him.  You understand
12  that?
13      A.  Of course.
14      Q.  You understand that's privileged?
15      A.  Yes, of course.
16      Q.  All right.  You understand that you are giving
17  sworn testimony subject to pains and penalty of perjury?
18      A.  Yes.
19      Q.  And you understand that because you are giving
20  sworn testimony, it is important that you understand all
21  my questions?
22      A.  Yes.
23      Q.  And if I ever ask you a question that is
24  unclear to you, will you tell me that it is unclear?
25      A.  Yes, certainly.

Page 8

1      Q.  All right.  And if you answer a question
2  without asking for clarification, may I presume that you
3  understood it at the time?
4      A.  Yes.
5      Q.  And so far you are doing a very good job of
6  patiently waiting until the end of my question before
7  you start your response, which is good for our court
8  reporter so she can take down a full question and a full
9  response.  Okay?
10      A.  Yes.
11      Q.  All right.  If at any time I cut you off and
12  you are not done talking, you let me know, and I will be
13  quiet until you are.  Okay?
14      A.  Thank you.
15      Q.  All right.  And by the same token, if you will
16  continue to let me get to the end of my question so I
17  don't have to repeat it, that would be much appreciated
18  as well.
19      A.  Yes, of course.
20      Q.  All right.  And finally, you are doing a good
21  job of answering with words as opposed to merely
22  gestures or guttural utterances like uh-huh and huh-uh,
23  which need to be avoided.  Okay?
24      A.  Yes.  As a professor, I am experienced using
25  words.

Page 9

1      Q.  Good.  You are going to use a lot of them
2  today.
3      A.  Probably.
4      Q.  What did you do to prepare for your deposition?
5      A.  I reviewed some of the legal documents that
6  have been filed.
7      Q.  By legal documents, what are you referring to?
8      A.  Our original filing, your motion for summary
9  judgment, our response to that motion, a couple of the
10  exhibits to the various filings.
11      Q.  Anything else?
12      A.  I did review a portion of one of my articles.
13      Q.  Anything else?
14      A.  Not that I can think of.
15      Q.  All right.  Did you review any of the discovery
16  responses?
17      A.  Yes.  I believe those were among the documents
18  that I reviewed.
19      Q.  And you reviewed a portion of one of your
20  articles?
21      A.  Yes.
22      Q.  Which article did you review a portion of?
23      A.  The one that was published in the Thymos in
24  2010.
25      Q.  And the name of that article is that?

Thomas Hubbard Vol I
May 25, 2021                                    10 to 13

Page 10

1    A.  Sexual Consent and the Adolescent Male, or What
2  Can We Learn from the Ancient Greeks.
3    Q.  And why did you review that article?
4    A.  Because one of the statements in the
5  Defendant's defamatory flyer quoted three words from
6  that article, and I wanted to review the context of
7  those three words.
8    Q.  And which were the three words that were
9  quoted?
10   A.  Proper learning experience.
11   Q.  And were those three words quoted accurately?
12   A.  I did put those three words together, but they
13  of course came within a much more complicated context.
14   Q.  We may talk about that later.  Any other
15  documents that you recall reviewing?
16   A.  Not in the immediate period before this
17  deposition.
18   Q.  All right.  Other than meetings with
19  Mr. Sibley, have you had conversations with anyone about
20  your deposition?
21   A.  Only to let them know that I was doing a
22  deposition, but not conversations that went into any
23  detail about the issues involved.
24   Q.  And who would you have told that you were
25  giving a deposition?

Page 11

1    A.  My current partner who is traveling with me.
2    Q.  And what is his or her name?
3    A.  Elijah Wells.
4    Q.  And this is -- are y'all married?
5    A.  No.
6    Q.  What does Mr. Wells do?
7    A.  He was a student at a local community college,
8  and he is about to take on a job working at a local
9  tavern once we get back from our trip.
10   Q.  And what community college was Mr. Wells a
11  student in?
12   A.  Sacramento City College.
13   Q.  Is that in Chico?
14   A.  No.  It is in Sacramento, but given that all
15  classes were online, he did not attend classes in
16  person, so he could do that remotely.
17   Q.  All right.  And how long have you and Mr. Wells
18  been together?
19   A.  I think since 2018, and then we had a period of
20  rupture and didn't see each other at all for over a
21  year.  And then earlier this year we were both tired of
22  being isolated due to COVID, so we rekindled our
23  friendship.
24   Q.  Okay.  And am I correct that it's a romantic
25  friendship?

Page 12

1    A.  Romantic, but not sexually.
2    Q.  All right.  And how old is Mr. Wells?
3    A.  22.
4    Q.  And was he a student of yours?
5    A.  No.
6    Q.  Okay.  Have you ever taught him anything?
7    A.  No.
8    Q.  And how did you and Mr. Wells meet?
9    A.  Through an online gay meeting site.
10   Q.  Okay.  And what was the name of it?
11   A.  I think seekingarrangement.com.
12   Q.  Is it a -- is it a members only site?
13   A.  You have to pay to be a member of it.
14   Q.  All right.  And so absent the payment, and the
15  membership access is restricted?
16   A.  Yes.
17   Q.  Are a member of any other similar sites?
18   A.  No, and even my membership there lapsed years
19  ago.
20   Q.  All right.  Anybody else that you discussed
21  your deposition with besides Mr. Wells?
22   A.  Avi Eindorot.
23   Q.  And can you spell that?  Avi I got.
24   A.  Eindorot is E-I-N-D-O-R-O-T.
25   Q.  D-O --

Page 13

1    A.  R-O-T.
2    Q.  And who is Avi Eindorot?
3    A.  He is the vice president of the William A.
4  Percy Foundation.
5    Q.  And what were the nature of your conversations
6  with Mr. Eindorot?
7    A.  He had concerns about the foundation being
8  drawn into this.
9    Q.  And what were those concerns?
10   A.  The privacy of the directors and donors and
11  grantees.
12   Q.  Anything else?
13   A.  That was essentially it.
14   Q.  And you mentioned the William A. Percy
15  Foundation.  Is that a 501(c)(3)?
16   A.  Yes.
17   Q.  And it makes, I guess, reports and filings with
18  the -- with the appropriate authorities as a 501(c)(3)?
19   A.  Yes, we do.
20   Q.  What sorts of things does the William A. Percy
21  Foundation disclose as part of its public filings?
22   A.  Our tax records are public.  We do filings with
23  the California State authorities, we file with the
24  Secretary of State in Delaware where we are
25  incorporated, and those filings would consist of naming

Page 14

1 our directors and relative basic information like that.
2      Q.  Understood.  Who are the directors of the
3 William A. Percy Foundation?
4      A.  Myself, Avi Eindorot, James Dubro,
5 Thomas Waugh, and Beert Viscrat.  There are five of us.
6      Q.  Okay.  Avi, you have spelled his name.  You we
7 have got.  What is James' last name?
8      A.  Dubro, that's D-U-B-R-O.
9      Q.  All right.  And Thomas Waugh?
10     A.  Yeah, W-A-U-G-H.  It is like Evelyn Waugh.
11     Q.  Understood.  And Beert, what's Beert's last
12 name?
13     A.  Verstraete, V-E-R-S-T-R-A-E-T-E.
14     Q.  All right.
15     A.  And it is Beert spelled with two Es.
16     Q.  One in the --
17     A.  It is a Dutch name.
18     Q.  One in the middle, one on the end?
19     A.  No, no, no.  It is like beer, plus T.
20     Q.  Oh, I gotcha.
21     A.  It is the Dutch spelling.
22     Q.  And Avi, he is the vice president of the
23 William A. Percy Foundation.  Does Avi have any other
24 employment besides that?
25     A.  He is a freelance journalist.

Page 15

1      Q.  All right.  Is he also the IT director at
2 William A. Percy.
3      A.  Well, we call it webmaster.
4      Q.  Okay.  And he performs that task?
5      A.  Yes.
6      Q.  And James Dubro, is -- what's his side job?
7      A.  He is retired.
8      Q.  Before he was retired, what was his job?
9      A.  He was a crime reporter with the Canadian
10 Broadcasting Corporation, and there is other news --
11 Canadian news outlets.
12     Q.  Where was he based in Canada?
13     A.  Toronto.
14     Q.  And how long has he been retired?
15     A.  I am not sure exactly, but I think he has been
16 retired since I knew him, which is approximately the
17 last five years.  He is in his 70s.
18     Q.  All right.  And Thomas Waugh, is he -- what's
19 his -- does he have another job?
20     A.  He is retired.
21     Q.  And what was his prior job before retirement?
22     A.  He was a professor of cinema and media studies
23 at Concordia University.
24     Q.  Here in Austin?
25     A.  No, no, no, not our Concordia, it is a

Page 16

1 different Concordia.
2      Q.  And where is that Concordia where Professor
3 Waugh was?
4      A.  Montreal.
5      Q.  And Beert with two Es.  Is he also a professor?
6      A.  He is a retired professor.
7      Q.  All right.  And where did Professor Verstraete
8 profess?
9      A.  Acadia University.
10     Q.  In Nova Scotia?
11     A.  Yes, indeed.
12     Q.  And how long has he been retired?
13     A.  Again, I think probably about five years.
14 Although, I think he did do some part-time teaching even
15 after his formal retirement, but I think now he does not
16 teach at all.
17     Q.  And what were his subjects of expertise when he
18 was teaching at Acadia?
19     A.  History and classics.
20     Q.  And how long have the five of you been the
21 board at the William A. Percy Foundation?
22     A.  Thomas Waugh is the most recent member of the
23 board, and I think he joined us last fall.
24     Q.  Other than your -- well, let me ask you this.
25 Your work with the William A. Percy Foundation, are you

Page 17

1 paid for that?
2      A.  No.
3      Q.  Are you -- you continue to be a member of the
4 University of Texas faculty?
5      A.  Yes.
6      Q.  And you -- I think I saw something about your
7 salary.  What is your salary at U.T.?
8      A.  Around 107,000.  For the last several years I
9 have told them that I don't need any raises.  I feel
10 that what money is available should go to younger
11 faculty who would benefit from it more, and, you know, I
12 don't really need the money.
13          MR. PRINGLE JR.:  Objection.
14 Nonresponsive.
15     Q.  (BY MR. PRINGLE JR.)  What other sources of
16 income do you have besides your income at U.T.?
17     A.  I own a number of rental real estate
18 properties.
19     Q.  Here in Austin?
20     A.  Only the one residence in Austin where I used
21 to live.  Most of them -- I mean, the others are all in
22 Chico.
23     Q.  Any other income besides your rental properties
24 and your U.T. income?
25     A.  Royalties from some of my books.

Thomas Hubbard Vol I
May 25, 2021                                              18 to 21

Page 18

1    Q.  Anything else?
2    A.  Not other than tiny amounts of interest on bank
3  accounts.
4    Q.  Okay.  And generally, what do your royalties
5  from your books run a year?
6    A.  Sightly over a thousand.
7    Q.  Tell me about your employment at U.T.  When did
8  you come to U.T.?
9    A.  1985.  And that was a one-year position.  From
10  1986 to 1988 I was at Cornell, and then I was brought
11  back to U.T. in 1988 in a tenure-screen position, which
12  I have held continuously since then.
13    Q.  Let's start -- let's start with where you grew
14  up.
15    A.  Uh-huh.
16    Q.  You grew up in Oklahoma?
17    A.  Until the age of 4.
18    Q.  And then where?
19    A.  In the Bay Area of California.  Originally, my
20  family lived in San Mateo, after that in Walnut Creek.
21  Both are suburbs of San Francisco.
22    Q.  And you graduated high school in the Bay Area?
23    A.  Yes, in Walnut Creek.
24    Q.  And that would have been probably 1974ish?
25    A.  '72.

Page 19

1    Q.  And then what did you do?
2    A.  I then went to college at Santa Clara
3  University where I graduated in 1975.
4    Q.  And your degree was in what?
5    A.  English.
6    Q.  After 1975, what was your next academic
7  outpost?
8    A.  I was a graduate student at the University of
9  California, Berkeley.
10    Q.  And what period of time were you at Berkeley?
11    A.  '75 to '77.
12    Q.  And did you receive a graduate degree from
13  Berkeley?
14    A.  A master's degree.
15    Q.  And what's your master's degree in?
16    A.  Comparative literature.
17    Q.  What is that exactly?
18    A.  It is a study of literary text from multiple
19  linguistic and national traditions, and the ones that I
20  specialized in at that point were Greek, Latin, and
21  German.
22    Q.  I assume you are fluent in Greek, Latin, and
23  German?
24    A.  Yes.  Although, I don't speak Latin or ancient
25  Greek.  There is really no point in that, but I

Page 20

1  certainly do read them.
2    Q.  And fluent in German?
3    A.  Relatively, and I have lived in Germany.
4    Q.  Okay.  After 1977, did you continue your
5  studies?
6    A.  Yes, at Yale University.
7    Q.  And at Yale University, when were you there?
8    A.  '77 to '80.
9    Q.  And what was your degree in?
10    A.  Classics.
11    Q.  And what -- what is your degree from Yale?
12    A.  Ph.D.
13    Q.  What was your dissertation?
14    A.  It was called Polar Structure in the Odes of
15  Pindar.  Pindar is a Greek poet.
16    Q.  1980 until 1985 when you came to U.T., what did
17  you do?
18    A.  I was a visiting assistant professor at Bard
19  College in Annandale-On-Hudson, New York from '80 to
20  '81.  From '81 until '82, I did not have employment.  It
21  was a very tight job market then.  From '82 to '84, I
22  was assistant professor at Skidmore College in Saratoga
23  Springs, New York.  And from '84 to '85, I was a
24  visiting assistant professor at the University of
25  Minnesota.

Page 21

1    Q.  You mentioned that you also lived in Germany.
2  When did you live in Germany?
3    A.  I had a research grant from the Alexander von
4  Humboldt Foundation, and I believe that was '96 to '97.
5  It might have been '95 to '96.
6    Q.  All right.
7    A.  And then I had a resumption fellowship with
8  them in the spring semester of 2003, so I was in Germany
9  approximately a year and a half.
10    Q.  And at the University of Texas, you had been
11  here continuously since 1988, correct?
12    A.  Correct.
13    Q.  What are your interests?  What are your
14  academic interests at the University of Texas?
15    A.  I was hired as a specialist in Greek poetry,
16  and starting after I received tenure in 1993, I became
17  increasingly interested in ancient Greek homosexuality.
18  And I taught the first course on any gay theme that
19  anyone at the University of Texas taught.
20    Q.  Say that again.
21    A.  I taught the first course on a gay-related
22  theme --
23    Q.  Oh.
24    A.  -- that has ever been taught at the University
25  of Texas starting around 1993.

Thomas Hubbard Vol I
May 25, 2021                                    22 to 25

Page 22

1      Q.  And am I correct then that none of your
2  academic endeavors were focused on ancient Greek
3  homosexuality or any homosexual themes before you
4  received tenure?
5      A.  That would be correct.  Although, it comes up
6  as a theme ubiquitously in Greek poetry, which I had
7  certainly studied in the 13 years -- well, actually
8  counting my graduate work, the 18 years prior to that.
9      Q.  But prior to receiving tenure, you hadn't
10 written extensively on it or studied it --
11     A.  No at all.
12     Q.  -- exclusively, true?
13     A.  Not at all.
14     Q.  And what prompted you to turn your attention to
15 gay-related themes and homosexual studies in 1993?
16     A.  That I myself considered that I was gay, and,
17 you know, this was a way of making my academic training
18 relevant to that personal identity.  I also had a sense
19 that gay students at the University were not being well
20 served with courses that were relevant to their
21 interest.  And I perceived it as a need, and my
22 department was supportive of my teaching that course.
23 It was a completely new course that I devised.
24     Q.  Prior to you receiving tenure, did you consider
25 yourself to be gay?

Page 23

1      A.  Yes.
2      Q.  Have you always considered yourself to be gay?
3      A.  Certainly since puberty.
4      Q.  All right.
5      A.  But I would say that nowadays I regard sexual
6  orientation as a much more fluid and complicated set of
7  desires and perceptions.  I mean, part of my studying
8  and becoming learned in this subject was to see a lot of
9  complexities that as a younger man I did not yet
10 perceive.  And of course society's perception of sexual
11 orientation has changed.  I think today there is a much
12 greater recognition that sexual identities are very
13 complicated and fluid and evolving things.
14     Q.  Other interests that you had at the University
15 of Texas besides Greek poetry and homosexual studies?
16     A.  I have taught widely in Greek and Latin
17 literature that includes prose authors, taught quite a
18 few courses in Latin as well.
19     Q.  And you --
20     A.  I mean, we are broadly trained as classicists.
21 We have to pass comprehensive exams in both Greek and
22 Latin, and flexibility is something that is desired.  I
23 would also say that I have always been very interested
24 in what we call classical reception, which is the study
25 of the classical tradition in later periods up to modern

Page 24

1  day.
2      Q.  And I forget to ask you, but I assume I know
3  the answer to this, but let me make sure I am correct.
4  You've never married?
5      A.  No.
6      Q.  And you have no children?
7      A.  No.
8      Q.  Do you have any wards or minor children that
9  you have been responsible --
10     A.  No.
11     Q.  -- in your adult life?
12     A.  No.
13     Q.  Since January 2020 classes have you taken --
14 have you taught?
15     A.  In spring of 2020, I was on sick leave.  This
16 fall I taught classical mythology, and I taught the same
17 course this spring.
18     Q.  So no classes in spring of 2020?
19     A.  No.
20     Q.  And classical mythology, what is that class?
21     A.  It is surveys the major myths that we have
22 attested from ancient Greece and Rome.  We talk about
23 the cults of the various Greco Roman gods.  We talk
24 about the hero legends of Hercules and Perseus and,
25 you know, other well-known figures.  I mean, many of

Page 25

1  whom students have heard about in their earlier life.
2  We also talk about literary works that involve
3  mythologies such as Homer's Iliad and various Greek
4  tragedies.
5      Q.  It is a survey course?
6      A.  At least the way I teach it, yes.  It is a
7  survey of the corpus of Greek mythology.
8      Q.  It is an introductory course?
9      A.  Yes.  It is a freshman-level course.
10     Q.  All right.  And what's the enrollment of
11 classical mythology, say, in the fall of 2020?
12     A.  We teach several sections -- I mean, the
13 department teaches several sections of it.
14     Q.  In your section.
15     A.  My section was a fairly small section of around
16 40 students, both fall and spring.  It was thought best
17 that I teach a small section because of student
18 anxieties in light of the defamatory statements of the
19 Defendant.  There was concern that I shared about
20 students learn -- going online to look up whether I am a
21 good professor or not and then finding this garbage.
22 Whenever you google my name, it is the -- in fact, the
23 first video that comes up is a video of the attack of my
24 house and, you know, various articles in Austin
25 Statesman and Dallas Morning News, until we got it taken

Thomas Hubbard Vol I
May 25, 2021                                          26 to 29

Page 26

1 down, Law Enforcement Today.  And it was very
2 distressing to students to hear that their professor is
3 an advocate of pedophilia.  And in the fall I even had
4 one student's mother send me an angry e-mail demanding
5 to know about this and then complaining to the president
6 of the University.  I mean, this is very distracting to
7 students, and, you know, it causes them not to trust
8 their teacher, and that interferes with their academic
9 performance.
10            There was one student in the fall 2019
11 course that was so distressed by the flyer that the
12 Defendant passed out that she went to the Dean of
13 Students office and asked to be allowed not to attend
14 the class anymore.  And as a result of not attending the
15 class, she of course missed everything that I introduced
16 in the last two or three weeks and did very poorly on
17 the final examination, which concentrated on that
18 material at the end of the course.  And whereas she was
19 at least at a C level prior to that, in virtue of her
20 poor performance on the file, she received a D in the
21 course.
22            So the Defendant's actions have not only
23 affected me and my reputation, they have affected and
24 distressed my students, and they have interfered with
25 the pedagogical mission of the University.

Page 27

1            MR. PRINGLE JR.:  Objection.
2 Nonresponsive.
3      Q.  (BY MR. PRINGLE JR.)  Do you remember my
4 question?  What question were you answering?
5      A.  Your question had to do with the -- the
6 teaching of the mythology course.
7      Q.  It was a simple question.  How many students
8 are in your section?
9      A.  No, I think that was the starting point, yes,
10 and I told you around 40.
11      Q.  Yeah.
12      A.  And I was explaining why it was a smaller
13 section whereas usually it is a large section course
14 with over a hundred in each section.
15      Q.  And I appreciate that, but that's not really
16 what I asked.
17      A.  Okay.  I understand.
18      Q.  Okay.  How many sections were taught of
19 classical mythology last fall?
20      A.  Three or four.
21      Q.  Who else taught it besides you?
22      A.  Joann Gulizio who is a lecturer in the
23 department.
24      Q.  Joann Gulizio?
25      A.  Uh-huh.

Page 28

1      Q.  How do you spell that?
2      A.  G-U-L-I-Z-I-O.
3      Q.  Okay.  Gulizio.  Who else?
4      A.  I think there were a couple of graduate
5 students who were also involved.  My understanding was
6 that because of the COVID shutdown of the University
7 that the other sections were entirely online.  And my
8 section also used a lot of online materials, but it
9 included synchronous lectures by me, which we did via
10 Zoom.
11      Q.  The class that you taught last year -- last
12 semester, I should say, in fall of 2020, mythology --
13 no, classical mythology, was it all virtual?
14      A.  There were no in-person meetings.  The
15 University's policy was that the majority of classes
16 would be online and only a few relatively small classes
17 in person.
18      Q.  And is that a typical course load for you,
19 teaching one intro-level course?
20      A.  No.  I mean, our usual course load is two
21 courses per semester.
22      Q.  And why did you not teach any other courses
23 last semester?
24      A.  I have what is called modified instructional
25 status because they wanted me to design a new online

Page 29

1 version of CC301, which is our introduction to ancient
2 Greeks.
3      Q.  And what classes are you teaching this
4 semester?
5      A.  Well, the spring semester is finished.
6      Q.  Okay.  Fair enough.  What classes did you teach
7 the spring semester that just finished?
8      A.  Classical mythology.
9      Q.  All right.  Same deal?
10      A.  One -- one small section.
11      Q.  One small section, 40 students, all virtual?
12      A.  Yes.
13      Q.  Okay.  And you continued to work on developing
14 what now for the University?
15      A.  A new online version of a different class that
16 is also usually a large lecture course.  Our department
17 is trying to develop more online classes to give those
18 students who prefer that mode of instruction, the
19 opportunity to learn that way and take the course from
20 home.
21      Q.  Kind of like University of Phoenix?
22      A.  Uh-huh.  Yes.  That's right.  That's right.  It
23 is something that a lot of universities are doing right
24 now.
25      Q.  Who is your current teaching assistant?

Thomas Hubbard Vol I
May 25, 2021                                    30 to 33

Page 30

1    A.  I don't have one.  Teaching assistants are only
2  assigned to large sections.
3    Q.  When is the last time you had a teaching
4  assistant?
5    A.  In the fall of 2019.
6    Q.  And who was your teaching assistant in the fall
7  of 2019?
8    A.  There were two of them, John Anderson and Alain
9  Zaramian.
10    Q.  John Anderson, I think I can get that one.
11  What was the second one?
12    A.  Alain, A-L-A-I-N.  Zaramian, Z-A-R-A-M-I-A-N.
13    Q.  And these are graduate students in classics?
14    A.  Yes.
15    Q.  And where are they now?
16    A.  They are still in the graduate program.
17  Although, Alain is finishing his degree this summer.
18    Q.  And you have not had any teaching assistants
19  since the publication of the flyer in November of 2019;
20  is that true?
21    A.  Well, I continued to have the teaching
22  assistants in December of 2019, but not since then
23  because I don't even teach in small courses.
24    Q.  At the University, who do you supervise?
25    A.  I have three doctoral students completing their

Page 31

1  dissertations under my supervision, Alain Zaramian is
2  one of them.  Do you want the names of the others?
3    Q.  Sure.
4    A.  Michael Mignanelli and Becky Kahane.
5    Q.  And how do you spell Michael's last name?
6    A.  M-I-G-N-A-N-E-L-L-I.
7    Q.  And Becky?
8    A.  K-A-H-A-N-E.
9    Q.  Also classic students?
10    A.  Yes, all three of them.
11    Q.  And when is -- when is their doctorate
12  expected?
13    A.  Alain will defend this summer.  Becky will
14  defend in the next fall semester.  Michael, I am not so
15  sure about.  His progress has been -- I mean, he started
16  later than the others, and his progress has not been as
17  rapid.
18    Q.  Are any of the doctoral student's thesis on
19  subjects of Greek sexuality?
20    A.  No.
21    Q.  Have you supervised any doctoral students on
22  writing thesis or a thesis on Greek sexuality.
23    A.  Not at the doctoral level.
24    Q.  On any other level?
25    A.  There was a senior thesis that I supervised

Page 32

1  that was directly concerned with that.
2    Q.  An undergraduate thesis?
3    A.  Yes, an -- yeah, an undergraduate honors
4  thesis.
5    Q.  All right.  We will get to that.  Any other
6  graduate thesis that you have supervised on Greek
7  sexuality.
8    A.  No, I don't believe so.  I mean, we used to
9  have masters thesis, but I think those that I supervised
10  were all on different topics.
11    Q.  And have you ever supervised either a doctoral
12  or a graduate super -- let me start over.  Have you ever
13  supervised a graduate or doctoral thesis on any sort of
14  homosexual studies?
15    A.  No.
16    Q.  Other than your students -- well, talk to me
17  about that the senior thesis that you supervised on
18  Greek sexuality.
19    A.  Uh-huh.
20    Q.  Tell me about that.
21    A.  The student's name was Brian Brennan, and he
22  went on to do a master's degree at the University of
23  Wisconsin.  He was originally planning to be a computer
24  science major, but during his freshman year he took a
25  freshman signature course with me on sexuality politics

Page 33

1  and human rights and was so fascinated by the material,
2  which did include a bit of Greek material, that he
3  decided to take ancient Greek and liked it and decide to
4  become a classics major instead of a computer scientist.
5    Q.  And what was his senior thesis on Greek
6  sexuality as you recall?
7    A.  I don't recall the exact title, but it did have
8  to do with, you know, Greek pederasty, which is the
9  predominant form of Greek homosexuality, although not
10  the only form.
11    Q.  Say that again.
12    A.  It is the predominant form, but not the only
13  form of Greek homosexuality.
14    Q.  Pederasty?
15    A.  And I should -- I should -- yes.  I should
16  revise my previous statement.  There was also another
17  senior honors thesis in addition to Brian's written by
18  Kathleen Kitter.  And although it was not directly on
19  sexuality per say, it dealt with some poems of
20  theocratist that were pederastic in nature.
21    Q.  Does -- at U.T., have you ever served as an
22  academic advisor?
23    A.  No.
24    Q.  Why not?
25    A.  Our department is a very factualized and

Thomas Hubbard Vol I
May 25, 2021                                    34 to 37

Page 34

1  disfunctional department, which has -- used to be one of
2  the top ten graduate programs in the nation, used to be
3  the largest classics department in the United States
4  with 25 faculty lines.  Next year we will be down to 12
5  faculty lines.
6       Q.  What is a faculty line?
7       A.  A tenure stream.  In other words, tenure track
8  or tenured, an actual professorial line as opposed to a
9  lectureship.
10      Q.  Understood.  So at the time you came to the
11  department in 1988, there were 25 professorial lines?
12      A.  No.  I think at that time they were 18, and
13  eventually we gained new positions and built up to 25.
14  So 25 would be what we would have had around 2000.
15      Q.  All right.  And then since 2000, your
16  professional lines have been reduced to half?
17      A.  Yes, approximately.
18      Q.  And mechanically, how was that done?
19      A.  Every time someone leaves, whether it due to
20  retirement or a job offer at another institution, the
21  position goes back to the University to reallocate as
22  they see fit.  And at least two of the former deans of
23  our college felt that the department was so badly
24  dysfunctional they felt it did not deserve to have those
25  lines renewed, and they instead reassigned them to

Page 35

1  better functioning departments.  And among other things,
2  our department refused a $5 million in down share.  And,
3  you know, there was prospect that the same donors would
4  give the University tons of millions of dollars.  So I
5  think that really angered the dean at the time.  And as
6  a result of our refuse -- I mean, I was very much in
7  favor of our accepting that endowment, as were several
8  of my colleagues, but we were, at the end of the day, a
9  minority.  It was an endowed share in biblical Greek,
10 and, you know, some of my colleges are very strongly
11 antireligious or at least antichristian, and they did
12 not want to see development in that direction.
13      Q.  Do you take any responsibility for the
14 disfunction in the department?
15      A.  No, because I have not been in a leadership
16 position in the department.  The responsibility for the
17 dysfunction is with the people that have been leading
18 the department.
19      Q.  You think dysfunction is created at the top of
20 the department?
21      A.  Yes.
22      Q.  So you take no responsibility?
23      A.  No.  I mean I have warned against the
24 consequences of decisions like refusing that endowment.
25      Q.  Has anyone ever faulted you for dysfunction in

Page 36

1  the classics department at U.T.?
2       A.  Oh, yes.  People in the hegemonic faction try
3  to blame it on me.
4       Q.  What does hegemonic mean?
5       A.  The leadership faction.
6       Q.  Okay.  So the leaders have tried to blame you
7  for it?  What have they said?
8       A.  They have accused me of being disruptive, by
9  which they mean that I am very critical of their
10 leadership and policies.  I mean, in addition to their
11 refusing that endowment, there have been several cases
12 where productive colleagues had outside job offers, and
13 they refused to match the offers.  And, again, I was in
14 favor of doing so.  I mean, in the words of one of my
15 colleagues, the former department chair of Karl Galinsky
16 who was chair for 16 years and was largely responsibile
17 for building up the department, they were using their
18 allegation against me as a smokescreen to cover up their
19 own deficiencies as leaders.
20      Q.  We are going to mark some exhibits here today.
21      A.  Uh-huh.
22          (Exhibit 1 marked.)
23      Q.  (BY MR. PRINGLE JR.)  I am handing you what is
24 marked as Exhibit 1, and ask if you have seen this
25 before.  You may take a moment to look at it.

Page 37

1       A.  Yes.  I have seen this before.
2       Q.  Is this indicative of the criticisms of you --
3       A.  Very -- very much so.
4       Q.  I wasn't finished.
5       A.  Sorry.  Sorry.
6       Q.  Is this indicative of the criticisms of you
7  being a seriously disruptive and destructive force in
8  the classics department in the University.
9          MR. SIBLEY:  Objection.  Form.
10      A.  Yes, this is -- this is the kind of
11 argumentation they used.
12      Q.  (BY MR. PRINGLE JR.)  All right.  And how did
13 you come to see Exhibit 1 before?
14      A.  Through an open records request.
15      Q.  All right.  And is Exhibit 1 indicative of some
16 of the complaints that were made about you by others in
17 the department?
18      A.  Yes.
19      Q.  Okay.  Is it indicative of your reputation in
20 the department?
21      A.  My reputation among some members of the
22 department.
23      Q.  All right.
24      A.  But I also had allies.
25      Q.  You also had what?

Thomas Hubbard Vol I
May 25, 2021                                    38 to 41

Page 38

1    A.  Allies.
2    Q.  Allies?
3    A.  Who saw this for what it was.
4    Q.  But certainly you would agree that your
5  reputation in the department of classics, it was
6  somewhat controversial over the years?
7          MR. SIBLEY:  Objection.  Form.
8    A.  Inasmuch as I have been highly critical of the
9  department's leadership, they presented that, and
10  basically try to manufacture charges against me.  But I
11  would say that I filed complaints against them with
12  equal opportunity services and with the committee of
13  Counsel on Academic Freedom and Responsibility.  The
14  Committee on Academic Freedom and Responsibility found
15  in my favor, and it was largely based on that, that the
16  same dean to whom this memo is addressed took steps to
17  vastly increase my salary, give me a named
18  professorship, and ultimately restore me to the
19  department with full voting privileges.  And he also
20  brought the term of this department chair to an end,
21  which was one of my central demands and prematurely.
22    Q.  Anything about what the department did in
23  response to this complaint in 2009.
24    A.  I --
25    Q.  I wasn't finished.

Page 39

1    A.  Oh, I am sorry.  I thought --
2    Q.  Anything that was done by the department head
3  2009 ever do anything to restore your reputation among
4  your colleagues?
5          MR. SIBLEY:  Objection.  Form.
6    A.  Did the department do anything to restore my
7  reputation?  No, not really, but the dean did.
8    Q.  (BY MR. PRINGLE JR.)  Did your reputation
9  change, if you know?
10    A.  I think among some of the more neutral members
11  of the faculty, it may have done so as a result of my
12  being brought back into the department with full voting
13  privileges.
14    Q.  But your critics continue to pursue in the
15  department; is that true?
16    A.  Yes.  Subsequent to 2009 when I came up for
17  post-tenure review, I think was around 2011, they did
18  try to submit a negative post-tenure review even though
19  I had published 19 articles in the six years perceiving
20  that.  And, again, it was based on these charges of my
21  being disruptive because I had taken different sides in
22  a couple of tenure cases, and, you know, other
23  policy-related issues.  So I would certainly say that
24  this particular department chair who ceased to be the
25  department chair after the dean made a settlement with

Page 40

1  me, I would say he remained hostel.  The -- his
2  successor as department chair, who is the present
3  department chair, was, at least initially, in the early
4  part of her perm very cooperative.  But in light of the
5  events that ensued following the defendant's actions,
6  she started to become very uncooperative.
7    Q.  So is it fair to say that within the classics
8  department many of the members of the faculty are hostel
9  to you?
10          MR. SIBLEY:  Objection.  Form.
11    A.  Some.
12    Q.  (BY MR. PRINGLE JR.)  How many?
13    A.  I really cannot speak to people's subjective
14  feelings.  I do not know how many would call themselves
15  hostel and how many simply don't want to challenge the
16  hegemonic faction for their own benefit.  I mean,
17  obviously, they don't want to be mistreated and
18  retaliated against.  I mean, there is -- there is a
19  sense of herd mentality even among academics who ought
20  to be more independent.
21          MR. PRINGLE JR.:  Objection.
22  Nonresponsive.
23    Q.  (BY MR. PRINGLE JR.)  Do you remember what my
24  question was?
25    A.  How many.  And I told you I did not know.

Page 41

1    Q.  Okay.
2    A.  And I cannot read people's minds.
3    Q.  Okay.  Who are the ones that you perceive to be
4  hostel to you in the department now?
5    A.  The hegemonic faction ago that I have been
6  referring to consisted of four people who were Steve
7  White, this chairman; Leslie Dean Jones, the present
8  chairman; Andrew Riggsby, who is for a long time the
9  graduate advisor and chair of the graduate study's
10  committee; and Paula Perlman, who is now retiring.
11  Although, I would say since her decision to retire,
12  Perlman has basically removed herself from the
13  departmental politics, and I think is perhaps less
14  hostel than she perhaps was at one time.
15    Q.  Maybe doesn't care anymore?
16    A.  I think that may be an element, but, again, I
17  am speculating.
18    Q.  Yeah.  And of the four that you have identified
19  as hostel to you in the classics department, how many
20  people -- how many faculty members are in the classics
21  department?
22    A.  Two of them are retiring at the end of this
23  year, and one of them is attempting to have her line
24  moved to another department.  And then we have made one
25  new hire, so we will have 12 next fall.  Right at this

Thomas Hubbard Vol I
May 25, 2021                                              42 to 45

Page 42

1  point, it would be 14.  Again, two are retiring, one is
2  moving.
3      Q.  So just shy of a third of the falculty is
4  hostel to Tom Hubbard in the classics department?
5      A.  I think that's probably right.
6      Q.  And who were your allies in the classics
7  department?
8      A.  Karl Galinsky who has been retired.
9      Q.  Active faculty.
10     A.  Huh?
11     Q.  Active faculty.  Who are --
12     A.  Oh, who are still in the department?
13     Q.  Yeah.  Tell me your allies that are active
14  faculty in the classics department.
15     A.  Well, in some ways, Jennifer Ebbeler, but she
16  herself is engaged in a lawsuit against the University,
17  largely due to conflicts she has had with the department
18  chair.  And she was not always an ally.  I opposed her
19  tenure, and she knew that.  So, you know, we have not
20  always been allies, but more recently I think she and I
21  have come to agree that the department is poorly led and
22  that our graduate program has ceased to be the
23  high-quality program it used to be.
24     Q.  Okay.  So Jennifer Ebbeler you believe is one
25  of your allies, current faculty member in classics?

Page 43

1      A.  Uh-huh.
2      Q.  Anybody else?
3      A.  None of them that are willing to talk with me
4  about the current state of the department.  Although, I
5  do believe that Tom Palaima, who is one of the two
6  retiring faculty in addition to Perlman, is more
7  sympathetic than some of the others.  But you see, most
8  of my allies have been chased out of the department.
9             MR. PRINGLE JR.:  Objection.
10  Nonresponsive.
11     Q.  (BY MR. PRINGLE JR.)  Jennifer Ebbeler, your
12  ally in the classics department, you've had your
13  differences with her?
14     A.  Oh, yes.
15     Q.  But you consider herself to be an upright
16  person?
17     A.  Not entirely.
18     Q.  Okay.  Do you consider her to be an honest
19  person?
20     A.  I think there was some real questions
21  surrounding the claim of an outside job offer from the
22  University of Southern California where I believe that
23  the evidence suggest that she was not truthful about
24  receiving that job offer or about the salary of this
25  opposing job offer, as it was later discovered that USC

Page 44

1  in fact had not made a job offer.  They had interviewed
2  her, and she was one of only two candidates, the other
3  also being a member of our department.  But when the
4  first one turned them down, she thought she was going to
5  get the job, but in fact she did not.
6      Q.  So then do you have any allies in the classics
7  department that you would consider to be honest people?
8      A.  To the extent that Palaima is perhaps somewhat
9  sympathetic and understanding of my position, I have no
10  reason to think he is dishonest.
11     Q.  And he is retiring?
12     A.  Yes.
13     Q.  What is the role of an academic advisor?
14     A.  The term "academic advisor" usually refers to
15  staff and not faculty.
16     Q.  What is a faculty advisor role?
17     A.  Well, we do have both, an undergraduate and
18  graduate advisor.
19     Q.  And I asked you earlier --
20     A.  And --
21     Q.  I am sorry.  Go ahead.
22     A.  The graduate advisor meets briefly with each of
23  the graduate students each semester when they are doing
24  their course planning for the next semester.  So he
25  meets only with those students who are doing active

Page 45

1  coursework, not the students who are at dissertation
2  level.  And at this point, I would say we have fewer
3  than 15 students doing coursework.  So it is not that
4  many students that the graduate advisor meets with, and
5  the current graduate advisor basically just approves
6  whatever they want and really doesn't do much.
7      Q.  The undergraduate advisor meets with majors, if
8  they want to meet with him, but his approval of their
9  course choices is not required.  Most undergraduates
10  meet with the staff member who does academic advisement?
11  And is that -- is that Susan Summers now?
12     A.  Yes.
13     Q.  And she is faculty -- faculty member?
14     A.  No.  She is a staff.
15     Q.  All right.  And I asked you earlier if you ever
16  served as -- I thought I asked if you'd ever served as
17  an academic advisor, and you said you had not, correct?
18     A.  Unless you mean as academic advisor, the
19  director of dissertation or masters thesis.  I certainly
20  have served in that capacity, but I have never been the
21  undergraduate or graduate advisor.
22     Q.  And that was because -- you attributed that to
23  the leadership being bias against you?
24     A.  I am paraphrasing.
25     Q.  Yes.  There is a certain -- I mean, the four

Thomas Hubbard Vol I
May 25, 2021                                              46 to 49

                                                                    Page 46
1  people that I identified as the hegemonic faction were
2  all the prodigies of a certain former department chair
3  who for various reasons did not like me because I was
4  not as enthusiastic about his prodigies as he was.
5      Q.  And as the academic advisor to undergraduates,
6  that's the role where the faculty member meets with the
7  undergraduates if they desire, majors?
8      A.  Yeah, right.  And the majority of them did not
9  meet with him.
10     Q.  Okay.  That's --
11     A.  And it's really sinecure.
12     Q.  And that's -- and you have not been asked to
13 serve in that capacity, correct?
14     A.  No.
15     Q.  All right.  Has anyone ever articulated
16 justification for you not serving in that capacity
17 because they are concerned that you would run off majors
18 or run off students?
19     A.  That has never been alleged as their reasons.
20     Q.  What were their reasons?
21     A.  Well, Steve White, the chair who wrote this
22 memorandum that you presented as Exhibit 1 as part of
23 his dossier the dean asked him to compile, said that,
24 well, because all these reasons we cannot possibly ask
25 him to serve in these jobs.  But of course, none of

                                                                    Page 47
1  these reasons had anything to do with my actual
2  competence to serve on the jobs, and I do not recall
3  there being because of any statement that I would run
4  people off.
5      Q.  Well, there is a statement on Page 3 that you
6  have a history of bullying students that has been widely
7  known in the profession?
8           MR. SIBLEY:  Objection.  Form.
9      Q.  (BY MR. PRINGLE JR.)  That was alleged,
10 correct?
11          MR. SIBLEY:  Objection.  Form.
12     A.  Well, he may have alleged that.  Now, part of
13 the file that you should have seen was a detailed
14 response amounting to close to 500 pages with all the
15 exhibits in which I refuted every single one of the
16 charges this department chair made.  And that is part of
17 the reason why the dean ultimately gave me a huge salary
18 increase and restored me to the department and told this
19 department chair that he should not continue.  If I may,
20 I would like to review the paragraph --
21     Q.  Sure.  Please do.
22     A.  -- that you allude to.  Is this 4A?
23     Q.  Indeed.
24     A.  Okay.  His history of bullying students has
25 become widely known in the profession.  Okay.  White

                                                                    Page 48
1  never documented that.  His sole documentation was a
2  statement from Robert Caster at Princeton who was one of
3  the three external reviewers of the department when it
4  had its mandatory external review, which, you know,
5  departments are asked to do approximately every ten
6  years.  And in the course of that review, this faction
7  tried to blame all of the department's problems on me.
8  I was in Germany at the time of the review, so I was not
9  able to meet with these reviewers.  There was a
10 subsequent e-mail about -- from Caster to this
11 department chair in which he asked, why haven't you
12 gotten rid of Tom Hubbard yet.  But his sole impression
13 is what he had been told by that faction without having
14 discussed it with me.  Once I became aware of Caster's
15 e-mail under an open records request, I e-mailed him
16 myself and said, what is the basis for your thinking
17 this.  And he admitted that it was solely on the basis
18 on what he had been told by Steve White and other
19 members of that faction whom he trusted.  He said that
20 he had not heard anything from any of his students at
21 Princeton to this effect.  And we have had
22 undergraduates who went into the graduate program at
23 Princeton.  And I remember Jake Mackey, and, you know,
24 Caster said that he had not heard anything negative
25 about me from them, nor from Larry Kim who was an

                                                                    Page 49
1  assistant professor in our department who was denied
2  tenure and was a Princeton Ph.D. and kept in touch with
3  people at Princeton.  So the two people who were at
4  Princeton who actually knew something about our
5  department had never said anything negative about me at
6  all.  Caster's impression was solely based on what he
7  heard during his visit as an external reviewer.
8           MR. PRINGLE JR.:  Objection.
9  Nonresponsive.
10     Q.  (BY MR. PRINGLE JR.)  I thought you were going
11 to read that slightly to yourself.  That's what you
12 asked to do, is you wanted to review the paragraph.  Go
13 ahead and review.  Just review it, but I am not asking
14 you a question right now.
15     A.  Well, he also says --
16     Q.  I haven't asked you a question yet.  Have you
17 reviewed the paragraph?
18     A.  (Complying.)  Yes.  I have reviewed the
19 paragraph.
20     Q.  Can we agree that there is an allegation you
21 have a history of bullying students that's been widely
22 known in the profession?
23          MR. SIBLEY:  Objection.  Form.
24     A.  The sole documentation, which is --
25     Q.  (BY MR. PRINGLE JR.)  I didn't ask you about

Thomas Hubbard Vol I
May 25, 2021                                          50 to 53

Page 50

1  the documentation.  Can we agree that there's that
2  allegation?
3          MR. SIBLEY:  Objection.  Form.
4      A.  From Robert Caster and Robert Caster only, and
5  I have explained where Caster came up with that.  It was
6  not directly from any student who has ever worked with
7  me.
8      Q.  All right.
9      A.  And --
10     Q.  Is --
11     A.  May I continue?
12     Q.  Well, I haven't really asked you a question.
13     A.  Well, you did ask a question about whether
14  there was this reputation in the profession.
15     Q.  No.  That's not the question that I asked, sir.
16  Listen very closely to my question.  It's important you
17  understand the question that I am asking you so you can
18  answer that question.  Okay?
19     A.  I thought you asked, did I have reputation of
20  bullying in the profession.
21     Q.  No, that's not what I asked.  You need to
22  listen very closely to my question.  Can we agree that
23  there's an allegation that you had a history of bullying
24  students that's widely known in the profession?
25         MR. SIBLEY:  Objection.  Form.

Page 51

1      A.  Steve White does make that allegation.
2      Q.  Okay.  The next sentence says, applications in
3  your area of Greek poetry, especially from strong
4  programs, has fallen off considerable in recent years as
5  faculty attrition has left him our sole specialist in
6  that area; is that true?  That's a yes or no question.
7          MR. SIBLEY:  Objection.  Form.
8      A.  I would like to answer with a more detailed
9  response than yes or no.
10     Q.  (BY MR. PRINGLE JR.)  First tell me --
11     A.  May I?
12     Q.  First tell me if it is true or not?
13         MR. SIBLEY:  Objection.  Form.
14     A.  I don't really know as I was not on the
15  admission's committee.
16     Q.  (BY MR. PRINGLE JR.)  Okay.  If you don't know,
17  you don't know.
18     A.  But I would like to add to that.  That the fact
19  of their being only one specialist in that area is
20  itself the explanation whereas we previously had several
21  people specializing in that area.  Having one person in
22  Greek literature is not typical for graduate programs in
23  classics.
24     Q.  So --
25     A.  The other people who specialized, I mean,

Page 52

1  Larry Kim was denied tenure, Andrew Faulkner had an
2  outside job offer that was not matched, Edward Boucher
3  whom we pointed at the senior level was so disgusted
4  that he left after two years.
5          MR. PRINGLE JR.:  Objection.
6  Nonresponsive.
7      Q.  (BY MR. PRINGLE JR.)  So you don't know whether
8  that statement is true or not?
9      A.  At the time that this was written in 2018, I
10  was not on the admissions committee, so I can't attest
11  one way or the other.
12     Q.  So you don't know if the reason that
13  applications in your area, Greek poetry, especially from
14  strong programs, have fallen off considerable in recent
15  years because you were the sole specialist in that area?
16         MR. SIBLEY:  Objection.  Form.
17     Q.  (BY MR. PRINGLE JR.)  You don't know that, do
18  you?
19         MR. SIBLEY:  Objection.  Form.
20     A.  I can only speculate, and I just explained to
21  you that having only one faculty member in that area as
22  opposed to Latin literature where we had several
23  faculty, is the more likely explanation than anything to
24  do directly with me.
25     Q.  (BY MR. PRINGLE JR.)  And that's pure

Page 53

1  speculation on your part, isn't it?
2          MR. SIBLEY:  Objection.  Form.
3      A.  Your question only called for speculation since
4  I do not -- I do not have the data on which this
5  statement is made.
6      Q.  (BY MR. PRINGLE JR.)  Okay.  Prospective
7  students visiting the department often voice concerns
8  about working with him, Tom Hubbard; is that true?
9      A.  They haven't voiced them to me.
10     Q.  That's not my question.  Do you know if
11  prospective students visiting the department how often
12  voiced concerns about working with you?
13     A.  No, I do not.
14     Q.  Okay.  Have you --
15     A.  But the fact that the dean ultimately did not
16  give credence to White's charges, you know, made a very
17  generous settlement with me and asked this department
18  chair to step down should impeach the credibility of
19  what this department chair says.
20     Q.  With all due respect, Professor --
21         MR. PRINGLE JR.:  Objection nonresponsive.
22     Q.  (BY MR. PRINGLE JR.)  You just don't know
23  whether prospective students have voiced concerns about
24  working with you?
25     A.  I have seen no --

Thomas Hubbard Vol I
May 25, 2021                                          54 to 57

Page 54

1           MR. SIBLEY: Objection. Form.
2      A. I have seen no evidence to that effect.
3      Q. (BY MR. PRINGLE JR.) Okay. Did you ask the
4 dean, Randy Diehl, or the -- or the chair of the
5 classics department whether that's true?
6      A. Not that I remember, but he has not presented
7 any documentation of that effect.
8      Q. If you got a copy of an e-mail or report that
9 prospective students voiced concerns about working with
10 you, why in the world didn't you ask, give me some
11 details on that so I can correct my behavior?
12          MR. SIBLEY: Objection. Form.
13     Q. (BY MR. PRINGLE JR.) Why didn't you do that?
14          MR. SIBLEY: Objection. Form.
15     A. I only received a copy of this in my open
16 records request, which was some years later, and, you
17 know, was part of my filing a grievance against that
18 chair, so he was hardly likely to talk to me about it.
19     Q. (BY MR. PRINGLE JR.) Now, Professor, you saw
20 this when you responded to this, didn't you?
21     A. Yes, that was at the time of filing a grievance
22 against that chair.
23     Q. Are you telling me that you had no opportunity
24 to respond to this?
25     A. I did in the -- in the complaint to the

Page 55

1 committee of counsel on academic freedom and
2 responsibility, and the committee upheld my complaint.
3          MR. PRINGLE JR.: Objection.
4 Nonresponsive.
5      Q. (BY MR. PRINGLE JR.) When you found out about
6 it, why didn't you do anything to investigate whether it
7 was true that students don't want to work with you?
8      A. I did not expect to receive an honest response
9 from this department chair.
10     Q. But you didn't even -- you didn't even see what
11 the response was to see if it was honest or not?
12     A. He presented no documentation. He never named
13 any prospective students.
14     Q. And you never asked him, did you?
15     A. He and I were hardly on speaking on terms at
16 that point. I -- if I had demanded documentation, he
17 would not have provided it, in my opinion.
18     Q. Now, Professor, that would be a great response
19 if I asked you if y'all were on speaking terms, but I
20 just asked you if you never asked him any details about
21 who was complaining they didn't want to work with you,
22 you never asked him?
23     A. I didn't ask and no details were ever provided
24 in any of his documentation.
25     Q. Was that because you didn't care?

Page 56

1      A. Oh, no, of course I care.
2      Q. If you cared that people were -- prospective
3 students visiting the department voiced concerns about
4 working with you. If you cared, why didn't you ask any
5 questions?
6          MR. SIBLEY: Objection. Form.
7      A. I think that in my response to this I did point
8 out that this was a charge made with no evidence.
9      Q. (BY MR. PRINGLE JR.) How do you know? You
10 didn't ask.
11     A. My opinion at the time was if there was actual
12 evidence he would have provided it as part of this
13 dossier or the subsequent dossier that he submitted as
14 part of the post-tenure review process. I, myself, was
15 never made aware of this document here until after the
16 post-tenure review. And it was only at that point that
17 he actually gave me a detailed document outlining his
18 charges against me.
19     Q. You must have been aware of it because you
20 responded to it, though; isn't that right?
21          MR. SIBLEY: Objection. Form.
22     A. Yes. I responded to it in the form of a
23 complaint to the Committee of Counsel on Academic
24 Freedom and Responsibility. And my complaint the was
25 upheld --

Page 57

1          MR. PRINGLE JR.: Objection --
2      A. -- that this was a misuse of the post-tenure
3 review process.
4          MR. PRINGLE JR.: Objection.
5 Nonresponsive.
6      Q. (BY MR. PRINGLE JR.) Did you know Leoda
7 Anderson?
8      A. Yes. I remember Leoda.
9      Q. And who was she?
10     A. She was the departmental secretary when I first
11 came to the department. I believe she retired around
12 1990, and I really didn't see much of her since then,
13 but I did hear she had recently died at the age of 103.
14     Q. And did you supervise Leoda?
15     A. No.
16     Q. As a faculty member at the University of
17 Texas -- well, let me ask you this. Describe for me if
18 you would your division of labor or division of efforts,
19 however you want to characterize it, between your
20 working for the foundation, versus working for U.T. Is
21 that question clear?
22     A. Yes. Well, the foundation was only
23 incorporated in 2013.
24     Q. Okay.
25     A. And in the early years, it was very small. We

Thomas Hubbard Vol I
May 25, 2021                                          58 to 61

Page 58

1 were largely just a program of providing books and
2 educational materials to prisoners. That, you know, was
3 our main activity. Although, we did have the -- and
4 these were largely, but not exclusively gay prisoners.
5 And, you know, outreach to prisoners has been common in
6 gay activist communities going back to the 1970s,
7 although not so much recently.
8         So I would say that in the early years this
9 would have been a fairly minor set of commitment. In
10 the last few years, it has become more of a commitment.
11 The department and university have been fully informed
12 of my work with the foundation. I have even been
13 praised for it in the annual review letters that the
14 chair has written.
15         Part of our -- I mean, we have three basic
16 duties as professors, teaching, scholarship, and
17 service. And that service can be service to the
18 universities, such as serving on committees or serving
19 in academic advisor positions. But the service can also
20 be service to the profession by serving in capacities
21 with professional organizations as I have done, or it
22 can be national or even international service. And
23 certainly working with a 501(c)(3) that does educational
24 work and academic research is a form of national
25 service. So I have always listed that on my annual

Page 59

1 reports, and it has been acknowledge in the chair's
2 annual letters of evaluation as being a positive
3 contribution that is consistent with my position at the
4 University. No one has ever complained about my work
5 with the foundation.
6         MR. PRINGLE JR.: Objection.
7 Nonresponsive.
8     Q. (BY MR. PRINGLE JR.) You remember my question?
9     A. The division of labor.
10    Q. (BY MR. PRINGLE JR.) Yeah. I am looking for
11 like 50/50, 64/40, 90/10.
12    A. My response was that it has grown over the
13 years. At first it was relatively -- a relatively small
14 part of my time. In the last two or three years, it has
15 become a more significant part of my time. I would say
16 that in the last year and a half, given that of my
17 teaching has been fairly minimal, it would be a larger
18 percentage of time. But I have never really thought
19 about what percentage of my time.
20    Q. Can you give me an idea of percentage of your
21 waking hours you spend with the foundation business
22 versus the University of Texas class that you teach?
23    A. If you are talking specifically about the one
24 class I teach, that would be a relatively small
25 percentage of my time. But one of our other duties is

Page 60

1 scholarship, and I certainly spend a lot of time on
2 that. So if the question is how much is the division
3 between the foundation and my other duties with the
4 University, I would say right now it is probably about
5 50/50.
6    Q. Okay. Fair enough.
7    A. But in previous years it would have been less
8 than that, and previous years when I had a full-time
9 teaching schedule and when the foundation was smaller.
10    Q. So roughly 50/50 now between the foundation and
11 your obligations with the University?
12    A. Yes.
13    Q. All right. And your obligations with the
14 University you mentioned the three things, teaching,
15 scholarship, and service, correct?
16    A. Uh-huh. Uh-huh.
17    Q. Yes?
18    A. Yes.
19    Q. You need to say yes, remember for her.
20    A. I remember. Not inarticulate guttural
21 utterances.
22    Q. Right.
23    A. I will try not to stay uh-huh anymore.
24    Q. We all slip into them, but it is normal, but
25 she does need to make a record, so --

Page 61

1         So are all three of those prongs, the
2 teaching, scholarship, and service, part of your
3 obligation to the University?
4    A. Yes.
5    Q. All right. And part of your service obligation
6 is your involvement with the foundation?
7    A. National service does come under that heading.
8    Q. So is that true that part of your service
9 obligation with the University is your involvement with
10 the William A. Percy Foundation?
11    A. I am not obligated to serve with that specific
12 foundation, but it is true that doing service with
13 national organizations is something that the University
14 counts as service and recognizes and it has recognized.
15    Q. And that is something that you would tout as
16 fulfilment of your service obligation, your involvement
17 with William A. Percy Foundation, true?
18    A. Yes. I have always listed it on my annual
19 review documents, and it has been acknowledged by the
20 department chair as relevant.
21    Q. And part of your involvement with the William
22 A. Percy Foundation is the scholarship and the study
23 that you perform there and in your capacity as a
24 representative of the William A. Percy Foundation; is
25 that true?

Thomas Hubbard Vol I
May 25, 2021                                                        62 to 65

Page 62

1    A.  Yes, that is part of it.
2    Q.  All right.
3    A.  But not the totality of it.
4    Q.  No, there is plenty of other --
5    A.  Sure.
6    Q.  -- scholarship out there that is not connected
7  with the William A. Percy Foundation, true?
8    A.  Yes, plenty of other scholarship that I write.
9    Q.  But part of your work with the William A. Percy
10 Foundation is scholarly in nature?
11   A.  Yes, and that includes not only things that I
12 write but also supervising the projects of others to
13 whom we grant money.
14   Q.  Okay.  Now, the William A. Percy Foundation,
15 what is it exactly?
16   A.  It is a 501(c)(3).
17   Q.  And its purpose is?
18   A.  To promote gay rights in areas that tend to be
19 neglected by mainstream gay organizations like GLAAD and
20 HRC.
21   Q.  What is HRC?
22   A.  Human Rights Campaign.
23   Q.  And what does GLAAD stand for?
24   A.  Gay and Lesbian Association for Antidefamation
25 or something like that.

Page 63

1    Q.  Yeah.  There are two As?
2    A.  Yes, there were.
3    Q.  All right.  So the William A. Percy Foundation
4  promotes gay rights in areas that underserved by more
5  mainstream organizations, fair?
6    A.  Yes.  That is correct.  Specifically regard to
7  criminal justice issues.
8    Q.  What sort of criminal justice issues affect gay
9  rights?
10   A.  Gay and lesbian people are incarcerated at
11 three times the rate of the general population.  I mean,
12 that has been well-documented in studies like people
13 like Ilan Meyer of the Williams Institute at UCLA.  And,
14 you know, supportive gay prisoners used to be a signal
15 issue among the early gay rights movement in the 1970s.
16 But since the 1980s, the strategy of a lot of the
17 mainstream big organization has been a simulationist in
18 nature, and hence their primary issue became gay
19 marriage or gay adoption or equal rights in the
20 workplace, which, of course, are now federal law thanks
21 to the Supreme Court.  So it was issues that make gays
22 look respectable in the same as everyone else.  And
23 they've tended to shy away from any admission that gay
24 disproportionately have problems with the law, which
25 they do.  In our research and the research of others

Page 64

1  suggest that a lot of that is due to discrimination, but
2  it is a form of the discrimination that mainstream
3  organizations don't want to talk about.
4    Q.  Is one the ways that gay rights -- let me start
5  over.  Is one -- is one of the areas that the William A.
6  Percy Foundation addresses the criminal justice issues
7  of convicted pedophiles?
8         MR. SIBLEY:  Objection.  Form.
9    A.  I would say sex offenses more broadly, not just
10 pedophilia.
11   Q.  (BY MR. PRINGLE JR.)  Including pedophiles?
12   A.  Yes.  People -- yes, who have been accused of
13 that would certainly be among the people that we study.
14   Q.  Okay.
15   A.  And that does not in any way mean that we don't
16 think they did something wrong.  I mean, they did.
17   Q.  I am not suggesting otherwise.  What is
18 pedophilia?
19   A.  The scholarly definition of that term as
20 defined in the Diagnostic and Statistical Manual of the
21 American Psychiatric Association --
22   Q.  Well, it's a medical definition, isn't it?
23   A.  It is a medical and psychological definition,
24 and it is widely used by people in the field of
25 psychology as well as psychiatry.  Is that it refers to

Page 65

1  a persistent and dominant attraction to children under
2  the age of 10 -- or 10 or below.
3    Q.  Prepubescent children?
4    A.  Yes.
5    Q.  A girl who has not yet menstruated, for
6  example?
7    A.  For example.  Now, in the 11 to 13 category,
8  that actually has a different term in psychology, which
9  is hebephilia.  And then most postpuberty, the term is
10 ephebophilia, which corresponds to what we call
11 pederasty in historical scholarship -- historical and
12 anthropological scholarship.
13   Q.  And all of the phenomenon you just described,
14 sexual attraction between adult and the prepubescent
15 children, preteen children age 10 to 12 --
16   A.  Uh-huh.
17   Q.  -- and underaged children age 14 to 17, below
18 the age of content, true?
19        MR. SIBLEY:  Objection.  Form.
20   A.  All of those are sex offenses in our -- in
21 American law.  Although, the age of consent varies by
22 state.  In the majority of American states it is 16.
23   Q.  Can you -- can you -- can you point me on to a
24 publication besides the DSM that defines pederasty as
25 distinct from pedophilia?

Thomas Hubbard Vol I
May 25, 2021                                    66 to 69

Page 66

1      A.  Not off the top of my head, but I would say
2  that most people who specialize in sexology understand
3  the distinction between these terms, and most
4  classicists understand the difference between these
5  terms.
6      Q.  Well, the population you've just described I
7  assume is a pretty small sliver of American society,
8  right, classicists and those who study sexology, yes?
9      A.  It is.  I would say the majority of the
10  American population have never heard the word pederasty
11  and probably do not know the difference.  But I would
12  say, to the common man on the street, and that is the
13  legal standard that we have to use in cases of
14  defamation, when you say the word "pedophilia" what they
15  think of is someone who molest prepubescent children --
16      Q.  And what --
17      A.  5 year olds or 10 year olds.  Now, some people
18  who are very sloppy, like the Defendant, confuse that
19  with talking about adolescent sexuality.
20          MR. PRINGLE JR.:  Objection.
21  Nonresponsive.
22      Q.  (BY MR. PRINGLE JR.)  What evidence do you have
23  that most people on the street consider pedophilia to be
24  the prepubescent children?  What evidence do you have?
25      A.  The fact that people are so horrified by the

Page 67

1  term.  Whereas relationships between adolescents are
2  usually not called pedophilia.  If two 16 year olds have
3  sexual relations, I do not believe that most people
4  would call that pedophilia, even though it is a
5  relationship with someone who under Texas law is under
6  age.
7      Q.  Would you agree that setting aside this narrow
8  sliver of classicists and sexologists like yourself, the
9  average man on the street would consider sex between an
10  adult male, say, a 25-year-old male and a 15-year-old
11  boy as being pedophilia?
12      A.  I do not believe they would use that term.  I
13  mean, they might disapprove of it, but I think most
14  people's understanding of pedophilia is molestation of
15  children who are not yet of the age of sexual maturity
16  or understanding.
17      Q.  What term do you believe the average man on the
18  street, not the classicists or the sexologist like
19  yourself, would use to describe sex between a
20  25-year-old man and a 14 or 15-year-old boy?
21      A.  Inappropriate.
22      Q.  I am not going to let you off that easy.
23          MR. SIBLEY:  Objection.  Form.
24      A.  An inappropriate relationship --
25      Q.  And how --

Page 68

1      A.  -- and an illegal relationship in certain
2  jurisdictions.
3      Q.  (BY MR. PRINGLE JR.)  Why would -- why would it
4  be classified as inappropriate?
5      A.  Because it is illegal, and because a lot of
6  people have the misunderstanding that there is some
7  principle of natural law whereby one cannot engage in
8  informed contest below a certain age.
9      Q.  Okay.  I tell you what, we have been going
10  about an hour and 40 minutes.  I didn't tell you that
11  any time you want to take a break, we can.  If you need
12  to use the restroom, make a phone call, talk to Joe,
13  stretch your legs, get a drink of water, anything like
14  that.  You know, mi casa is su casa.  You've got
15  facilities, coffee, anything you want.  Do you want to
16  take a break?
17      A.  I don't need to.  We can go on for a while, but
18  if others in the room would like to take a break, I am
19  certainly willing to.
20          MR. PRINGLE JR.:  Well, I am at the will of
21  the majority.  Do you want to take a break, Joe?
22          MR. SIBLEY:  Yeah.  Let's take a ten-minute
23  restroom break.
24          THE VIDEOGRAPHER:  Off the record at 11:40.
25          (Recess taken.)

Page 69

1          THE VIDEOGRAPHER:  We are back on the
2  record at 11:56.  This begins Tape No. 2.
3      Q.  (BY MR. PRINGLE JR.)  Professor, we were
4  talking about the William A. Percy Foundation before we
5  stopped.
6      A.  Uh-huh.
7      Q.  And I asked you a little bit about your
8  division of efforts between your faculty position and
9  your William A. Percy Foundation involvement.
10      Q.  You are the president of the William A. Percy
11  Foundation; is that right?
12      A.  Yes.
13      Q.  And how did you become the president?
14      A.  Essentially, I founded it.
15      Q.  Okay.
16      A.  Got Mr. Percy to agree to let us use his name
17  and his famous great-uncles's name.
18      Q.  All right.  So there are actually two William
19  A. Percys, aren't there?
20      A.  They are.
21      Q.  All right.  And is the younger still alive?
22      A.  He is 87, but, yes, he still exists.
23      Q.  Okay.  All right.  Is that William Armstrong
24  Percy?
25      A.  Yes, the third.

Page 70

1      Q.  The third?  And the other William A. Percy was
2  his uncle or great-uncle?
3      A.  I think great-uncle.
4      Q.  Okay.  Does William A. Percy -- William
5  Armstrong Percy, is he still involved with the Percy
6  Foundation?
7      A.  He has never been involved in any formal
8  capacity, but, you know, we certainly talk to him and
9  let him know what we are doing, and he appreciates it,
10  and he gives us some money.
11      Q.  All right.  Now, does the William A. Percy
12  Foundation have a website?
13      A.  Yes.
14      Q.  And as the president, is it your responsibility
15  what's on that website?
16      A.  It is primarily our vice president who handles
17  the website.
18      Q.  And that is who?
19      A.  Avi Bindorot.
20      Q.  But even though the vice president handles it,
21  would you agree that as the president you are ultimately
22  responsible for everything that is on the website?
23      A.  I advise him about it.
24      Q.  And you review it and approve it?
25      A.  There is not really a formal approval process,

Page 71

1  but he consults me at least so there are no conflicts.
2      Q.  And have you -- have you reviewed what's on
3  your website?
4      A.  I believe at least once I probably read
5  everything that's there.
6      Q.  But you believe it was drafted by Avi?
7      A.  Well, some of the things were written by me,
8  some were written by a number of other people.  I mean,
9  we sort have guest editorials that people can send us,
10  and, you know, if we think it is reasonable and
11  interesting we will publish it.
12      Q.  Is the purpose of the website so acquaint
13  inquiring minds with what the William A. Percy
14  Foundation is and what it does?
15      A.  Yes.
16      Q.  I am going to show you something from your
17  website and ask you if you have seen it before.  You
18  know that your bio -- your bio is on the website, right?
19      A.  Oh, yes.  I certainly approved of that.
20      Q.  Yeah, you better approve that.
21          (Exhibit 2 marked.)
22      Q.  (BY MR. PRINGLE JR.)  Exhibit 2 is going to be
23  an exert from that website.  I just want you to look it
24  over.  Professor, can I have that back so I can stick a
25  sticker on and otherwise I will lose it.

Page 72

1      A.  (Complying.)
2      Q.  Thank you.  There you go.  Exhibit 2, you have
3  reviewed it?
4      A.  I pretty much know what's on it.
5      Q.  All right.  In the bio for William Armstrong
6  Percy Foundation, III --
7      A.  Uh-huh.
8      Q.  -- after it talks about his educational
9  achievements, and I am reading here it says, sexually
10  active since the age of 5.  William A. Percy was
11  sexually active at the age of 5?
12      A.  That's what he has told me.  I mean, he boasts
13  to people about it.
14      Q.  And why do you as the executive director of the
15  William A. Percy Foundation feel a need to advertise
16  that on the website introducing acquiring minds to the
17  foundation?
18      A.  It is something he says about himself.  It was
19  other boys of his own age that he experimented with, and
20  he says it is part of the reason that he has always, you
21  know, had a healthy sexual appetite, which he has had
22  into his 80s.
23      Q.  So the founder and namesake of the William
24  Arm -- William A. Percy Foundation of which you are the
25  president touts that his healthy sexual appetite is due

Page 73

1  to the fact that he was sexually active at the age of 5?
2      A.  Well, he is not the founder, I am the founder.
3      Q.  He is the namesake?
4      A.  Yes, one of the two.  And, yes, I mean, he
5  likes boasting about himself.  He has also boasted that
6  he has had 30,000 sexual partners during his life.
7      Q.  Beginning at the age of 5?
8      A.  Yes.
9      Q.  Do you know whether William Armstrong Percy was
10  ever sexually molested by an adult?
11      A.  He would not call it molestation, but he has
12  told me that as an adolescent he actively seduced
13  adults, that he was very attracted to soldiers.  This
14  would have been back in the aftermath of World War II.
15  And when he was traveling from his home in Memphis to
16  his prepschool in the northeast he would frequently see
17  soldiers on the train and proposition them.
18      Q.  So can we agree that an adult who has sex with
19  a 5 year old is by definition a pedophile?
20      A.  Yes.
21      Q.  All right.  In the introductory materials to
22  the foundation of which you are the president and which
23  Mr. Percy is one of the namesakes, do you ever
24  distinguish that the namesake's sexual activity at the
25  age of 5 was not with adult men?

Thomas Hubbard Vol I
May 25, 2021                                                    74 to 77

Page 74

```
 1      A.  No, we did not say that.
 2      Q.  Okay.
 3      A.  But that is my understanding, is it was with
 4  other boys in the neighborhood.
 5      Q.  Okay.  Do you think that somebody reviewing
 6  this could come to the collusion that this endorses
 7  sexual activity at the age of 5?
 8          MR. SIBLEY:  Objection.  Form.
 9      A.  No.
10      Q.  (BY MR. PRINGLE JR.)  Certainly doesn't condemn
11  it, does it?
12      A.  No.
13      Q.  Just nonjudgmental one way or the other?
14      A.  It is nonjudgmental about 5 year old
15  experimenting with 5 year old.
16      Q.  But that's what it says, does it?
17      A.  It happens much more often than you might
18  think.
19      Q.  But it doesn't says that Dr. Percy was sexually
20  active with other 5 year old, it just says that he was
21  sexual active since the age of five?
22      A.  Yes.  We did not want to make the biographies
23  overly long or filled with unnecessary detail.
24      Q.  How do you think a pedophile would read that
25  phrase, sexually active since the age of 5?
```

Page 75

```
 1          MR. SIBLEY:  Objection.  Form.
 2      A.  Well, you are asking me to speculate.
 3      Q.  (BY MR. PRINGLE JR.)  I am.  How do you think a
 4  pedophile would read that?
 5      A.  As confirming Sigmund Freud's doctrine that we
 6  have all have sexual instincts from a very young age.  I
 7  mean, this is a common place in the history of
 8  psychologist, not just Freud, Melanie Klein, you know,
 9  who is a Freud and disciple who specialized in
10  developmental psychology, have all acknowledged that
11  even at that young age kids enjoy playing with their
12  private parts.
13      Q.  And at that age, do kids enjoy playing with
14  adult's private parts?
15          MR. SIBLEY:  Objection.  Form.
16      A.  Some of them might.  I don't know.  I mean, I
17  never had any experience with that.  I mean, I was not
18  sexually active until I was an adult.
19      Q.  (BY MR. PRINGLE JR.)  But to you it is not
20  jarring at all that the bio for the namesake of the
21  William A. Percy Foundation touts the fact that the
22  namesake was sexually active at the age of 5?
23          MR. SIBLEY:  Objection.  Form.
24      Q.  (BY MR. PRINGLE JR.)  You are not troubled at
25  all by that, are you?
```

Page 76

```
 1          MR. SIBLEY:  Objection.  Form.
 2      A.  As long as his activity was consensual and with
 3  other kids his own age who also consented, I do not
 4  think that is immoral.
 5      Q.  But none of those qualifiers are in the bio,
 6  are they?
 7      A.  Perhaps we should have put them there.
 8      Q.  Why?  So that nobody might get the impression
 9  that you endorse sex with minors, sex with children?
10          MR. SIBLEY:  Objection.  Form.
11      A.  We might make that clearer if we added those
12  details, and I will talk with our webmaster and
13  appreciate your suggestion that we ought to.
14      Q.  (BY MR. PRINGLE JR.)  Okay.  So you can
15  appreciate the suggestion that one might come to the
16  conclusion that it is a pro-pedophile organization --
17          MR. SIBLEY:  Objection.  Form.
18      Q.  (BY MR. PRINGLE JR.)  -- absent that
19  clarification you are going to make?
20          MR. SIBLEY:  Objection.  Form.
21      A.  I believe anyone looking at our website would
22  review the rest of the contents of the website and
23  realize our agenda is rather different from that and is
24  not even focused specifically on the age of contest,
25  although it is one of a range of issues that we look --
```

Page 77

```
 1  that we sponsor research on.
 2      Q.  (BY MR. PRINGLE JR.)  That's assuming that the
 3  inquiring mind visiting your website and wondering who
 4  you are gets past the fact that the namesake is proudly
 5  proclaiming his sexual emancipation at the age of 5?
 6          MR. SIBLEY:  Objection.  Form.
 7      A.  As I answered in response to the previous
 8  question, I believe they are going to read more than
 9  that.
10      Q.  (BY MR. PRINGLE JR.)  And you do condemn
11  pedophilia, don't you?  You do condemn pedophilia?
12      A.  Oh, yes, absolutely.
13      Q.  You condemn pederasty?
14      A.  It depends upon the cultural context.  I think
15  it is wrong to do it in a jurisdiction where it is
16  against the law, and I condemn any violation of the law
17  unless it is an explicit act of civil disobedience to
18  test the law through the judicial system, such as
19  happened in the desegregation struggles of the early
20  60s.
21      Q.  Understood.  Do you condemn pederasty in the
22  modern world?
23          MR. SIBLEY:  Objection.  Form.
24      A.  In those jurisdictions where it is illegal.
25      Q.  (BY MR. PRINGLE JR.)  All right.
```

Thomas Hubbard Vol I
May 25, 2021                                                78 to 81

Page 78

1    A.  Which is -- well, depending on the age, I mean,
2  some states like California where I live have an
3  absolute age of contest of 18 with the age gap
4  expectation, so I think people in California should not
5  do it.
6        Q.  Do you think pederasty today is immoral?
7        A.  I believe any violation of the law is unless it
8  is specifically, as I mentioned, civil disobedience with
9  the express purpose of testing a law in court.
10       Q.  Now, my question is not whether it is legal.
11  My question is whether you believe it is immoral.
12            MR. SIBLEY:  Objection.  Form.
13       Q.  (BY MR. PRINGLE JR.)  You understand the
14  distinguish between --
15       A.  Only with that proviso.
16       Q.  You understand the distinction between illegal
17  and immoral?
18            MR. SIBLEY:  Objection.  Form.
19       A.  Yes, I do.
20       Q.  (BY MR. PRINGLE JR.)  What is it?
21       A.  Illegal is anything that is in violation of the
22  laws.  Moral is contingent upon the perceiving subjects
23  sins of morality.
24       Q.  All right.  With that understanding, do you
25  believe that pederasty, under your sense of morals, is

Page 79

1  immoral?
2        A.  It is not immoral in Germany or Italy or
3  Austria or a number of other European and advanced Asian
4  countries because it is not against the law there.  I do
5  believe it is immoral in California and Florida where
6  all sexual activity under the age of 18 is against the
7  law.  And I -- because I do not think that anyone can
8  justify violating those laws as an act of civil
9  disobedience.
10       Q.  You are telling me where you think it is
11  illegal.  I want to know where you think it is immoral.
12            MR. SIBLEY:  Objection.  Form.
13       Q.  (BY MR. PRINGLE JR.)  Is your --
14       A.  In jurisdictions where it is illegal.
15       Q.  Okay.  And wherever else it is okay?  It
16  doesn't violate any sense of morality that you might
17  have?
18       A.  Well, again, it is contingent on all kinds of
19  if clauses.  If it involves someone in a supervisory
20  position over a minor, like a teacher or a therapist or
21  a medical doctor or, you know, a court-appointed
22  guardian, that would certainly be very immoral and
23  should be punished by the criminal law.
24       Q.  (BY MR. PRINGLE JR.)  And --
25       A.  And in most of the jurisdictions that I've

Page 80

1  mentioned that have lower ages of contest, there are
2  also provisions of the law that illegalize or render
3  unlawful those kinds of relationships.
4        Q.  And why should pederasty be punished severely
5  in those contingencies that you just mentioned?
6            MR. SIBLEY:  Objection.  Form.
7        A.  Because there is a possibility -- an enhanced
8  likelihood that the relationship might involve
9  manipulation or some kind of special award that would
10  not constitute a complete exercise of freewill on the
11  part of the younger partner.
12       Q.  (BY MR. PRINGLE JR.)  You would agree then that
13  any sexual relations between an adult male and, say, a
14  14-year-old boy that had any aspect of corrosion,
15  promise of an award, financial award, any sort of
16  corrosion at all is immoral?
17            MR. SIBLEY:  Objection.  Form.
18       A.  Yes.
19       Q.  (BY MR. PRINGLE JR.)  Okay.  And how do we know
20  whether that has occurred?
21       A.  It would be based upon the young person's
22  testimony.
23       Q.  What about the -- what about the adult?  How
24  does he know whether pederasty is immoral or not?
25       A.  Adults have an obligation to be informed of the

Page 81

1  laws in the jurisdiction of their residence, and I think
2  on a basic moral level, they have an obligation to
3  ensure informed contest, not just contest, but informed
4  contest.
5        Q.  And you understand a child under the age of
6  consent cannot give consent?
7            MR. SIBLEY:  Objection.  Form.
8        A.  In a purely legal sense.
9        Q.  (BY MR. PRINGLE JR.)  Right?
10       A.  But I believe that's a legal fiction.
11       Q.  Say that again.
12       A.  I believe that the age of consent is a legal
13  fiction because it depends upon the individual and the
14  circumstances, and these vary greatly from circumstances
15  that are violent rape, such as the Defendant has accused
16  me of advocating.  And I don't advocate at all, I
17  condemn that absolutely.  It depends on whether there is
18  a relationship of supervision or power between the two.
19  It depends upon whether there is explicit verbal consent
20  on the part of both parties.
21       Q.  So your position then is pederasty is not
22  immoral if it occurs between a minor who consents to
23  have sex with the adult?
24       A.  As long --
25            MR. SIBLEY:  Objection.  Form.

Thomas Hubbard Vol I
May 25, 2021                                          82 to 85

Page 82

1    A.  As long as it is legal in the jurisdiction.
2    Q.  And if there is any sort of supervisory
3  relationship between the adult and the child, you would
4  condemn it?
5    A.  Yes.
6    Q.  Because you would agree that the adult has
7  influence and advantages over the child due to years of
8  experience, advanced economic position, things like
9  that?
10   A.  I think the more important kind of influence
11 would be the influence that a medical provider has in
12 terms of, you know, recommending various actions with
13 respect to the child or the influence they might have in
14 doing an inappropriate examination of the young person,
15 such as has happened in all of these scandals involving
16 athletic coaches or teen doctors.  I mean, I absolutely
17 condemn that kind of thing, and I think relationships
18 between teachers and students under their supervision
19 are wrong.
20   Q.  So let's say we have age of consent is 14.
21   A.  Uh-huh.
22   Q.  And a 23-year-old man hooks up with a boy on --
23 what was the site you talked about earlier?
24   A.  Seeking Arrangement.
25   Q.  Seeking Arrangement?

Page 83

1    A.  But anyone has to be 18 to register for that
2  site.
3    Q.  Or at least represent that they are 18, right?
4    A.  Yeah, pretend to be 18.
5    Q.  All right.
6    A.  And, yes, it does happen that younger kids will
7  go on saying they are 18 and an adult unwilling gets
8  involved with that.
9    Q.  Work with me on this thought experiment,
10 though.  25-year-old man meets up with a kid on one of
11 those sites, say, 14-year-old kid, woos the child with
12 gifts, maybe theater tickets, sports tickets, things of
13 that nature if the child agrees to have sex with that
14 adult.  Nothing wrong with that in your mind, is there?
15      MR. SIBLEY:  Objection.  Form.
16   A.  If the adult knows that the younger person is
17 younger than the age of consent in their jurisdiction, I
18 think that would be wrong and should be punished.
19   Q.  (BY MR. PRINGLE JR.)  But if he is only -- but
20 he is 14 and at the age of consent, you are okay with
21 that?
22      MR. SIBLEY:  Objection.  Form.
23   A.  A lot is contingent on the context, child
24 prostitution below the 18 is illegal in almost every
25 jurisdiction.

Page 84

1    Q.  I am not asking about child prostitution,
2  though?
3    A.  But just giving gifts?
4    Q.  Yeah.  I am asking about giving gifts, wooing
5  them, courting the 14 year old with, I guess, theater
6  tickets, sports tickets, maybe a new baseball glove,
7  things of nature, but you are okay with that as long as
8  the child is above the hypothetical age of --
9    A.  But the ancient --
10      MR. SIBLEY:  Objection.  Form.
11   A.  The ancient Greeks were okay with that.  They
12 frequently show on the Vase painting gift-giving.
13   Q.  (BY MR. PRINGLE JR.)  But I am not asking about
14 the ancient Greeks, I am asking about now.  I am asking
15 you what you think about now.  You think that's okay?
16      MR. SIBLEY:  Objection.  Form.
17   A.  Depends on the nature of the gifts.  If it is
18 something, you know, very minor, it --
19   Q.  (BY MR. PRINGLE JR.)  How about my examples?
20   A.  -- is something that is incidental.  Well, like
21 a baseball glove.
22   Q.  And theater tickets and basketball tickets.
23   A.  If it's a quid pro quo where I am going to give
24 you this baseball glove if you let me have oral sex with
25 you, I think that would be objectionable and immoral.

Page 85

1  But if it is part of an ongoing relationship that
2  started quite separate from the gifts, that would be
3  different.
4    Q.  (BY MR. PRINGLE JR.)  And you would be okay
5  with that?
6    A.  In the jurisdictions where it is legal.
7    Q.  Okay.  And you would be okay with the -- our
8  hypothetical 25-year-old man and 14-year-old boy with
9  the hypo -- or adult showering the boy with gifts until
10 he consents to sex?
11      MR. SIBLEY:  Objection.  Form.
12   Q.  (BY MR. PRINGLE JR.)  Again, expectation or
13 quid pro quo.
14      MR. SIBLEY:  Objection.  Form.
15   A.  I think what you described is a quid pro quo.
16   Q.  (BY MR. PRINGLE JR.)  How?
17   A.  If he has made it clear that continuing to give
18 gifts is going to be contingent upon granting sexual
19 favors, I think that's wrong.
20   Q.  (BY MR. PRINGLE JR.)  Well, I am not saying
21 there is any sort of understanding in that regard, just
22 continuing to give gifts.  You okay with that?
23      MR. SIBLEY:  Objection.  Form.
24   A.  And they are not yet having sex?  I think --
25 there is nothing wrong with giving young people gifts as

Thomas Hubbard Vol I
May 25, 2021                                      86 to 89

Page 86

1  long as there is no force corrosion or manipulation to
2  do something for those gifts.
3       Q.   (BY MR. PRINGLE JR.)  As long as the 14 year
4  old is exercising informed consent, correct?
5       A.   Yes.  Yes.
6       Q.   Okay.  Let's talk about when you first met
7  Ms. Blakemore?
8       A.   Was when she was handing out her flyers to my
9  class.  Otherwise, this was a large class with over 120
10 students in it, and she had never come to see me or ask
11 me anything.
12      Q.   And at the time Ms. Blakemore handed out the
13 flyers, was she still a member of your class?
14      A.   No.  She said she had dropped it.
15      Q.   Did she say why she dropped it?
16      A.   I don't believe she gave a specific reason.
17 She just said -- I believe that I'd asked her what grade
18 she was getting in the class, and she said, I dropped
19 your class.
20      Q.   You asked her what grade she was getting?
21      A.   Yes.
22      Q.   When?
23      A.   When she was handing out her flyer.
24      Q.   Why?
25      A.   Because I find that often if students are

Page 87

1  really angry at a professor it is because of some kind
2  of objection to their grade or the class being too hard.
3  And I am a very tough grader, and I assign a lot of
4  work.  It is one of the reasons that I am not the most
5  popular professor is there is a generalized atmosphere
6  of grade inflation at the University of Texas, and there
7  has been insufficient administrative attention to that
8  issue.  My standards are essentially the same as what my
9  professor's standards were when I was a student over 40
10 years ago because I believe students deserve to get the
11 same quality of education I benefited from.
12      Q.   Do you know anything about Ms. Blakemore other
13 than from your interaction with her and her being a
14 student in your class?  For example, do you know
15 anything about her politics?
16      A.   Yes.  One of my teaching assistants looked her
17 up and told me that she was the daughter of this
18 prominent Republican political activist.  I believe
19 someone else looked at her Facebook page, which at the
20 time stated that she was interested in Republican
21 politics.
22      Q.   Other than that, do you have any knowledge of
23 her?
24      A.   Again, it is -- I have not looked at her
25 Facebook page.  I don't use Facebook or any social

Page 88

1  media.  But the people who have looked at it have told
2  me that she was an aspiring model, and, you know, showed
3  me a couple of photographs from her page, partly to make
4  sure that this was the same person that was in my class,
5  and it was.
6       Q.   But when she handed you the flyer, you didn't
7  know her from Adam, did you?
8       A.   No.
9       Q.   And at that time she was no longer a student in
10 your class?
11      A.   That's what she said.
12      Q.   And that's what you confirmed?
13      A.   Her last grade in the class was on the
14 mid-term, which was around October 15th.
15      Q.   And did she drop your class?
16      A.   That's what she said and, yes, I think she had
17 have a Q drop on the --
18      Q.   A what drop?
19      A.   A Q drop.
20      Q.   What's that?
21      A.   It means quit.  Q for quit.
22      Q.   Oh.  And what do you have to do to get a Q
23 drop?
24      A.   There is a petition that you file with your
25 college, and they are almost always approved.  The

Page 89

1  University has grown very lax about letting students do
2  that really up until the final exam.
3       Q.   So what was the reason that she gave for the Q
4  drop?
5       A.   She didn't explain her reason to me me.
6       Q.   So you have no idea why she dropped your class.
7       A.   No.  Although, my speculation is because she
8  wasn't doing well.
9       Q.   Purely speculation, though?
10           MR. SIBLEY:  Objection.  Form.
11      A.   Well, I think getting a 48 on the mid-term is a
12 sign of not doing well, and that is often -- in fact, in
13 most instances, the reason that people drop classes is
14 to avoid getting a bad grade on their transcript and
15 lower their GPA.
16      Q.   (BY MR. PRINGLE JR.)  But you are guessing why
17 she drop the class, aren't you?  You don't know?
18           MR. SIBLEY:  Objection.  Form.
19      A.   It is an educated guess, yes.
20      Q.   (BY MR. PRINGLE JR.)  Is it an educated guess
21 only because you're an educated guy?
22           MR. SIBLEY:  Objection.  Form.
23      Q.   (BY MR. PRINGLE JR.)  What did you do to
24 educate yourself as that's the reason she dropped it?
25           MR. SIBLEY:  Objection.  Form.

Thomas Hubbard Vol I
May 25, 2021                                    90 to 93

Page 90

1    A.  I have 40 years of experience as a teacher.  I
2  have seen many students drop my classes.  It is almost
3  always because they are not doing well.
4    Q.  (BY MR. PRINGLE JR.)  But you don't know with
5  respect to her, do you?
6    A.  Not with 100 percent certainty.
7    Q.  You don't know to any certainty, do you?
8        MR. SIBLEY:  Objection.  Form.
9    A.  It is an educated guess based upon
10  probabilities based on my previous experience with
11  students who take Q drops.
12    Q.  (BY MR. PRINGLE JR.)  And so what did you do to
13  educate yourself on that guess?
14    A.  Again, it is based upon 40 years of teaching.
15  I mean, 32 years -- no, 33 years of teaching at U.T.
16    Q.  So I am guessing nothing?
17        MR. SIBLEY:  Objection.  Form.
18    A.  It is not something I really needed to educate
19  myself on.  I just knew it from experience that almost
20  every student who has taken a Q drop late in the
21  semester -- now, of course early in the semester they
22  often drop classes just because they are shopping
23  around, but if someone drops the class halfway through
24  the semester, in almost every case I am familiar with,
25  it is because they were doing poorly.

Page 91

1    Q.  (BY MR. PRINGLE JR.)  Have you ever had any
2  discussions with people other than your lawyers about
3  Sarah?
4    A.  With a few people whom we've named in the
5  interrogatories.
6    Q.  And tell me who those people are?
7    A.  Well, I have Avi Eindorot was one of them
8  because he was a journalist and did some research on
9  her.
10    Q.  All right.
11    A.  He is the one that visited her Facebook page,
12  and, you know, saw what her affiliations of interests
13  were.  Who else?  They were various people who have
14  heard about the attack on my house and who contacted me
15  because they were concerned about me.  And I may have
16  mentioned that she was the one who started it.
17    Q.  You told people that Sarah Blakemore started
18  the attack on your house?
19    A.  No, that she started the false rumors that led
20  to that attack, and we know now from evidence that we
21  have seen in discovery that she was in direct contact
22  with the group that did it, and that they only learned
23  about me from her --
24    Q.  What evidence do you have --
25    A.  -- and her colleagues in her small group

Page 92

1  students for safety.
2    Q.  Anybody else you've talked about Sarah other
3  than Avi and some of your -- the people that you just
4  mentioned?
5    A.  And my attorneys.
6    Q.  And your attorneys, yeah.
7    A.  Well, my teaching assistant.
8    Q.  Anderson?
9    A.  No, Zaramian.  I mean, he is the one who found
10  out that she was a daughter of a prominent political
11  strategist or operative who was connected with the
12  lieutenant governor.
13    Q.  Yeah, but that's not her, that's her dad,
14  right?
15    A.  Yes.  But it gives you a sense of her
16  upbringing, and often at a young age students are very
17  influenced in their politics by what their family's
18  politics were.
19    Q.  Well, we know that your father was an abusive
20  alcoholic, right?
21    A.  No, no, that was my grandfather.
22    Q.  Oh, okay.
23    A.  My mother's father.
24    Q.  And your father was?
25    A.  He was a very -- he was an accountant, a very

Page 93

1  moral man who, you know, once told me that the controls
2  in his company were so lax that if he wanted to embezzle
3  money that he easily could and not be detected.  But he
4  never did, and the owner of the company absolutely
5  trusted him.  My father was a military officer who
6  served during both War World II and the Korea era, and a
7  man of very strict and conservative morality.
8    Q.  So we can discern your politics from your
9  father's?
10        MR. SIBLEY:  Objection.  Form.
11    A.  I would say we are both to the right
12  politically.  Although my father would have been more of
13  a traditional conservative, and I am more of a
14  libertarian.
15    Q.  (BY MR. PRINGLE JR.)  Have you ever met any
16  member of Sarah's family?
17    A.  No.
18    Q.  Have you ever talked to any of them?
19    A.  No.
20    Q.  What do you -- is everything that you know
21  about Sarah and her family based on what others have
22  told you from review of social media?
23    A.  Also based upon some of the communications with
24  her family that we've seen through discovery.
25    Q.  All right.  And how about Holly Green?  Have

Page 94

1  you had any interaction with Holly Green?

2      A.  Never met her.

3      Q.  All right.  And Zoey Thomas?

4      A.  I have never met her.

5      Q.  Never spoken to her before this?

6      A.  No.  I mean, we've probably been at lectures

7  and department meetings together because she is a

8  graduate student in my department, but, no, she has

9  never had a conversation with me, sent me an e-mail, or

10  anything, or inquire what my actual views on these

11  questions were.  None of them ever contacted me to

12  express their concerns with me or, you know, find out

13  why I published the things I did.

14          THE COURT REPORTER:  Can we go off the

15  record really quickly?

16          THE VIDEOGRAPHER:  Off the record the

17  12:34.

18          (Recess taken.)

19

20

21

22

23

24

25

Page 95

1              CHANGES AND SIGNATURE PAGE

2  PAGE/LINE          CHANGE          REASON

3  ------------------------------------------------

4  ------------------------------------------------

5  ------------------------------------------------

6  ------------------------------------------------

7  ------------------------------------------------

8  ------------------------------------------------

9  ------------------------------------------------

10  ------------------------------------------------

11  ------------------------------------------------

12  ------------------------------------------------

13  ------------------------------------------------

14  ------------------------------------------------

15  ------------------------------------------------

16  ------------------------------------------------

17  ------------------------------------------------

18  ------------------------------------------------

19  ------------------------------------------------

20  ------------------------------------------------

21  ------------------------------------------------

22  ------------------------------------------------

23  ------------------------------------------------

24  ------------------------------------------------

25  ------------------------------------------------

Page 96

1          I, THOMAS HUBBARD, have read the foregoing

2  transcript and hereby affix my signature that same is

3  true and correct, except as noted above.

4

5

6          ---------------------------------
              THOMAS HUBBARD

7

8  THE STATE OF TEXAS )

9  COUNTY OF _____ )

10          Before me, _____, on

11  this day personally appeared THOMAS HUBBARD, known to me

12  (or proved to me under oath or through

13  _____) (description of identity card

14  or other document) to be the person whose name is

15  subscribed to the foregoing instrument and acknowledged

16  to me that they executed the same for the purposes and

17  consideration therein expressed.

18          Given under my hand and seal of office

19  this _____ day of _____, 2021.

20

21

22

23

24          _____
            NOTARY PUBLIC IN AND FOR

            THE STATE OF TEXAS

25

Page 97

1          UNITED STATES DISTRICT COURT FOR THE
                  WESTERN DISTRICT OF TEXAS

2                    AUSTIN DIVISION

3  DR. THOMAS HUBBARD, PhD., )
            Plaintiff,        )

4                             )
   VS.                        ) CA NO. 1:20-CV-00767-R

5                             )
   SARAH ALLEN BLAKEMORE;     )

6  AND JOHN DOES 1-10,        )
            Defendants.       )

7

8

          REPORTER'S CERTIFICATION

9  ORAL AND VIDEOTAPED DEPOSITION OF THOMAS HUBBARD
                  May 25, 2021

10

11          I, JAZZMEN CANALES, Certified Shorthand

12  Reporter in and for the State of Texas, hereby certify

13  to the following:

14          That the witness, THOMAS HUBBARD, was duly

15  sworn by the officer and that the transcript of the oral

16  deposition is a true record of the testimony given by

17  the witness;

18          I further certify that pursuant to FRCP Rule

19  30(f)(1) that the signature of the deponent was

20  requested by the deponent or a party before the

21  completion of the deposition and returned within 30 days

22  from date of receipt of the transcript.  If returned,

23  the attached Changes and Signature Page contains changes

24  and the reasons therefor;

25

Thomas Hubbard Vol I
May 25, 2021                                          98

Page 98

1            I further certify that I am neither attorney
2   nor counsel for, related to, nor employed by any of the
3   parties to the action in which this testimony was taken.
4            Further, I am not a relative or employee of
5   any attorney of record in this cause, nor do I have a
6   financial interest in the action.
7            Subscribed and sworn to on this 9th day of
8   June, 2021.
9
10
11
12
    _____
    JAZZMEN C. CANALES, Texas CSR #9344
13  Expiration Date: 04/30/2023
    U.S. Legal Support
14  Firm Registration No. 342
    363 North Sam Houston Parkway E
15  Suite 1200
    Houston, Texas 77060
16  Phone: (361) 883-1716
17
18
19
20
21
22
23
24
25

Thomas Hubbard Vol I
May 25, 2021                                    1

**$**

**$5**
  35:2

**1**

**1**
  4:3 36:22,24
  37:13,15
  46:22
**10**
  65:2,15
  66:17
**100**
  90:6
**103**
  57:13
**107,000**
  17:8
**10:05**
  4:2
**11**
  65:7
**11:40**
  68:24
**11:56**
  69:2
**12**
  34:4 41:25
  65:15
**120**
  86:9
**12:34**
  94:17
**13**
  22:7 65:7
**14**
  42:1 65:17
  67:20 82:20
  83:20 84:5
  86:3
**14-year-old**
  80:14 83:11
  85:8

**15**
  45:3
**15-year-old**
  67:10,20
**15th**
  88:14
**16**
  36:16 65:22
  67:2
**17**
  65:17
**18**
  22:8 34:12
  78:3 79:6
  83:1,3,4,7,
  24
**19**
  39:19
**1956**
  5:6
**1970s**
  58:6 63:15
**1974ish**
  18:24
**1975**
  19:3,6
**1977**
  20:4
**1980**
  20:16
**1980s**
  63:16
**1985**
  18:9 20:16
**1986**
  18:10
**1988**
  18:10,11
  21:11 34:11
**1990**
  57:12
**1993**
  21:16,25
  22:15
**19th**
  5:6

**2**

**2**
  69:2 71:21,
  22 72:2
**2000**
  34:14,15
**2003**
  21:8
**2009**
  38:23 39:3,
  16
**2010**
  9:24
**2011**
  39:17
**2013**
  57:23
**2017**
  5:12
**2018**
  6:25 11:19
  52:9
**2019**
  6:13,16,22
  26:10 30:5,
  7,19,22
**2020**
  6:6 24:13,
  15,18 25:11
  28:12
**2021**
  4:2
**22**
  12:3
**23-year-old**
  82:22
**25**
  34:4,11,13,
  14
**25-year-old**
  67:10,20
  83:10 85:8
**25th**
  4:2

**3**

**3**
  47:5
**30,000**
  73:6
**309(b)(5)**
  4:11
**31st**
  6:16
**32**
  90:15
**33**
  90:15

**4**

**4**
  18:17
**40**
  25:16 27:10
  29:11 68:10
  87:9 90:1,14
**48**
  89:11
**4A**
  47:22

**5**

**5**
  66:17 72:10,
  11 73:1,7,
  19,25 74:7,
  14,15,20,25
  75:22 77:5
**50/50**
  59:11 60:5,
  10
**500**
  47:14
**501(c)(3)**
  13:15,18
  58:23 62:16

Thomas Hubbard Vol I
May 25, 2021
2

**6**

60s
  77:20
64/40
  59:11

**7**

70s
  15:17
72
  18:25
75
  19:11
77
  19:11 20:8
791
  5:8

**8**

80
  20:8,19
80s
  72:22
81
  20:20
82
  20:20,21
84
  20:21,23
85
  20:23
87
  69:22

**9**

90/10
  59:11
95
  21:5
95926
  5:9

96
  21:4,5
97
  21:4

**A**

A-L-A-I-N
  30:12
a.m.
  4:2
able
  48:9
above
  84:8
absent
  12:14 76:18
absolute
  78:3
absolutely
  77:12 81:17
  82:16 93:4
abusive
  92:19
academic
  19:6 21:14
  22:2,17 26:8
  33:22 38:13,
  14 44:13,14
  45:10,17,18
  46:5 55:1
  56:23 58:19,
  24
academics
  40:19
Acadia
  16:9,18
accepting
  35:7
access
  12:15
accountant
  92:25
accounts
  18:3
accurately
  10:11

accused
  36:8 64:12
  81:15
achievements
  72:9
acknowledge
  59:1
acknowledged
  61:19 75:10
acquaint
  71:12
acquiring
  72:16
act
  77:17 79:8
actions
  26:22 40:5
  82:12
active
  42:9,11,13
  44:25 72:10,
  11 73:1
  74:20,21,25
  75:18,22
actively
  73:12
activist
  58:6 87:18
activity
  58:3 73:24
  74:7 76:2
  79:6
actual
  34:8 47:1
  56:11 94:10
Adam
  88:7
add
  51:18
added
  76:11
addition
  33:17 36:10
  43:6
address
  5:7,11 6:10,
  14,21

addressed
  38:16
addresses
  64:6
administrativ
e
  87:7
admission
  63:23
admission's
  51:15
admissions
  52:10
admitted
  48:17
adolescent
  10:1 66:19
  73:12
adolescents
  67:1
adoption
  63:19
adult
  24:11 65:14
  67:10 73:10,
  18,25 75:18
  80:13,23
  81:23 82:3,6
  83:7,14,16
  85:9
adult's
  75:14
adults
  73:13 80:25
advanced
  79:3 82:8
advantages
  82:7
advertise
  72:15
advise
  70:23
advisement
  45:10
advisor
  33:22 41:9
  44:13,14,16,

18,22 45:4,
5,7,17,18,21
46:5 58:19
**advocate**
26:3 81:16
**advocating**
81:16
**affect**
63:8
**affected**
26:23
**affiliations**
91:12
**aftermath**
73:14
**age**
18:17 57:13
65:2,15,17,
18,21 67:6,
15 68:8
72:10,11,19
73:1,7,25
74:7,21,25
75:6,11,13,
22 76:3,24
77:5 78:1,3
79:6 81:5,12
82:20 83:17,
20 84:8
92:16
**agenda**
76:23
**ages**
80:1
**ago**
12:19 41:5
87:10
**agree**
38:4 42:21
49:20 50:1,
22 67:7
69:16 70:21
73:18 80:12
82:6
**agreement**
4:14

**agrees**
83:13
**ahead**
44:21 49:13
**Alain**
30:8,12,17
31:1,13
**alcoholic**
92:20
**Alexander**
21:3
**alive**
69:21
**allegation**
36:18 49:20
50:2,23 51:1
**alleged**
46:19 47:9,
12
**allies**
37:24 38:1,2
42:6,13,20,
25 43:8 44:6
**allowed**
26:13
**allude**
47:22
**ally**
42:18 43:12
**American**
64:21 65:21,
22 66:7,10
**amounting**
47:14
**amounts**
18:2
**ancient**
10:2 19:24
21:17 22:2
24:22 29:1
33:3 84:9,
11,14
**Anderson**
30:8,10 57:7
92:8
**Andrew**
41:8 52:1

**angered**
35:5
**angry**
26:4 87:1
**Annandale-on-hudson**
20:19
**annual**
58:13,25
59:2 61:18
**answer**
5:24 8:1
24:3 50:18
51:8
**answered**
77:7
**answering**
8:21 27:4
**anthropologic
al**
65:12
**antichristian**
35:11
**Antidefamatio
n**
62:24
**antireligious**
35:11
**anxieties**
25:18
**Anybody**
12:20 43:2
92:2
**anymore**
26:14 41:15
60:23
**anyone**
5:21 6:2,4
10:19 21:19
35:25 46:15
76:21 79:7
83:1
**appetite**
72:21,25
**applications**
51:2 52:13

**appreciate**
27:15 76:13,
15
**appreciated**
8:17
**appreciates**
70:9
**appropriate**
13:18
**approval**
45:8 70:25
**approve**
70:24 71:20
**approved**
71:19 88:25
**approves**
45:5
**approximately**
15:16 21:9
34:17 48:5
**area**
18:19,22
51:3,6,19,21
52:13,15,21
**areas**
62:18 63:4
64:5
**argumentation**
37:11
**Arm**
72:24
**Armstong**
72:5
**Armstrong**
69:23 70:5
73:9
**around**
17:8 21:25
25:15 27:10
34:14 39:17
57:11 88:14
90:23
**Arrangement**
82:24,25
**article**
9:22,25
10:3,6

Thomas Hubbard Vol I
May 25, 2021

4

articles
9:12,20
25:24 39:19
articulated
46:15
Asian
79:3
asked
26:13 27:16
44:19 45:15,
16 46:12,23
48:5,11
49:12,16
50:12,15,19,
21 53:17
55:14,19,20,
22 69:7
86:17,20
asking
8:2 49:13
50:17 75:2
84:1,4,13,14
aspect
80:14
aspiring
88:2
assaulted
6:17
assign
87:3
assigned
30:2
assistant
20:18,22,24
29:25 30:4,6
49:1 92:7
assistants
30:1,18,22
87:16
Association
62:24 64:21
assume
5:18 7:7
19:22 24:2
66:7
assuming
77:2

athletic
82:16
atmosphere
87:5
attack
25:23 91:14,
18,20
attempting
41:23
attend
11:15 26:13
attending
26:14
attention
22:14 87:7
attest
52:10
attested
24:22
attorneys
92:5,6
attracted
73:13
attraction
65:1,14
attributed
45:22
attrition
51:5
August
6:23
Austin
6:10,11,21
15:24 17:19,
20 25:24
Austria
79:3
authorities
13:18,23
authors
23:17
available
17:10
average
67:9,17
Avi

12:22,23
13:2 14:4,6,
22,23 70:19
71:6 91:7
92:3
avoid
89:14
avoided
8:23
award
80:9,15
aware
48:14 56:15,
19

_____

B
_____

back
6:13,23 7:1
11:9 18:11
34:21 39:12
58:6 69:1
71:24 73:14
bad
89:14
badly
34:23
bank
18:2
Bard
20:18
baseball
84:6,21,24
based
15:12 38:15
39:20 49:6
80:21 90:9,
10,14 93:21,
23
basic
14:1 58:15
81:2
basically
38:10 41:12
45:5
basis
48:16,17

basketball
84:22
Bay
18:19,22
Becky
31:4,7,13
beer
14:19
Beert
14:5,11,15
16:5
Beert's
14:11
beginning
6:24 73:7
begins
4:2 69:2
behavior
54:11
believe
9:17 21:4
32:8 42:24
43:5,22
57:11 67:3,
12,17 71:4,6
76:21 77:8
78:7,11,25
79:5 81:10,
12 86:16,17
87:10,18
below
65:2,17 68:8
83:24
benefit
17:11 40:16
benefited
87:11
Berkeley
19:9,10,13
besides
12:21 14:24
17:16,23
23:15 27:21
65:24
best
25:16

better
  35:1 71:20
bias
  45:23
biblical
  35:9
big
  63:17
bio
  71:18 72:5
  75:20 76:5
biographies
  74:22
birth
  5:5
bit
  33:2 69:7
Blakemore
  86:7,12
  87:12 91:17
blame
  36:3,6 48:7
board
  16:21,23
boasted
  73:5
boasting
  73:5
boasts
  72:12
books
  17:25 18:5
  58:1
Boucher
  52:2
boy
  67:11,20
  80:14 82:22
  85:8,9
boys
  72:19 74:4
break
  68:11,16,18,
  21,23
Brennan
  32:21

Brian
  32:21
Brian's
  33:17
briefly
  44:22
Broadcasting
  15:10
broadly
  23:20 64:9
brought
  18:10 38:20
  39:12
building
  36:17
built
  34:13
bullying
  47:6,24
  49:21 50:20,
  23
business
  59:21

——————————
——————————
         C

California
  5:8 7:1
  13:23 18:19
  19:9 43:22
  78:2,4 79:5
call
  15:3 23:24
  40:14 65:10
  67:4 68:12
  73:11
called
  20:14 28:24
  53:3 67:2
Campaign
  62:22
Canada
  15:12
Canadian
  15:9,11
candidates
  44:2

capacities
  58:20
capacity
  45:20 46:13,
  16 61:23
  70:8
care
  41:15 55:25
  56:1
cared
  56:2,4
casa
  68:14
case
  90:24
cases
  7:6 36:11
  39:22 66:13
Caster
  48:2,10,24
  50:4,5
Caster's
  48:14 49:6
category
  65:7
CC301
  29:1
ceased
  39:24 42:22
central
  38:21
certain
  45:25 46:2
  68:1,8
certainly
  7:25 20:1
  22:7 23:3
  38:4 39:23
  45:19 58:23
  60:1 64:13
  68:19 70:8
  71:19 74:10
  79:22
certainty
  90:6,7
chair
  36:15,16

38:20 39:24,
  25 40:2,3
  41:9 42:18
  46:2,21
  47:16,19
  48:11 53:18,
  19 54:4,18,
  22 55:9
  58:14 61:20
chair's
  59:1
chairman
  41:7,8
challenge
  40:15
chance
  7:7
change
  39:9
changed
  23:11
characterize
  57:19
charge
  56:8
charges
  38:10 39:20
  47:16 53:16
  56:18
chased
  43:8
Chico
  5:8 11:13
  17:22
child
  81:5 82:3,7,
  13 83:11,13,
  23 84:1,8
children
  24:6,8 65:1,
  3,15,17
  66:15,24
  67:15 76:9
choices
  45:9
cinema
  15:22

circumstances
81:14
City
11:12
civil
4:16 77:17
78:8 79:8
claim
43:21
claims
7:6
Clara
19:2
clarification
8:2 76:19
class
24:20 26:14,
15 28:11
29:15 59:22,
24 86:9,13,
18,19 87:2,
14 88:4,10,
13,15 89:6,
17 90:23
classes
11:15 24:13,
18 28:15,16
29:3,6,17
89:13 90:2,
22
classic
31:9
classical
23:24,25
24:16,20
25:11 27:19
28:13 29:8
classicists
23:20 66:4,8
67:8,18
classics
16:19 20:10
30:13 33:4
34:3 36:1
37:8 38:5
40:7 41:19,
20 42:4,6,

14,25 43:12
44:6 51:23
54:5
classified
68:4
clauses
79:19
clear
57:21 85:17
clearer
76:11
close
47:14
closely
50:16,22
coaches
82:16
coffee
68:15
colleagues
35:8 36:12,
15 39:4
91:25
college
11:7,10,12
19:2 20:19,
22 34:23
88:25
colleges
35:10
collusion
74:6
come
18:8 37:13
42:21 61:7
74:6 76:15
86:10
comes
22:5 25:23
commitment
58:9,10
committee
38:12,14
41:10 51:15
52:10 55:1,2
56:23

committees
58:18
common
58:5 66:12
75:7
communication
s
93:23
communities
58:6
community
11:7,10
company
93:2,4
Comparative
19:16
competence
47:2
compile
46:23
complained
59:4
complaining
26:5 55:21
complaint
38:23 54:25
55:2 56:23,
24
complaints
37:16 38:11
complete
80:10
completely
22:23
completing
30:25
complexities
23:9
complicated
10:13 23:6,
13
Complying
49:18 72:1
comprehensive
23:21
computer
32:23 33:4

concentrated
26:17
concern
25:19
concerned
32:1 46:17
91:15
concerns
13:7,9 53:7,
12,23 54:9
56:3 94:12
conclusion
76:16
Concordia
15:23,25
16:1,2
condemn
74:10 77:10,
11,13,16,21
81:17 82:4,
17
conduct
4:15,19
confirmed
88:12
confirming
75:5
conflicts
42:17 71:1
confuse
66:18
connected
62:6 92:11
consensual
76:2
consent
10:1 65:21
81:6,12,19
82:20 83:17,
20 86:4
consented
76:3
consents
81:22 85:10
consequences
35:24

Thomas Hubbard Vol I
May 25, 2021

7

conservative
 93:7,13
consider
 22:24 43:15,
 18 44:7
 66:23 67:9
considerable
 51:4 52:14
considered
 22:16 23:2
consist
 13:25
consisted
 41:6
consistent
 59:3
constitute
 80:10
consults
 71:1
contact
 91:21
contacted
 91:14 94:11
content
 65:18
contents
 76:22
contest
 68:8 76:24
 78:3 80:1
 81:3,4
context
 10:6,13
 77:14 83:23
contingencies
 80:5
contingent
 78:22 79:18
 83:23 85:18
continue
 8:16 17:3
 20:4 39:14
 47:19 50:11
continued
 29:13 30:21

continuing
 85:17,22
continuously
 18:12 21:11
contribution
 59:3
controls
 93:1
controversial
 38:6
conversation
 94:9
conversations
 10:19,22
 13:5
convicted
 64:7
cooperative
 40:4
copy
 54:8,15
Cornell
 18:10
Corporation
 15:10
corpus
 25:7
correct
 4:19 11:24
 21:11,12
 22:1,5 24:3
 45:17 46:13
 47:10 54:11
 60:15 63:6
 86:4
corresponds
 65:10
corrosion
 80:14,16
 86:1
counsel
 38:13 55:1
 56:23
counting
 22:8
countries
 79:4

counts
 61:14
couple
 9:9 28:4
 39:22 88:3
course
 7:13,15 8:19
 10:13 21:18,
 21 22:22,23
 23:10 24:17
 25:5,8,9
 26:11,15,18,
 21 27:6,13
 28:18,19,20
 29:16,19
 32:25 44:24
 45:9 46:25
 48:6 56:1
 63:20 90:21
courses
 22:20 23:18
 28:21,22
 30:23
coursework
 45:1,3
court
 4:3,5 5:17
 7:5 8:7
 63:21 78:9
 94:14
court-
appointed
 79:21
courting
 84:5
cover
 36:18
COVID
 11:22 28:6
created
 35:19
credence
 53:16
credibility
 53:18
Creek
 18:20,23

crime
 15:9
criminal
 63:7,8 64:6
 79:23
critical
 36:9 38:8
criticisms
 37:2,6
critics
 39:14
cults
 24:23
cultural
 77:14
current
 5:7 11:1
 29:25 42:25
 43:4 45:5
cut
 8:11

D

D-O
 12:25
D-U-B-R-O
 14:8
dad
 92:13
Dallas
 25:25
data
 53:4
date
 5:5
daughter
 87:17 92:10
day
 24:1 35:8
deal
 29:9
dealt
 33:19
dean
 26:12 35:5

38:16 39:7,
25 41:7
46:23 47:17
53:15 54:4
**deans**
34:22
**December**
6:16,22
30:22
**decide**
33:3
**decided**
33:3
**decision**
41:11
**decisions**
35:24
**defamation**
5:17 66:14
**defamatory**
10:5 25:18
**defend**
31:13,14
**Defendant**
25:19 26:12
66:18 81:15
**defendant's**
10:5 26:22
40:5
**deficiencies**
36:19
**defined**
64:20
**defines**
65:24
**definition**
64:19,22,23
73:19
**degree**
19:4,12,14,
15 20:9,11
30:17 32:22
**Delaware**
13:24
**demanded**
55:16

**demanding**
26:4
**demands**
38:21
**denied**
49:1 52:1
**departed**
6:21
**department**
22:22 25:13
27:23 29:16
33:25 34:1,
3,11,23
35:2,14,16,
18,20 36:1,
15,17 37:8,
17,20,22
38:5,19,20,
22 39:2,6,
12,15,24,25
40:2,3,8
41:4,19,21,
24 42:4,7,
12,14,17,21
43:4,8,12
44:3,7 46:2
47:16,18,19
48:3,11
49:1,5 53:7,
11,17,19
54:5 55:9
56:3 57:11
58:11 61:20
94:7,8
**department's**
38:9 48:7
**departmental**
41:13 57:10
**departments**
35:1 48:5
**depending**
78:1
**depends**
77:14 81:13,
17,19 84:17
**deposition**
4:16 5:16
7:2,8 9:4

10:17,20,22,
25 12:21
**describe**
57:17 67:19
**described**
65:13 66:6
85:15
**desegregation**
77:19
**deserve**
34:24 87:10
**design**
28:25
**desire**
46:7
**desired**
23:22
**desires**
23:7
**destructive**
37:7
**detail**
10:23 74:23
**detailed**
47:13 51:8
56:17
**details**
54:11 55:20,
23 76:12
**detected**
93:3
**develop**
29:17
**developing**
29:13
**development**
35:12
**developmental**
75:10
**devised**
22:23
**Diagnostic**
64:20
**died**
57:13
**Diehl**

54:4
**difference**
66:4,11
**differences**
43:13
**different**
16:1 29:15
32:10 39:21
65:8 76:23
85:3
**direct**
91:21
**direction**
35:12
**directly**
32:1 33:18
50:6 52:24
**director**
15:1 45:19
72:14
**directors**
13:10 14:1,2
**disapprove**
67:13
**discern**
93:8
**disciple**
75:9
**disclose**
13:21
**discovered**
43:25
**discovery**
9:15 91:21
93:24
**discrimination**
64:1,2
**discussed**
12:20 48:14
**discussions**
91:2
**disfunction**
35:14
**disfunctional**
34:1

disgusted
  52:3
dishonest
  44:10
disobedience
  77:17 78:8
  79:9
disproportion
ately
  63:24
disruptive
  36:8 37:7
  39:21
dissertation
  20:13 45:1,
  19
dissertations
  31:1
distinct
  65:25
distinction
  66:3 78:16
distinguish
  73:24 78:14
distracting
  26:6
distressed
  26:11,24
distressing
  26:2
division
  57:18 59:9
  60:2 69:8
doctor
  79:21
doctoral
  30:25 31:18,
  21,23 32:11,
  13
doctorate
  31:11
doctors
  82:16
doctrine
  75:5
document
  56:15,17

documentation
  48:1 49:24
  50:1 54:7
  55:12,16,24
documented
  48:1
documents
  9:5,7,17
  10:15 61:19
doing
  8:5,20 10:21
  29:23 36:14
  44:23,25
  45:3 61:12
  70:9 82:14
  89:8,12
  90:3,25
dollars
  35:4
dominant
  65:1
donors
  13:10 35:3
dossier
  46:23 56:13
drafted
  71:6
drawn
  13:8
drink
  68:13
Drive
  5:8
drop
  88:15,17,18,
  19,23 89:4,
  13,17 90:2,
  20,22
dropped
  86:14,15,18
  89:6,24
drops
  90:11,23
DSM
  65:24
Dubro
  14:4,8 15:6

due
  11:22 34:19
  42:17 53:20
  64:1 72:25
  82:7
duly
  4:24
Dutch
  14:17,21
duties
  58:16 59:25
  60:3
dysfunction
  35:17,19,25
dysfunctional
  34:24

_____

E

E-I-N-D-O-R-
O-T
  12:24
e-mail
  26:4 48:10,
  15 54:8 94:9
e-mailed
  48:15
earlier
  11:21 25:1
  44:19 45:15
  82:23
early
  6:21 40:3
  57:25 58:8
  63:15 77:19
  90:21
easily
  93:3
easy
  67:22
Ebbeler
  42:15,24
  43:11
economic
  82:8
editorials
  71:9

educate
  89:24 90:13,
  18
educated
  89:19,20,21
  90:9
education
  87:11
educational
  58:2,23 72:8
Edward
  52:2
effect
  48:21 54:2,7
efforts
  57:18 69:8
Eindorot
  12:22,24
  13:2,6 14:4
  70:19 91:7
either
  32:11
element
  41:16
Elijah
  11:3
emancipation
  77:5
embezzle
  93:2
employment
  14:24 18:7
  20:20
end
  6:13 8:6,16
  14:18 26:18
  35:8 38:20
  41:22
endeavors
  22:2
endorse
  76:9
endorses
  74:6
endowed
  35:9

Thomas Hubbard Vol I
May 25, 2021                                    10

endowment
35:7,24
36:11
Enforcement
26:1
engage
68:7
engaged
42:16
English
19:5
enhanced
80:7
enjoy
75:11,13
enrollment
25:10
ensued
40:5
ensure
81:3
enthusiastic
46:4
entirely
28:7 43:17
ephebophilia
65:10
equal
38:12 63:19
era
93:6
Es
14:15 16:5
essentially
13:13 69:14
87:8
estate
17:17
European
79:3
evaluation
59:2
Evelyn
14:10
events
40:5

eventually
34:13
everyone
63:22
evidence
43:23 54:2
56:8,12
66:22,24
91:20,24
evolving
23:13
exact
33:7
exactly
15:15 19:17
62:15
exam
89:2
examination
5:1 26:17
82:14
examining
7:9
examples
84:19
exams
23:21
exclusively
22:12 58:4
executive
72:14
exercise
80:10
exercising
86:4
exert
71:23
exhibit
36:22,24
37:13,15
46:22 71:21,
22 72:2
exhibits
9:10 36:20
47:15
exists
69:22

expect
55:8
expectation
78:4 85:12
expected
31:12
experience
10:10 75:17
82:8 90:1,
10,19
experienced
8:24
experiment
83:9
experimented
72:19
experimenting
74:15
expertise
16:17
explain
89:5
explained
7:8 50:5
52:20
explaining
27:12
explanation
51:20 52:23
explicit
77:17 81:19
express
78:9 94:12
extensively
22:10
extent
44:8
external
48:3,4 49:7

---

**F**

---

Facebook
87:19,25
91:11

facilities
68:15
fact
25:22 44:1,5
51:18 53:15
66:25 73:1
75:21 77:4
89:12
faction
36:2,5 40:16
41:5 46:1
48:6,13,19
factualized
33:25
faculty
17:4,11
34:4,5,6
39:11 40:8
41:20 42:9,
11,14,25
43:6 44:15,
16 45:13
46:6 51:5
52:21,23
57:16 69:8
fair
29:6 40:7
60:6 63:5
fairly
25:15 58:9
59:17
falculty
42:3
fall
6:18,25
16:23 24:16
25:11,16
26:3,10
27:19 28:12
30:5,6 31:14
41:25
fallen
51:4 52:14
false
91:19
familiar
5:18 90:24

family
  18:20 93:16,
  21,24
family's
  92:17
famous
  69:17
far
  8:5
fascinated
  33:1
father
  92:19,23,24
  93:5,12
father's
  93:9
Faulkner
  52:1
faulted
  35:25
favor
  35:7 36:14
  38:15
favors
  85:19
federal
  4:7,8 5:17
  63:20
feel
  17:9 72:15
feelings
  40:14
fellowship
  21:7
felt
  34:23,24
fewer
  45:2
fiction
  81:10,13
field
  64:24
figures
  24:25
file
  13:23 26:20
  47:13 88:24

filed
  5:17,22 9:6
  38:11
filing
  5:20 9:8
  54:17,21
filings
  9:10 13:17,
  21,22,25
filled
  74:23
final
  26:17 89:2
finally
  8:20
financial
  80:15
find
  86:25 94:12
finding
  25:21
finished
  29:5,7 37:4
  38:25
finishing
  30:17
first
  4:24 7:9
  21:18,21
  25:23 44:4
  51:10,12
  57:10 59:13
  86:6
fit
  34:22
five
  14:5 15:17
  16:13,20
  74:21
flexibility
  23:22
Florida
  79:5
fluent
  19:22 20:2
fluid
  23:6,13

flyer
  10:5 26:11
  30:19 86:23
  88:6
flyers
  86:8,13
focused
  22:2 76:24
following
  40:5
follows
  4:24
force
  37:7 86:1
forget
  24:2
form
  4:18,21
  33:9,10,12,
  13 37:9 38:7
  39:5 40:10
  47:8,11
  49:23 50:3,
  25 51:7,13
  52:16,19
  53:2 54:1,
  12,14 56:6,
  21,22 58:24
  64:2,8 65:19
  67:23 74:8
  75:1,15,23
  76:1,10,17,
  20 77:6,23
  78:12,18
  79:12 80:6,
  17 81:7,25
  83:15,22
  84:10,16
  85:11,14,23
  89:10,18,22,
  25 90:8,17
  93:10
formal
  5:13 16:15
  70:7,25
found
  38:14 55:5
  92:9

foundation
  13:4,7,15,21
  14:3,23
  16:21,25
  21:4 57:20,
  22 58:12
  59:5,21
  60:3,9,10
  61:6,10,12,
  17,22,24
  62:7,10,14
  63:3 64:6
  69:4,9,11
  70:6,12
  71:14 72:6,
  15,17,24
  73:22 75:21
founded
  69:14
founder
  72:23 73:2
four
  27:20 41:6,
  18 45:25
Francisco
  18:21
freedom
  38:13,14
  55:1 56:24
freelance
  14:25
freewill
  80:10
frequently
  73:16 84:12
freshman
  32:24,25
freshman-
level
  25:9
Freud
  75:8,9
Freud's
  75:5
friendship
  11:23,25

fulfilment
61:16
full
8:8 38:19
39:12
full-time
60:8
fully
58:11
functioning
35:1

―――――――――

G

―――――――――

G-U-L-I-Z-I-O
28:2
gained
34:13
Galinsky
36:15 42:8
gap
78:3
garbage
25:21
gave
47:17 56:17
86:16 89:3
gay
12:9 21:18
22:16,19,25
23:2 58:4,6
62:18,19,24
63:4,8,10,
14,15,18,19,
23 64:4
gay-related
21:21 22:15
gays
63:21
general
63:11
generalized
87:5
generally
18:4
generous
53:17

German
19:21,23
20:2
Germany
20:3 21:1,2,
8 48:8 79:2
gestures
8:22
getting
86:18,20
89:11,14
gift-giving
84:12
gifts
83:12 84:3,
4,17 85:2,9,
18,22,25
86:2
girl
65:5
give
29:17 35:4
38:17 53:16
54:10 59:20
81:6 84:23
85:17,22
given
7:2 11:14
59:16
giving
7:16,19
10:25 84:3,4
85:25
GLAAD
62:19,23
glove
84:6,21,24
gods
24:23
goes
34:21
going
4:15 9:1
25:20 36:20
44:4 49:10
58:6 67:22
68:9 71:16,

22 76:19
77:8 84:23
85:18
good
8:5,7,20 9:1
25:21
google
25:22
gotcha
14:20
governor
92:12
GPA
89:15
grade
86:17,20
87:2,6 88:13
89:14
grader
87:3
graduate
19:8,12 22:8
28:4 30:13,
16 32:6,12,
13 34:2 41:9
42:22 44:18,
22,23 45:4,
5,21 48:22
51:22 94:8
graduated
18:22 19:3
grandfather
92:21
grant
21:3 62:13
grantees
13:11
granting
85:18
great
55:18
great-uncle
70:2,3
great-uncles'
s
69:17

greater
23:12
greatly
81:14
Greco
24:23
Greece
24:22
Greek
19:20,22,25
20:15 21:15,
17 22:2,6
23:15,16,21
25:3,7
31:19,22
32:6,18
33:2,3,5,8,
9,13 35:9
51:3,22
52:13
Greeks
10:2 29:2
84:11,14
Green
93:25 94:1
grew
18:13,16
grievance
54:17,21
group
91:22,25
grown
59:12 89:1
guardian
79:22
guess
13:17 84:5
89:19,20
90:9,13
guessing
89:16 90:16
guest
71:9
Gulizio
27:22,24
28:3

Thomas Hubbard Vol I
May 25, 2021                                    13

guttural
 8:22 60:20
guy
 89:21

_____

_____
        H

half
 21:9 34:16
 59:16
halfway
 90:23
handed
 86:12 88:6
handing
 36:23 86:8,
 23
handles
 70:16,20
happen
 83:6
happened
 77:19 82:15
hard
 87:2
head
 39:2 66:1
heading
 61:7
healthy
 72:21,25
hear
 26:2 57:13
heard
 25:1 48:20,
 24 49:7
 66:10 91:14
hebephilia
 65:9
hegemonic
 36:2,4 40:16
 41:5 46:1
held
 18:12
hence
 63:18

Hercules
 24:24
herd
 40:19
hero
 24:24
high
 18:22
high-quality
 42:23
highly
 38:8
hire
 41:25
hired
 21:15
historical
 65:11
history
 16:19 47:6,
 24 49:21
 50:23 75:7
Holly
 93:25 94:1
home
 6:8 29:20
 73:15
Homer's
 25:3
homosexual
 22:3,15
 23:15 32:14
homosexuality
 21:17 22:3
 33:9,13
honest
 43:18 44:7
 55:8,11
honors
 32:3 33:17
hooks
 82:22
horrified
 66:25
hostel
 40:1,8,15
 41:4,14,19

42:4
hour
 68:10
hours
 59:21
house
 6:17 25:24
 91:14,18
HRC
 62:20,21
Hubbard
 4:23 5:4
 42:4 48:12
 53:8
huge
 47:17
huh-uh
 8:22
human
 33:1 62:22
Humboldt
 21:4
hundred
 27:14
hypo
 85:9
hypothetical
 84:8 85:8

_____
        I

idea
 59:20 89:6
identified
 41:18 46:1
identities
 23:12
identity
 22:18
II
 73:14 93:6
III
 72:6
Ilan
 63:13

Iliad
 25:3
illegal
 68:1,5 77:24
 78:16,21
 79:11,14
 83:24
illegalize
 80:2
immediate
 10:16
immoral
 76:4 78:6,
 11,17 79:1,
 2,5,11,22
 80:16,24
 81:22 84:25
impeach
 53:18
important
 7:20 50:16
 82:10
impression
 48:12 49:6
 76:8
in-person
 28:14
inappropriate
 67:21,24
 68:4 82:14
inarticulate
 60:20
incarcerated
 63:10
incident
 6:16
incidental
 84:20
include
 33:2
included
 28:9
includes
 23:17 62:11
Including
 64:11

income
  17:16,23,24
incorporated
  13:25 57:23
increase
  38:17 47:18
increasingly
  21:17
indeed
  16:11 47:23
independent
  40:20
indicative
  37:2,6,15,19
individual
  81:13
inflation
  87:6
influence
  82:7,10,11,
  13
influenced
  92:17
information
  14:1
informed
  58:11 68:8
  80:25 81:3
  86:4
initially
  40:3
inquire
  94:10
inquiring
  71:13 77:3
instances
  89:13
instincts
  75:6
Institute
  63:13
institution
  34:20
instruction
  29:18
instructional

28:24
insufficient
  87:7
interaction
  87:13 94:1
interest
  18:2 22:21
interested
  7:10 21:17
  23:23 87:20
interesting
  71:11
interests
  21:13,14
  23:14 91:12
interfered
  26:24
interferes
  26:8
international
  58:22
interrogatori
es
  91:5
interviewed
  44:1
intro-level
  28:19
introduced
  26:15
introducing
  72:16
introduction
  29:1
introductory
  25:8 73:21
investigate
  55:6
involve
  25:2 80:8
involved
  10:23 28:5
  70:5,7 83:8
involvement
  61:6,9,16,21
  69:9

involves
  79:19
involving
  82:15
isolated
  11:22
issue
  63:15,18
  87:8
issues
  10:23 39:23
  63:7,8,21
  64:6 76:25
Italy
  79:2

_____

J

Jake
  48:23
James
  14:4 15:6
James'
  14:7
January
  6:6 24:13
jarring
  75:20
Jennifer
  42:15,24
  43:11
Joann
  27:22,24
job
  8:5,21 11:8
  15:6,8,19,21
  20:21 34:20
  36:12 43:21,
  24,25 44:1,5
  52:2
jobs
  46:25 47:2
Joe
  5:23 68:12,
  21
John
  30:8,10

joined
  16:23
Jones
  41:7
journalist
  14:25 91:8
JR
  4:8,13,22
  5:2 6:4
  17:13,15
  27:1,3 36:23
  37:12 39:8
  40:12,21,23
  43:9,11 47:9
  49:8,10,25
  51:10,16
  52:5,7,17,25
  53:6,21,22
  54:3,13,19
  55:3,5 56:9
  57:1,4,6
  59:6,8,10
  64:11 66:20,
  22 68:3,20
  69:3 71:22
  74:10 75:3,
  19,24 76:14,
  18 77:2,10,
  25 78:13,20
  79:13,24
  80:12,19
  81:9 83:19
  84:13,19
  85:4,12,16,
  20 86:3
  89:16,20,23
  90:4,12 91:1
  93:15
judgment
  9:9
judicial
  77:18
July
  5:6,12
jurisdiction
  77:15 81:1
  82:1 83:17,
  25

**jurisdictions**
68:2 77:24
79:14,25
85:6
**justice**
63:7,8 64:6
**justification**
46:16
**justify**
79:8

---

**K**

---

**K-A-H-A-N-E**
31:8
**Kahane**
31:4
**Karl**
36:15 42:8
**Kathleen**
33:18
**kept**
49:2
**kid**
83:10,11
**kids**
75:11,13
76:3 83:6
**Kim**
48:25 52:1
**kind**
29:21 37:10
80:9 82:10,
17 87:1
**kinds**
79:18 80:3
**King**
5:4
**Kitter**
33:18
**Klein**
75:8
**knew**
15:16 42:19
49:4 90:19
**know**

8:12 10:21
17:11 22:17
24:2,25
25:24 26:5,7
33:8 35:3,10
39:9,22
40:14,25
42:19 48:4,
23 51:14,16,
17 52:7,12,
17 53:10,16,
22 54:17
56:9 57:6
58:2,5 63:14
66:11 68:14
70:8,9
71:10,18
72:4,21 73:9
75:8,16
79:11,21
80:19,24
82:12 84:18
87:12,14
88:2,7 89:17
90:4,7
91:12,20
92:19 93:1,
20 94:12
**knowledge**
87:22
**known**
47:7,25
49:22 50:24
**Korea**
93:6

---

**L**

---

**labor**
57:18 59:9
**lapsed**
12:18
**large**
27:13 29:16
30:2 86:9
**largely**
36:16 38:15
42:17 58:1,4

**larger**
59:17
**largest**
34:3
**Larry**
48:25 52:1
**late**
6:23 90:20
**Latin**
19:20,22,24
23:16,18,22
52:22
**law**
26:1 63:20,
24 65:21
67:5 68:7
77:16,18
78:7,9 79:4,
7,23 80:2
**laws**
78:22 79:8
81:1
**lawsuit**
5:17,20
42:16
**lawyers**
91:2
**lax**
89:1 93:2
**leaders**
36:6,19
**leadership**
35:15 36:5,
10 38:9
45:23
**leading**
35:17
**learn**
10:2 25:20
29:19
**learned**
23:8 91:22
**learning**
10:10
**leave**
7:1 24:15

**leaves**
34:19
**lecture**
29:16
**lecturer**
27:22
**lectures**
28:9 94:6
**lectureship**
34:9
**led**
42:21 91:19
**left**
51:5 52:4
**legal**
9:5,7 66:13
78:10 81:8,
10,12 82:1
85:6
**legends**
24:24
**legs**
68:13
**Leoda**
57:6,8,14
**lesbian**
62:24 63:10
**Leslie**
41:7
**letters**
58:13 59:2
**letting**
89:1
**level**
26:19 31:23,
24 45:2 52:3
81:2
**libertarian**
93:14
**lieutenant**
92:12
**life**
24:11 25:1
73:6
**light**
25:18 40:4

Thomas Hubbard Vol I
May 25, 2021

16

likelihood
  80:8
likes
  73:5
line
  34:6,8 41:23
lines
  34:4,5,11,
  16,25
linguistic
  19:19
listed
  58:25 61:18
listen
  50:16,22
literary
  19:18 25:2
literature
  19:16 23:17
  51:22 52:22
little
  69:7
live
  17:21 21:2
  78:2
lived
  5:10,21 6:5,
  20 18:20
  20:3 21:1
living
  6:2,18
load
  28:18,20
local
  11:7,8
long
  5:10 6:20
  11:17 15:14
  16:12,20
  41:8 74:23
  76:2 81:24
  82:1 84:7
  86:1,3
longer
  6:11 88:9
look
  25:20 36:25

63:22 71:23
76:25
looked
  87:16,19,24
  88:1
looking
  59:10 76:21
lose
  71:25
lot
  9:1 23:8
  28:8 29:23
  60:1 63:16
  64:1 68:5
  83:23 87:3
lower
  80:1 89:15

_____

M

M-I-G-N-A-N-
E-L-L-I
  31:6
Mackey
  48:23
made
  37:16 39:25
  41:24 44:1
  47:16 53:5,
  16 56:8,15
  85:17
main
  58:3
mainstream
  62:19 63:5,
  17 64:2
major
  24:21 32:24
  33:4
majority
  28:15 46:8
  65:22 66:9
  68:21
majors
  45:7 46:7,17
make
  24:3 51:1

60:25 63:21
68:12 74:22
76:11,19
88:3
makes
  13:17
making
  22:17
male
  10:1 67:10
  80:13
man
  23:9 66:12
  67:9,17,20
  82:22 83:10
  85:8 93:1,7
mandatory
  48:4
manipulation
  80:9 86:1
Manual
  64:20
manufacture
  38:10
mark
  36:20
marked
  36:22,24
  71:21
market
  20:21
marriage
  63:19
married
  11:4 24:4
master's
  19:14,15
  32:22
masters
  32:9 45:19
match
  36:13
matched
  52:2
Mateo
  18:20

material
  26:18 33:1,2
materials
  28:8 58:2
  73:21
maturity
  67:15
mean
  6:3 17:21
  23:7,20
  24:25 25:12
  26:6 28:20
  31:15 32:8
  35:6,23
  36:4,9,10,14
  40:16,18
  45:18,25
  51:25 58:15
  63:11 64:15,
  16 67:13
  71:8 72:12
  73:4 75:7,
  16,17 78:1
  82:16 90:15
  92:9 94:6
means
  88:21
mechanically
  34:18
media
  15:22 88:1
  93:22
medical
  64:22,23
  79:21 82:11
meet
  7:7 12:8
  45:8,10 46:9
  48:9
meeting
  12:9
meetings
  10:18 28:14
  94:7
meets
  44:22,25
  45:4,7 46:6

83:10
**Melanie**
  75:8
**member**
  12:13,17
  16:22 17:3
  42:25 44:3
  45:10,13
  46:6 52:21
  57:16 86:13
  93:16
**members**
  12:12 37:21
  39:10 40:8
  41:20 48:19
**membership**
  12:15,18
**memo**
  38:16
**memorandum**
  46:22
**Memphis**
  73:15
**men**
  73:25
**menstruated**
  65:5
**mentality**
  40:19
**mentioned**
  13:14 21:1
  60:14 78:8
  80:1,5 91:16
  92:4
**met**
  86:6 93:15
  94:2,4
**Meyer**
  63:13
**mi**
  68:14
**Michael**
  31:4,14
**Michael's**
  31:5
**mid-term**
  88:14 89:11

**middle**
  14:18
**Mignanelli**
  31:4
**military**
  93:5
**million**
  35:2
**millions**
  35:4
**mind**
  77:3 83:14
**minds**
  41:2 71:13
  72:16
**minimal**
  59:17
**Minnesota**
  20:25
**minor**
  24:8 58:9
  79:20 81:22
  84:18
**minority**
  35:9
**minors**
  76:9
**minutes**
  68:10
**missed**
  26:15
**mission**
  26:25
**mistreated**
  40:17
**misunderstand
ing**
  68:6
**misuse**
  57:2
**mob**
  6:17
**mode**
  29:18
**model**
  88:2

**modern**
  23:25 77:22
**modified**
  28:24
**molest**
  66:15
**molestation**
  67:14 73:11
**molested**
  73:10
**moment**
  36:25
**money**
  17:10,12
  62:13 70:10
  93:3
**Montreal**
  16:4
**moral**
  78:22 81:2
  93:1
**morality**
  78:23 79:16
  93:7
**morals**
  78:25
**Morning**
  25:25
**mother**
  26:4
**mother's**
  92:23
**motion**
  9:8,9
**moved**
  41:24
**movement**
  63:15
**moving**
  42:2
**multiple**
  19:18
**mythologies**
  25:3
**mythology**
  24:16,20
  25:7,11

27:6,19
  28:12,13
  29:8
**myths**
  24:21

_____

N

**name**
  5:3 9:25
  11:2 12:10
  14:6,7,12,17
  25:22 31:5
  32:21 69:16,
  17
**named**
  38:17 55:12
  91:4
**names**
  31:2
**namesake**
  72:23 73:3
  75:20,22
  77:4
**namesake's**
  73:24
**namesakes**
  73:23
**naming**
  13:25
**narrow**
  67:7
**nation**
  34:2
**national**
  19:19 58:22,
  24 61:7,13
**natural**
  68:7
**nature**
  13:5 33:20
  62:10 63:18
  83:13 84:7,
  17
**need**
  4:6 8:23
  17:9,12

22:21 50:21
60:19,25
68:11,17
72:15
**needed**
90:18
**negative**
39:18 48:24
49:5
**neglected**
62:19
**neighborhood**
74:4
**neutral**
39:10
**never**
24:4 45:20
46:19 48:1
49:5 55:12,
14,20,22
56:15 59:18
66:10 70:7
75:17 86:10
93:4 94:2,4,
5,9
**news**
15:10,11
25:25
**nonjudgmental**
74:13,14
**nonresponsive**
17:14 27:2
40:22 43:10
49:9 52:6
53:21 55:4
57:5 59:7
66:21
**normal**
60:24
**northeast**
73:16
**Nova**
16:10
**November**
30:19
**nowadays**
23:5

**number**
17:17 71:8
79:3

---

O

---

**objection**
4:21 17:13
27:1 37:9
38:7 39:5
40:10,21
43:9 47:8,11
49:8,23
50:3,25
51:7,13
52:5,16,19
53:2,21
54:1,12,14
55:3 56:6,21
57:1,4 59:6
64:8 65:19
66:20 67:23
74:8 75:1,
15,23 76:1,
10,17,20
77:6,23
78:12,18
79:12 80:6,
17 81:7,25
83:15,22
84:10,16
85:11,14,23
87:2 89:10,
18,22,25
90:8,17
93:10
**objectionable**
84:25
**objections**
4:17,18,20,
21
**obligated**
61:11
**obligation**
61:3,5,9,16
80:25 81:2
**obligations**
60:11,13

**obviously**
40:17
**occurred**
80:20
**occurs**
81:22
**October**
88:14
**Odes**
20:14
**offenses**
64:9 65:20
**offer**
34:20 43:21,
24,25 44:1
52:2
**offers**
36:12,13
**office**
26:13
**officer**
93:5
**okay**
6:1 8:9,13,
23 11:24
12:6,10 14:6
15:4 18:4
20:4 27:17,
18 28:3
29:6,13 36:6
37:19 41:1,3
42:24 43:18
46:10 47:24,
25 50:18
51:2,16
53:6,14 54:3
57:24 60:6
62:14 64:14
68:9 69:15,
23 70:4
74:2,5 76:14
79:15 80:19
83:20 84:7,
11,15 85:4,
7,22 86:6
92:22
**Oklahoma**

18:16
**olds**
66:17 67:2
**once**
11:9 48:14
71:4 93:1
**one**
9:12,19,23
10:4 14:16,
18 17:20
26:4,10
28:19 29:10,
11 30:1,10,
11 31:2 34:1
36:14 38:21
41:14,23,24
42:1,24 43:5
44:2,4 47:15
48:2 51:19,
21 52:11,21
59:4,23,25
64:4,5 68:7
73:4,23
74:13 76:15,
25 83:10
87:4,16
91:7,11,16
92:9
**one-year**
18:9
**ones**
19:19 41:3
**ongoing**
85:1
**online**
11:15 12:9
25:20 28:7,
8,16,25
29:15,17
**open**
37:14 48:15
54:15
**operative**
92:11
**opinion**
55:17 56:11
**opportunity**

29:19 38:12
54:23
**opposed**
8:21 34:8
42:18 52:22
**opposing**
43:25
**oral**
84:24
**organization**
63:17 76:16
**organizations**
58:21 61:13
62:19 63:5
64:3
**orientation**
23:6,11
**original**
9:8
**originally**
18:19 32:23
**outlets**
15:11
**outlining**
56:17
**outpost**
19:7
**outreach**
58:5
**outside**
36:12 43:21
52:2
**overly**
74:23
**owner**
93:4

---
**P**
---

**page**
47:5 87:19,
25 88:3
91:11
**pages**
47:14
**paid**

17:1
**pains**
7:17
**painting**
84:12
**Palaima**
43:5 44:8
**paragraph**
47:20 49:12,
17,19
**paraphrasing**
45:24
**Park**
5:8
**part**
13:21 23:7
40:4 46:22
47:12,16
53:1 54:17
56:12,14
58:15 59:14,
15 61:2,5,8,
21 62:1,9
72:20 80:11
81:20 85:1
**part-time**
16:14
**particular**
39:24
**parties**
81:20
**partly**
88:3
**partner**
11:1 80:11
**partners**
73:6
**parts**
75:12,14
**pass**
23:21
**passed**
26:12
**past**
77:4
**patiently**
8:6

**Paula**
41:10
**pay**
12:13
**payment**
12:14
**pedagogical**
26:25
**pederastic**
33:20
**pederasty**
33:8,14
65:11,24
66:10 77:13,
21 78:6,25
80:4,24
81:21
**pedophile**
73:19 74:24
75:4
**pedophiles**
64:7,11
**pedophilia**
26:3 64:10,
18 65:25
66:14,23
67:2,4,11,14
77:11
**penalty**
7:17
**people**
35:17 36:2
41:6,20 44:7
46:1 47:4
49:3 51:21,
25 56:2
63:10,12
64:12,13,24
66:2,17,23,
25 67:3 68:6
71:8,9 72:13
78:4 85:25
88:1 89:13
91:2,4,6,13,
17 92:3
**people's**
40:13 41:2

67:14
**perceive**
23:10 41:3
**perceived**
22:21
**perceiving**
39:19 78:22
**percent**
90:6
**percentage**
59:18,19,20,
25
**perception**
23:10
**perceptions**
23:7
**Percy**
13:4,14,20
14:3,23 15:2
16:21,25
61:10,17,22,
24 62:7,9,14
63:3 64:6
69:4,9,10,
16,24 70:1,
4,5,11 71:13
72:6,10,15,
24 73:9,23
74:19 75:21
**Percys**
69:19
**Perfect**
4:22
**perform**
61:23
**performance**
26:9,20
**performs**
15:4
**period**
6:3,5 10:16
11:19 19:10
**periods**
23:25
**perjury**
7:17

Thomas Hubbard Vol I
May 25, 2021

20

Perlman
41:10,12
43:6
perm
40:4
Perseus
24:24
persistent
65:1
person
11:16 28:17
43:16,19
51:21 82:14
83:16 88:4
person's
80:21
personal
22:18
petition
88:24
Ph.d.
20:12 49:2
phenomenon
65:13
Phoenix
29:21
phone
68:12
photographs
88:3
phrase
74:25
Pindar
20:15
place
75:7
planning
32:23 44:24
playing
75:11,13
please
4:3 5:3
47:21
plenty
62:4,8
poems
33:19

poet
20:15
poetry
21:15 22:6
23:15 51:3
52:13
point
19:20,25
27:9 42:1
45:2 55:16
56:7,16
65:23
pointed
52:3
Polar
20:14
policies
36:10
policy
28:15
policy-
related
39:23
political
87:18 92:10
politically
93:12
politics
32:25 41:13
87:15,21
92:17,18
93:8
poor
26:20
poorly
26:16 42:21
90:25
popular
87:5
population
63:11 66:6,
10
portion
9:12,19,22
position
18:9,11
34:21 35:16

44:9 59:3
69:8 79:20
81:21 82:8
positions
34:13 58:19
positive
59:2
possibility
80:7
possibly
46:24
post-tenure
39:17,18
56:14,16
57:2
postpuberty
65:9
power
81:18
praised
58:13
predominant
33:9,12
prefer
29:18
prematurely
38:21
prepare
9:4
prepschool
73:16
prepubescent
65:3,14
66:15,24
present
40:2 41:7
presented
38:9 46:22
54:6 55:12
president
13:3 14:22
26:5 69:10,
13 70:14,16,
20,21 72:25
73:22
presume
6:8 8:2

preteen
65:15
pretend
83:4
pretty
66:7 72:4
previous
33:16 60:7,8
77:7 90:10
previously
51:20
primarily
70:16
primary
63:18
Princeton
48:2,21,23
49:2,3,4
principle
68:7
PRINGLE
4:8,13,22
5:2 6:4
17:13,15
27:1,3 36:23
37:12 39:8
40:12,21,23
43:9,11 47:9
49:8,10,25
51:10,16
52:5,7,17,25
53:6,21,22
54:3,13,19
55:3,5 56:9
57:1,4,6
59:6,8,10
64:11 66:20,
22 68:3,20
69:3 71:22
74:10 75:3,
19,24 76:14,
18 77:2,10,
25 78:13,20
79:13,24
80:12,19
81:9 83:19
84:13,19
85:4,12,16,

20 86:3
89:16,20,23
90:4,12 91:1
93:15
**prior**
15:21 22:8,
9,24 26:19
**prisoners**
58:2,4,5
63:14
**privacy**
13:10
**private**
75:12,14
**privileged**
7:14
**privileges**
38:19 39:13
**pro**
84:23 85:13,
15
**pro-pedophile**
76:16
**probabilities**
90:10
**probably**
9:3 16:13
18:24 42:5
60:4 66:11
71:4 94:6
**problems**
48:7 63:24
**procedure**
4:16
**proceed**
4:13
**process**
56:14 57:3
70:25
**proclaiming**
77:5
**prodigies**
46:2,4
**productive**
36:12
**profess**
16:8

**profession**
47:7,25
49:22 50:14,
20,24 58:20
**professional**
34:16 58:21
**professor**
8:24 15:22
16:2,5,6,7
20:18,22,24
25:21 26:2
49:1 53:20
54:19 55:18
69:3 71:24
87:1,5
**professor's**
87:9
**professorial**
34:8,11
**professors**
58:16
**professorship**
38:18
**program**
30:16 42:22,
23 48:22
58:1
**programs**
34:2 51:4,22
52:14
**progress**
31:15,16
**projects**
62:12
**prominent**
87:18 92:10
**promise**
80:15
**promote**
62:18
**promotes**
63:4
**prompted**
22:14
**prongs**
61:1

**Proper**
10:10
**properties**
17:18,23
**property**
6:11
**proposition**
73:17
**prose**
23:17
**prospect**
35:3
**prospective**
53:6,11,23
54:9 55:13
56:2
**prostitution**
83:24 84:1
**proudly**
77:4
**provided**
55:17,23
56:12
**provider**
82:11
**providing**
58:1
**provisions**
80:2
**proviso**
78:15
**Psychiatric**
64:21
**psychiatry**
64:25
**psychological**
64:23
**psychologist**
75:8
**psychology**
64:25 65:8
75:10
**puberty**
23:3
**public**
13:21,22

**publication**
30:19 65:24
**publish**
71:11
**published**
9:23 39:19
94:13
**punished**
79:23 80:4
83:18
**pure**
52:25
**purely**
81:8 89:9
**purpose**
62:17 71:12
78:9
**pursue**
39:14
**put**
10:12 76:7

---

**Q**

---

**qualifiers**
76:5
**quality**
87:11
**question**
7:23 8:1,6,
8,16 27:4,5,
7 40:24
49:14,16
50:12,13,15,
16,17,18,22
51:6 53:3,10
57:21 59:8
60:2 77:8
78:10,11
**questions**
5:24 7:21
43:20 56:5
94:11
**quickly**
94:15
**quid**
84:23 85:13,

Thomas Hubbard Vol I
May 25, 2021
22

15
**quiet**
  8:13
**quit**
  88:21
**quite**
  23:17 85:2
**quo**
  84:23 85:13,
  15
**quoted**
  10:5,9,11

───────────

          **R**
───────────

**R-O-T**
  13:1
**raises**
  17:9
**Randy**
  54:4
**range**
  76:25
**rape**
  81:15
**rapid**
  31:17
**rate**
  63:11
**reached**
  4:14
**read**
  20:1 41:2
  49:11 71:4
  74:24 75:4
  77:8
**read-on**
  4:7,9
**reading**
  72:9
**real**
  17:17 43:20
**realize**
  76:23
**reallocate**
  34:21

**reason**
  44:10 47:17
  52:12 72:20
  86:16 89:3,
  5,13,24
**reasonable**
  71:10
**reasons**
  46:3,19,20,
  24 47:1 87:4
**reassigned**
  34:25
**recall**
  10:15 33:6,7
  47:2
**receive**
  19:12 55:8
**received**
  21:16 22:4
  26:20 54:15
**receiving**
  22:9,24
  43:24
**recent**
  16:22 51:4
  52:14
**recently**
  42:20 57:13
  58:7
**reception**
  23:24
**recess**
  68:25 94:18
**recognition**
  23:12
**recognized**
  61:14
**recognizes**
  61:14
**recommending**
  82:12
**record**
  4:1,6 60:25
  68:24 69:2
  94:15,16
**records**
  13:22 37:14

  48:15 54:16
**reduced**
  34:16
**referring**
  9:7 41:6
**refers**
  44:14 64:25
**refuse**
  35:6
**refused**
  35:2 36:13
**refusing**
  35:24 36:11
**refuted**
  47:15
**regard**
  23:5 63:6
  85:21
**register**
  83:1
**rekindled**
  11:22
**relations**
  67:3 80:13
**relationship**
  67:5,24 68:1
  80:8 81:18
  82:3 85:1
**relationships**
  67:1 80:3
  82:17
**relative**
  14:1
**relevant**
  22:18,20
  61:20
**remained**
  40:1
**remember**
  27:3 40:23
  48:23 54:6
  57:8 59:8
  60:19,20
**remotely**
  11:16
**removed**
  41:12

**render**
  80:2
**renewed**
  34:25
**rental**
  17:17,23
**rented**
  6:12
**repeat**
  8:17
**report**
  54:8
**reporter**
  4:3,5 8:8
  15:9 94:14
**reports**
  13:17 59:1
**represent**
  83:3
**representative**
  61:24
**Republican**
  87:18,20
**reputation**
  26:23 37:19,
  21 38:5
  39:3,7,8
  50:14,19
**request**
  37:14 48:15
  54:16
**required**
  45:9
**research**
  21:3 58:24
  63:25 77:1
  91:8
**reserving**
  4:17
**reside**
  5:14
**resided**
  6:24
**residence**
  5:13 17:20
  81:1

residing
  6:13
respect
  53:20 82:13
  90:5
respectable
  63:22
respond
  54:24
responded
  54:20 56:20,
  22
response
  8:7,9 9:9
  38:23 47:14
  51:9 55:8,
  11,18 56:7
  59:12 77:7
responses
  9:16
responsibile
  36:16
responsibility
  35:13,16,22
  38:13,14
  55:2 56:24
  70:14
responsible
  24:9 70:22
rest
  76:22
restore
  38:18 39:3,6
restored
  47:18
restricted
  12:15
restroom
  68:12,23
result
  26:14 35:6
  39:11
resumption
  21:7
retaliated
  40:18

retire
  41:11
retired
  15:7,8,14,
  16,20 16:6,
  12 42:8
  57:11
retirement
  15:21 16:15
  34:20
retiring
  41:10,22
  42:1 43:6
  44:11
review
  9:12,15,22
  10:3,6
  39:17,18
  47:20 48:4,
  6,8 49:12,13
  56:14,16
  57:3 58:13
  61:19 70:24
  76:22 93:22
reviewed
  9:5,18,19
  49:17,18
  71:2 72:3
reviewer
  49:7
reviewers
  48:3,9
reviewing
  10:15 74:5
revise
  33:16
rid
  48:12
Riggsby
  41:8
right
  5:14,23 6:4,
  20 7:16 8:1,
  11,15,20
  9:15 10:18
  11:17 12:2,
  14,20 14:9,

  14 15:1,18
  16:7 21:6
  23:4 25:10
  29:9,22,23
  32:5 34:15
  37:12,15,23
  41:25 42:5
  45:15 46:8,
  15 49:14
  50:8 56:20
  60:4,13,22
  61:5 62:2
  63:3 66:8
  69:11,18,21,
  23 70:11
  71:18 72:5
  73:21 77:25
  78:24 81:9
  83:3,5 91:10
  92:14,20
  93:11,25
  94:3
rights
  33:1 62:18,
  22 63:4,9,
  15,19 64:4
Robert
  48:2 50:4
role
  44:13,16
  46:6
Roman
  24:23
romantic
  11:24 12:1
Rome
  24:22
room
  68:18
roughly
  60:10
royalties
  17:25 18:4
rule
  4:11
rules
  4:16,20

rumors
  91:19
run
  18:5 46:17,
  18 47:3
rupture
  11:20

_____

            S

_____

Sacramento
  11:12,14
safety
  92:1
salary
  17:7 38:17
  43:24 47:17
San
  18:20,21
Santa
  19:2
Sarah
  91:3,17 92:2
  93:21
Sarah's
  93:16
Saratoga
  20:22
saying
  83:7 85:20
says
  49:15 51:2
  53:19 72:9,
  18,20 74:16,
  19,20
scandals
  82:15
schedule
  60:9
scholarly
  62:10 64:19
scholarship
  58:16 60:1,
  15 61:2,22
  62:6,8
  65:11,12

school
  18:22
science
  32:24
scientist
  33:4
Scotia
  16:10
second
  30:11
secretary
  13:24 57:10
section
  25:14,15,17
  27:8,13,14
  28:8 29:10,
  11
sections
  25:12,13
  27:18 28:7
  30:2
seduced
  73:12
see
  7:2 11:20
  23:8 34:22
  35:12 37:13
  43:7 55:10,
  11 57:12
  73:16 86:10
Seeking
  82:24,25
seekingarrang
ement.com.
  12:11
semester
  6:18,24,25
  21:8 28:12,
  21,23 29:4,
  5,7 31:14
  44:23,24
  90:21,24
send
  26:4 71:9
senior
  31:25 32:17
  33:5,17 52:3

sense
  22:18 40:19
  78:25 79:16
  81:8 92:15
sentence
  51:2
separate
  85:2
September
  5:23
seriously
  37:7
serve
  46:13,25
  47:2 61:11
served
  22:20 33:21
  45:16,20
  93:6
service
  58:17,19,20,
  22,25 60:15
  61:2,5,7,8,
  12,14,16
services
  38:12
serving
  46:16 58:18,
  20
set
  23:6 58:9
setting
  67:7
settlement
  39:25 53:17
several
  17:8 25:12,
  13 35:7
  36:11 51:20
  52:22
severely
  80:4
sex
  64:9 65:20
  67:9,19
  73:18 76:9
  81:23 83:13

  84:24 85:10,
  24
sexologist
  67:18
sexologists
  67:8
sexology
  66:2,8
sexual
  10:1 23:5,
  10,12 65:14
  67:3,15
  72:21,25
  73:6,24
  74:7,21 75:6
  77:5 79:6
  80:13 85:18
sexuality
  31:19,22
  32:7,18,25
  33:6,19
  66:19
sexually
  12:1 72:9,11
  73:1,10
  74:19,25
  75:18,22
share
  35:2,9
shared
  25:19
shopping
  90:22
show
  71:16 84:12
showed
  88:2
showering
  85:9
shutdown
  28:6
shy
  42:3 63:23
Sibley
  4:10,14,19
  5:24 7:8,10
  10:19 37:9

  38:7 39:5
  40:10 47:8,
  11 49:23
  50:3,25
  51:7,13
  52:16,19
  53:2 54:1,
  12,14 56:6,
  21 64:8
  65:19 67:23
  68:22 74:8
  75:1,15,23
  76:1,10,17,
  20 77:6,23
  78:12,18
  79:12 80:6,
  17 81:7,25
  83:15,22
  84:10,16
  85:11,14,23
  89:10,18,22,
  25 90:8,17
  93:10
sick
  24:15
side
  15:6
sides
  39:21
Sightly
  18:6
Sigmund
  75:5
sign
  89:12
signal
  63:14
signature
  32:25
significant
  59:15
similar
  12:17
simple
  27:7
simply
  40:15

simulationist
  63:17
sinecure
  46:11
single
  47:15
sins
  78:23
sir
  5:3 50:15
site
  12:9,12
  82:23 83:2
sites
  12:17 83:11
Skidmore
  20:22
slightly
  49:11
slip
  60:24
sliver
  66:7 67:8
sloppy
  66:18
small
  7:6 25:15,17
  28:16 29:10,
  11 30:23
  57:25 59:13,
  24 66:7
  91:25
smaller
  27:12 60:9
smokescreen
  36:18
social
  87:25 93:22
society
  66:7
society's
  23:10
soldiers
  73:13,17
sole
  48:1,12
  49:24 51:5

52:15
solely
  48:17 49:6
sort
  32:13 63:8
  71:9 80:15
  82:2 85:21
sorts
  13:20
sources
  17:15
Southern
  43:22
speak
  19:24 40:13
speaking
  4:17,21
  55:15,19
special
  80:9
specialist
  21:15 51:5,
  19 52:15
specialize
  66:2
specialized
  19:20 51:25
  75:9
specializing
  51:21
specific
  61:11 86:16
specifically
  59:23 63:6
  76:24 78:8
speculate
  52:20 75:2
speculating
  41:17
speculation
  53:1,3 89:7,
  9
spell
  12:23 28:1
  31:5
spelled
  14:6,15

spelling
  14:21
spend
  59:21 60:1
spoken
  94:5
sponsor
  77:1
sports
  83:12 84:6
spring
  6:25 21:8
  24:15,17,18
  25:16 29:5,7
Springs
  20:23
staff
  44:15 45:10,
  14
stand
  62:23
standard
  66:13
standards
  87:8,9
start
  8:7 18:13
  32:12 64:4
started
  31:15 40:6
  85:2 91:16,
  17,19
starting
  21:16,25
  27:9
state
  4:20 5:3
  13:23,24
  43:4 65:22
stated
  87:20
statement
  33:16 47:3,5
  48:2 52:8
  53:5
statements
  10:4 25:18

states
  34:3 65:22
  78:2
Statesman
  25:25
Statistical
  64:20
status
  28:25
stay
  60:23
step
  53:18
steps
  38:16
Steve
  41:6 46:21
  48:18 51:1
stick
  71:24
sticker
  71:25
stopped
  69:5
strategist
  92:11
strategy
  63:16
stream
  34:7
street
  66:12,23
  67:9,18
stretch
  68:13
strict
  93:7
strong
  51:3 52:14
strongly
  35:10
Structure
  20:14
struggles
  77:19
student

Thomas Hubbard Vol I
May 25, 2021

26

11:7,11 12:4
19:8 25:17
26:10 50:6
87:9,14 88:9
90:20 94:8
**student's**
26:4 31:18
32:21
**students**
22:19 25:1,
16,20 26:2,
7,13,24 27:7
28:5 29:11,
18 30:13,25
31:9,21
32:16 44:23,
25 45:1,3,4
46:18 47:6,
24 48:20
49:21 50:24
53:7,11,23
54:9 55:7,13
56:3 82:18
86:10,25
87:10 89:1
90:2,11
92:1,16
**studied**
22:7,10
**studies**
15:22 20:5
22:15 23:15
32:14 63:12
**study**
19:18 23:24
61:22 64:13
66:8
**study's**
41:9
**studying**
23:7
**su**
68:14
**subject**
7:17 23:8
**subjective**
40:13

**subjects**
16:17 31:19
78:22
**submit**
39:18
**submitted**
56:13
**subsequent**
39:16 48:10
56:13
**suburbs**
18:21
**successor**
40:2
**suggest**
43:23 64:1
**suggesting**
64:17
**suggestion**
76:13,15
**summary**
9:8
**summer**
30:17 31:13
**Summers**
45:11
**super**
32:12
**supervise**
30:24 57:14
**supervised**
31:21,25
32:6,9,11,
13,17
**supervising**
62:12
**supervision**
31:1 81:18
82:18
**supervisory**
79:19 82:2
**supportive**
22:22 63:14
**Supreme**
63:21
**sure**
15:15 24:3

31:3,15
47:21 62:5
88:4
**surrounding**
43:21
**survey**
25:5,7
**surveys**
24:21
**Susan**
45:11
**swear**
4:3,6
**sworn**
4:12,24
7:17,20
**sympathetic**
43:7 44:9
**synchronous**
28:9
**system**
77:18

———————————

**T**

———————————

**take**
5:16 8:8
11:8 29:19
33:3 35:13,
22 36:25
68:11,16,18,
21,22 90:11
**taken**
24:13 25:25
39:21 68:25
90:20 94:18
**talk**
10:14 24:22,
23 25:2
32:16 43:3
54:18 64:3
68:12 70:8
76:12 86:6
**talked**
82:23 92:2
93:18

**talking**
6:15 8:12
59:23 66:19
69:4
**talks**
72:8
**Tape**
69:2
**task**
15:4
**taught**
12:6 21:18,
19,21,24
23:16,17
24:14,16
27:18,21
28:11
**tavern**
11:9
**tax**
13:22
**teach**
16:16 25:6,
12,17 28:22
29:6 30:23
59:22,24
**teacher**
26:8 79:20
90:1
**teachers**
82:18
**teaches**
25:13
**teaching**
6:18 16:14,
18 22:22
27:6 28:19
29:3,25
30:1,3,6,18,
21 58:16
59:17 60:9,
14 61:2
87:16 90:14,
15 92:7
**teen**
82:16

tell
  7:24 18:7
  32:20 42:13
  51:10,12
  68:9,10 91:6
telling
  54:23 79:10
ten
  34:2 48:5
ten-minute
  68:22
tend
  62:18
tended
  63:23
tenure
  21:16 22:4,
  9,24 34:7
  39:22 42:19
  49:2 52:1
tenure-screen
  18:11
tenured
  34:8
term
  38:20 44:14
  64:19 65:8,9
  67:1,12,17
terms
  55:15,19
  66:3,5 82:12
test
  77:18
testified
  4:24 7:5
testimony
  7:17,20
  80:22
testing
  78:9
Texas
  4:16 17:4
  21:10,14,19,
  25 23:15
  57:17 59:22
  67:5 87:6

text
  19:18
Thank
  8:14 72:2
thanks
  63:20
theater
  83:12 84:5,
  22
theme
  21:18,22
  22:6
themes
  22:3,15
theocratist
  33:20
therapist
  79:20
thesis
  31:18,22,25
  32:2,4,6,9,
  13,17 33:5,
  17 45:19
thing
  82:17
things
  13:20 23:13
  35:1 60:14
  62:11 71:7
  82:8 83:12
  84:7 94:13
think
  5:22 9:14
  11:19 12:11
  15:15 16:13,
  14,15,23
  17:6 23:11
  27:9 28:4
  30:10 32:9
  34:12 35:5,
  19 39:10,17
  41:13,16
  42:5,20
  43:20 44:10
  56:7 64:16
  66:15 67:13
  70:3 71:10

74:5,18,24
75:3 76:4
77:14 78:4,6
79:7,10,11
81:1 82:10,
17 83:18
84:15,25
85:15,19,24
88:16 89:11
thinking
  48:16
third
  42:3 69:25
  70:1
Thomas
  4:23 5:4
  14:5,9 15:18
  16:22 94:3
thought
  25:16 39:1
  44:4 45:16
  49:10 50:19
  59:18 83:9
thousand
  18:6
three
  10:5,7,8,11,
  12 26:16
  27:20 30:25
  31:10 48:3
  58:15 59:14
  60:14 61:1
  63:11
Thymos
  9:23
tickets
  83:12 84:6,
  22
tight
  20:21
time
  4:2 8:3,11
  19:10 30:3
  34:10,12,19
  35:5 41:8,14
  48:8 52:9
  54:21 56:11
  59:14,15,18,

19,25 60:1
68:11 86:12
87:20 88:9
times
  63:11
tiny
  18:2
tired
  11:21
title
  33:7
today
  5:16 7:10
  9:2 23:11
  26:1 36:20
  78:6
token
  8:15
told
  7:11 10:24
  17:9 27:10
  40:25 47:18
  48:13,18
  72:12 73:12
  87:17 88:1
  91:17 93:1,
  22
Tom
  42:4 43:5
  48:12 53:8
tons
  35:4
top
  34:2 35:19
  66:1
topics
  32:10
Toronto
  15:13
totality
  62:3
touch
  49:2
tough
  87:3
tout
  61:15

touts
  72:25 75:21
track
  34:7
tradition
  23:25
traditional
  93:13
traditions
  19:19
tragedies
  25:4
train
  73:17
trained
  23:20
training
  22:17
transcript
  89:14
traveling
  11:1 73:15
trip
  11:9
troubled
  75:24
true
  22:12 30:20
  39:15 51:6,
  12 52:8 53:8
  54:5 55:7
  61:8,12,17,
  25 62:7
  65:18
trust
  26:7
trusted
  48:19 93:5
truthful
  43:23
try
  36:2 38:10
  39:18 60:23
trying
  29:17
turn
  22:14

turned
  44:4
two
  6:3,6 14:15
  16:5 26:16
  28:20 30:8
  34:22 41:22
  42:1 43:5
  44:2 49:3
  52:4 59:14
  63:1 67:2
  69:18 73:4
  81:18
typical
  28:18 51:22

────────────

            U

U.T.
  6:19 17:7,
  16,24 18:7,
  8,11 20:16
  33:21 36:1
  57:20 90:15
ubiquitously
  22:6
UCLA
  63:13
uh-huh
  8:22 18:15
  27:25 29:22
  32:19 36:21
  43:1 60:16,
  23 65:16
  69:6 72:7
  82:21
ultimately
  38:18 47:17
  53:15 70:21
uncle
  70:2
unclear
  7:24
uncooperative
  40:6
underaged
  65:17

undergraduate
  32:2,3 44:17
  45:7,21
undergraduate
s
  45:9 46:5,7
  48:22
underserved
  63:4
understand
  7:11,14,16,
  19,20 27:17
  50:17 66:2,4
  78:13,16
  81:5
understanding
  4:15 28:5
  44:9 67:14,
  16 74:3
  78:24 85:21
understood
  8:3 14:2,11
  34:10 77:21
United
  34:3
universities
  29:23 58:18
university
  15:23 16:9
  17:4 19:3,8
  20:6,7,24
  21:10,14,19,
  24 22:19
  23:14 26:6,
  25 28:6
  29:14,21
  30:24 32:22
  34:21 35:4
  37:8 42:16
  43:22 57:16
  58:11 59:4,
  22 60:4,11,
  14 61:3,9,13
  87:6 89:1
University's
  28:15
unlawful
  80:3

unnecessary
  74:23
unwilling
  83:7
upbringing
  92:16
upheld
  55:2 56:25
upright
  43:15
USC
  43:25
usual
  28:20
utterances
  8:22 60:21

────────────

            V

V-E-R-S-T-R-
A-E-T-E
  14:13
varies
  65:21
various
  9:10 24:23
  25:3,24 46:3
  82:12 91:13
vary
  81:14
Vase
  84:12
vastly
  38:17
verbal
  81:19
version
  29:1,15
Verstraete
  14:13 16:7
versus
  57:20 59:22
vice
  13:3 14:22
  70:16,20

Thomas Hubbard Vol I
May 25, 2021

29

Victoria
 5:8
video
 25:23
VIDEOGRAPHER
 4:1 68:24
 69:1 94:16
Videotape
 4:3
views
 94:10
violate
 79:16
violating
 79:8
violation
 77:16 78:7,
 21
violent
 6:17 81:15
virtual
 28:13 29:11
virtue
 26:19
Viscrat
 14:5
visit
 49:7
visited
 91:11
visiting
 20:18,24
 53:7,11 56:3
 77:3
voice
 53:7
voiced
 53:9,12,23
 54:9 56:3
von
 21:3
voting
 38:19 39:12

_____

W

_____

W-A-U-G-H
 14:10
waiting
 8:6
waive
 4:8,10
waived
 4:11
waiving
 4:7
waking
 59:21
Walnut
 18:20,23
want
 31:2 35:12
 40:15,17
 45:6,8 55:7,
 21 57:19
 64:3 68:11,
 15,21 71:23
 74:22 79:11
wanted
 10:6 28:25
 49:12 93:2
War
 73:14 93:6
wards
 24:8
warned
 35:23
water
 68:13
Waugh
 14:5,9,10
 15:18 16:3,
 22
way
 22:17 25:6
 29:19 52:11
 64:15 74:13
ways
 42:15 64:4

webmaster
 15:3 76:12
website
 70:12,15,17,
 22 71:3,12,
 17,18,23
 72:16 76:21,
 22 77:3
weeks
 6:3,6 26:16
well-
documented
 63:12
well-known
 24:25
Wells
 11:3,6,10,17
 12:2,8,21
went
 10:22 19:2
 26:12 32:22
 48:22
White
 41:7 46:21
 47:25 48:18
 51:1
White's
 53:16
widely
 23:16 47:6,
 25 49:21
 50:24 64:24
William
 13:3,14,20
 14:3,23 15:2
 16:21,25
 61:10,17,21,
 24 62:7,9,14
 63:3 64:5
 69:4,9,10,
 18,23 70:1,
 4,11 71:13
 72:5,10,15,
 23,24 73:9
 75:21
Williams
 63:13

Wisconsin
 32:23
witness
 4:4,6,12
 5:22 6:1
wondering
 77:3
wooing
 84:4
woos
 83:11
word
 66:10,14
words
 4:17 8:21,25
 10:5,7,8,11,
 12 34:7
 36:14
work
 16:25 22:8
 29:13 55:7,
 21 58:12,24
 59:4 62:9
 83:9 87:4
worked
 50:6
working
 11:8 53:8,
 12,24 54:9
 56:4 57:20
 58:23
workplace
 63:20
works
 25:2
world
 54:10 73:14
 77:22 93:6
write
 62:8,12
writing
 31:22
written
 22:10 33:17
 52:9 58:14
 71:7,8

**wrong**
 64:16 77:15
 82:19 83:14,
 18 85:19,25
**wrote**
 46:21

---

**Y**

---

**y'all**
 11:4 55:19
**Yale**
 20:6,7,11
**yeah**
 4:10 14:10
 27:11 32:3
 41:18 42:13
 46:8 59:10
 63:1 68:22
 71:20 83:4
 84:4 92:6,13
**year**
 5:23 11:21
 18:5 21:9
 28:11 32:24
 34:4 41:23
 59:16 66:17
 67:2 73:19
 74:14,15,20
 84:5 86:3
**years**
 12:18 15:17
 16:13 17:8
 22:7,8 36:16
 38:6 39:19
 48:6 51:4
 52:4,15
 54:16 57:25
 58:8,10
 59:13,14
 60:7,8 82:7
 87:10 90:1,
 14,15
**York**
 20:19,23
**young**
 75:6,11

 80:21 82:14
 85:25 92:16
**younger**
 17:10 23:9
 69:21 80:11
 83:6,16,17

---

**Z**

---

**Z-A-R-A-M-I-A-N**
 30:12
**Zaramian**
 30:9,12 31:1
 92:9
**Zoey**
 94:3
**Zoom**
 28:10

Page 1

1              UNITED STATES DISTRICT COURT FOR THE
                    WESTERN DISTRICT OF TEXAS
2                          AUSTIN DIVISION

3    DR. THOMAS HUBBARD, PhD.    )
          Plaintiff,            )
4                                )
     v.                          ) CA NO. 1:20-cv-00767-RP
5                                )
     SARAH ALLEN BLAKEMORE; and ) JURY DEMANDED
6    JOHN DOES 1 - 10,           )
          Defendants            )
7

8

9

10   *******************************************************

11               ORAL VIDEOTAPED DEPOSITION

12                  THOMAS HUBBARD, Ph.D.

13                     May 25, 2021

14                        VOLUME 2

15                  (Reported Remotely)

16   *******************************************************

17

18      ORAL VIDEOTAPED DEPOSITION OF THOMAS HUBBARD, Ph.D.,
     produced and appearing remotely (via Zoom) from the
19   offices of Wright & Greenhill, P.C.:  900 Congress
     Avenue, Suite 500, Austin, Texas, 78701, as a witness at
20   the instance of the Defendant and duly sworn, was taken
     in the above-styled and numbered cause, on May 25, 2021,
21   from 1:37 p.m. to 7:09 p.m., before Jennifer L.
     Marquardt, Certified Shorthand Reporter in and for the
22   State of Texas, reported remotely by computerized
     stenotype machine, pursuant to the Federal Rules of
23   Civil Procedure and in accordance with the current
     Emergency Order Regarding the COVID-19 State of Disaster
24   and the provisions stated on the record or attached
     hereto.
25

Thomas Hubbard Vol II
May 25, 2021                                              2 to 5

Page 2

```
1                    APPEARANCES
2
3  FOR THE PLAINTIFF, THOMAS HUBBARD, Ph.D.:
4      Joseph D. Sibley
       Camara & Sibley, L.L.P.
5      1108 Lavaca Street, Suite 110263
       Austin, Texas 78701
6      Telephone:  (713)966-6789
       Facsimile:  (713)583-1131
7      E-mail   :  Sibley@camarasibley.com
8  FOR THE DEFENDANT, SARAH BLAKEMORE:
9      Brantley Ross Pringle, Jr.
       Hoover Slovacek, L.L.P.
10     5051 Westheimer, Suite 1200
       Houston, Texas 77056
11     Telephone:  (713)977-8686
       Facsimile:  (713)977-5395
12     E-mail   :  Rpringle@w-g.com
13
14 ALSO PRESENT:
15     Sarah Allen Blakemore
16     U.S. Legal Support videographer
17
18
19
20
21
22
23
24
25
```

Page 4

```
1                 EXHIBITS (cont.)
2  EXHIBIT         DESCRIPTION              PAGE
3  13      August 16, 2009, letter to       170
           Randy Diehl from Thomas Hubbard
4
   14      "Classics at the Intersections"  172
5
   15      "Response:  Davidson on          178
6          Verstraete on Davidson, The
           Greeks and Greek Love:  A
7          Radical Reappraisal of
           Homosexuality in Ancient
8          Greece"
9  16      Liv Mariah Yarrow's blog         180
10 17      Introduction to a publication    181
           of writings by sex offenders
11
   18      Copy of original EEOC complaint  195
12
   19      Series of e-mails                211
13
14 ***Court Reporter's Note:  Court reporter was never
                              given possession of
15                            exhibits ***
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1                     INDEX
2                                          PAGE
3  Appearances ........................................2
4  THOMAS HUBBARD, Ph.D.
5  Examination by Mr. Pringle, Jr. ...................5
   Changes and Signature Page .....................222
6  Court Reporter's Certificate ...................224
7
8                   EXHIBITS
9
10 EXHIBIT         DESCRIPTION              PAGE
11 3       Series of e-mails                 23
12 4       Series of e-mails                 24
13 5       "Pederasty and Democracy:  The    61
           Marginalization of a Social
14         Practice" by Thomas K. Hubbard
15 6       U.S. v. Mayer, 503 F.3d 740       63
           (2007)
16
   7       "Sexual Consent and the           96
17         Adolescent Male, or What We Can
           Learn from the Greeks"
18
   8       "Introduction to Special Issue   155
19         on Boys' Sexuality and Age of
           Consent"
20
   9       Unknown                          159
21
   10      Retraction letter                162
22
   11      Thomas Hubbard's response to     164
23         rumors on social media
24 12      Series of e-mails                165
25
```

Page 5

```
1       THE VIDEOGRAPHER:  We're back on the
2  record at 1:37.
3       THE REPORTER:  Okay.  Okay.  My name is
4  Jennifer Marquardt, CSR No. 7034.  I'm administering the
5  oath and reporting the deposition remotely by
6  stenographic means from Houston, Texas, representing the
7  office of U.S. Legal Support, located at 16825
8  Northchase Drive, Suite 900, Houston, Texas 77060.  This
9  is the oral deposition of Thomas Hubbard.
10          THOMAS HUBBARD, Ph.D.,
11 having been first duly sworn, testified as follows:
12              EXAMINATION
13     Q.   (BY MR. PRINGLE, JR.) All right.  Dr. Hubbard,
14 we're ready to go -- keep going?
15     A.   Uh-huh.
16     Q.   Okay.  We were talking, before we left, about
17 the -- about the -- the day of the handing out of the
18 flyer in the classroom.
19     A.   Uh-huh.
20     Q.   Was that the first indication of any event that
21 gives rise to the lawsuit that you brought?  First
22 indication that you had?
23     A.   Yes.
24     Q.   And do you remember the date that -- that that
25 happened with the flyer being handed out?
```

Page 6

1    A.   I believe it was November 21st of 2019.
2    Q.   The date of the flyer itself?
3    A.   Yes.
4    Q.   And at that time, you were teaching the
5  mythologies of -- excuse me --
6    A.   Classical Mythology.
7    Q.   Classical Mythology.
8         And that was -- where was that class held?
9    A.   Flawn Academic Center 21.
10        THE REPORTER:  Could -- I'm sorry, could
11  you repeat that, please?
12   A.   Flawn Academic Center, Room 21.  That's Flawn,
13  spelled F-L-A-W-N.
14        MR. PRINGLE, JR.:  Do you need to be
15  closer?
16        THE REPORTER:  I'm hearing him fine.  It
17  was just very low, so . . .
18        MR. PRINGLE, JR.:  Okay.
19   Q.   (BY MR. PRINGLE, JR.) And what time of day was
20  the class offered?
21   A.   I -- it was morning.  I believe it was around
22  11:00.
23   Q.   And describe what you saw or what happened to
24  you that day when you got to class.
25   A.   Well, I got to class only a couple of minutes

Page 7

1  before it began, and what I saw was the defendant and
2  one other young woman, whom I did not recognize, with
3  posters and maybe even balloons handing out these
4  flyers.  And the defendant handed me one and announced
5  who she was.
6    Q.   Were the -- were these two women, were they --
7  were they at the door of your classroom?
8    A.   Yes, right in front of the double doors.
9    Q.   And are these the main doors into the
10  classroom?
11   A.   Yes, the only doors.
12   Q.   All right.  And I assume that they'd be the
13  door that you would enter as well?
14   A.   Yes.
15   Q.   All right.  And she handed you the flyer.  Did
16  you -- did you say anything to her?
17   A.   Yes.  The -- the first thing I -- well, I read
18  it, and the first thing I said is "This is libelous."
19   Q.   What else did you say?
20   A.   After she responded to that, I then asked
21  her -- and told me that she had dropped the course -- or
22  no.  I -- I then asked her what grade she was getting,
23  and then she said she had dropped the course.
24   Q.   So, when you said, "This is libelous" or words
25  to that effect, what was her response?

Page 8

1    A.   She said, "You can go ahead and sue me, I don't
2  care."
3    Q.   All right.  Anything else that she said in
4  response?
5    A.   That's all I remember in response to that --
6  well, that statement of mine.
7    Q.   All right.  And -- and then what happened?
8  Kind of walk me through the interaction.
9    A.   As I said, I asked her about her grade.  Based
10  on my experience of 40-odd years of teaching, that most
11  students who are unhappy with me are unhappy because
12  they're not getting a good grade.  And I'm a rather
13  unusually tough grader and assign people heavy workloads
14  for reasons, I think, I've already explained, because I
15  think easy As and light workloads result in less
16  educational benefit.
17   Q.   All right.  You asked her what grade she -- she
18  had or was making?
19   A.   Uh-huh.
20   Q.   Yes?
21   A.   Yes.
22   Q.   And what was her response?
23   A.   She never responded to that directly, but she
24  said, "I dropped you."
25   Q.   Okay.  And then what happened?

Page 9

1    A.   I don't -- I -- I don't really remember any
2  intersection with her after that.  I just went into the
3  room after.
4    Q.   So, have we talked about your discussions with
5  her at the door of your classroom when she handed you
6  the flyer?
7    A.   Yes.
8    Q.   Are there any other details you recall?
9    A.   Not that I recall.
10   Q.   Did you have any discussions with the other
11  woman who was handing out a flyer?
12   A.   No.
13   Q.   Do you know who that is?
14   A.   No.
15   Q.   As we sit here today, do you know that is?
16   A.   No.
17   Q.   Did anybody witness your exchange with --
18   A.   No.
19   Q.   -- Miss Blakemore?
20   A.   No.  There might've been another student or two
21  who came into the auditorium during that, but I don't
22  remember.  I was really focused on her, because I was
23  quite shocked at what she was doing there.
24   Q.   All right.  So, then you went in.  Then what
25  happened?

Page 10

1    A.  Well, it was still a couple minutes till the
2  start of the class.  My TAs were getting the, you know,
3  PowerPoint ready and -- and things like that.  I -- I
4  asked them if they had received this flyer, and they
5  said that they had.  And then when I started class, I
6  took about five minutes to address this and asked
7  students if they had any questions about it.  And, you
8  know, I really did not want it to detract too much from
9  class time focusing on the subject, but on the other
10 hand, I did believe it deserved some response.
11   Q.  Is the five minutes that you spent addressing
12 it that morning in class, is that recorded anywhere?
13   A.  No, I do not record my classes.
14   Q.  Is that documented anywhere, what you said?
15   A.  Not in documentary form, but the two TAs might
16 remember it.
17   Q.  Well, other than people relying upon their
18 memory who might've heard it, is it recorded anywhere?
19   A.  No.
20   Q.  Or documented --
21   A.  No.
22   Q.  -- anywhere?
23   A.  No, because I was speaking extempore.  I had no
24 idea this was going to happen.
25   Q.  Indeed.

Page 11

1         So, that morning when you saw the flyer,
2  you read it.  Presumably, you -- you understood it,
3  right?
4    A.  Yes.
5    Q.  And you told Miss Blakemore that it was
6  libelous?
7    A.  I did.
8    Q.  Did you ever deny anything that was in there --
9  in there?
10        MR. SIBLEY:  Objection, form.
11   A.  Stating that it is libelous is itself a
12 statement that there are untruths in the document and
13 that they harm my representation.
14   Q.  (BY MR. PRINGLE, JR.) Did you ever say, "This
15 is untrue"?
16        MR. PRINGLE, JR.:  Objection.
17   A.  No, I did not use that word.
18   Q.  (BY MR. PRINGLE, JR.) Did you ever say, "This
19 is false"?
20        MR. SIBLEY:  Objection.
21   A.  I -- I do not remember using that word.
22   Q.  (BY MR. PRINGLE, JR.) Did you ever say, "This
23 paints me in a false light"?
24        MR. SIBLEY:  Objection, form.
25   A.  I did not use that phrase.

Page 12

1    Q.  (BY MR. PRINGLE, JR.) Did you ever say, "What
2  you're saying about me is incorrect"?
3         MR. SIBLEY:  Objection, form.
4    A.  I believe all of these things that you are
5  asking are implicit in the statement that it is
6  libelous.
7    Q.  (BY MR. PRINGLE, JR.) I'm asking explicit.  Did
8  you explicitly say any of those things?
9    A.  I did not use the words that you are using
10 like . . .
11   Q.  The only thing you said is "This is libelous"?
12   A.  To my rec -- to the best of my recollection.
13   Q.  And so tell me what you told the class
14 extempore.
15   A.  That this was probably the work of a
16 disgruntled former student.
17        Oh.  The first thing I asked them was,
18 "Have any of you ever heard me advocate pedophilia in
19 this class?"
20        And no one raised their hand.  They --
21   Q.  Nobody did that, right?
22   A.  Yeah.  Because, in fact -- although there were
23 a couple of miss -- we discussed the concerted pederast,
24 there was nothing about pedophilia and certainly nothing
25 advocated.

Page 13

1    Q.  Did you ever ask the class if anyone had ever
2  heard you advocating for sex between minor children and
3  adult males?
4    A.  Not in those terms.  But the term she used was
5  "pedophilia."
6         And I asked them, "Have you ever heard me
7  advocating that?"
8         And -- and no one acknowledged that they
9  had.
10   Q.  All right.  What else did you tell them?
11   A.  I be -- well, I gave them a chance to ask
12 questions, and, I believe, one student who was sitting
13 in the front row asked me, well, thought about this
14 charge even published for both with NAMBLA.
15   Q.  Okay.  We'll get -- we'll get to the questions
16 in a minute, but maybe we should do it this way.  Kind
17 of walk me through the interaction that you had with
18 your class over that five-minute period.  First, you
19 asked:  Has anybody heard me advocate for pedophilia,
20 and no one raised their hand.  True?
21   A.  Yes.
22   Q.  Then, you asked what?  You said what?
23   A.  I can't give you the exact sequence of
24 statements.  This is sometime ago, and --
25   Q.  Just do your best.

Thomas Hubbard Vol II
May 25, 2021                                    14 to 17

Page 14

1     A.    -- I was obviously upset at the time because I
2  thought this would distract the class from what we're
3  supposed to be doing there.  I believe that at some
4  point I made the statement that this was the work of a
5  disgruntled student and left it at that.
6     Q.    And what evidence did you have of that?
7     A.    My 40 years of experience, that usually what
8  students are upset with me about is they're not doing
9  well --
10    Q.    Okay.
11    A.    -- in the class.
12    Q.    It is -- is it inconceivable to you that a
13 student might be upset at you for another reason?
14    A.    Well, I know some students from religiously
15 conservative backgrounds may object to my being gay,
16 which I make no attempt to hide.  And on the other hand,
17 I also do not proclaim it at the beginning of my class,
18 but, you know, it's something that is widely known about
19 me.  Some students may object to there being a sexual
20 content to many of the Greek myths, but you cannot teach
21 Greek Mythology in a comprehensive way if you
22 valgolarize (phonetic) those particular stories because
23 they are an important part of the subject matter.  And,
24 you know, students are worried about that at the
25 beginning of the semester.

Page 15

1     Q.    Why are they worried?
2     A.    'Cause some students find any discussion of
3  sexuality offensive.  I mean, that has sometimes come up
4  in the written comments that students leave on their
5  course evaluations.
6     Q.    So --
7     A.    So, it's not a huge number of students, but in
8  a class of a hundred or two hundred, there are sometimes
9  a couple.
10    Q.    So, sometimes some of the students leave
11 evaluations or comments on your course where they object
12 to your discussions for the subject matter of, say, rape
13 and pederastic relations back in ancient Greece.  Is --
14             MR. SIBLEY:  Objection.
15    Q.    (BY MR. PRINGLE, JR.) -- that -- is that fair
16 to say?
17             MR. SIBLEY:  Objection.
18    A.    No.
19    Q.    (BY MR. PRINGLE, JR.) Why not?
20    A.    'Cause I do not recall them using those terms.
21 It -- it's usually sexual content or something of that
22 nature.
23    Q.    All right.  It's sexual content that you --
24    A.    It -- it's something that --
25    Q.    Yeah, but the sexual consent that you teach is

Page 16

1  often rape, in the context of ancient Greece, and
2  pederastic relations between adult men and underage
3  boys?
4     A.    As those things come up in the myth.
5     Q.    Okay.
6     A.    And there are a large numbers of the future
7  Gods raping --
8             THE REPORTER:  I'm sorry, I can't hear the
9  last part.  "Future Gods"?
10    A.    There are a large number of myths about Gods
11 raping mortal women, but I also tell the class that in
12 any story where a human male rapes a woman or a boy,
13 they always come to a bad end and get punished for it.
14    Q.    (BY MR. PRINGLE, JR.) Okay.  Now, is there
15 anything about the flyer that points out that you are
16 gay?
17    A.    No.
18    Q.    Do you have any reason to believe that Sarah
19 Blakemore disapproves of you being gay?
20    A.    Well, when I learned about the political
21 background of her family and their association with Dan
22 Patrick, that thought certainly crossed my mind.
23    Q.    I'm not asking about thoughts crossing your
24 mind.  I'm asking you about evidence.  Do you have any
25 evidence that Sarah Blakemore is disapproving of your

Page 17

1  status as a gay man?
2             MR. SIBLEY:  Objection, form.
3     Q.    (BY MR. PRINGLE, JR.) Any evidence?
4             MR. SIBLEY:  Objection, form.
5     A.    We have not found any explicit statements from
6  her saying that.  So, in terms of evidence, no.
7     Q.    (BY MR. PRINGLE, JR.) Have you --
8     A.    It was just an educated guess, which is all I
9  could do.
10    Q.    Have you found any implicit statements?
11    A.    Only --
12    Q.    Was there --
13    A.    -- the -- only the fact that there is
14 widespread public association of gay males with underage
15 relations.  And I can document this through public
16 opinion polling and through a number of articles that
17 you can find on the internet from social conservative
18 groups, like the American Family Association and people
19 associated with, what we would call, religious
20 fundamentalists.
21    Q.    Is Sarah Blakemore a religious fundamentalist?
22    A.    I don't know.
23    Q.    You don't have any -- you don't know one way or
24 the other, do you?
25    A.    All I know is that her father's biography says

Thomas Hubbard Vol II
May 25, 2021                                    18 to 21

Page 18

1    they're Presbyter -- that he is Presbyterian --
2        Q.   All right.
3        A.   -- and a member of a Presbyterian church in
4    Houston.
5        Q.   Well, you don't believe that all Presbyterians
6    are religious fundamentalists, do you?
7        A.   No.  I -- I -- in fact, it's considered one of
8    the more progressive positive denominations.
9        Q.   All right.  So, again, do you have any evidence
10   whatsoever that Sarah Blakemore is in any way
11   disapproving of you as a gay male?
12              MR. SIBLEY:  Objection, form.
13       A.   Only a guess based on her family's association
14   with Dan Patrick, who is well evidenced as being
15   disapproving of gay.
16       Q.   (BY MR. PRINGLE, JR.) So, the only evidence you
17   have is just there is that evidence?
18       A.   Yes.
19       Q.   And based on that, you think she's a religious
20   fundamentalist?
21       A.   No, but children at -- young people at that age
22   often tend to be influenced by their parents' values.
23       Q.   And what analysis have you done on Sarah to
24   reach that conclusion for her?  Zero?
25              MR. SIBLEY:  Objection, form.

Page 19

1        A.   The people who have looked at her Facebook page
2    said that she was -- had proved that she has -- as part
3    of her bio of self presentation there, that she said she
4    was interested in Republican politics, which was not at
5    all surprising, to me, given her having involvement of
6    the rest of her family.
7        Q.   (BY MR. PRINGLE, JR.) But that's not something
8    you have any personal knowledge of, is it?
9              MR. SIBLEY:  Objection, form.
10       A.   No, because I don't know her, her or her
11   family.
12       Q.   (BY MR. PRINGLE, JR.) Well, you don't have any
13   knowledge of her -- of her social media postings, do
14   you?
15       A.   Not directly.  I've only been told by others
16   who examined.
17       Q.   You have hearsay evidence from other people,
18   correct?
19              MR. SIBLEY:  Objection, form.
20       A.   You could call it that, but from other people I
21   trust.
22       Q.   (BY MR. PRINGLE, JR.) Yeah.  What would you
23   call it if not hearsay evidence?
24              MR. SIBLEY:  Objection, form.
25       A.   That would --

Page 20

1              THE REPORTER:  I need you to speak up,
2    Counsel.
3              MR. SIBLEY:  Objection, form.  It's always
4    gonna be objection, form probably every time I speak.
5              THE REPORTER:  Thank you, but I may not
6    even hear the objection, sir, so I need you to speak --
7              MR. SIBLEY:  Okay.
8              THE REPORTER:  -- up.
9              MR. SIBLEY:  I'm just letting you know
10   that we -- you weren't here earlier, so we agreed that
11   every objection will be objection, form.  So, that's it.
12              MR. PRINGLE, JR.:  Do you just wanna say,
13   "Objection"?
14              MR. SIBLEY:  Yeah, I'm just gonna say,
15   "Objection."
16              MR. PRINGLE, JR.:  Yeah.
17       A.   Could we, perhaps, bring the computer closer so
18   she can --
19              MR. SIBLEY:  Yeah --
20       A.   -- hear better?
21              MR. PRINGLE, JR.:  It's a good idea.
22              THE VIDEOGRAPHER:  I'll grab it.
23              MR. PRINGLE, JR.:  And do you want to go
24   closer than that?
25              THE WITNESS:  You have a projector.

Page 21

1              MR. PRINGLE, JR.:  Yeah.  I'd rather have
2    with the -- this is in everything they -- frame a little
3    bit -- that's okay.  I'd rather have her hearing well.
4              THE WITNESS:  Yeah, you may have to lean.
5        Q.   (BY MR. PRINGLE, JR.) All right.  So, you --
6    after the five-minute period in which you were -- you
7    were concerned about the disruption to your class --
8        A.   Uh-huh.
9        Q.   -- did you go ahead and teach the class?
10       A.   Yes.
11       Q.   And what happened next in this ongoing saga?
12   What did you do next?
13       A.   You mean after finishing the class?
14       Q.   Yes.
15       A.   I went back to the office with my TAs.  My
16   office is in a different building.
17       Q.   And your -- your TAs at the time who were with
18   you that day are who?
19       A.   As I have stated before:  John Anderson and
20   Alain Zaramian.
21       Q.   And where is John now?
22       A.   He is still a graduate student in our
23   department.  I do not know specifically if he's in
24   Austin, but he probably is.
25       Q.   Okay.  So, you went back to your office, and

Thomas Hubbard Vol II
May 25, 2021                                    22 to 25

Page 22

1    did you have discussions with John and Alain?
2       A.   I think so, but I -- I -- I -- I don't remember
3    very much about the exact content of those discussions,
4    other than the incident was very jarring to all of us.
5    Very upsetting, so there was some discussion.
6       Q.   Did you report it?
7       A.   You mean report it to other university
8    authorities?
9       Q.   Report it to anybody, including the university
10   authorities.
11      A.   Not that day, but, I think, the next day I
12   received a call from the Provost's office, saying that
13   they had detected a lot of social media chatter
14   targeting me and they were concerned by it and concerned
15   for my safety.
16      Q.   I see.  And did you ever review any of that
17   social media chatter?
18      A.   I make no use of social media.  I think it is a
19   sewer and poison.  I absolutely abhor it.
20      Q.   So, I take it by the answer, you didn't.  You
21   never reviewed any social media posts; is that correct?
22      A.   No, but other people I know and trust did.
23      Q.   All right.  But in terms of having personal
24   knowledge of social media posts, you have zero, correct?
25      A.   Yes, other than what has been since given to us

Page 23

1    in discovery.
2       Q.   Sure.  But at the time, you had --
3       A.   No.
4       Q.   -- no knowledge of?
5            All right.  Who was the provost that you
6    had interactions with?
7       A.   Initially, it was Carmen Shockley, who was, I
8    think, an assistant.  An assistant to Janet Dukerich,
9    who was herself a vice provost.
10           (Exhibit 3 marked)
11      Q.   (BY MR. PRINGLE, JR.) Okay.  We have -- you
12   have Exhibit 3 there in front of you.
13      A.   Uh-huh.
14           MR. SIBLEY:  Can I get a copy of it?
15           MR. PRINGLE, JR.:  Yeah, you copy that.
16   Are you sure I haven't given you a copy?
17           MR. SIBLEY:  Yes.  I've got two here.
18           MR. PRINGLE, JR.:  Huh.
19      A.   I mean, do you want me to review all of these
20   pages, or --
21      Q.   (BY MR. PRINGLE, JR.) Uh . . .
22      A.   -- you'll go through them one by one?
23      Q.   I was gonna go through them, but I seem to have
24   misplaced my copy.  Let me just look at it real quick.
25           UNIDENTIFIED FEMALE SPEAKER:  Joe, is this

Page 24

1    something?
2            MR. PRINGLE, JR.:  That's probably it.
3    Thank you.  Voilà.
4       Q.   (BY MR. PRINGLE, JR.) Okay.  And let's look at
5    these in reverse order, Professor.
6       A.   Okay.
7       Q.   And I don't know this is the first
8    communication, but it's an early communication.  Are you
9    with me on the November 30 -- November 23, 2019, 2:28
10   e-mail that you sent to David --
11      A.   Ochsner.
12      Q.   -- Ochsner?
13           And who's David Ochsner?
14      A.   He is the assistant dean for communications.
15   And Carmen Shockley -- I -- I told Carmen Shockley that
16   the one thing the university could help me with was in
17   formulating a response to this so that we could tamp it
18   down and, you know, have less disturbance of my
19   students, as well as me.  And she recommended that I get
20   in touch with the communications director within my
21   college, and that is David Ochsner.
22      Q.   Well, then, maybe we should -- we should talk
23   about this e-mail after we talk about the other e-mails.
24      A.   Uh-huh.
25           (Exhibit 4 marked)

Page 25

1       Q.   (BY MR. PRINGLE, JR.) Let's look at Exhibit No.
2    4.  Keep that handy or it'll disappear in the pile.
3    This is -- if you look at the -- at the bottom or the
4    back e-mail.
5       A.   You mean on page 1 or the very last page?
6       Q.   The very last page.  It looks like it's a
7    e-mail: Friday, November 22nd, at 6:57 p.m.  That's the
8    next day.
9       A.   Friday, November 22nd.  That's not in Exhibit
10   4.
11      Q.   Really?  On the last page of your --
12      A.   I have only three pages, but it says it's 4 of
13   6, 5 of 6, and 6 of 6 --
14      Q.   Okay.
15      A.   -- so I think some pages are missing.
16      Q.   See that?
17      A.   Oh.
18      Q.   Is that when you sent the flyer to Janet
19   Dukerich?
20      A.   Yes.  I -- I think she asked to see that.
21      Q.   And then there's a notation of the quoted text
22   hidden.  What did you tell Janet Dukerich that we can't
23   see on this e-mail; do you know?
24      A.   I don't know.
25      Q.   You still have this e-mail?

Page 26

1    A.   I could probably find it.
2    Q.   You haven't destroyed or -- or discarded any
3  e-mails relating to this dispute, have you?
4    A.   No.  No, because I was very strongly warned by
5  my counsel not to do that.
6    Q.   All right.  And then there's a e-mail to
7  Sherrard Butch Hayes?
8    A.   Uh-huh.
9    Q.   Who is that?
10   A.   That is one of my other attorneys.
11   Q.   And does he -- does Mr. Hayes represent you in
12  this matter at all?
13   A.   Not in the likeness.
14   Q.   What does Mr. Hayes represent you on?
15   A.   Our dealings with the University of Texas.
16   Q.   Is there a separate lawsuit over that?
17   A.   Not yet.
18   Q.   Uh . . .
19   A.   There is an EEOC complaint.
20   Q.   And Mr. Hayes represents you in an EEOC
21  complaint?
22   A.   Yes.
23   Q.   And an EEOC complaint, for the members of the
24  jury, is an Equal Employment Opportunity Commission
25  complaint?

Page 27

1    A.   Yes.
2    Q.   You are making a sex discrimination claim
3  against yourself?
4    A.   Against myself?  What do you mean by that?
5    Q.   Are you making a sex discrimination claim on
6  your behalf?  Do you think that you've been sex
7  discriminated on behalf of -- on -- on the basis of your
8  sex?
9    A.   Sex, sexual orientation, and retaliation for
10  protected speech.
11   Q.   You're making an EEOC complaint on the be --
12  behalf of -- on the basis of protected speech?
13   A.   Yes, because, in 2017, I sent to President
14  Fenves and cc'd the Board of Regents a detailed critique
15  of a 1.7 million dollar study produced by an institute
16  in the School of Social Work that purported to report a
17  shockingly high rate of sexual assault and sexual
18  harassment at UT Austin.  After reviewing that document
19  and the documentation behind that document and
20  discussing it with social scientists who are experienced
21  and knowledgeable in the area of sexological research, I
22  concluded that that document was fatally flawed, used a
23  bias sampling technique, asked confusing questions, and
24  greatly overrepresented the rate of sexual assault and
25  sexual harassment at the university.

Page 28

1         I also complained that the -- that this
2  had very much harmed the reputation of UT Austin in
3  public media.  I mean, the -- the whole letter was about
4  ten pages.  And we felt that President Fenves and
5  university communications response to the attack upon me
6  by the defendant were not only unhelpful but actually
7  exacerbated the situation and that he was retaliating
8  for my having critiqued that study.  I have seen later
9  information, from Chancellor McRaven, to the effect that
10  the Regents took my complaint very seriously and that
11  there was quite a debate about whether to continue
12  funding that study.
13   Q.   Again, do you remember what my question was?
14   A.   Your -- your question was about my EEOC
15  complaint and the basis for retali -- claiming
16  retaliation.
17   Q.   No, sir.  That's false.
18        My question to you was, are you making
19  a -- a claim in your EEOC complaint about the -- your --
20  your freedom of speech?
21        MR. SIBLEY:  Objection, form.
22   A.   What I said was --
23   Q.   (BY MR. PRINGLE, JR.) That's a yes or no
24  question.
25        MR. SIBLEY:  Objection, form.

Page 29

1    A.   Yes.
2    Q.   (BY MR. PRINGLE, JR.) There you go.
3    A.   Protected speech is freedom of speech.
4    Q.   Yes.  Okay.  Let's go to page 5 of 6 of this
5  exhibit that we're looking at, Exhibit 4.
6    A.   Page of 5 of 6.  Okay.
7    Q.   You see that?
8    A.   Uh-huh.
9    Q.   And that's your e-mail to Janet and Carmen,
10  November 29, 2019.
11   A.   Uh-huh.
12   Q.   Yes?
13   A.   Yes.
14   Q.   And do you -- you post a picture of my client
15  from her way -- Facebook page, correct?
16   A.   Yes.  Yes.
17   Q.   And you say that she's posing on her Facebook
18  page with an assault rifle.
19   A.   That's what it -- that's what it looks like to
20  me, but I have never touched a gun.  I don't know guns.
21  And the whole definition of what is an assault rifle is
22  something that is very much controverted.
23   Q.   So, then, why would you report that she's
24  posing what -- what appears to be an assault rifle if
25  you don't even know what one is?

Thomas Hubbard Vol II
May 25, 2021                                        30 to 33

Page 30

1          MR. SIBLEY:  Objection, form.
2     A.   It is certainly -- it certainly looks like a
3  high powered rifle, and, you know, she's posing with a
4  dead deer.
5     Q.   (BY MR. PRINGLE, JR.) Yeah, I see that.
6          You indicate that she appeared obviously
7  unstable.
8     A.   Yes, she -- she was very nervous when she
9  handed the flyer to me.
10    Q.   Well, nervous is not unstable, is it?  Or is
11 it, in your mind?
12    A.   I believe that the attempt to smear me in this
13 confrontational way would not be the action of a
14 well-balanced and mature person and that, you know, a --
15 a -- a more stable person would have, first, come to
16 talk to me to express her concerns or misunderstandings
17 of my scholarship.
18    Q.   Do you know whether or not Sarah Blakemore was
19 unwilling to talk to you as, you reported, other
20 undergraduates were unwilling to interact with you?
21         MR. SIBLEY:  Objection.
22    A.   I know of no evidence of other undergraduates
23 being unwilling to do so.
24    Q.   (BY MR. PRINGLE, JR.) No --
25    A.   Do you have any?

Page 31

1     Q.   No complaints, but it's in the first exhibit,
2  didn't we, from Mr. White?
3          MR. SIBLEY:  Objection.
4     A.   White had no credibility with me and he
5  ultimately could not produce any documentation of what
6  he said.
7     Q.   (BY MR. PRINGLE, JR.) And no students came
8  forward, did they?
9          MR. SIBLEY:  Objection.
10    A.   You mean after the distribution of her flyer?
11    Q.   (BY MR. PRINGLE, JR.) I'll move on.
12    A.   Now, you have to be more specific in your
13 questions.
14    Q.   Well, I will.  I will.  That's why I'm moving
15 on.
16         So, then, you raised this with the
17 university behavioral concerns hotline, correct?
18    A.   No.  I asked Janet Dukerich and Carmen Shockley
19 whether I should.
20    Q.   Why didn't you raise it?
21    A.   I -- I sought their advice first.  I mean, they
22 are more experienced in these matters than I am.
23    Q.   And why did that even cross your mind?
24    A.   Well, this is someone who uses guns.  And what
25 I was told about her Facebook page was she said that gun

Page 32

1  rights were one of her interests.  And, to me, this
2  picture is itself child pornography.
3     Q.   How old is she in that picture?
4     A.   She looks about 15.
5     Q.   And you say that's child pornography.  Why do
6  you say that?
7     A.   There is a certain genre of pornography, I
8  mean, called Chicks with Guns, and I think this is --
9  although not pornographic in the sense of nudity, I feel
10 this photo exploits an underage person to advance --
11 to -- to appeal to people who are preoccupied with guns
12 and gun rights.  And -- and from my perspective, of
13 someone who has never touched a gun, would never have
14 one in his house, and who is rather frightened by them,
15 I -- I -- I find this objectionable.
16    Q.   And you think the picture that's in Exhibit 4
17 of my client posing with a deer that she's killed is
18 child pornography, is that what you said?
19    A.   Not in the literal sense of the term, but in a
20 figurative sense.  And I do recall talking with a -- one
21 of the journalists who wrote about this, and she said
22 that she also considered it child pornography.
23    Q.   Okay.  And you think there's something
24 seriously wrong with Sarah distributing this flyer --
25 this flyer, correct?

Page 33

1     A.   Yes.
2     Q.   And you indicate that "We cannot take the
3  chance of another mass shooting at this university."
4          Why did you say that?
5     A.   Well, one of the most famous things about the
6  University of Texas is the shooting from the tower.
7     Q.   Were you implying that my client was capable of
8  that?
9     A.   Who knows.  She likes guns.
10    Q.   So, you --
11    A.   To my mind, she was unstable.
12    Q.   So, you were implying she was capable of mass
13 shooting from the tower on campus; is that right?
14    A.   Not from the tower --
15         MR. SIBLEY:  Objection.
16    A.   -- because that has been closed.
17    Q.   (BY MR. PRINGLE, JR.) All right.  I'll --
18    A.   I mean --
19    Q.   -- accept your friendly amendment to the
20 question.
21         You were implying that my client was
22 capable of a mass shooting on the -- on the campus of
23 the University of Texas because of this child
24 pornography, photograph you saw of her posing with a
25 gun -- with a -- a deer that she had shot in her

Thomas Hubbard Vol II
May 25, 2021                                          34 to 37

Page 34

1  youth --
2           MR. SIBLEY:  Objection.
3      Q.   (BY MR. PRINGLE, JR.) -- is that right?
4      A.   Any human being with a gun is capable of a mass
5  shooting.  That is precisely why so many politicians
6  want to regulate gun ownership.
7      Q.   So, is the question to my an -- is the answer
8  to my question, yes, you were implying she was capable
9  of that?
10     A.   Yes.
11     Q.   Even though you never talked to her, correct?
12     A.   Other than in that one confrontation.
13     Q.   And even though you had no first-hand knowledge
14  about her at all, only based on what your associates
15  have told you?
16     A.   Yes.  I think at that time, it was based on,
17  you know, what I had been told about the social --
18     Q.   And that was the extent of your research before
19  you made these statements about my client, correct?
20     A.   As I have said, any human being with a gun is
21  capable of doing bad things with it.
22     Q.   So, you did absolutely nothing to verify any
23  facts about my client before you made this statement
24  implying that she could shoot up the University of Texas
25  campus, did you?

Page 35

1           MR. SIBLEY:  Objection.
2      A.   The only thing that I did was ask certain
3  people who were friendly to me to find out more about
4  her, and they looked up her social media and sent me
5  this, and this frightened me.  I mean, you have to
6  understand that after the classroom disruption, on
7  November 21st, I was very agitated and -- and nervous,
8  and I had good reason to be given what happened later.
9           MR. PRINGLE, JR.:  Objection,
10  nonresponsive.
11     Q.   (BY MR. PRINGLE, JR.) Okay.  Let's go to
12  Exhibit 4 now -- I mean Exhibit 3 now.  This is a series
13  of e-mails that you had with Janet and others after the
14  incident, correct?
15     A.   Yes.
16     Q.   You ultimately drafted a response to the flyer,
17  correct?
18     A.   With the aid of Avi Underwood --
19     Q.   Okay.
20     A.   -- who was more experienced media relations.
21  We also ran it by David Ochsner.
22     Q.   So, you ultimately issued some sort of a
23  statement responding to the flyer, correct?
24     A.   Yes, but it -- it could only be posted a couple
25  of weeks later, because I was experiencing some

Page 36

1  interference from the university's legal affairs office
2  about, rather, I was revealing for a protected
3  information of -- because they, apparently, even
4  consider the student's name to be FERPA protected, and
5  they were interfering with my ability to distribute this
6  to the e-mail Listserv for my class and to the e-mail
7  Listserv of graduate students in my department.  Because
8  I was very worried about the effect this would be having
9  on them.
10          MR. PRINGLE, JR.:  Okay.  Objection,
11  nonresponsive.
12     Q.   (BY MR. PRINGLE, JR.) Well, let's look at the
13  last e-mail on the last page of Exhibit 4.  So, you
14  indicate -- and there's three paragraphs in that e-mail.
15  The last phrase of the second paragraph's referen --
16  references your research, "which the activists have not
17  even taken the time to read or understand."
18          You see that?
19     A.   May I have time to read the entire e-mail?
20     Q.   You certainly may.
21     A.   Yes, what was your question about it?
22     Q.   How do you know the activists hadn't taken the
23  time to read or understand your publications?
24     A.   Because the allegations were so appallingly
25  simpleminded.  That, no one who has read my work in its

Page 37

1  totality could possibly believe the things that she
2  stated.
3      Q.   That's according to you.  But, how do you know
4  that the activists hadn't taken the time to, at least,
5  read your material?
6           MR. SIBLEY:  Objection.
7      Q.   (BY MR. PRINGLE, JR.) You don't know that, do
8  you?
9           MR. SIBLEY:  Objection.
10     A.   You are asking an epistemological question.
11     Q.   (BY MR. PRINGLE, JR.) Well, thank you.
12     A.   No one knows anything with certainty.  All I
13  can do is judge a situation based upon probabilities,
14  and I do believe -- and I still believe -- that the
15  probability is that they had not made a careful study of
16  the totality and context of my work or of other
17  scholarship in that field.
18     Q.   So, then, can we agree that you don't know
19  whether any of the people that have criticized you read
20  your work?
21          MR. SIBLEY:  Objection.
22     A.   On an epistemological level, yes, we can agree
23  to that.
24     Q.   (BY MR. PRINGLE, JR.) I don't know what
25  "epistemological" means.

Thomas Hubbard Vol II
May 25, 2021                                    38 to 41

Page 38

1      A.   Well, perhaps my counsel, who was a philosophy
2    major, could explain.  Epistemology is the branch of
3    philosophy that has to do with knowledge and
4    presumption.
5      Q.   Personal knowledge?
6           MR. SIBLEY:  Objection.
7      A.   All knowledge.
8      Q.   (BY MR. PRINGLE, JR.) You don't have any -- you
9    know what personal knowledge is?
10     A.   Direct personal familiarity with something?
11     Q.   No, you can't use "personal" in the definition.
12   You know what personal knowledge is?
13          MR. SIBLEY:  Objection.
14     Q.   (BY MR. PRINGLE, JR.) What you see, hear,
15   touch, feel, experience with your own five senses.  Not
16   what someone else tells you.  Not what you assume.  Not
17   what you believe.  That's what personal knowledge is.
18          MR. SIBLEY:  Objection.
19     A.   The philosophical term for what you describe is
20   sensation.
21     Q.   (BY MR. PRINGLE, JR.) Perfect.  Do you have any
22   personal knowledge as to whether any of your -- these
23   activists ever read any of your work?
24          MR. SIBLEY:  Objection.
25     A.   Not with my five senses.  I only have an

Page 39

1    educated guess.
2      Q.   (BY MR. PRINGLE, JR.) You can only reach
3    conclusions; is that right?
4      A.   Conclusions based upon probabilities.
5      Q.   As you define them?
6      A.   That -- that's what we all do, given that human
7    knowledge is, by definition, imperfect.  Anyone with any
8    knowledge of the history of philosophy knows that.
9      Q.   You also say in this next e-mail, on Sunday,
10   November 24, 2019:  Her father is a prominent re --
11   republican political publicist and campaign strategist
12   in Houston.
13     A.   Uh-huh.  Yes.
14     Q.   And that's based on what people have told you?
15     A.   No, I did look up her father's website.
16     Q.   Okay.  And then you say:  So this attack may be
17   coming from the social conservative right.
18          Again, you're guessing about that, right?
19     A.   It is an educated guess based upon her father's
20   touting his association with Dan Patrick and other
21   candidates who are on the more right-wing side of the
22   republican party of Texas.
23     Q.   Well, how would that be any different from
24   assuming that your writings and your thinkings are
25   associated with the people you associate with:  The

Page 40

1    convicted child molesters in prison?
2           MR. SIBLEY:  Objection.
3      A.   They are not members of my own family, and I do
4    not have such intimate knowledge of them, as Sarah
5    Blakemore would have of her father and her other family.
6    And the -- any correspondence that we receive from
7    prison is -- is part of our research on what makes these
8    people do the things that they do.
9           Again, if one looks at the totality of my
10   scholarship, one knows -- and this includes some of the
11   scholarship you have received on your subpoena -- one
12   knows that I am not of the same orientation or view as
13   people who molest children.
14     Q.   (BY MR. PRINGLE, JR.) And you don't know
15   whether Sarah is of the same orientation and view as her
16   father, do you?
17     A.   Not with epistemological certainty.
18     Q.   Or with any certainty?  You wouldn't be able to
19   swear to it, would you?
20     A.   No.
21     Q.   'Cause you'd be guessing?
22          MR. SIBLEY:  Objection.
23     A.   I would be guessing based upon what I perceive
24   as probabilities.  But again, all that you are talking
25   about is -- is known from Philosophy 101:  No one has

Page 41

1    certain knowledge of anything.  In fact, Plato says we
2    don't -- have certain knowledges even from our five
3    senses.
4      Q.   (BY MR. PRINGLE, JR.) So, why is it important
5    that her father is a prominent republican political
6    publicist and campaign strategist?  Why is that
7    important?
8      A.   Because to an educated guess, that suggests
9    political motivation to be attacked.
10     Q.   Educated guess, meaning your guess?
11          MR. SIBLEY:  Objection.
12     A.   Mine and that of others.
13     Q.   (BY MR. PRINGLE, JR.) The people that did the
14   research for you?
15     A.   Yes.
16     Q.   Anybody else?
17     A.   Not that I can remember.
18     Q.   And the next e-mail up -- it's on this page
19   that looks like this -- it says:  Here is some research
20   a friend of mine did on the student organizer's father
21   who's Dan Patrick's main campaign strategist."
22     A.   Okay.  Excuse me, which page?
23     Q.   I'm reading from your e-mail of Sunday,
24   November 24, at 10:21 p.m.  It's an e-mail to David
25   Ochsner.

Thomas Hubbard Vol II
May 25, 2021                                    42 to 45

Page 42

1    A.   Okay.  I see it.
2    Q.   You with me?
3    A.   Yes.
4    Q.   You say:  These are very, very dangerous
5  people.
6    A.   Yes.
7    Q.   Now, what evidence do you have that my client
8  or her father are -- are dangerous people -- very, very
9  dangerous people?
10    A.   If the district attorney of Harris County would
11  call someone Darth Vader, suggests that they are
12  dangerous.
13    Q.   Is that the basis of that statement?
14    A.   (No verbal response.)
15    Q.   Anything else?
16    A.   I believe that the social conservative wing of
17  the republican party is dangerous.
18    Q.   Okay.  Anything else?
19    A.   That's it.
20    Q.   Okay.  You didn't say:  These are very, very
21  conservative people, did you?
22    A.   No.
23    Q.   You said:  There very, very dangerous people.
24         They can inflict harm?
25         MR. SIBLEY:  Objection.

Page 43

1    A.   They can inflict harm upon sexual and gender --
2  yes.
3    Q.   (BY MR. PRINGLE, JR.)  And the basis of your
4  statement of claiming that Sarah and her father are
5  very, very dangerous people that can inflict harm on
6  people is based on -- is it anything other than your
7  epistemo -- epistemological speculation?
8         MR. SIBLEY:  Objection.
9    A.   It is based upon her family's close association
10  with Dan Patrick, who has made statements to the effect
11  that the -- or that -- that the massacre at the gay
12  nightclub in Orlando was people reaping what they sow.
13  I think that is a very dangerous statement.
14    Q.   (BY MR. PRINGLE, JR.)  Anything else?
15    A.   That was it.
16    Q.   Okay.  Let's go to the pay -- your e-mail of
17  Monday, November 25, 2019, 12:25.
18    A.   Uh-huh.  Yes.
19    Q.   You need to turn the page a couple pages.  Back
20  towards the front.
21    A.   Well, you're not talking -- I mean, there's one
22  on this page that's November 25th.  Who was the e-mail
23  addressed to?
24    Q.   It's addressed do David Ochsner, at 12:25 p.m.
25    A.   Oh, 12:25.  Okay.  Oh.

Page 44

1    Q.   Well, it's November 25, at 12:25.
2    A.   Okay.  I have it now.
3    Q.   You with me?
4    A.   Yes.
5    Q.   All right.  You say that -- me see.
6         Sarah struck me -- she, Sarah, struck me
7  as very neurotic in that state -- well, now you say
8  she's neurotic.
9         What evidence do you have that she's
10  neurotic?
11         MR. SIBLEY:  Objection.
12    A.   I -- I -- I don't say that I know she's
13  neurotic.  I say, my subjective impression is that she
14  is based upon her behavior during the confrontation and
15  her failure to do what any responsible student would've
16  done if they had genuine concerns about my scholarship,
17  which is talk to me about it.
18    Q.   (BY MR. PRINGLE, JR.)  Anything else that, in
19  Point 2, that would justify your impression she's
20  neurotic other than writing up the flyer?
21         MR. SIBLEY:  Objection.
22    A.   The contention that I'm a danger to students'
23  safety with no evidence whatever.
24    Q.   (BY MR. PRINGLE, JR.)  You go on to say --
25  anything else?

Page 45

1    A.   If someone thinks that ideas threaten their
2  safety, to my mind, that is neuroticism.  And
3  particularly, if this is a female, and my ideas have to
4  do with all male relations, how could shh -- how could
5  that person credibly and rationally think I am a danger
6  to them?  Because, in fact, my position is that the age
7  of consent should remain what it currently is for
8  females.
9    Q.   Anything else?
10    A.   It's very clear from the context this is an
11  impression.
12    Q.   Sure, and I'm just asking the basis of that
13  impression.
14    A.   That's the basis.
15    Q.   So, No. 1, she -- she issued a flyer, handed it
16  out; No. 2, was that she seemed very nervous; is that
17  right?
18    A.   Yes.
19    Q.   And, No. 3, she indicated that there was -- she
20  had concerns about students' safety, where only your
21  ideas only affect boys and not girls, correct?
22    A.   I think that would be correct.
23    Q.   All right.  You go on to say "he."  I think you
24  probably meant "she."
25         "She not even know it yet, but she may

Page 46

1  have acquired from him homophobic attitudes and the
2  notion that misrepresenting people's ideas is a
3  legitimate motus operandi."
4           What's the basis of that statement?
5       A.   The "he" is correct.  It refers to her father.
6       Q.   Oh, okay.
7       A.   Because I was genuinely uncertain whether her
8  father knew about this in advance or not.
9       Q.   Ah.  I see.  But you speculate that Sarah may
10  have acquired some sort of homophobic attitudes?
11      A.   The fact that her family continues to closely
12  associate with Dan Patrick, who does exhibit homophobic
13  attitudes, led me to think that was probable.
14      Q.   So, you think it's probable that Sarah has
15  homophobic attitudes because Dan Patrick is his -- is
16  her father's client?  Is that your educated guess?
17           MR. SIBLEY:  Objection.
18      A.   My wording is "may have."  That is not a
19  statement of fact.
20      Q.   (BY MR. PRINGLE, JR.)  Is that your educated
21  guess though?
22      A.   Yes, that and the fact that she attacked me in
23  this way, which is based on the widespread public
24  prejudice that gay men tend to be pedophiles.
25      Q.   You would agree, would you not, sir, that a

Page 47

1  person can oppose sex between adults and minors and not
2  be homophobic?
3       A.   Oh, yes.  Certainly.
4       Q.   All right.  And just because a person opposes
5  sex between an adult male and a 14-year-old boy doesn't
6  mean that they're antigay.
7       A.   I would agree with that.
8       Q.   All right.
9           MR. SIBLEY:  Ross, when you get a -- get
10  to a stopping point, let's take a quick bathroom --
11           MR. PRINGLE, JR.:  Okay.  Let me finish
12  up.  I'm -- I'm almost done with this e-mail.
13      Q.   (BY MR. PRINGLE, JR.)  The next paragraph, it
14  says:  The best way to nip in the bud any claims her
15  influential father may have is to take down all the
16  pseudo-evidence they are citing to support their
17  McCarthyite guilt-by-association argument.
18           So, were you suggesting to David Ochsner
19  that, kind of, take down any evidence that might suggest
20  that something that would be unfavorable to you?
21      A.   I'm talking about pseudo-evidence.
22      Q.   Okay.
23      A.   And, yes, I think false claims should be nipped
24  in the bud as soon as possible.  And, I believe that the
25  unit slowed down my response, and that is part of what

Page 48

1  allowed this to mushroom to the level that it then
2  created violence of.
3       Q.   What was the pseudo-evidence that you suggested
4  be taken down and buried that might be det --
5  detrimental to you?
6       A.   Claims that I associate with pedophiles because
7  I work with prisoners.  Some of those claims were
8  implicit in your questions.
9       Q.   Say that again.
10      A.   Claims that I associate or encourage pedophiles
11  because I work with prisoners who are guilty of child
12  molestation.
13      Q.   And in that regard, you do associate with
14  pedophiles, true?
15      A.   Depends --
16           MR. SIBLEY:  Objection.
17      A.   -- what you mean by the word "associate."
18      Q.   (BY MR. PRINGLE, JR.)  So, in some manner,
19  depending on what you mean by the word "associate," you
20  would agree with that, correct?
21           MR. SIBLEY:  Objection.
22      A.   I have listened to them.  If listening means
23  association, then we're all associating with each other
24  in total.
25      Q.   Indeed we are, sir.

Page 49

1           So, the fact that you've spent time with
2  pedophiles and you tell their stories and you interview
3  them and you write about them, is that some level of
4  association with pedophiles?
5           MR. SIBLEY:  Objection.
6       Q.   (BY MR. PRINGLE, JR.)  In your mind?
7           MR. SIBLEY:  Objection.
8       A.   If you use the word "associate" in a
9  exceptionally broad way, virtually everyone who has met
10  anyone else associates with them.
11      Q.   (BY MR. PRINGLE, JR.)  Well, you --
12      A.   I mean, I have met with people who are members
13  of the Communist party.  Does that mean I am associated
14  with the Communist party?  I mean, that's what John
15  McCarthy said about people on -- on similarly thin
16  grounds.
17      Q.   Don't know.  I'm asking you about your
18  association with pedophiles, is a little bit more than
19  meeting with them.  It's more than meeting them, isn't
20  it?
21           MR. SIBLEY:  Objection.
22      A.   I study them.
23      Q.   (BY MR. PRINGLE, JR.)  You interview them?
24      A.   Yes.
25           MR. SIBLEY:  Objection.

Thomas Hubbard Vol II
May 25, 2021                                    50 to 53

Page 50

1    Q.   (BY MR. PRINGLE, JR.) And you publish their
2  writings?
3         MR. SIBLEY:  Objection.
4    A.   In cases where I think that their writings give
5  us some illumination about their motives.  I mean, that
6  is the only way one can really learn how to prevent
7  crime is to understand why people commit it, and that
8  means listening to their stories and even making them
9  available for other researchers.
10        MR. PRINGLE, JR.:  Objection,
11  nonresponsive.
12   Q.   (BY MR. PRINGLE, JR.) You do interview
13  pedophiles, study them, publish their writings, and, to
14  that degree, you associate with them, correct?
15        MR. SIBLEY:  Objection.
16   A.   Most of what you are calling "interviewing"
17  consists of sending them surveys to fill out, and that
18  does not involve my personally meeting them.  It simply
19  involves our collecting surveys from prisoners and
20  publishing the results.
21   Q.   (BY MR. PRINGLE, JR.) What other
22  pseudo-evidence were you trying that -- to get the
23  university to bury that would -- might be detrimental to
24  you?
25        MR. SIBLEY:  Objection.

Page 51

1    A.   Well, in the first place, you'll need to look
2  at the wording of this very closely.  I say:  Any
3  pseudo -- that -- claims that her father may eventually
4  make.  And the pseudo-evidence is the kind of thing in
5  and of the defendant's flyer and in Hollie Green's, you
6  know, website that, you know, would quote sentences or
7  even phrases out of context and make it appear as if
8  they meant something different from what I meant.
9    Q.   That wasn't what I wanted to ask.  I was asking
10  about the pseudo-evidence that you asked the university
11  to take down to nip this in the bud.
12        MR. SIBLEY:  Objection.
13   A.   By "taking down," I mean refute.
14   Q.   (BY MR. PRINGLE, JR.) Say that again.
15   A.   By "taking down," I mean refute.  I do not mean
16  they can actually, you know, sensor what people put on
17  their social media.  I am meaning that we should refute
18  it so thoroughly that no one will believe it.
19   Q.   Well, you -- didn't you ask Wikipedia to take
20  down the notation that you were associating with NAMBLA?
21  That's a yes or no question.
22   A.   Yes.
23   Q.   And --
24   A.   And they did.
25   Q.   And what is NAMBLA?

Page 52

1    A.   It's like now, basically, defunct organization
2  that existed in the 1980s and 1990s as a, kind of,
3  support group for people with pedophilic or pederastic
4  orientations.
5    Q.   And you're saying it's now defunct?
6    A.   It's -- basically, at present, it's just a
7  couple of people operating a website.  There is no
8  organization, per se, from what I understand.  And
9  again, I do not know that with epistemological
10  certainty, but I have certainly heard nothing about the
11  organization still existing and publishing anything
12  other than that website.
13   Q.   Who are the two people running the NAMBLA
14  website?
15   A.   One of them's a man named Peter Herman.  The
16  other one, I don't know.
17   Q.   Herman also goes by Melzer?
18   A.   Yes.
19   Q.   And how long have you known Peter Herman, the
20  man who's running the NAMBLA website?
21   A.   About 20 years.
22   Q.   How did you meet him?
23   A.   As part of my research, I attended two meetings
24  of the group.  Although I --
25   Q.   What group?

Page 53

1    A.   -- made it -- excuse me?
2    Q.   Of what group?
3    A.   NAMBLA.
4    Q.   Okay.  Well, then, I'm sorry.
5    A.   And I made it clear to them that I did not
6  share in their sexual orientation, but I wanted to
7  understand it since I was working on pederasty in a
8  historical and anthropological perspective.  I felt it
9  would be irresponsible not to talk to some actual
10  pederasts, because it is not my sexual orientation and
11  it's not the sexual orientation of anyone that I
12  personally knew up to that point in time.
13        And at that point of time, NAMBLA was the
14  only organization that existed where, I thought, I could
15  meet such people and -- and talk to them and hear why
16  they still persist in -- in doing or wanting to do
17  things that are punished so severely by American law.
18   Q.   So, when you met Peter -- what's his name,
19  Melzer?  What's his -- what's his other name?
20   A.   Herman.
21   Q.   Herman.
22        Which -- which is his preferred name:
23  Herman or Melzer?
24   A.   His legal name is Melzer.
25   Q.   Melzer.  Okay.

Thomas Hubbard Vol II
May 25, 2021                                            54 to 57

Page 54

1          Why does he use Herman?
2      A.  A lot of people who participated in that
3  organization, for obvious reasons, wanted to conceal
4  their identity.
5      Q.  What are the obvious reasons?
6      A.  That they would be accused of being sex
7  criminals or -- or pedophiles, and that's not a good
8  thing to be accused of in our society.
9      Q.  Well, why would simple membership in NAMBLA
10 lead one to believe that someone be accused of being a
11 pedophile?
12     A.  I've been accused of it just based on the fact
13 that I had -- had some minor interactions with them.
14     Q.  I'm not asking about you.  And, look, are you a
15 member of NAMBLA?
16     A.  No.
17     Q.  Have you ever been a member of NAMBLA?
18     A.  No.
19     Q.  So, why would merely being a member of NAMBLA
20 open ones up to being accused of being a pedophile?
21     A.  I think it obvious.
22     Q.  State it.
23     A.  Because it is a support group for people with
24 orientations toward minors.  Some of them are genuine
25 pedophiles.  Some of them are, what I would call,

Page 55

1  pederasts.  And one of the things I learned by meeting
2  them is that these are two very different groups of
3  people with different personalities and outlets.
4      Q.  So, NAMBLA is a support group for adults
5  sexually attracted to underage individuals, like
6  children, like teenagers, correct?
7      A.  And my understanding is it also includes some
8  underage young people or, at least, has in its history.
9  I -- I did not meet any of them at the two meetings I
10 attended.
11     Q.  And the two meetings you attended, when were
12 they?
13     A.  Late 1990s, maybe 2001.
14     Q.  And did you --
15     A.  About 20 years ago.
16     Q.  And did you present at these meetings?
17     A.  Not any formal presentation, no; but, I mean, I
18 did participate in their discussions.
19     Q.  And -- and what sort of discussions did you
20 participate in at -- at the NAMBLA support group for
21 minor attracted individuals?
22         MR. SIBLEY:  Objection.
23     A.  It's -- it's 20 years ago, so I -- I cannot
24 reconstruct this with any precision, but I know there
25 were discussions about whether they should retain their

Page 56

1  position that there should be no age of consent.  And,
2  you know, I spoke against it.  So, I -- I, you know,
3  think that's a serious mistake, and it's one of the
4  reasons that organization is so infamous.
5      Q.  (BY MR. PRINGLE, JR.)  When was the last time
6  you spoke to Mr. Melzer?
7      A.  Few weeks ago.
8      Q.  And what was the context of your last speaking
9  to Mr. Melzer a few weeks ago?  And this is the fellow
10 that maintains the NAMBLA website?
11     A.  He's involved in doing it had I -- with someone
12 else who might augment.  He -- he's very interested in
13 fighting pre-crime preventative detention.  Peter Melzer
14 is a Holocaust survivor.  He's in his 80s.  He spent
15 most of his childhood in hiding in Nazi occupied
16 Belgium.  He lost his entire family to the Holocaust.
17 And I think -- and again, this is speculation on my
18 part -- part of the reason why he is attracted to
19 underage people is -- has to do with his own isolation
20 and horrible experiences during that time of hiding.
21 But he has also told me that he has never violated the
22 law, that he has been completely celibate in his entire
23 life, and I believe him.
24     Q.  What evidence do you have it's true?
25     A.  I have no evidence it is untrue, and I -- I --

Page 57

1  I -- I -- just my personal impression of him is that he
2  is not very sexual and not likely to be attracted to an
3  underage person.
4      Q.  And how often do you speak to Mr. Melzer?
5      A.  Well, I've had a lot of e-mail exchanges with
6  him over the last couple of years, because he's very
7  interested in this issue of pre-crime preventative
8  detention or what is sometimes called civil commitment.
9  And this is also something that the foundation is
10 concerned with on human rights grounds.  I mean -- I
11 mean, I -- I'm not sure if you're familiar with this
12 system.  Should I explain it?
13     Q.  You shouldn't.
14     A.  Okay.
15     Q.  You would have -- other than meeting him 20
16 years ago at the conference -- or two conferences, I
17 think, right?
18     A.  Yes.
19     Q.  And were the two conferences close together?
20     A.  Maybe a couple years apart.
21     Q.  Okay.  Other than that, had -- how often have
22 you seen Peter?
23     A.  A few times.  I mean, there -- there was quite
24 a long period I had no contact with him.
25     Q.  All right.

Thomas Hubbard Vol II
May 25, 2021                                      58 to 61

Page 58

1    A.   Maybe as much as 10 or 15 years.  But, he is a
2  friend of Mr. Percy.  And when he heard about our
3  formulating the Percy Foundation --
4         MR. SIBLEY:  Objection.
5    A.   -- to work on sexual freedom issues, including
6  the age of consent issue, which is a sexual freedom
7  issue, for adolescent boys, he -- he became interested
8  in -- in knowing more about us.  And, yeah, we'd been in
9  more frequent contact since the -- since our foundation
10 formed itself.
11   Q.   (BY MR. PRINGLE, JR.) And you said that was
12 about 2013?
13   A.   That's when we incorporated.  I mean, we didn't
14 really operate in any very extensive way until a couple
15 years after that.
16   Q.   All right.  So, then, at least since 2015,
17 you've had fairly frequent contact with Mr. Melzer?
18   A.   Defends how you would define "frequent."
19   Q.   Well, would you disagree with that?
20   A.   A few times a year.
21   Q.   All right.  And have -- have you seen him since
22 then?  Since 2 --
23   A.   Yes.
24   Q.   -- 015?
25   A.   Yes.

Page 59

1    Q.   How many times have you seen him?
2    A.   Maybe three or four times.
3    Q.   Okay.  And where have you seen him?
4    A.   In Boston.  He -- he would sometimes come to
5  our meetings, and I think, at least once or twice, I
6  visited him at his home in Knockers.
7    Q.   You say "our meetings."  The Percy Foundation
8  meetings --
9    A.   Yes, our board meetings.
10   Q.   Gotcha.
11        And does Mr. Melzer have a title with
12 NAMBLA?
13   A.   I don't know.
14        My impression is it's not really a very
15 formal organization, NAMBLA.
16   Q.   Do you know what the mission statement is of
17 NAMBLA?
18   A.   I have not looked at any of their materials
19 since I was researching them 20-odd years ago.
20   Q.   So, is the answer to that you don't know what
21 their mission statement is?
22   A.   Not their current statement.  I probably
23 would've known what it was 20 years ago.
24   Q.   Do you have any idea what that was?
25   A.   My understanding was that they wanted the

Page 60

1  repeal of all age of consent laws, but I'd made it clear
2  to them and clear to other people I don't agree with
3  that.
4    Q.   And was it -- is it your understanding that the
5  mission statement of -- of NAMBLA was to promote and
6  legitimize boy love?
7    A.   They would call it that.
8    Q.   What would you call it?
9    A.   And I'm not necessarily sure that they promote
10 it.  They -- they seek legal reform, but their
11 publications also warn people, or at least at the time
12 that I've looked at their publications, which was back
13 at '90s, warned people very strongly against violating
14 that.  I mean, it's a diff -- it's one thing to advocate
15 legal change; it's another thing to advocate or promote
16 violation of existing law.
17        And what I found in their publications
18 were a lot of warnings about just how severe the legal
19 penalties are, of warnings against trying to access
20 child pornography.  Because many of the websites that
21 presume to offer it are actually sting operations by the
22 FBI.  I mean, it was actually from their publications
23 that I learned that U.S. law has extraterritorial
24 jurisdiction.
25   Q.   What does that mean?

Page 61

1    A.   That if anyone goes to a foreign country, like
2  the Philippines or Thailand -- I mean countries where
3  there is sex tourism -- and has contact with a young
4  person that may be legal in that country but is not
5  legal in the state of their residence in the U.S., that
6  is prosecutable under federal law.
7    Q.   And -- and when did you come to this
8  realization?
9    A.   In the 1990s --
10   Q.   Okay.
11   A.   -- and -- and it was only in virtue of reading
12 it in their publications.  So, I think they do a service
13 to that community by warning them how dangerous this is.
14        MR. PRINGLE, JR.:  Objection.
15        You break now in?
16        MR. SIBLEY:  Yeah, just waiting for you to
17 get to a stopping point for --
18        MR. PRINGLE, JR.:  I'd forgotten all about
19 it.
20        MR. SIBLEY:  That's okay.
21        THE VIDEOGRAPHER:  Off the record at 2:55.
22        (Recess from 2:55 p.m. to 3:08 p.m.)
23        (Exhibit 5 marked)
24        THE VIDEOGRAPHER:  We're back on the
25 record at 3:08.

Thomas Hubbard Vol II
May 25, 2021                                                    62 to 65

Page 62

1        MR. PRINGLE, JR.: Did I give you my
2  highlighted copy?
3        MR. SIBLEY: Yes, you did.
4        MR. PRINGLE, JR.: Yeah, sorry about that.
5  It's yours.
6     Q.   (BY MR. PRINGLE, JR.) All right. Dr. Hubbard,
7  we're looking at Exhibit No. 5, and tell me what that
8  is, please, sir.
9     A.   This is my article from the collection we --
10 (audio distortion/unintelligible).
11        THE REPORTER: I'm sorry, I can't hear
12 you.
13    A.   This is my article in the collection Greek Love
14 Reconsidered.
15    Q.   (BY MR. PRINGLE, JR.) And is that your
16 handwriting on the first page of Exhibit No. 5?
17    A.   Yes.
18    Q.   Where it says "From T K Hubbard, Greek Love
19 Reconsidered, Wallace Hamilton, 2000," correct?
20    A.   Yes.
21    Q.   Now, what is -- is there -- isn't -- is there
22 any relationship between Wallace Hamilton and NAMBLA?
23    A.   I did not realize it at the time, but
24 apparently it is a subsidiary of NAMBLA. I had been
25 given the impression that it was a separate entity that

Page 63

1  sometimes distributed its publications to their
2  membership. And I -- I think had I known that they were
3  actually part of NAMBLA, per se, I might've reconsidered
4  putting this volume together for you.
5     Q.   Why?
6     A.   Because of the kind of false inferences that
7  have been drawn from this by the defendant and others.
8     Q.   Well, why do you think that would be something
9  that you -- that -- that not publishing with this
10 publishing house would address?
11    A.   Because people refer to this as something
12 published by NAMBLA and, therefore, infer from that,
13 that I support NAMBLA's positions or that this additive
14 volume supports their positions, which it does not.
15    Q.   Let me go ahead and mark, as Exhibit No. 6, a
16 document.
17        (Exhibit 6 marked)
18    Q.   (BY MR. PRINGLE, JR.) And have you seen this
19 United States versus Mayer before?
20    A.   No.
21    Q.   Okay. If you'll look at page 6, it says that
22 NAMBLA functions as a support -- under -- right here, it
23 says -- page 6 -- findings of the U.S. District Judge
24 says that NAMBLA functions as a support network for its
25 estimated 2-to-300 members, correct?

Page 64

1     A.   Yes, I see that.
2     Q.   And there's a citation there to a case called,
3  Melzer versus Board of Education, correct?
4     A.   Yes.
5     Q.   Is that your friend Melzer?
6        MR. SIBLEY: Objection.
7     A.   It is the man that I know by that name. He
8  used to be a teacher at the New York City public school
9  system.
10    Q.   (BY MR. PRINGLE, JR.) And what's that
11 litigation about, Melzer versus Board of Education?
12        MR. SIBLEY: Objection.
13    Q.   (BY MR. PRINGLE, JR.) If you know?
14    A.   My understanding is that they wanted to fire
15 him, not based on any misbehavior with students but
16 simply based on his membership in this organization.
17    Q.   All right. And how long have you known that?
18 Can you just describe? Since you met him 20 years ago?
19    A.   Yes, I -- I think he did tell me then that they
20 were trying to get rid of him and had put him into, you
21 know, some kind of minor administrative position pending
22 final resolution of the case.
23    Q.   Did you offer any assistance to Mr. Melzer in
24 his lawsuit over his discharge?
25    A.   No.

Page 65

1     Q.   The next page describes Mr. Melzer as a member
2  of NAMBLA's steering committee, correct?
3     A.   Yes, I see that.
4     Q.   Did you know that Mr. Melzer was a member of
5  NAMBLA's steering committee?
6     A.   Yes.
7     Q.   And when did you know that?
8     A.   When I attended the first of the two meetings I
9  attended.
10    Q.   All right. And do you know Joseph Power?
11    A.   I met him at the second of the two meetings.
12    Q.   And who is Joseph Power?
13    A.   He was also someone involved with the
14 organization who, I think, for a time added to their
15 board meeting.
16    Q.   And when is the last time you spoke to Joseph
17 Power?
18    A.   It was at that second meeting and never since
19 then.
20    Q.   You had zero contact with Joseph Power since
21 that second NAMBLA conference that you anticipated in
22 about 20 years ago?
23    A.   Yes.
24    Q.   Do you know that Power is a registered sex
25 offender?

Thomas Hubbard Vol II
May 25, 2021                                    66 to 69

Page 66

1     A.   I think he admitted to that when I went.
2     Q.   And this discusses a conference where the ex --
3  conference of NAMBLA, I believe, in New York, where the
4  attendees were told to say they were with the Wallace
5  Hamilton Press.  Did you know that?
6     A.   I did not attend that conference.
7     Q.   Did you know that Wallace Hamilton Press was
8  used as a cover organization for NAMBLA?
9     A.   I have since learned that.
10    Q.   But --
11    A.   But I did not know it at the time that we
12 conceived the bulk contract.
13    Q.   And when did you learn that Wallace Hamilton
14 Press was a cover operation for NAMBLA?
15    A.   I think it was something in the documents that
16 we had from you in response to our complaint.  I -- I
17 think you quoted something from the Curly case.
18    Q.   At the time of the flyer, did you know that
19 Wallace Hamilton Press was a cover organization for
20 NAMBLA?
21    A.   No.
22    Q.   But you know that now?
23    A.   I do now.
24    Q.   Okay.  And what does NAMBLA stand for?
25    A.   North American Man Boy Love Association.

Page 67

1     Q.   Okay.  We're through with Exhibit 6 for a
2  while.
3          I want to ask you about this sentence on
4  page 2 of your -- of your article.  And before I do
5  that, what was the purpose of your article?
6     A.   To show that pederasty's incompatible with
7  democracy, and that is not necessarily something that
8  would be welcome to NAMBLA, but I nevertheless felt it
9  needed to be emphasized.
10    Q.   You say, on page 2, "Greek pederasty has been
11 transformed into a institutional power dynamic that
12 exploits boys no differently from women and slaves."
13    A.   Yes.
14    Q.   Is that true?
15    A.   Oh, yes.  I think in -- some scholarly
16 writing, in the 1990s, such as the chapter of David
17 Halperin that I quote from:  Boys are analyzed to women
18 and slaves and other subaltern populations.
19    Q.   And you say:  That's no model for the
20 enlightened self-accepting days of late 20th Century
21 late -- liberal bourgeois society.
22          What do you mean that -- by that?
23    A.   Contemporary gay society is much more oriented
24 to equal relationships between men and women of equal
25 age, of equal wealth, of equal education, everything

Page 68

1  else.
2     Q.   And you say:  Our past is now something we can
3  smugly congratulate ourselves from having transcended
4  and forgotten.
5     A.   Yes.
6     Q.   And by "the past," we're smugly congratulating
7  ourselves on the past of pre-pederasty, correct?
8     A.   I -- I would say the past, generally, is under
9  attack on almost all issues.  I mean, just look at the
10 cancellation of -- of -- of school names and statues.  I
11 mean, even statues of -- of people like Lincoln and the
12 the Founding Fathers of the country are being attacked
13 by people.
14          American history is being described as
15 being pervasively racist, and, you know, based on
16 inequality.  And -- and, I mean, if anything, this was
17 prescient in -- in -- in that that attack on that
18 presentist attack, assuming that we're superior to ages
19 of the past has reached even new extremes today; but it
20 was already starting, you know, decades ago.
21    Q.   So, you're questioning, then, whether we are,
22 in deed, superior to the past in the days of Greek
23 pederasty, correct?
24    A.   Yes.
25    Q.   Okay.  And you question whether or not we are

Page 69

1  better than that?
2     A.   I think, for gay oriented boys, we are probably
3  not as free as ancient Greece was.
4     Q.   By that, gay oriented boys cannot freely have
5  sex with adult men, correct?
6     A.   Yes.
7     Q.   Okay.  And in that way, do you lament the
8  freedom that occurred in in -- in ancient Greece?
9     A.   Do I lament the freedom?
10    Q.   Yeah.
11    A.   I'm a Libertarian.  Philosophically, I -- I
12 support any freedom that does not harm other people.
13    Q.   So, you -- do you support, then, the freedom of
14 gay-oriented boys having sex with adult men?
15    A.   If it is legal for them to do so, I think it
16 should be their choice, as it is in Germany, Italy,
17 Austria, South Korea, any number of advanced countries
18 like this.
19    Q.   And do you think that ages of consent in those
20 countries, that the United States should adopt those
21 lower ages of consent?
22    A.   Yes, for boys only; not for girls.
23    Q.   Okay.
24    A.   And this is based -- and I said it in my
25 publications -- on the psychological data that show that

Thomas Hubbard Vol II
May 25, 2021                                    70 to 73

Page 70

1  more boys feel they benefited from relationships with
2  adults than feel they were harmed, and that is true both
3  of heterosexual boys having affairs with women and gay
4  boys who are seeking a more experienced role model.
5      Q.   Are you aware of any studies of heterosexual
6  boys who had homosexual relations with adult men?
7      A.   Oh, yes.
8      Q.   And -- and -- and what's the study on that?
9      A.   I -- I can't cite it off the top of my head.
10     Q.   It's not the Rind study, is it?
11     A.   That may've been included.  I mean, the Rind
12  study was a meta analysis.  The -- reanalyzed over 20
13  previous studies, and it is certainly possible some of
14  those studies that he was basing it on did include the
15  category of straight-oriented boy who experimented with
16  sexual relationships.  Many of these studies also
17  distinguished between coercive and noncoercive
18  relationships.  Coercive relationships, by a very large
19  margin, had more negative outcomes.
20     Q.   Including coercive relationships, were the
21  voices yes?
22     A.   I think that's a contradiction in terms.
23     Q.   So, to your way of thinking then, adult
24  relations between an adult man and underage boy, if the
25  boy says "yes" cannot, by definition, be coercive?

Page 71

1      A.   They can be manipulative, but I would not use
2  the term coercive, no.
3      Q.   All right.  Let's use the word "manipulative."
4  Do you have any studies of -- you know, access to any
5  studies where adult men manipulated young boys into a
6  sexual relationship?
7      A.   Yes, there have been some studies, including,
8  you know, those that we have done of -- of prisoners, at
9  the Percy Foundation, in which we asked them about their
10  childhood experiences and whether they had included
11  contact with adults and whether that contact was
12  something initiated by the adult or initiated by them,
13  whether it was coercive or whether it was mutually
14  desired.  We -- we have been compiling and analyzing
15  that information based on the study of over a thousand
16  prisoners.
17     Q.   Have you ever conducted a study on a
18  14-year-old heterosexual boys to figure out how they
19  feel about it?
20     A.   Not sex --
21     Q.   Sex with an adult men?
22     A.   Not specifically.
23     Q.   Do you have any idea what their response might
24  be?  Do you think it would be mutually beneficial for
25  those boys?

Page 72

1      A.   What the data -- you're talking about
2  specifically heterosexual boys?
3      Q.   Heterosexual boys who are manipulated into a
4  sexual relationship by an adult male.
5      A.   Yes, if there is manipulation, such as is
6  involved in a supervisory relationship, or a
7  relationship where a boy is given drugs, which is often
8  one of the ways that, you know, child molesters will
9  procure sex from boys; but those are overwhelmingly
10  harmful.
11     Q.   Any sexual relationship between a 14-year-old
12  boy and adult male where the adult male has power over
13  the boy is inherently harmful, isn't it?
14     A.   I would agree.
15     Q.   And what situation does an adult male not have
16  power over a 14-year-old boy?
17     A.   If they are not in a supervisory position and,
18  ordinarily, some anonymous person that they met, whether
19  in a public park or through the internet, I -- I fail to
20  see how they have a power relationship.
21     Q.   So, an adult male, 25 years old, goes into a
22  restroom, finds a 14-year-old boy, didn't know him
23  before --
24     A.   Uh-huh.
25     Q.   -- convinces him to have sex, not manipulative?

Page 73

1  There's no power dynamic there?
2      A.   It depends how the convincing took place.
3      Q.   How do we know?
4      A.   From the testimony of -- of the boy.
5      Q.   But you've never talked to a boy, have you?
6      A.   I have certainly talked to a great number of
7  gay men who were sexually active as boys with adults.
8      Q.   And you're relying upon their memory --
9      A.   Yes.
10     Q.   -- and the filter of how they remembered things
11  when they were a little boy, don't you?
12     A.   Yes, but they -- they -- I mean, people tend to
13  have very exact memories of their first sexual
14  experience.
15     Q.   And you're also depending upon these men -- and
16  they're by and large incarcerated?
17     A.   No.  I mean, when I'm talking about the --
18  well, I mean some of those that we have examined in our
19  surveys would be incarcerated people, but quite separate
20  from that, I have a number of veins, including some of
21  the people involved with the foundation who say that, as
22  adolescent boys, they quite willingly had relationships
23  with men who were of adult age and -- and enjoyed those
24  relationships and felt that they were very helpful in
25  coming out and establishing their identity and making

Thomas Hubbard Vol II
May 25, 2021                                          74 to 77

Page 74

1   their way in life.
2       Q.   So, let's break that down a little bit.  A lot
3   of the people that you talked to and rely upon for your
4   research are convicted felons, the prisoners?
5       A.   And that is certainly one of the strands of
6   evidence that we looked at.
7       Q.   And, of course, you rely upon their
8   creditability and their truth telling as convicted
9   felons, don't you?
10      A.   Yes.
11      Q.   Okay.  But you really can't do anything to
12  verify the accuracy of those claims, can you?  Gotta let
13  it go.
14      A.   In any kind of survey, we always have to rely
15  on the credibility of the people who fill out the
16  survey.  That's just inherent in -- in, you know, the
17  methodology of doing survey work.
18      Q.   And -- but you've never analyzed the effect of
19  pederastic relations between a 14-year-old heterosexual
20  boy and an adult male, have you?
21      A.   Not specifically, no.
22      Q.   Not generally either?
23      A.   We ask broader questions than that.  In our
24  surveys, we ask:  What was the age of your first
25  experience?  We ask questions:  What is your present

Page 75

1   sexual orientation?  Was the first experience, in your
2   judgment, manipulative, or coercive, or was it mutually
3   embraced, or were you the one who initiated it?
4       Q.   And these are questions that you're asking of
5   convicted sex offenders?
6       A.   Not all of the people in our surveys are sex
7   offenders, but, I mean, we don't discriminate, in terms
8   of who we allow into our book program.
9       Q.   Well, not all of them are sex offenders, but
10  the vast majority are?
11      A.   I would say it's more like 60 percent.
12      Q.   All right.  Sixty percent of the people in your
13  academic research are convicted sex offenders who say
14  that they had a positive experience, their first
15  experience with an adult partner?
16      A.   No, not all of them say that.  Some of them say
17  it was very negative.
18      Q.   But in terms of any sort of analysis on the
19  effect of pederasty on 14-year-old heterosexual boys,
20  you've done no research on that, have you?
21      A.   Well, yes, we have, because many of the people
22  filling out our surveys are of heterosexual orientation.
23  I mean not all sex offenders are gay.  The vast majority
24  of them are heterosexual, and their offenses were with
25  girls, or accessing child pornography of which might

Page 76

1   well be heterosexual.
2       Q.   My question to you, though, is, you have not
3   done any specific research on the effect of adult male
4   on underage male pederasty where the underage male is
5   heterosexual?
6       A.   It's certainly included in our broader analysis
7   of -- of the prisoner data, because most of them are
8   heterosexual and were heterosexual, and a good many of
9   them -- I mean not all of them, but a good many were
10  molested as children.  I mean, we ask all kinds of
11  questions.  We ask psychological profile questions.  We
12  ask about the nature of their crime.  We ask about the
13  age of their first experience, the age of the person
14  they had it with, whether it was incest, how they came
15  to be acquainted with that person.  I mean, our --
16  our -- our -- our survey had 118 questions in it.
17      Q.   Okay.  You say here, in Greek Love
18  Reconsidered, published by this Wallace Hamilton outfit.
19  What -- it said, "Whereas in England, the homosexual
20  move --"
21      A.   Well, what page?
22      Q.   I'm on page 4.
23      A.   Oh.  Okay.
24      Q.   First full paragraph.
25      A.   Uh-huh.

Page 77

1       Q.   It says, "Whereas in England, the homosexual
2   movement was entirely -- almost entirely an intellectual
3   and literary phenomenon."
4            What does that mean exactly?
5       A.   We're talking here about the late 19th Century
6   and the first couple of decades of the 20th Century.
7   Yes, it was, by and large, poets and artists, like Oscar
8   Wilde.  They -- they called themselves The Uranians,
9   after the Uranian love that -- that is described in
10  Plato's Symposium.
11      Q.   Sir, are you saying there that in the late 19th
12  and earlieth -- early 20th Century, in England, most
13  homosexuals were intellectuals and literary?
14      A.   No, I'm not saying that, but I'm saying that
15  the people who talk about it; not the people of whom
16  there is record.
17      Q.   Okay.  Let's go to page 5, which is on the
18  other side of that --
19      A.   Yeah.
20      Q.   -- last page.  You talk about modern
21  scholarship on Greek pederasty is generally considered
22  to begin with Dover's Greek Homosexuality?
23      A.   Uh-huh.
24      Q.   Let me see.  And, just generally, do you agree
25  or disagree with Dover's conclusions or research --

Thomas Hubbard Vol II
May 25, 2021                                          78 to 81

Page 78

1      A.   I agree --
2             MR. SIBLEY:  Objection.
3      A.   -- with some of them; I disagree with others.
4      Q.   (BY MR. PRINGLE, JR.)  All right.
5      A.   I mean, I -- I -- I've met, Sir Kenneth Dover.
6   I've met his wife.  He is very much a heterosexual, and
7   he even says, in the preface of his book, that the
8   framework within which he's considering these questions
9   are the mores of the period when he grew up in the
10  1930s, based on his experience with women.
11     Q.   You used two words:  Erastés and erômenos.
12  What do -- what does that mean?
13     A.   Oh.  These are Greek words.  Erastés means the
14  lover.  Erômenos is the passive participle, meaning the
15  one who is loved.
16     Q.   What's the distinction between those two?
17     A.   The erastés is generally, although not always,
18  older.  And the one who is loved is -- is younger.  But,
19  it -- I mean, one of the thrusts of my scholarship --
20  and I think one of the principal original contributions
21  I have made -- is to show that age equal homosexuality,
22  particularly among young men who are not yet at the age
23  of marriage, was quite common in Greece.  And again,
24  that's not necessarily something that -- that
25  pedophiles, as we call them, would want to hear.

Page 79

1      Q.   Am I correct -- and I've read some of your
2   writings -- that the erastés is the penetrating partner
3   and erômenos is the receiving partner?
4      A.   That is what is assumed by David Halperin and
5   others, but --
6      Q.   Not you?
7      A.   Not necessarily.  I mean, we -- honestly, we
8   don't know what people actually did.  It's -- it
9   generally inferred from the Voss painting that, yes,
10  the -- the older one is the one who penetrates, but the
11  penetration we're talking about is interfemoral, not --
12     Q.   What does that mean?
13     A.   Between the thighs.
14          It is not penetration of the anus or the
15  mouth.  That is almost never represented between an
16  adult and a boy.  Anal penetration is represented in
17  some representations of two age equal partners, whether
18  adult or a female.
19     Q.   Moving on.  You say here -- and I -- I'm
20  reading from this portion of that paragraph right here.
21     A.   Uh-huh.
22     Q.   It's somewhere in there.
23     A.   Uh-huh.
24     Q.   It says, "It should not surprise us to find an
25  American academic choosing to read Greek pederasty in

Page 80

1   such terms at the end of a decade that discovered
2   child -- quote, child abuse, closed quote, as a
3   supposedly pervasive phenomenon in American society.
4             What do you mean by that?
5      A.   We're -- I mean, we're -- we're referring here
6   to people, like Halperin and David Zinn writing in the
7   1990s, and the decade that preceded that were the 1980s,
8   which were a time of extreme moral panic.  This is when
9   we got things like the day care abuse scandals, like the
10  McMartin Preschool.  It's when we had all of these
11  sensationalist media accounts of ritualized satanic
12  abuse, you know, that all the prominent citizens of --
13  of some small town, including the preachers and the
14  judges and the doctors, were all part of some conspiracy
15  to abuse children.  It's -- it's the decade in which we
16  had charges of parents molesting their own children.
17          I mean, I can recognize at the University
18  of Minnesota is when the famous witch hunt of Jordan
19  County, Minnesota occurred, in which an out-of-control
20  district attorney manipulated children to denounce their
21  parents for having molested them.  And then later on
22  when the kids became adult, they admitted that none of
23  this ever happened.  And almost all of those infamous
24  sensational media cases of the '80s have since been
25  debunked.

Page 81

1            I mean, here, in Texas, we have the famous
2   case of the San Antonio four.  Those four lesbians
3   who -- who were accused of molesting their own children.
4   In addition, in -- in the late 1970s, we had Anita
5   Bryant and her Save Our Children campaign that, you
6   know, resisted gay rights, generally, with the
7   contention that -- that almost all gays are pedophiles.
8            That the late '70s are when we had Senator
9   John Briggs ballot initiative in California, that any
10  teacher who was openly gay or even any teacher who
11  advocated gay rights would have to be fired.  And in
12  large part due to the opposition of Ronald Reagan, that
13  initiative fortunately failed.
14     Q.   You don't disagree that child abuse -- well,
15  maybe you do.  Is child abuse a pervasive phenomenon in
16  American society?
17     A.   The actual social science data on that is
18  that -- if we're talking about child sexual abuse, that
19  it probably occurs in -- that it's actually quite rare,
20  and it depends how you define child sexual abuse.  I do
21  not define it as abuse if it is something that the young
22  person does consensually and -- and with a partner who
23  is not in any way manipulating them or offering them
24  special rewards for it.
25     Q.   Regardless of the ages involved?

Thomas Hubbard Vol II
May 25, 2021                                    82 to 85

Page 82

1      A.    Well, I do think it should be termed child
2    abuse if it is under the age of puberty.
3      Q.    Which is what?
4      A.    Fourteen for males, 13 for females; although,
5    actually, the biological evidence has been showing that
6    it has been steady declining.
7      Q.    So, as long as the 14-year-old boy consents to
8    sexual -- sexual result -- sexual conduct with an -- an
9    adult, you don't think that's child abuse?
10      A.    And as long as there is no relationship of
11    supervision or manipulation.
12      Q.    Okay.  You say --
13      A.    I would call it intergenerational, but not
14    abusive.
15      Q.    Would you call it inappropriate?  I think you
16    said that earlier.
17      A.    Inappropriate where it is illegal.
18      Q.    Okay.
19            "Halperin strongly negative portrayal of
20    Greek pederasty coincided with a systematic strategy of
21    mainline assimilationist gay rights organization to
22    marginalize consideration of youth sexuality or reform
23    an age-of-consent laws."
24      A.    Yes.
25      Q.    So, you think that the -- the mainline gay

Page 83

1    rights organization GLAD and the other that you
2    mentioned are trying to mainline and assimilate gay
3    rights?
4      A.    Oh, yes, very much so.
5      Q.    Okay.  And -- and as opposed to that, what's --
6    what's the counterpart to that, that it's
7    assimilationist?
8      A.    The origins of the gay rights movement, in the
9    late '60s and 1970s, were based on offering a radical
10    alternative to mainline middle class respectable family
11    life and offering an alternative to the nuclear family.
12    And although I certainly do not support doing away with
13    the nuclear family, like Black Lives Matter does, I -- I
14    do think that people who don't want to be in that kind
15    of family should have that alternative.
16      Q.    And do you think that that assimilationist
17    presents to the public this unthreatening plain vanilla
18    image of gays and lesbians as dull, middle age with
19    middle class bland canil -- careers and marriages just
20    like everybody else?
21      A.    Yes.
22      Q.    Okay.  And you -- and -- and your position is,
23    we should consider the youth sexuality and what the
24    youth wants?
25      A.    Yes.

Page 84

1      Q.    You're not -- are you a social scientist?
2      A.    No, but my foundation does a great deal of work
3    with social sciences.
4      Q.    All right.
5      A.    And I would also say Ann is a historian.
6    History is very social scientific.  It -- in fact, the
7    liberal arts, generally, are very interdisciplinary, and
8    I -- I have read a great deal of the psychological and
9    sociological and anthropological literature on this
10    specific question, because particularly when you're
11    talking about social history, which is what sex history
12    is, social science methods are very relevant.
13      Q.    And you point out that pederasty in Ancient
14    Rome or Ancient Greece, I should say, also fell out of
15    favor Athens, correct?
16      A.    Yes, as Athens became more democratic.
17      Q.    Okay.
18      A.    And this is part of the argument that pederasty
19    fundamentally doesn't fit into democratic society,
20    including our democratic society.  I mean, this is not
21    necessarily a message that would be welcomed in NAMBLA.
22      Q.    Well, you do say that traditional man/boy love
23    was put on the defensive.
24      A.    Yes.
25      Q.    All right.  And you point out, on page 8, a

Page 85

1    pederastic relationship which gave ride -- gave rise to
2    the boy's suicide?
3      A.    Oh, yes.  That's the myth of Laius and
4    Chrysippus, which I subsequently wrote a much longer
5    scholarly article about.
6      Q.    Okay.  So, you would agree, then, that sexual
7    relations between men and boys can have a downside?
8      A.    Oh, certainly.  But in the myth of Laius and
9    Chrysippus, we're talking about rape, that the boy
10    strongly resisted.  And, you know, according to
11    Euripides' version of the myth, the -- the -- the boy
12    did -- was so ashamed of what happened, that he
13    committed suicide.
14            And I would mention that the man who
15    committed the rape, the future King Laius, was the
16    father of Oedipus.  And if you know the Oedipus story,
17    you know that Laius got punished rather severely for his
18    sexual incontinence.
19      Q.    Why would the boy be ashamed?
20      A.    Rape victims often feel shame, and -- and
21    particularly a male rape victim.  I -- I -- I would say
22    that male rape victims -- and there is social science
23    behind this -- are more reluctant to report it and are
24    less likely to be believed than female rape victims.
25      Q.    And you know why that is?

Thomas Hubbard Vol II
May 25, 2021                                          86 to 89

Page 86

1    A.   Because it conflicts with their sense of
2  masculinity.  I mean, men are supposed to be strong and
3  assertive, and the idea of a man being sexually violated
4  by another man is -- is appalling to them.
5    Q.   Even if the young man gives consent?
6    A.   Well, consent and violation do not go together.
7  I define violation as forcible rape.
8    Q.   You wouldn't define violation as an older man
9  persuading a younger man to have sex, would you?
10   MR. SIBLEY:  Objection.
11   A.   It -- it depends on the details of the case and
12  just what the persuasion consisted of.
13   Q.   (BY MR. PRINGLE, JR.) And on page 10, you talk
14  about Socrates?
15   A.   Yes.
16   Q.   You say, Socrate -- later, in the Symposium,
17  Socrates presents physical attraction to a beautiful
18  object, such as a boy, as merely the first and lowest
19  step in a ladder of erotic relations.
20   A.   Yes.
21   Q.   So, Socrates suggests that attraction to a boy
22  is the first and lowest step in a ladder of erotic
23  relations?
24   A.   Yes.  It's -- it's called the "Ladder of Love,"
25  because he uses the "ladder" metaphor.  And the primary

Page 87

1  romantic form of love and sex in Ancient Greece was
2  pederasty.  Heterosexual marriages were by and large
3  arranged marriages that were economic relationships
4  between family.  So -- so they -- they had relatively
5  little to do with erotic attraction.
6            And, you know, consensual pederasty, well,
7  was considered to be more accept -- well, more
8  respective of mutuality than, say, a relationship with a
9  prostitute or a slave.
10   Q.   You're not saying that Socrates endorsed sexual
11  relations between adults and boys, are you?
12   A.   No, he did not.  In fact, in Xenophon
13  Symposium, we -- we have him trying to dissuade the
14  young men, under his influence, from having physical
15  relationships with boys.  He saw nothing wrong with
16  close friendships.
17            But, you see, Socrates generally
18  considered physical love to be the lowest step.
19  Superior -- in fact, he -- he said that obsession with
20  one boy is the lowest step.  Attraction to multiple boys
21  of good character is the second step.  Beautiful
22  teaching or beautiful works of art would be the third
23  step in -- in -- in one's erotic appreciation of
24  beauty -- or beau -- or -- or, you know, law giving or
25  other things that were socially productive.  And this

Page 88

1  really needs to be contextualized, not as the opinion of
2  the historical Socrates but Plato's -- things that Plato
3  attributes to Socrates.
4    Q.   But Socrates doesn't present physical
5  attraction to a boy as the first and lowest step in a
6  ladder of erotic relations, does he?
7    A.   Yes --
8    Q.   He does?
9    A.   -- he does.  Yeah, at least as articulated
10  within Plato's Symposium.
11   Q.   Huh.
12   A.   Read it.
13   Q.   I have.
14   A.   Read it again.
15   Q.   I just maybe come to a different conclusion.
16            So, any pederastic tradition, then,
17  continues in Plato who drops all pretense of defending
18  pederasty as chase love and dismisses it as unnecessary
19  and unnatural, correct?
20   A.   Plato was generally hostile to all physical
21  relations for any purpose other than reproduction.  I
22  mean, Plato, and much of Greek philosophy, is very
23  distrustful of appetites and emotions.
24   Q.   You go on to say that pederasty -- and that's
25  the last sentence in that paragraph.

Page 89

1            Pederasty is an institution -- that's
2  fundamentally foreign to Athens radicalized democracy
3  but associated with a more disciplined and arguably
4  better governed societies elsewhere.
5    A.   Okay.  That's in the context of Plato's laws --
6    Q.   Okay.
7    A.   -- which were a late work that --
8    Q.   That's not your opinion then?
9    A.   Oh, no.  No.  No.  No.
10   Q.   Okay.
11   A.   We're talking here about of Plato's view and --
12  and -- well, and the view of Ancient Greeks.
13   Q.   You say, "Plato and other fourth century
14  intellectuals unwittingly promoted a conceptual matrix
15  in which all physical love of boys --"
16   A.   Oh.  Let me -- what paragraph?
17   Q.   I'm at the bottom of page 10.
18   A.   Uh-huh.  Okay.  I see it.
19   Q.   "Plato and other fourth Century intellectuals
20  unwittingly promoted a conceptual matrix."
21            What does that mean?  I don't know what
22  "conceptual matrix" is.
23   A.   You know what a concept is?
24   Q.   Don't know --
25   A.   Do you know what a matrix is?

Page 90

1    Q.  I don't know what a conceptual matrix is.
2  Educate me.
3    A.  An array of concepts that relate to each other.
4    Q.  Okay.
5         "More to conceptual matrix in which all
6  physical love of boys came to be only physical love."
7         What does that mean?
8    A.  In which this would be considered dichotomists
9  were separated from love of character or other -- other
10  forms of love.  I mean, again, Plato was very
11  distrustful of appetites and sensations.
12    Q.  So, "all physical love of boys came to be only
13  physical love"; what does that mean?
14    A.  That it would -- that -- that he believed it as
15  something that was not necessary to have a love
16  relationship that was based on character and mutual
17  devotion.
18    Q.  The next --
19    A.  In other words, that -- that, to his concept,
20  sex was just sex and -- and, you know, shouldn't be
21  confused with other things.
22    Q.  "Similarly, the man/boy love that was
23  acknowledged and even celebrated by early homosexual
24  activists has been marginalized within our own
25  progressively democratic and homogenized susta --

Page 91

1  society."
2         Is that a negative critique?
3         "Isolated as a province of pervert in
4  child molesters."
5    A.  Plato uses a statement that, relative to the
6  origins of the gay rights movement in late 19th and
7  early 20th Century Germany and England, where -- where
8  pederasty was very much identified as the dominant form.
9  In -- modern gay discourse, it is marginalized.
10  It's -- it's -- it's not what they want to talk about.
11  And -- and no, I'm -- no, I think, saying that it's all
12  the work of perverts and child molesters is a -- an
13  exaggerated -- uh-huh.  But that does not mean that I'm
14  necessarily advocating it or promoting it in modern
15  society as the defendant alleged.
16    Q.  You just say that the man-boy love that was
17  celebrated by earlier activists has been marginalized
18  with our own progressively democratic and homogenized
19  society.  So, sex between an adult man and a young boy
20  has been marginalized, meaning that it's put on the
21  margin, it's taken out of the mainstream --
22    A.  Right.
23    Q.  -- and it's been isolated as the providence of
24  pervert -- quote, perverts and child molesters.
25         What do you mean?  Why did you put

Page 92

1  "perverts" and "child molesters" in quotes?
2    A.  Because I don't think that all relationships
3  between a young man and a adolescent are necessarily
4  perversion and molestation as the evidence, you know,
5  shows from those countries or sex relations are --
6  are -- are legal and -- and seen to be un --
7  unproblematic, you know, such as Germany and some of the
8  other countries that we mentioned.  In fact, what the
9  social science evidence shows is that adolescent mental
10  health is actually better in those times.
11    Q.  So, the man/boy love that was acknowledged and
12  celebrated by earlier homosexual activists, you would
13  agree, is sometime the province of perverts and child
14  molesters?
15    A.  Oh, yes.  I mean, there are certainly some men
16  who do take advantage and manipulate or even coerced
17  their -- and, yes, that -- that, I think, is quite
18  properly legally punished.
19    Q.  And then you criticize the squeamishness and
20  timidity of gay intellectuals that made them tacit
21  collaborators in this myth that man/boy love is isolated
22  as the province of perverts?
23    A.  I don't think I used the word "myth," do I?
24    Q.  No.
25    A.  You're inferring that.  No, I don't use that.

Page 93

1    Q.  It's --
2    A.  You're calling --
3    Q.  -- epistemological.
4    A.  Excuse me?
5    Q.  Nothing.
6         So, you criticize the squeamishness and
7  timidity of gay intellectuals that made them tacit
8  collaborators in this marginalization pederasty?
9    A.  Yes, I think that has been proved, starting in
10  the 1980s, at the time of the child abuse panic --
11    Q.  And --
12    A.  -- that we discussed.
13    Q.  -- and gays today have sold out the real
14  pederasts by pretending that there can be a nonsexual
15  pederasty between adult man and young boy, true?
16    A.  I'm talking about Plato --
17    Q.  Yeah.
18    A.  -- at this time.
19    Q.  No, you're talking about squeamishness and
20  timidity of gay intellectuals in the face of public
21  hostility.  That's right now, aren't you?
22    A.  And also in Plato's time.
23    Q.  Okay.  Sure.  Made them tacit collaborators.
24  Even as Plato's and others sold out the real pederasts,
25  gay leaders today sell out their brothers by creating

Thomas Hubbard Vol II
May 25, 2021                                              94 to 97

Page 94

1  the public fiction that most guys are involved in
2  long-term monogamous and age and class relationships.
3      A.   Yes.
4      Q.   That's not true, is it?  Most gays are not
5  involved in long-term monogamous age and classical
6  relationships?
7      A.   Yes, that is what the evidence shows is that --
8  that is untrue, but I think a lot of those mainstream
9  gay rights organizations who focus on gay marriage, and
10 gay adoption, and -- and, you know, professional
11 advancement of -- of, you know, gays in -- in
12 professions, you know, are -- are really not looking at
13 the issues of how the criminal justice system, you know,
14 treats less fortunate gay men.
15     Q.   And you also attack the fiction that the only
16 men attracted to teenage boys are a few sickos in
17 NAMBLA.
18     A.   Yes.
19     Q.   Are you -- are you telling me that most gay men
20 are attracted to teenage boys?
21     A.   No, just that -- that those who are, are not
22 necessarily sick or involved with organizations like
23 NAMBLA.  I mean, again, this is a statement that -- that
24 would not necessarily be welcomed to NAMBLA.
25     Q.   I didn't ask about that though.  I'm just

Page 95

1  asking you -- are -- are you saying that in addition to
2  the few sickos in NAMBLA --
3      A.   Uh-huh.
4      Q.   -- obviously, lots of people in NAMBLA would be
5  attracted to teenage boys, true?
6      A.   And some of them would be genuine pedophiles.
7      Q.   Right.  But what you're saying, that there's a
8  lot more gay people that are attracted to teenage boys
9  besides those sickos in NAMBLA?
10     A.   Sure.  I think most average gay men can find an
11 attraction to teenage boys, but most of them don't act
12 on it, just as most heterosexual men find teenage girls
13 attractive, but they have enough self control and self
14 discipline that they don't violate the law.
15     Q.   Do you have any concern that what you just said
16 perpetuates this myth that sex between adult men and
17 underage boys is a province of most gay men?
18     A.   No more so nor less so than a heterosexual men
19 in regard to teenage girls.
20     Q.   So, to that extent then, you would agree with
21 that, correct?
22     A.   An appreciation of beauty does not necessarily
23 equate with seeking a sexual relationship with someone.
24 Most of us have self control.  I can appreciate the
25 beauty of a painting by Karachi, or Michael Angelo, or

Page 96

1  Raphael without going out and trying to seduce underage
2  people.
3      Q.   We're done with that one.
4      A.   Okay.  You want to ask about another article?
5      Q.   I don't.
6      A.   Okay.
7      Q.   Let's see here.  This is gonna be number . . .
8           THE REPORTER:  Seven.  Seven.
9      Q.   (BY MR. PRINGLE, JR.)  Seven.
10          (Exhibit 7 marked)
11     Q.   (BY MR. PRINGLE, JR.)  This is:  Sexual Consent
12 and the Adolescent Male, or What We Can Learn from the
13 Greeks.
14     A.   Yes.
15     Q.   And you wrote this when, 2010?
16     A.   Well, I would've written it a year or two
17 earlier, but it was published in 2010.  I mean, there's
18 a lag time in publication -- in scholarly publication.
19     Q.   All right.  So, you talk about -- on page --
20 well, the first page doesn't have any page numbers on
21 the bottom, but I'm talking about the page on the right,
22 on the first page.
23     A.   In other words, the second page of the article?
24     Q.   In other words, the second page of the article.
25     A.   Okay.

Page 97

1      Q.   "As I have documented elsewhere (Hubbard,
2  1998)" -- and what is that publication?
3      A.   That was the one in Orion that was titled,
4  "Popular Perceptions of Elite Pederasty --"
5      Q.   Gotcha.
6      A.   "-- in Classical Athens."
7      Q.   Now you say that Athenian pederasty was
8  primarily an upper-class insti -- institution between
9  youths of good family and education between the ages of
10 puberty and full beard-growth, between about 14 and 21,
11 correct?
12     A.   Yes.
13     Q.   And you argued that the lover -- the -- the
14 older partner --
15     A.   Yes.
16     Q.   -- could act as a surrogate father figure for
17 an adolescent boy.
18     A.   Yes, because Greeks did not marry -- Greek men
19 did not marry until they were in their 30s, then, of
20 course, the average mortality was at a much younger age,
21 particularly in times of war or plaque, like late Fifth
22 Century Athens.
23     Q.   On -- on pay -- on the next page, page 128, you
24 say:  In some cases, pederastic love might become an
25 instrument of social mobility?

Page 98

1    A.   Yes.

2    Q.   Meaning that a young boy -- talented and

3  attractive young boy of a -- of a certain age could

4  progress socially because of the pederastic liaison with

5  an older man?

6    A.   Yes, he -- he would be invited to symposia and

7  parties where he would meet other members of the social

8  elite.

9    Q.   Does that still happen today, you know?

10   A.   I don't really think so.  I mean -- but, you

11 know, we -- we do have episodes, like that 16-year-old

12 boy who went to a party of gay men, including Kevin

13 Spacey, and said he was then raped by Kevin Spacey.  I

14 mean, what I wonder about is why was the boy at that

15 party to begin with?  But I -- I think that's relatively

16 uncommon now.

17   Q.   You talk about one of Aristotle's pupils?

18   A.   Yes.  The problems are -- are generally assumed

19 not to be by Aristotle himself, but by later members of

20 the Peripatetic school.

21   Q.   And what do Aristotle's pupils tell us?

22   A.   Well -- okay.  Clearly tells us that the reason

23 some grown men like to be anally penetrated is that it

24 erects pleasant memories of having enjoyed it so much as

25 a pubescent boy.  Yes, I -- I give that passage in the

Page 99

1  book that I sent you.

2    Q.   And so part of your scholarship is, is to

3  explain, back in Greece, that one of the reason that

4  some grown men like to be anally penetrated is that it

5  awake -- awoke pleasant memories of being anally

6  penetrated --

7    A.   That -- that's --

8    Q.   -- as a pubescent boy?

9    A.   -- that's what that text says.  It's not what I

10 say.  And to be sure, the -- the Peripatetic

11 understanding of biology is not accurate in my modern

12 medical opinion.  So, no, I don't agree with it, but

13 it's what the text said.

14   Q.   You don't have a position on that?

15   A.   About whether that's true today?

16   Q.   Yeah, a reason that some grown men like to be

17 anally penetrated is -- is that it awakes pleasant

18 memories of having enjoyed it so much as a pubescent

19 boy.

20   A.   I think it would be rather unusual today.

21   Q.   Why?

22   A.   It's only a minority of -- of relationships

23 of -- of age differential relationships where anal sex

24 is even at issue.  And what the psychological evidence

25 shows is that whether boys retrospectively -- I mean,

Page 100

1  when filling out surveys much later --

2    Q.   About --

3    A.   -- sounds --

4    Q.   -- their prison?

5    A.   Not just from those.  A lot of the surveys were

6  surveys of students in psychology classes.  I mean,

7  that -- that's where psychologists get a lot of the

8  data, and what -- what those surveys intended to show is

9  that the form of sex doesn't really matter.

10        There are only two things that are really

11 statistically significant, in terms of determining

12 whether someone has a pleasant memory or an unpleasant

13 memory.  The first thing is whether it was coercive or

14 noncoercive, and the second thing is whether we're

15 talking about a girl or a boy.  Boys are far more likely

16 to react well to adolescent sexual experiences than

17 girls are, which is one of the reasons I propose --

18 or -- or, at least, throw out the idea that we might

19 consider a different age of consent for the two sexes.

20   Q.   We'll get to that.

21        My question to you, though, was -- you

22 said:  This wouldn't be true today, that the reason some

23 grown men like to be annually penetrated is that it

24 wakes pleasant memories of having enjoyed it so much as

25 a pubescent boy.  Why is that not true today?

Page 101

1    A.   Well, it might be true of some of them.  I

2  mean, those who are specifically gay oriented often look

3  back on their adolescent sexual experiences as very

4  formative in coming out with their identity.

5        And, I mean, there was one study that was

6  published in the "Archives of Sexual Behavior," I think,

7  around 2001, that -- that specifically looked at the

8  reactions of gay boys.  There's the -- there are the

9  books of Rich Savin-Williams at Cornell who -- who deals

10 with gay adolescents.  And, I think, what this showed

11 was that about 77 percent of them, of those who had had

12 adolescent experiences with men above the age of

13 consent, evaluated it as a positive experience as

14 opposed to only about 12 percent who said it was

15 negative and -- and then a certain amount who said it

16 was equally balanced, that there were good aspects, bad

17 aspects.

18   Q.   Do you think that some grown men may've -- may

19 have unpleasant memories of having been anally

20 penetrated as a pubescent boy by an adult male?

21   A.   Certainly.

22   Q.   And you think that heterosexual boys would

23 enjoy that?

24   A.   No, hetero -- boys who are not gay or bisexual

25 are more likely to find it a negative experience, but

Thomas Hubbard Vol II
May 25, 2021                                          102 to 105

Page 102

1    not even all of them did.
2        Q.   Okay.  You mentioned the study -- that the
3    77 percent?
4        A.   Uh-huh.
5        Q.   So, 77 percent of boys who identify as gay or
6    bisexual --
7        A.   Uh-huh.
8        Q.   -- who had sexual experiences before the age of
9    consent rated to be a positive experience?
10       A.   We're talking about specifically sexual
11   relations with someone above the age of consent when
12   they were below the age of consent --
13       Q.   Right.
14       A.   -- and -- and, you know, that this was based on
15   Rich Savin-Williams.
16       Q.   But the sample is completely silent as to
17   heterosexual boys, not gay or bisexual boys, but
18   heterosexual boys who had a sexual relations --
19   relationship with an adult male over the age of consent.
20       A.   That -- that is not the population that
21   Savin-Williams was doing research on.
22       Q.   Or that you had done research on?
23       A.   Well, except to the extent that our prison
24   survey of, you know, a thousand-odd people, you know,
25   had large numbers of heterosexual respondents, some of

Page 103

1    whom had sexual experiences with adult men, some of whom
2    had sexual experiences with adult women, some of whom
3    had no experiences underage, some of whom had abusive
4    experiences or experiences that they considered abusive,
5    some of whom had experiences that they considered
6    consensual.  I mean, we're -- we're looking at all those
7    correlations.
8        Q.   But in terms of specifically studying that
9    population of heterosexual boys who have been anally
10   penetrated by an adult male when they're underage, any
11   studies on that, that you're aware of?
12       A.   Not that focuses only on that, but that is part
13   of what we are analyzing, is what is the difference
14   between those who are gay or bisexual in their
15   identification and those who are heterosexual.  And --
16   and what we have found, and this is confirmed by other
17   studies, is that those who are heterosexual in their
18   orientation tend to be more negative about early
19   homosexual experiences that they had, although even they
20   are not uniformly so.
21       Q.   Let's go to page 130.
22       A.   Uh-huh.
23       Q.   On -- there's this full paragraph there that
24   says -- and I'm -- I'm gonna read the sentence.  See
25   that sentence?  It begins: "Ly -- Lysias -- Lysias's --

Page 104

1    Lysias' treatise instead" -- but read that if you would.
2        A.   "Lysias' treatise instead advises sexual
3    intimacy with someone who is not so passionate, but
4    takes for granted that sex with boys is a good thing."
5        Q.   And then you cite your own writing?
6        A.   The first citation is to my sourcebook, and
7    that is simply giving the text of Plato's "Phaedrus,"
8    and -- and the particular passage in the "Phaedrus"
9    where Lysias says that.
10       Q.   Do you think somebody could read this passage
11   and come away with the impression that sex with the boys
12   is a good thing?
13       A.   In my opinion?  No, I'm -- I'm citing Lysias
14   here.  I'm making it very clear I'm talking about an
15   Ancient author.
16       Q.   What's canard?
17       A.   A -- a general opinion that's false.
18       Q.   All right.  So, you think it's a false opinion
19   that all adults always have more power in a relationship
20   with someone younger?
21       A.   Yes, I do.
22       Q.   You think sometime the boy has all the power?
23       A.   Well, certainly in -- present day society
24   they do, because the boy can put the adult in prison by,
25   you know, talking about it to his parents or the police

Page 105

1    or whatever.  So, yes, in -- in current society, they
2    do.
3        Q.   Well, you wouldn't think that a boy would use
4    that power to entice someone into having sex with them,
5    would you?
6        A.   Well, there have been cases of blackmail that
7    have been -- have occurred.
8        Q.   Do you think the boy goes and says: Hey, I can
9    put you in prison if you have sex with me.  I got that
10   power over you, let's have some sex.  Is that what
11   you're saying?
12       A.   I once heard a man who had gotten involved with
13   Big Brother's, tell me that the youngster that he was
14   paired with had said something to that effect to him,
15   and after that he just wanted nothing more to do with
16   him or with the Big Brother's program.
17            THE REPORTER:  Or with the what, I'm
18   sorry?  Or with the --
19            MR. PRINGLE, JR.:  The Big Brother's
20   program.
21       Q.   (BY MR. PRINGLE, JR.)  That's not the canard
22   you're talking about though, is it?
23       A.   No.
24       Q.   You're saying that it -- that boys often have
25   more power in a sexual relationship with an adult male

Thomas Hubbard Vol II
May 25, 2021                                    106 to 109

Page 106

1  because the boy is youthful and beautiful --
2      A.   Yes.
3      Q.   -- and that -- and that's what the adult sees?
4      A.   Yes, it's --
5      Q.   And --
6      A.   -- what many adults see.
7      Q.   And the boy can hold that youth and pow --
8  youth and beauty as power to manipulate the older -- the
9  older adult, correct?
10     A.   There are many Greek texts that confirm that.
11 And, again, this sentence is talking about the Greeks.
12     Q.   But you also say that's present in the -- in
13 the current world, isn't it, that boys have that
14 manipulative power over older men?  You don't say it
15 here, but you say it, don't you?
16           MR. SIBLEY:  Objection.
17     A.   You -- you'd have to show me the exact place
18 where I say --
19     Q.   (BY MR. PRINGLE, JR.)  Well --
20     A.   -- this.
21     Q.   I'm asking you, do you believe that to be
22 the case?
23     A.   That boys today sometimes have more power in
24 the relation -- well, I just told you that -- that under
25 current law, they do.

Page 107

1      Q.   Separate and apart -- I'm talking about the
2  power to entice sexual relations.  Do you believe that
3  sometimes boys entice older men into sexual
4  relationships by their youth and beauty?
5      A.   Yes.
6      Q.   Okay.
7      A.   There are many boys who initiate the
8  relationships.
9      Q.   Okay.
10     A.   As in the example -- and this is quite
11 frequent -- of boys who can go on these adult hook-up
12 sites and pretend to be 18 when they're younger.
13     Q.   And because of -- of their youth and beauty,
14 oftentimes it's the boys who have the power in the
15 relationship and the adult is powerless, true?
16           MR. SIBLEY:  Objection.
17     A.   Well, the boys have -- have the power to
18 withdraw from the relationship.  They have the power to
19 go to their parents or the police and misrepresent the
20 relationship.  I mean, if they find that the
21 relationship starts to become something they no longer
22 enjoy or feel that the man is abusive, they can cause
23 him an awful lot of problem.
24     Q.   (BY MR. PRINGLE, JR.)  You say:  Older men might
25 have more money, social connections, or experience of

Page 108

1  the world, but the young had the power of beauty which
2  to the estheticizing elite of an esthetically
3  sophisticated civilization, there was no insubstantial
4  advantage.
5           That's still true today, isn't it?
6      A.   No, my sentence is in the past tense.
7      Q.   Okay.  So, today, you don't think that the --
8  because of the power of beauty of youth, they don't have
9  an advantage over adult males in a sexual relations --
10 relationship?
11     A.   They may in some cases, but I would also say
12 that most people in our society are not part of the
13 estheticizing elite.  And I would also say our
14 civilization now is not esthetically sophisticated;
15 quite the contrary.
16     Q.   Let's go to page 132.
17     A.   Yes.
18     Q.   Under "A THOUGHT EXPERIMENT."
19     A.   Yes.
20     Q.   We have -- it -- it said -- you -- you -- well,
21 go ahead and tell us what the question is that you pose.
22     A.   "To what extent can the evidence of the Greek
23 model be applicable to modern Western societies?"
24     Q.   And let me stop you there.  You're asking, to
25 what evidence -- to what extent can the evidence of the

Page 109

1  Greek model of pederastic sexual relations between adult
2  males and young boys, correct?
3      A.   Teenage boys.
4      Q.   Teenage boys.
5           And you want to know, to -- to what
6  evidence can that model be applicable to today.  Go
7  ahead.
8      A.   Yes, and -- and what I go on to say in --
9      Q.   Go ahead and read it.
10     A.   Oh, you want me to read the whole paragraph?
11     Q.   Yeah.  Go ahead and . . .
12     A.   "We have in Greece the documented record of a
13 culturally advanced and highly successful society:  It
14 suggest that where age-discrepant relationships are
15 commonplace and positively reinforced, they cause little
16 or no long-term harm to the younger partner and often
17 confer great benefit in elite enculturation."
18     Q.   So, in answer to your question of to what
19 extent can the Greek model of sex between boys and men
20 be applicable, you say:  Well, we have in Greece this
21 evidence of this barely advanced and successful society
22 suggesting my muse -- or relationships are commonplace
23 and reinforced, the boy's not hurt, and it converts --
24 and -- and confers great benefits to society.  Is that
25 what you're saying?

Thomas Hubbard Vol II
May 25, 2021                                      110 to 113

Page 110

1    A.  No.  No.  It confers great benefits in elite
2  enculturation.  In other --
3    Q.  In benefit to society, though, isn't it?
4    A.  It -- it's a benefit to boys who are part of
5  the elite or ambitious to become part of the elite, and
6  that's not always.  And, you know, in democratic
7  society, the elites are no longer as dominant as they
8  were in pre-democratic society.
9    Q.  So, the answer to your question is, to what
10 extent can evidence of Greek pederasty be applicable to
11 today's world?  Well --
12   A.  Well --
13   Q.  -- here's -- here's what we know.  That back in
14 Greece, when these pederastic relationships were
15 commonplace and positively reinforced, didn't hurt the
16 boys a bit and conferred greater benefit to them, right?
17 That's how it could've -- that's how it could be
18 applicable to modern societies.
19   A.  What I am saying there is from the Greek
20 evidence -- which I have studied thoroughly.  I, you
21 know, published a 600-page sourcebook collecting all the
22 relevant text.  Aside from the myth of Chrysippus, which
23 we discussed -- and that was a myth formulated by the
24 Cryogenian Euripides -- we now have evidence that --
25 that -- you know, boys felt harmed by this.  The fact

Page 111

1  that it was mainly elite boys who were the ideal love
2  object and who would become future members of the elite,
3  also, you know, tells us, in a context where people
4  approve of such relationships, they are not necessarily
5  harmful.
6         Now -- now we are not an elite oriented
7  society today.  And the other thing that I go on to
8  explain in this section is that the real relevance is
9  that it shows that teenage boys were considered by the
10 Greeks to have the power of volution.  In other words,
11 the power to give or withhold consent in Greek society.
12 So, any arguments that are based on a, kind of,
13 universalizing assertion that no one below the age of 18
14 or 17 is capable of understanding enough about sex to
15 give consent are -- are really inconsistent with the
16 historical and anthropological and even psychological
17 evidence.
18   Q.  But you're touting of the benefits of these
19 pederastic sexual relationship between man and boy, that
20 when it's commonplace and reinforced, it causes little
21 to no long-term harm to the younger partner and confers
22 great benefits, and -- and that's the answer to the
23 question of:  How can this be applicable to the modern
24 world?  And your response is:  Well, look at all -- look
25 at all it did for Ancient Greece.  It was great back

Page 112

1  then.  Why isn't that applicable today?
2    A.  As I previously stated in response to your
3  previous question:  We are not a society that encourages
4  elite enculturation.  We are a democratic society.  And
5  as I argued in this other article we talked about,
6  pederasty is fundamentally incompatible with democracy.
7    Q.  So, why is that the answer to -- to what extent
8  can the evidence of the Greek model be applicable to
9  modern western societies?  Why do you answer it that
10 way?  That's the question you pose, and you answer it:
11 It was great back then.  This should be applicable to
12 modern society.
13   A.  If modern society were to return to being an
14 aristocratic society in which you learned elite behavior
15 from other elite men, it might present advantages.  And
16 then as I go on to say in the next sentence:  Such
17 relationships provided the young men, the erastés, the
18 lovers with an alternative to early marriage and --
19   Q.  You say that in addition?
20   A.  Yes, so that's another answer to the question.
21 And a third answer to the question is what I say later
22 in this section, is what it proves about the capacity of
23 teenage boys to assert consent or nonconsent.  And all
24 of our Greek evidence, whether either graphic or
25 literary very much shows they did because there is much

Page 113

1  evidence of boys turning men down, emphatically turning
2  them down, or choosing to abandon a partner for someone
3  else.
4    Q.  Could so -- could someone reading your article
5  come away with the conclusion that it's your opinion
6  that where age-discrepant relationships are commonplace
7  and positively reinforced, sex between man and boy, they
8  cause little or no long-term harm to the partner and he
9  actually benefits from it?
10       MR. SIBLEY:  Objection.
11   A.  That was the situation in Ancient Greece based
12 on the evidence we have.
13   Q.  (BY MR. PRINGLE, JR.) And is it your opinion
14 that's the case today?
15   A.  No, because they are not positively reinforced
16 in our society.
17   Q.  But if I they were --
18   A.  They --
19   Q.  -- positive --
20   A.  -- they -- they are -- are -- are very much
21 stigmatized.
22   Q.  So, then, how is that applicable to modern
23 western societies, what you -- what you cite there?
24   A.  It shows that such relationships are not
25 inherently harmful as a law of nature, because we have

Thomas Hubbard Vol II
May 25, 2021                                    114 to 117

Page 114

1  all these societies where it is.  And it's not just
2  Ancient Greece.  This is well attested in the
3  anthropological record and in the historical record of
4  virtually all of western civilization and eastern
5  civilization too.  I mean, the Chinese don't even have
6  the concept of an age of consent.
7      Q.  So, there's nothing inherently harmful
8  between -- in -- in sex between an adult male and a
9  14-year-old boy, in your mind?
10     A.  Given that there are so many 14 year olds --
11 even in our society today where it is not positively
12 enforced who -- who say that they found it a positive
13 experience; that even with the extreme stigmatization of
14 those relationships today, there are still a lot
15 nevertheless say it was positive.
16         Now, if -- if our society were like
17 Ancient Greece, in terms of celebrating such
18 relationships as -- as something that is fashionable and
19 elite, the situation would be very different.  But, of
20 course, that's not true in our society.  It's not likely
21 to become true in our society.  Again, as I've argued in
22 the other article, it's fundamentally incompatible with
23 democracy, and I -- I do -- whatever else happens, I
24 don't see us returning to an aristocratic system.
25     Q.  Well, you go on to pose the question, at the

Page 115

1  top of page 134, to the similar flexibility in regard to
2  sexuality and symol -- citizenship fit the modern world.
3      A.  I pose a question.
4      Q.  And how do you answer it?
5      A.  Under certain conditions, it might be able to.
6      Q.  Under certain conditions, sex between an adult
7  male and a 14-year-old boy might fit in modern world?
8      A.  It -- it fits the modern world in Germany, and
9  Italy, and -- and Taiwan, and South Korea, and all these
10 other countries.  And the evidence is that mental --
11 that adolescent mental health suicide rate -- adolescent
12 suicide rates are -- are lower in those countries.  The
13 mental health of adolescents is generally better in
14 countries that have a more tolerant attitude to
15 sexuality and give young people better sex education
16 than we do here in the U.S.
17     Q.  You question whether pederastic mentorship is
18 harmful and exploitative in our society.  That's
19 something that -- that's a question that you asked,
20 correct?
21     A.  Yes, it's a question.  That's what we do as
22 scholars is we ask questions.  We don't always have the
23 answers.
24     Q.  You got an answer to that one though?
25     A.  I -- I believe that it is not necessarily

Page 116

1  harmful and exploitive, but it often is; but not always.
2  Again, I mean you've got this percentage of -- of people
3  who say that those relationships -- reflecting back in
4  their adult years on the relationships they had as
5  adolescents with someone who may've been a few years
6  older, we -- we have people saying that, on balance, it
7  was more positive than negative.
8      Q.  Or at least I remember the quote.  At least I'm
9  telling you I remember it that way.  That's what we're
10 hearing, right?
11     A.  I -- I think as I have said previously, most
12 people remember their first sexual experience very
13 powerful and remember whether it was something they were
14 into or -- or something that, you know, they found to be
15 traumatic.
16     Q.  Or something they found to be shameful and
17 never to be repeated again?
18     A.  Yes, that, too --
19     Q.  Yeah.
20     A.  -- because it's marginalized in our society.  I
21 mean, we -- we have no-nothing social workers who
22 haven't studied the real scholarship but just
23 communicate whatever they learned in their MSW program
24 of -- who convinced people who tell them that they had
25 sexual relationships that:  Oh, you were really

Page 117

1  exploited.  You -- you may have thought that you liked
2  that man and that he was really helping you, but he was
3  exploiting you.  He was using you.
4          And all your life problems can be traced
5  back to that.  That is what a lot of rather stupid
6  social workers tell their clients, and --
7      Q.  Well --
8      A.  -- it's very harmful.
9      Q.  What you say is:  There's much wisdom that can
10 only be learned through one-on-one interaction with an
11 older and more experienced practitioner of an art or
12 skill.
13     A.  Yes.
14     Q.  By that, are you meaning that a young man of
15 14, 15 year old can learn quite a bit from sex with an
16 older man?
17     A.  He can learn quite a bit about sex.  I mean, an
18 older part -- a partner who's a few years older is much
19 more likely to practice safe sex than if the boy is
20 having sex with someone his own age.  He's much more
21 likely, you know --
22     Q.  He -- he probably perfected his technique?
23     A.  Yes.  And, yeah, I mean he -- he's much more
24 likely to know how to have anal sex without it hurting
25 than another 16 or 15 year old would.  He -- and he's --

Thomas Hubbard Vol II
May 25, 2021                                    118 to 121

                                                          Page 118
1   he's -- you know, he -- he's more mature in other
2   respects.  I mean, he's less likely to use force.  I
3   mean, you know about the peak ages are for likelihood to
4   commit rape?  They're 17 and 18.
5        Q.   So, these things about the techniques of anal
6   sex and how to perform sexually, that's something that a
7   14-year-old boy can, and probably should, learn from an
8   older practitioner?
9             MR. SIBLEY:  Objection.
10       A.   I'm not saying "should."
11       Q.   (BY MR. PRINGLE, JR.) But they certainly can.
12       A.   I'm saying "can," but I'm not saying "should."
13       Q.   And you want to give that 14-year-old boy the
14  opportunity to do that?
15       A.   If he wants to and if it is legal in his
16  jurisdiction.
17       Q.   And do you think it should be legal in -- in
18  all jurisdictions?
19       A.   I would be comfortable with an age of consent
20  of either 14 or 15 for adolescent boys --
21       Q.   Okay.
22       A.   -- but not for adolescent girls.
23       Q.   What -- what about for teens who are neither
24  boys nor girls?
25       A.   I mean, for -- for those who are gender queer

                                                          Page 119
1   and --
2        Q.   What's --
3        A.   -- or for --
4        Q.   -- your age of consent for them?
5        A.   -- transsexual, the evidence shows that they
6   are less likely to want to be sexual with anyone --
7        Q.   And my --
8        A.   -- for that age.
9        Q.   -- question's different though.  What is --
10  what is your position on the appropriate age of consent
11  for individuals who don't declare as a boy or a girl?
12            MR. SIBLEY:  Objection.
13       A.   It -- it depends on the individual
14  circumstances.  If they have been given puberty
15  blockers, which is an increasingly common prescription
16  for prepubescent kids who question their gender
17  identity, then they have not yet come to puberty.  And
18  if you remember my saying, that -- that I only advocate
19  sexual freedom for boys who have reached the age of
20  puberty.
21            Now, if a female-to-male individual is
22  receiving heavy doses of testosterone and hormonal
23  treatment, then their sexual desires may be intensified,
24  in -- in which case, you know, we -- we should consider
25  giving them the same choices as boys.  But if you're

                                                          Page 120
1   talking about someone who is genuinely gender neutral
2   and has been rendered such by puberty blockers, I think
3   it would be problematic.
4        Q.   How do you articulate this different age of
5   consent, one for boys and one for girls, when that
6   doesn't cover everybody?
7             MR. SIBLEY:  Objection, form.  Objection.
8        A.   Well, separate provision would have to be made
9   for the other varieties of gender identity --
10       Q.   (BY MR. PRINGLE, JR.) How would --
11       A.   -- and I don't -- I personally don't know the
12  answer to that question.  I don't know everything,
13  believe it or not.  I mean, I ask questions; that's what
14  scholars do.  I don't have all the answers; none of us
15  do.
16       Q.   You go on to say -- where you talk about how
17  these kinds of things, like anal penetration, can be
18  learned through one-on-one interaction with an older,
19  more experienced practitioner, or skill.  You go on to
20  say that particularly for those not born to privileged
21  family backgrounds or who -- boys who grow up without
22  fathers, social graces or eloquence and more awareness
23  can most readily come from close personal intimacy with
24  older, respected, extra -- extrafamilial role models
25  en -- embody in these capacities.

                                                          Page 121
1             Are you saying that boys can acquire the
2   social graces and more eloquence and more awareness from
3   an adult with whom they have a sexual relationship?
4        A.   Yes.  Many boys are -- I mean grow up in
5   dysfunctional families, particularly gay boys whose
6   families may not approve of that identity or may kick
7   them out of their house.
8             I -- I feel I've learned a great deal from
9   my first relationship, which, you know, wasn't an adult
10  age but with a man 16 years older than me who, you know,
11  was of much higher social class than my family was.
12       Q.   All right.  But you're saying that this
13  phenomenon of pederasty, of sex between boys and men,
14  can also provide such boys with a father figure?
15       A.   Yes.  I mean, quite often -- like, I would say
16  more often than not, boys who are gay or bisexual tend
17  to have a missing father.
18       Q.   And so your solution, then, is a sex partner?
19       A.   I think --
20       Q.   It's one solution?
21       A.   -- I -- it is one possible solution.  It's not
22  the only one.
23       Q.   Okay.  And I'm onto the next page, on the right
24  side of the page there.  No, don't -- you don't even
25  need to flip it.  It's 135.

Page 122

1    A.   Uh-huh.
2    Q.   You talk about "liberal sex education curricula
3  in the U.S."  Do you see that sentence that about six
4  or --
5    A.   Is this --
6    Q.   -- seven lines?
7    A.   -- in the first paragraph?
8    Q.   Yeah, it's about six or seven lines down.
9    A.   Oh, okay.  Yes, I see.
10   Q.   "liberal sex education curricula in the U.S.
11 centers upon sexuality as something for risk and danger
12 for the young, whether in the form of unplanned
13 pregnancy or sexual transmitted diseases."
14        You seem critical of that.  Are you
15 critical of that?
16   A.   It was certainly the nature of the sex
17 education that I received at a fairly progressive high
18 school in, you know, well-to-do San Francisco suburb.
19 It was almost all about diseases and pregnancy.  There
20 was nothing about relationship education.  Scant mention
21 of love and what it means to love and care for another
22 person.  It would typically be either the biology
23 teacher or one of the coaches who would teach those
24 classes.  And -- and -- and, you know, California, in
25 the 1970s, was a -- a pretty progressive state compared

Page 123

1  to much of the rest of the U.S.
2    Q.   So, you -- you would agree that those are
3  proper subjects in sex education, right, unplanned --
4    A.   Oh, yes.  It --
5    Q.   -- pregnancy --
6    A.   -- should be included.
7    Q.   -- and sexually transmitted diseases?
8    A.   It should be included, but it should not be the
9  only thing, 'cause if you make it the only thing, that
10 fright -- frightens young people and makes them consider
11 sex dangerous and -- and something that's going to be
12 traumatic, and I don't think that's psychologically
13 healthy.
14   Q.   Isn't sex a little dangerous?
15   A.   Life is a little dangerous.  In fact, more than
16 a little.
17   Q.   Life doesn't create babies; sex does.  So,
18 isn't sex a little dangerous for kids?
19        MR. SIBLEY:  Objection.
20   A.   Unprotected sex is.
21   Q.   (BY MR. PRINGLE, JR.) But you're say --
22   A.   Sex without birth control is.
23   Q.   You go on to criticize the curriculum in public
24 school systems --
25   A.   Uh-huh.

Page 124

1    Q.   -- correct?
2    A.   Yes, I do.
3    Q.   Because you say:  Virtually no curriculum
4  instruct students in options and techniques for
5  generating and multiplying mutual pleasure, which is
6  what sexuality should really be about.
7        Did I read that correctly?
8    A.   Yes.  That's a point that a lot of scholars
9  examining American sex education make.  I mean, Judith
10 Levine, Janice Irvine.
11   Q.   Is it your -- is it your position, then, that
12 sex education curriculum in the public school system
13 should be teaching techniques for generating and mul --
14 multiplying mutual pleasure, such as masturbation
15 techniques, oral sex techniques, anal penetration
16 techniques; things of that nature?
17   A.   Surgeon General Joycelyn Elders recommended it
18 include masturbation.
19   Q.   Okay.  And you agree with that, that should be
20 part of sex education?
21   A.   Yes, just as the -- the risks and dangers
22 should.  I think it should be a mix of -- of what sex
23 can offer that is good and, you know, what the risks
24 are.
25   Q.   Let's go on to the next paragraph:  Sex

Page 125

1  education is always awkward within the nuclear family,
2  where any positive discussion of sex gives off a whiff
3  of incest.
4        What does that mean?  Somebody talks about
5  incest, you think that dad wants to screw you?
6    A.   No, that's not what I say.  But, if -- if you
7  know, parents encourage or appear to be encouraging of
8  sexual activity among their kids, particularly sexual
9  activity of a certain sort, that can be very
10 uncomfortable for them.
11   Q.   You think sex education in the nuclear family
12 should be the parents encouraging kids in sexual
13 activity?
14   A.   No.  I think it's better left to someone whom
15 the parents trust who is outside the fam -- immediate
16 family.
17   Q.   So, why does --
18   A.   And that's why it should be part of a
19 curriculum in high school.
20   Q.   Why does positive discussion of sex give off a
21 whiff of incest?  I don't get that at all.
22   A.   All I can say is that my experience as an
23 adolescent was I was very uncomfortable any time my
24 parents talked about it.
25   Q.   Okay.  That's a sample size --

Thomas Hubbard Vol II
May 25, 2021                                    126 to 129

Page 126

1    A.   Being --
2    Q.   -- of one.
3    A.   -- be -- well, yes, but I think it's probably
4  an experience a lot of gay teenagers have, given that
5  their parents have, in most cases, no experience of
6  being sexual . . .
7    Q.   But you say:  Any positive discussion of sex
8  gives off a whiff of incest.
9         You're basing that just on your own
10  personal experience and nothing else?
11    A.   Well, my experience and the experience of -- of
12  other gay men I know.  I'm primarily thinking about gays
13  there.
14    Q.   And -- and you say:  This pedagogical
15  mentorship by someone older, trusted, admired friend
16  such a bad idea?  Can you --
17    A.   I'm ask -- I'm asking questions; I'm not giving
18  answers.
19    Q.   I know.  But when you ask if it's such a bad
20  idea, doesn't that suggest it may not be a bad idea?
21    A.   I mean, show me where on the page this says --
22    Q.   It says:  "In this context, is pedagogical
23  mentorship by someone older, trusted and admired friend
24  such a bad idea?"
25    A.   It's a good question.

Page 127

1    Q.   You asked it.
2    A.   I don't necessarily have the answer.
3    Q.   Well, isn't -- isn't the comp -- isn't the gist
4  of that question questioning whether it's a bad idea or
5  not?
6    A.   Yes --
7    Q.   Okay.
8    A.   -- in a situation of pedagogical mentorship.
9  Now, not all sexual relations between adults and
10  adolescents are that.
11    Q.   Well, you're talking about positive sex --
12  positive discussions of sex, and then your next sentence
13  says, "As with most other skills, doesn't one learn by
14  doing?"
15         Are you suggesting that one learns sex by
16  performing sex?
17    A.   Yes.
18    Q.   And does this just follow your question about
19  mentorship by older, trusted, and admired friend?
20    A.   Yes.
21    Q.   And so are you suggesting that young boys could
22  learn those skills by engaging them with a older,
23  trusted, mature sexual partner?
24    A.   I think they would -- it would be more
25  pedagogical to someone more experienced, yes.  And you

Page 128

1  also need to note what I say there about primate
2  behavior, which was discussed in an earlier article in
3  the special issue.
4    Q.   I'm gonna get there.  I haven't gotten there
5  yet.
6    A.   Well, I mean it's entirely relevant to that
7  question.
8    Q.   Okay.  So, have you answered that question?  Is
9  pedagogical mentorship by an older, trusted, and admired
10  friend a bad idea?  And doesn't one learn by doing?
11  Doesn't one learn to have sex by having sex with an
12  older, trusted, and admired friend?
13    A.   Well, where do you say that I ask that?
14    Q.   I'm waiting.  I'm waiting for your answer.
15    A.   I don't know the answers.  I pose questions;
16  that's what scholars do.
17    Q.   So, you pose this question, and you don't
18  answer it?
19    A.   I am epistemologically humble.
20    Q.   Well, I don't have an -- no idea what that
21  means.
22    A.   I -- I've told you I don't --
23    Q.   I told you the history --
24    A.   -- know all the answer.  I don't know all the
25  answers.  I -- I -- I pose questions to help people get

Page 129

1  outside the box of their own received assumptions.
2    Q.   So, then --
3    A.   And that disturbs some people, but it's what
4  intellectuals do.
5    Q.   So, as we sit here today, you don't know your
6  position about whether or not pedagogical member --
7  mentorship with an older, trusted, and admired friend is
8  a bad idea?
9    A.   Well, I would say, if by pedagogical
10  mentorship, we are talking about mentorship in -- in all
11  respects.  It usually is a good idea.  Now, if we're
12  talking specifically about sexual pedagogy --
13    Q.   Which is what you're talking about here.
14    A.   -- is, that -- it's still formulated as a
15  question to which I do not have a certain answer.
16    Q.   So, you can't answer that idea, whether it's a
17  good idea for young people to learn by doing, by having
18  sex with an older man; you just don't know?
19    A.   Can I talk about the primate behavior that is
20  part of this sentence?  That will explain my answer.
21    Q.   I need an answer to that.  Do -- do you know
22  whether you have an answer to that question?
23    A.   I cannot answer it unless I'm allowed to
24  explain the whole sentence.
25    Q.   Okay.  Let's -- you want to talk about the

Thomas Hubbard Vol II
May 25, 2021                                    130 to 133

Page 130

1    monkeys, talk about the monkeys.  Go ahead.
2       A.   Well, actually we're talking about the greater
3    apes.
4       Q.   Okay.
5       A.   And what the zoological studies have shown is
6    that relationships between an older and stronger ape and
7    a younger one, whose development is approximately equal
8    to the adolescent stage in humans, that -- that such
9    same sex relationships and also opposite sex
10   relationships are quite common in the behavior of our
11   evolution -- of our most direct evolutionary ancestors.
12           And what the studies have shown, that it
13   is that if apes have absolutely no experience as
14   adolescents, that they are not capable of mating then
15   when they become adult.  And it also shows that it's
16   very seldom that adolescent stage apes have sex with
17   other adolescent stage apes.  It is usually with an ape
18   who is older and stronger and can help protect them in
19   the very competitive communities that colonies of apes
20   tend to be.  That's what the zoology and evolutionary
21   biology shows.
22      Q.   Perfect.  Let's go on to the next sentence.
23   And again, you're still talking about the -- the skills
24   and the benefits of personal, intimate relations between
25   adult males and 14-year-old boys.

Page 131

1            You -- you asked the question:  Doesn't
2    one learn the most from those who are already
3    experienced rather than some other -- from other
4    blundering ill-informed, emotionally immature teenagers?
5       A.   It's a good question.
6       Q.   Yeah, and you say:  Doesn't one learn the most?
7            You think they do learn the most?  That --
8    that youths can learn the most about sex from an adult?
9    You show them the ropes, whose already experienced
10   rather than those other blundering teenagers?
11      A.   Isn't it obvious?
12      Q.   You believe that?
13      A.   Oh.  I -- it's obvious in all matters, that one
14   learns more from someone who is experienced and more
15   mature than from someone who is equally unexperienced
16   and immature.
17      Q.   So, you meant --
18      A.   I mean, that -- that's a true -- it's almost a
19   truism.
20      Q.   If you say-so.
21           You ask --
22      A.   I mean, do -- do you think kids get better
23   education about sex from other kids than they do from
24   adults.
25      Q.   See, I get to ask the questions; you get to

Page 132

1    answer them.
2       A.   I'm posing a rhetorical question as an answer.
3       Q.   Okay.  And I'll take that.
4       A.   And all of these are rhetorical questions.
5       Q.   Yeah.  But your position is, young men learn
6    the most about sex from having sex with older men?
7       A.   I certainly did.
8       Q.   And that's an advantage of those pederastic
9    relationships.
10      A.   I believe so.  An advantage of many of them, as
11   long as there's no coercion, or manipulation, or legal
12   village.
13      Q.   Then, you go on to say -- you -- you -- and
14   this is where you -- on the next page.  This is page
15   136.  You talk about Dr. Rind?
16      A.   Uh-huh.
17      Q.   You say:  Most gay or bisexual men who as
18   underage children had sexual relationships with a
19   significantly older partner rate the relationship with
20   somewhat positive in their development if it was
21   noncoercive and sustained, correct?
22      A.   Yes, that's this 2001 article.
23      Q.   Right.
24      A.   Which was based on Rich Savin-Williams' work.
25      Q.   And there was some controversy about

Page 133

1    publication of that article, correct?
2       A.   No, there was not.
3       Q.   And do you know Dr. Rind?
4       A.   Yes, I do.
5       Q.   And how do you know him?
6       A.   I first met him when I was a fellow at the
7    Institute for Advanced Study in Princeton, because he
8    lives in Philadelphia.
9       Q.   And so that would've been what, in --
10      A.   2002.
11      Q.   So, you've known Dr. Rind since 2002, and
12   Dr. Rind's from Philadelphia?
13      A.   Yes.
14      Q.   And how often do you see Dr. Rind?
15      A.   Well --
16      Q.   Can -- can I -- can I --
17      A.   -- maybe once a year or so.
18      Q.   I was gonna broaden that to how often do you
19   have contact with him?
20      A.   Oh.  I mean, he and I talk on the phone and --
21   and communicate via e-mail rather often.
22      Q.   Daily?  Weekly?  Monthly?
23      A.   Oh, certainly not daily; maybe monthly.
24      Q.   Okay.  And Dr. Rind, has he ever been a member
25   of NAMBLA?

Thomas Hubbard Vol II
May 25, 2021                                  134 to 137

Page 134

1    A.   Not that I know of.
2    Q.   Have you ever asked him?
3    A.   No.
4    Q.   Had -- has Dr. Rind ever spoken at NAMBLA?
5    A.   Not that I know of.
6    Q.   Have you ever asked him?
7    A.   No.
8    Q.   Has Dr. Rind come under any sort of criticism
9  for his studies?
10   A.   Yes, certainly.
11   Q.   Okay.  You go on to say --
12   A.   Criticism by -- I mean, the only two articles
13  that attacked his studies were by some psychologists who
14  believe in recovered memory syndrome and multiple
15  personality disorder, and, you know, the -- these
16  strange phenomena that have been thoroughly debunked in
17  psychology.  His article was published in Psychological
18  Bulletin, which is the top rated academic journal in
19  that field.  It was subjected to -- now because of the
20  political objections, it was subjected to the deet -- a
21  special issue of that journal later on.  It was looked
22  into by the American Academy of Sciences, and -- and all
23  of those concluded that this was unproblematic.
24            MR. PRINGLE, JR.:  Objection,
25  nonresponsive.

Page 135

1    Q.   (BY MR. PRINGLE, JR.) You go on to -- if I pose
2  the question again -- question but no answer -- but you
3  say -- and I'm reading from here.
4    A.   Uh-huh.
5    Q.   Right before III.
6    A.   Uh-huh.
7    Q.   You ask:  "Could it be that in our zeal to
8  predict vulnerable underage females, we have set up a
9  legal regime that does unnecessary harm to underage
10  males by suppressing and even punishing the entirely
11  natural and powerful sexual urges that every male feels
12  at the age of puberty, but cannot always fulfill with
13  partners his own age?"
14   A.   Yes.
15   Q.   Do you have any --
16   A.   This is particularly true for gay males who
17  are -- are reluctant to come out among their high school
18  peers.
19   Q.   And so your position is, if it isn't for those
20  gay males, adult males is often all they have?
21   A.   Yes, that's why so many of them go on to these
22  hook-up cites pretending to be 18, when they're not.
23            MR. PRINGLE, JR.:  Objection,
24  nonresponsive.
25   Q.   (BY MR. PRINGLE, JR.) So -- okay.  So, can you

Page 136

1  answer that question?  Have we set up a legal regime
2  that does unnecessary harm to underage males by imposing
3  an age of consent on them that prevents them from
4  hooking up with adult males?
5    A.   I think in the case of -- of gay adolescents,
6  may -- gay male adolescents, who are the ones that I'm
7  primarily concerned with in my work, I -- I think, lack
8  of -- of sexual experimentation is psychologically
9  probable, and this is often not feasible with their own
10  couverts.  I -- I -- I mean, numerous studies have shown
11  that gay boys tend to have sex at an earlier age than
12  heterosexual boys and that their partners tend to be
13  older than the partners of heterosexual boys.
14            MR. PRINGLE, JR.:  Objection,
15  nonresponsive.
16   Q.   (BY MR. PRINGLE, JR.) So, is the answer to that
17  question "yes," that in our zeal to protect vulnerable
18  underage females, you've set up a regime that does
19  unnecessary harm to underage males by suppressing and
20  even punishing their sexual urges?
21   A.   I -- I will stand by my answer that --
22   Q.   Is that "yes"?
23   A.   -- you said was nonresponsive.
24   Q.   But is it "yes," that we have to atone for
25  them?  That's all I want to know.

Page 137

1    A.   The answer is more complex than a simple "yes"
2  or "no."
3    Q.   Is it more "yes" than "no"?
4    A.   There is evidence that it could be a "yes."
5  I -- I'm not aware of the evidence that it is likely
6  "no," but if you want to present it to me, I will
7  consider it and respond.  Where -- where -- where is
8  your evidence that it's not?
9    Q.   Did you quantify the sentence by limiting it to
10  the -- to the young gay males that you're concerned
11  with, or is it a -- does your sentence apply to all
12  boys?
13   A.   It would apply to heterosexual boys who might
14  want an experience of -- with an adult woman, given
15  that, you know, the -- the -- the models of female
16  beauty that we have in our society are often, you know,
17  actresses or models.
18            I remember back when I was growing up, it
19  was Raquel Welch that all of us wanted to -- or -- or
20  that those of us who were heterosexual wanted to be
21  with, and even I found Raquel Welch very attractive.
22            I -- I've had some heterosexual men tell
23  me that there relationship with a sympathetic adult
24  female is what saved their life and that otherwise they
25  would've committed suicide.  So, yes, when you're

Page 138

1  talkings needs to be timed, I -- I believe that this
2  applies to heterosexual boys in relation with -- with --
3  with women.
4            Studies have shown that, you know, by the
5  age of 12 or 13, the vast majority of boys and even
6  girls have seen online pornography, and all of the
7  models practicing sex, very raw sex are adults.  So,
8  it -- it -- it's -- it's not unreasonable that that is
9  what they would associate with being sexually attractive
10 and -- as opposed to some skinny, silly high school
11 girl.
12           MR. PRINGLE, JR.:  Objection
13 nonresponsive.
14      Q.   (BY MR. PRINGLE, JR.) Let's go on to the next
15 page.  It's actually page 138.  It's a -- this is --
16 this is at the end of a discussion about the historical
17 evolution of the age of consent law.  Are you with me?
18      A.   Yes, the historical evolution of the United
19 States and the U.K.
20      Q.   Yes.
21           You say:  "Many of the sad by-products of
22 the naive and self-righteous era, including the laws on
23 age of consent, linger with us."
24      A.   What part of the page?
25      Q.   Middle of the page on page -- it's the last

Page 139

1  part of that paragraph, on page 139 -- 8.
2      A.   Yes, this is in the context of prohibition
3  being counterproductive and the war on drugs being
4  counterproductive.
5      Q.   So, you -- you continue to say, and I think you
6  testified earlier, that they were a legal fiction, that
7  the laws on the age of consent are a sad by-product of
8  earlier, uninformed times?
9           MR. SIBLEY:  Objection.
10     A.   Well, I -- I explained the historical origin of
11 raising the age of consent from what used to be 10 or
12 12, in all American states, to 16 or 18, which, you
13 know, that campaign began in the 1880s and continued
14 into the Progressive era.  And, yes, I -- I -- I do
15 think that that time was one that had a lot of attitudes
16 toward sexuality that no longer characterize our simple
17 age today.
18     Q.   (BY MR. PRINGLE, JR.) And why is that
19 by-product sad?
20     A.   I, as a Libertarian, I think all efforts to
21 regulate sexual behavior by people who are cognizant
22 enough to assert consent and nonconsent are a
23 fundamental violation of human freedom and will.
24     Q.   And so you believe that a -- a child can --
25 should be able to give consent before he can get a

Page 140

1  driver's license?
2           THE REPORTER:  I'm sorry, before he can?
3           MR. PRINGLE, JR.:  Get a driver's license.
4           THE REPORTER:  Thank you.
5      A.   The Greek evidence and the evidence of many
6  other cultures where the age of consent is 14 or 15 do
7  suggest that.
8      Q.   (BY MR. PRINGLE, JR.) Well, the Greeks didn't
9  have a driver's license, did they?
10     A.   But -- but what the evidence does show is that
11 before the age of 16.
12     Q.   And -- and your position is, it's a sad
13 by-product of an earlier age because the evidence is, is
14 that a proper age of consent or a better age of consent,
15 as you've articulated it, is 14 or 15 before they can
16 get a driver's license?
17     A.   Yes, I -- I -- I don't see what driving has to
18 do with a boy's sexual urges.  These are completely
19 different realms of -- of activity.
20     Q.   Do you know why people have to wait till
21 they're 16 to get a driver's license?
22     A.   It -- it has to do with issues, like, height
23 and --
24     Q.   Height?  You say "height"?
25     A.   Well, someone who's 4-feet tall has trouble

Page 141

1  driving a car.  It -- it has to do with the greater
2  likelihood of them getting into accidents.
3      Q.   Why is that?
4      A.   Because of inexperience.
5      Q.   And judgment?
6      A.   Yes, perhaps.
7      Q.   Do you think that's one reason for these sad
8  by-products of the age of consent is a boy who's 14
9  maybe doesn't have a real good judgment yet?
10          MR. SIBLEY:  Objection.
11     A.   All we can do is look at the evidence of
12 countries or historical cultures where they did have
13 that freedom at the age of 14 or 15.
14     Q.   (BY MR. PRINGLE, JR.) But -- but that's not my
15 question.  Do you think that's one reason for the
16 current age of consent, because a child of 14 doesn't
17 have a fully formed sense of judgment?
18     A.   Well, that's the reason that some people would
19 cite.  I happen to think it's incorrect.
20     Q.   Okay.  And on page 141 now of this article.
21     A.   Yes.
22     Q.   Now, the feminist -- at the top of the page.
23          "Feminist advocacy of gender-neutral
24 language was not based on any evidence that sex between
25 adolescent boys and adult women (or for that matter

Thomas Hubbard Vol II
May 25, 2021                                    142 to 145

Page 142

1  adult men) was necessarily or even harmful to boys --
2  usually harmful to boys."
3      A.   Yes, that's correct.
4      Q.   You haven't seen any evidence that sex between
5  adult men and adolescent boys is ever or mutually
6  harmful to boys?
7      A.   Oh, it -- it sometimes is.  But again, the
8  studies that I have seen suggest that in the majority of
9  cases, if it is non -- if it is not coercive, it -- it
10 is not harmful.  I mean, there have been studies, for
11 example, that have compared three -- I mean, it's been
12 studied in the archives of sexual behavior in the last
13 few years examining the differences between three
14 populations of the people whose first sexual experience
15 was with a peer of the same age, those who first --
16 whose first sexual experience was as an adolescent with
17 an adult, and those whose sexual experience -- whose
18 first sexual experience did not occur until they were an
19 adult with another adult.  And what those studies show
20 is that the later psychological adjustment of those
21 three populations was, approximately, the same.  There
22 is no statistical difference.
23          And moreover, that in terms of sexual
24 functioning, by which we mean things like erectile
25 dysfunction and the compulsivity, that, actually, the

Page 143

1  group that rated the highest were those who, as
2  adolescents, had their first relationship with an adult.
3  So, yes, there -- there is no evidence that it is
4  harmful in most cases, as long as it is consensual and
5  legal.  Now, it can be very harmful if it's illegal.
6      Q.   And consent is often in the eye of the
7  beholder?
8      A.   I think we have to trust the judgment of the
9  party who gave consent.
10     Q.   Trust the judgment of the 14-year-old boy, in
11 our example, correct?
12     A.   If he says that he himself pursued it or went
13 along with it and desired it, I -- I -- I -- I think we
14 have to trust that, particularly if he says that once he
15 is of adult age and has more understanding.
16     Q.   So, let's go to top of page 143.
17          You say:  The linking of gender-neutral
18 language with age-span provisions has had the effect of
19 legitimizing relationships between bumbling and
20 insensitive teenagers at the -- at the same time they
21 have prevented teenage boys from engaging in proper
22 learning experiences (physical and emotional) with
23 somewhat older and more adept partners.
24     A.   Yes, I would stand by that.
25     Q.   So, part of your criticism here is this

Page 144

1  gender-neutral language prevents the young boy, the 14
2  year old, from having sex -- consensual sexual relations
3  with an older and more adept man, true?
4      A.   Yes.  There was -- I mean when state
5  legislatures considered incorporating gender-neutral
6  language into the age of consent laws, it was not based
7  upon any scientific testimony.
8      Q.   And you consider those sexual relations between
9  the 14-year-old boy and the adult man as, quote, proper
10 learning experiences, is -- be included within that
11 group?
12     A.   The word "proper" also means properly defined.
13 Look at the Oxford English Dictionary, III.  Experiences
14 that can be properly defined as learning experiences.
15 Now not all sexual relations are.
16     Q.   But it's clear that you're referring here to
17 proper learning experiences as relations between teen
18 boys and adult men, among others, true?
19     A.   Experiences that are properly defined as
20 learning experiences.
21     Q.   Well, I'm -- I -- where does it --
22     A.   O-E --
23     Q.   -- say "defined"?  I -- I didn't see that.
24 Where is that?
25     A.   That is the definition of the word proper in

Page 145

1  OED, III, under that word:  So whereupon.
2      Q.   So, are these learning experiences proper or
3  not?
4      A.   They are properly defined as learning.  See,
5  I'm -- you see, I'm adding a contingency there.
6      Q.   Proper is -- proper is what?  It's an
7  adjective?
8      A.   Yes.
9      Q.   And what does it modify?
10     A.   Nouns.
11     Q.   The learning experience?
12     A.   Yes.
13     Q.   So, you're saying that the learning experience
14 was proper, right?
15     A.   The word "proper" has more than one definition.
16     Q.   But you're using it as an agentive, aren't you?
17     A.   It has more than one definition as an all --
18 add -- adjective.  Just look up the LED article.  I
19 mean, it has, at least, three meanings.  Its original
20 meaning is derived from the Latin proper use which means
21 one's own.
22     Q.   Okay.
23     A.   I mean, it is not necessarily saying it
24 means --
25     Q.   Is that what you meant, one's own learning

Thomas Hubbard Vol II
May 25, 2021                                    146 to 149

Page 146

1   experience?
2       A.   No.  What I meant was OED, 3, properly defined.
3   Properly speaking.  That is the definition of "proper"
4   even as an adjective.
5       Q.   And so you would agree that someone reading
6   this perusing your text might come away with the
7   impression that this sentence means that you believe
8   that sex between boy -- teen boys and adult men can be a
9   proper learning experience, the phrase you used?
10      A.   I don't believe someone would believe that who
11  has read the whole article with care.
12      Q.   You think somebody --
13      A.   And who --
14      Q.   -- might believe that who's met you?
15      A.   Someone who has met me?
16      Q.   Yeah, met you and knows you as they talk to
17  you.
18      A.   If they have talked with me about these issues,
19  I would make it very clear to them that I strongly
20  advise against anyone having a relationship with an
21  adolescent in today's society in the United States.
22      Q.   That would be an improper learning experience,
23  wouldn't it?
24      A.   Because it is unlawful.
25      Q.   Okay.  So, sex between an adult male and a teen

Page 147

1   boy would be an improper learning experience, wouldn't
2   it?
3            MR. SIBLEY:  Objection.
4       A.   In the United States today.
5       Q.   (BY MR. PRINGLE, JR.) Okay.  It wouldn't be a
6   proper learning experience, as you've described it; it
7   would be improper.
8            MR. SIBLEY:  Objection.
9       A.   What I described was OED, III, something that
10  is properly defined as a learning experience; that is
11  what I meant.  Now, I can see the possibility where a
12  naive reader who isn't very bright might misinterpret,
13  you know, my words.  And, in retrospect, maybe I
14  should've said "properly learning experiences."
15      Q.   (BY MR. PRINGLE, JR.) Say that again.
16      A.   Maybe I should've used the adverb "properly."
17      Q.   Let's -- let's see how that reads.
18           "They have prevented teenage boys from
19  engaging in properly learning experience."
20           What does that mean, "properly learning
21  experience"?
22      A.   Properly defined as.
23      Q.   Oh.  You just left out three words there?
24      A.   No, I'm using the adjective "proper" correctly.
25  Just look up OED, III.  You'll see that that is a

Page 148

1   definition of the word.
2       Q.   Let's go on to the next page, page 144.  You
3   ask -- you pose the question:  Would the social cost not
4   be less if we erected stronger barriers to sex between
5   teenage boys and girls, but opened up boys to other
6   safer sexual outlets now denied them, such as the
7   freedom to associate it with adult women or gay and
8   bisexual men.
9       A.   Yes.
10      Q.   So, you pose that question.  Can you answer it?
11      A.   Well, again, it's a rhetorical question, like
12  most of the questions that I ask in this essay; but I --
13  I think it cannot be denied that sex between teenage
14  boys and girls is one of the most risky forms, in -- in
15  terms of lack of proper protection, lack of birth
16  control, which is not readily available to most teenage
17  girls -- although it is almost universally prescribed in
18  Europe as soon as a girl reaches the age of puberty --
19  and it is also more risky in reso -- in the possibility
20  that it is somehow forcible sex.  As I've told you
21  before, the most common ages at which men commit rape
22  are 17 and 18.
23      Q.   Yeah, you've told me that.
24           MR. PRINGLE, JR.:  Objection,
25  nonresponsive.

Page 149

1       Q.   (BY MR. PRINGLE, JR.) So, the question that
2   you're asking is, wouldn't society be better off if we
3   discouraged sex between teenage boys and girls and
4   provided boys an opportunity to have sex with adult
5   women and adult men?
6       A.   That is the question, yes.
7       Q.   Okay.  And then you go on to say:  Why should
8   we assume that better sex is going to occur among two
9   equally awkward ill-informed, inexperienced partners
10  when, at least, that -- then in those situation where,
11  at least, one partner know what they're doing, right?
12      A.   I asked that question.
13      Q.   Okay.  So, you suggest that probably those
14  children, those underage boys and girls, might have
15  better sex with adults?
16      A.   It is a possibility --
17      Q.   Well --
18      A.   -- but I -- I would not call teenagers
19  "children."  I think that's very condescending.
20      Q.   Well, what -- why are you concerned whether
21  those 14-year-old boys that I'm gonna call "children"
22  have good sex?  Why are you worried about that?
23      A.   I'd rather they have good sex than bad sex.
24      Q.   Why do you think that they're gonna have better
25  sex with adults than they will with children?

Page 150

1    A.  I just explained it to you, and you said it was
2  nonresponsive.
3    Q.  And what was your answer, because they know
4  what they're doing?
5    A.  One, the possibility of rape is greater in the
6  case of young people.  Second, the lack of birth control
7  is more common in the case of teenage girls; and third,
8  the lack of proper prophylactic technology to prevent
9  STDs is -- tends to be a problem when it's a teenage boy
10  and a teenage girl for that matter.  Whereas more
11  experienced women and men know more about this.
12    Q.  You also go on to say that we readily -- too
13  readily forget the traditional rites of passage involve
14  adults leading as -- adolescents into the new world of
15  grown-up knowledge and skills --
16    A.  Yes.
17    Q.  -- including sex.
18        Are -- I guess you're questioning
19  shouldn't that be applic -- shouldn't that phenomena be
20  applicable to sex as well?
21    A.  Well, you're making an inference.  I mean, I
22  don't say that specifically.
23    Q.  Were you making that inference?
24    A.  I'm describing rites of passage with -- which
25  is a concept in anthropology.

Page 151

1    Q.  But you're making that -- you're making --
2    A.  That --
3    Q.  -- that --
4    A.  -- that first sex is a rite of passage.
5    Q.  Right.  And so you're asking, whether or not --
6  as with other rites of a passage, maybe the concept of
7  sex ought to be passed down from adult to child, true?
8    A.  It is a question I pose of this essay, but we
9  should emphasize adolescents are not children, and
10  adults are not necessarily dirty old men.  In most of
11  these cases, we're talking about young men or young
12  women in their 20s or late teens.
13    Q.  We're almost done here.  So, one -- with this
14  article.
15        Wage -- page 145, on the right-hand side,
16  and I'm looking at this paragraph right here.
17    A.  Uh-huh.
18    Q.  It says: Perhaps the true source of parental
19  panic over pedophilia is a subliminal fear that their
20  children might love another adult man or woman more than
21  them.
22    A.  Yes.
23    Q.  Do you think that's what people are worried
24  about with pedophilia, that maybe this person who's
25  having sex with a prepubescent child, the child may love

Page 152

1  that parent -- that person more than their parent?
2        MR. SIBLEY:  Objection.
3    A.  Not that I insert the word "perhaps."  And in
4  cases where parents may be abusive toward their
5  children -- and child abuse by parents, whether
6  physical, or emotional, or neglect is all too common --
7  that, yeah, wherein cases where a parent is homophobic
8  and disapproves of their -- their child's sexual
9  orientation, I -- yes, I do think that they are
10  especially suspicious of any relationship the child
11  would have with another adult.
12    Q.  (BY MR. PRINGLE, JR.) So --
13    A.  When they might not be as suspicious of a
14  relationship with an equally naive people.
15    Q.  Do you -- do you believe that the source of
16  parental paren -- panic over pedophilia is a subliminal
17  fear that their children might love and -- the pedophile
18  more than them?
19    A.  In some cases, I think that is probably the
20  case.  I mean, if you understand the concept of
21  patriarchy, then -- or matriarchy for that matter, these
22  are concepts of the father or the mother treating the
23  family as personal property.
24        MR. PRINGLE, JR.:  Objection,
25  nonresponsive.

Page 153

1    Q.  (BY MR. PRINGLE, JR.) The next sentence says:
2  Instead, parents attempt to manipulate their children
3  into scripted roles of heteronormative romance among
4  age-equals, none of whom can offer the parent serious
5  competition in intellect authority or financial
6  independence.
7    A.  Yes.
8    Q.  So, you think that parents attempt to
9  manipulate their children into heterosexuality with
10  people their own age so as not to be threatened by a
11  pederast or a pedophile, earning the child's love and
12  admiration.  Is that what that's saying?
13    A.  Most parents are, by definition, heterosexual.
14  And, yes, they -- they do encourage kids,
15  particularly -- even including gay kids, that
16  heterosexuality and marriage are -- are better options
17  than same-sex interactions, particularly same-sex
18  interactions with an adult.
19    Q.  And you've -- and you write here that parents
20  attempt to manipulate their children into heterosexual
21  romance among children their own age --
22    A.  Some --
23    Q.  -- age?
24    A.  -- parents do.
25    Q.  All right.  Well, you don't say "some"; you

Thomas Hubbard Vol II
May 25, 2021                              154 to 157

Page 154

1  just say parents do that.
2      A.  I probably should've said "some."
3      Q.  All right.  And the reason they do that is
4  because heterosexual relationship with a child, the
5  child's own age, can't really threaten the parents'
6  dominate -- domination and intellect authority for
7  financial independence?
8      A.  Yes.
9      Q.  All right.  You think that the wiser form of
10 parental love must recognize the needs of children,
11 especially boys, to become independent and
12 self-confident in their dealings with the world?
13     A.  Yes, I do believe that.
14     Q.  And to give them the freedom to consent to
15 sexual relations with adult males; is --
16     A.  Or --
17     Q.  -- that --
18     A.  -- adult females.
19     Q.  Either one, true?
20     A.  I -- I believe that helicopter parenting, over
21 involvement in trying to script and determine an
22 adolescent's life can be very harmful.  Just look at
23 what has happened with adolescent mental health over the
24 last four or five decades.  It has gotten steadily worse
25 and worse and worse, and a lot of this has to do with

Page 155

1  erotic parenting.  In fact, the greatest difference in
2  add -- in adolescent -- and I know you're gonna say
3  "nonresponsive," but it's a --
4      Q.  Or --
5      A.  -- great --
6      Q.  -- you can just stop talking if you want.
7      A.  I --
8      Q.  Okay.  Any time you -- you realize that I'm
9  gonna say "nonresponsive," you can stop talking.
10     A.  Well, I -- I just want it on the record that --
11     Q.  You don't have to, but you should, I mean.
12     A.  I want it on the record that there are certain
13 things that you don't want to be part of the record.
14     Q.  No.  There are certain things that I didn't ask
15 you that you're volunteering.  And if your lawyer wants
16 to ask you questions to get all those things out, he's
17 more than welcome to; but I don't have to.
18          MR. SIBLEY:  Objection.
19          Answer the question how you feel you need
20 to answer it.  Let's go from there.
21          (Exhibit 8 marked)
22     Q.  (BY MR. PRINGLE, JR.) Let's look at Exhibit No.
23 8.
24     A.  We are past 5:00 o'clock.  Is it . . .
25     Q.  Yes, we are.  I've got quite a few more

Page 156

1  exhibits to go through, and let me just ask you.  I'm
2  gonna ask you a few questions about Exhibit No. 8.
3          MR. PRINGLE, JR.:  Joe, did I give you
4  this yet?
5          MR. SIBLEY:  I don't think so.
6          MR. PRINGLE, JR.:  Here you go.
7      Q.  (BY MR. PRINGLE, JR.) And you wrote Exhibit No.
8  8?
9      A.  Yes.
10     Q.  And you wrote it, approximately, 2010?
11     A.  Well, again, it's probably more 2009, because
12 there's a lag time in publication.
13     Q.  All right.  And let's see.  I'm gonna ask you
14 just a couple of questions about this, one about
15 Dr. Donald H. Mader, on page 96.
16     A.  Uh-huh.  Yes.  No, not doctor; reverend.
17     Q.  Reverend.  Oh, you're right.  Reverend Donald
18 Mader.  He is completing his doctorate in gay studies at
19 the University of Amsterdam.  I assume he's out now?
20     A.  I think he never finished.
21     Q.  Oh.  What's -- do you know what he's doing now?
22     A.  It's been a number of years since I've had any
23 contact with him, so I -- I assume he -- well, I think
24 he told me that that church had been closed down.  So, I
25 think he's, basically, retired.

Page 157

1      Q.  Okay.  So, his -- his proposition is an
2  application to the children of an objective test to
3  ascertain sexual knowledge and social skills and a
4  self-assertion of their own preferences --
5      A.  Uh-huh.
6      Q.  -- right?
7      A.  Yes.
8      Q.  So, do you agree with that?
9      A.  We're talking about a test that was originally
10 developed for the cognitively impaired.
11     Q.  And -- and do you agree with that?
12     A.  That, that could also be applied to -- to
13 children?  Yes, I think that's an interesting
14 perspective, that if you have an adult who has the
15 mental capacity of a 14 year old, how is that different
16 from simply giving the test to a 14 year old with normal
17 mental capacity?
18     Q.  And so this test is -- is given to children to
19 ascertain their sexual knowledge and social skills
20 coupled with an effective and thorough sex education to
21 provide an assessment whether that child can give
22 effective consent to sexual relations with an adult,
23 correct?
24     A.  Yes.  Mader presented an interesting idea
25 there.

Page 158

1    Q.    And do you think that's a good idea?
2    A.    It's worth considering it.
3    Q.    Okay.  And last page of this article, page 98,
4  you say:  Any hope for positive change in the way our
5  society treats its boys and the capacity for sexual
6  self-realization must be embedded in a wider agenda of
7  certain things.
8    A.    Self-realization and self-control.
9    Q.    Right.  And self-control.
10          So, you're advo -- are you advocating for
11  a positive change in the way our society treats its boys
12  here?
13    A.    Yes.  That is the whole purpose of this
14  scholarly journal.
15    Q.    Is that the whole purpose of all of your work
16  on pederasty is to -- shouldn't say pederasty -- on age
17  of consent issues is positive change in the way our
18  society treats its boys?
19    A.    Yes.  My work is written mainly from the
20  perspective of what is good for adolescent boys.
21    Q.    And that's --
22    A.    Particularly gay boys.
23    Q.    And --
24    A.    I couldn't care less about the minor attracted
25  adults, except to the extent that, I think, putting them

Page 159

1  in prison for decades is a misuse of resources, given
2  the lower recidivously rate.
3    Q.    And it sounds like you haven't given much
4  consideration to the non-gay and non-bisexual minors?
5    A.    Well, in the article, we were just analyzing.
6  I -- I do, also, talk about heterosexual boys with adult
7  women.  So, yes, I do consider that, but my main
8  concern, as an activist and -- and -- and intellectual,
9  is -- is with gay boys.
10    Q.    And that's what you're advocating for?
11    A.    Gay and bisexual.
12    Q.    Is -- is that what you're advocating for in
13  these articles?
14    A.    I think that their interest should be primary.
15    Q.    All right.
16    A.    And if I believed that all relay -- sexual
17  relationships that they have with someone a bit older
18  were harmful, I -- I would be arguing that they should
19  continue to be banned.
20          MR. PRINGLE, JR.:  I'm gonna mark this as
21  Exhibit No. 9.
22          (Exhibit 9 marked)
23          THE REPORTER:  Excuse me, sir?
24          MR. PRINGLE, JR.:  Yes?
25          THE REPORTER:  May I have a restroom

Page 160

1  break, please?
2          MR. PRINGLE, JR.:  We may.  I'm sorry.
3          THE REPORTER:  Thank you.
4          THE VIDEOGRAPHER:  Off the record at 5:32
5  {sic}.
6          (Recess from 5:31 p.m. to 5:44 p.m.)
7          THE VIDEOGRAPHER:  We're back on the
8  record at 5:44.
9    Q.    (BY MR. PRINGLE, JR.) All right.  I want to
10  change base with you, Professor, and ask you some
11  questions about your demands for corrections and
12  retractions.
13    A.    Yes.
14    Q.    Do you know who you made demands for retract --
15  corrections and retractions to?  Don't list them.  Do
16  you know who you made them to?
17    A.    Yes.
18    Q.    You made one to Alex Newman?
19    A.    Yes.
20    Q.    And Alex Newman is the person affiliated with a
21  outfit called American Opinion Foundation?
22    A.    Yes, which is, my understanding, is related to
23  the John Birch Society.
24    Q.    All right.  And did -- was there ever any
25  retraction made?

Page 161

1    A.    No, but they removed the article.
2    Q.    What makes you think that?
3    A.    I think when I last checked, it said, "Page no
4  longer exists."
5    Q.    Did they pay you any money?
6    A.    No.
7    Q.    Did you ask for any money?
8    A.    Well, no.  We just demanded correction,
9  retraction, or -- whatever the third term is, and --
10  and -- and they -- they withdrew it, which was
11  satisfactory to us.
12    Q.    And you made a demand for retraction and
13  correction to the Dallas Morning News?
14    A.    I did.
15    Q.    For a couple of editorials that were written
16  about you?
17    A.    One editorial.
18    Q.    All right.  And did the Dallas Morning News pay
19  you any money?
20          MR. SIBLEY:  I'm gonna have to -- we -- we
21  can't -- we have a -- an agreement on that, which I'm
22  happy to produce to you, but we have to go through the
23  notice provisions of the -- of the agreement in order to
24  do that.
25          THE REPORTER:  I can't hear you, Counsel.

Thomas Hubbard Vol II
May 25, 2021                          162 to 165

Page 162

1          MR. SIBLEY:  Yeah, we have -- we have an
2  agreement in place that puts us in a -- potentially put
3  us in breach if we have to disclose that information.
4  But, if we give notice to the other party, there's a
5  process by which we can go through to designate that
6  confidential, and we will produce that document to
7  Mr. Pringle, and that should be sufficient to give him
8  his answer to -- to the question he asked.
9          MR. PRINGLE, JR.:  All right.
10     Q.  (BY MR. PRINGLE, JR.) And then we have the
11  retraction notice to Sarah that I am going to mark as
12  our next exhibit number . . .
13          THE REPORTER:  Ten.
14          MR. PRINGLE, JR.:  Ten.
15          (Exhibit 10 marked)
16     Q.  (BY MR. PRINGLE, JR.) And that is the
17  retraction letter that was sent, correct?
18     A.  Yes.
19     Q.  Are all of your complaints about the flyer,
20  that she -- were all of the statements that you wanted
21  her to retract, that you felt were libelous or
22  defamatory, mentioned in your retraction letter?
23     A.  I'll have to reread it.
24     Q.  Well, let's go off the record while you do
25  that.

Page 163

1          MR. SIBLEY:  Well, we -- we're not gonna
2  go off the record whatever he needs to redo.
3     A.  I need to be given a fair chance to refresh my
4  memory.  I -- I have not looked at this document since
5  over a year ago.
6     Q.  (BY MR. PRINGLE, JR.) Okay.  Well, then I'll
7  withdraw the question.
8     A.  Okay.
9     Q.  You have a demand to the Office of VP for Legal
10  Affairs.  Was there any retraction made there?
11     A.  They claimed sovereign immunity.
12     Q.  So, the answer's "no"?  No retraction?
13     A.  Yes.
14     Q.  Okay.  You had sent a retraction letter to a
15  fellow named Samuel Joseph Ross?
16     A.  Yes.
17     Q.  And who is he?
18     A.  He was an undergraduate student of the classics
19  department, who had very soon after the posting of the
20  defendant's flyer, through the online site called
21  Sportula, had commented on the matter in -- in ways that
22  gave credence to the charges.
23     Q.  Did you -- did he retract any statements?
24     A.  No.
25     Q.  Why didn't you sue him?

Page 164

1     A.  Because I ultimately decided that what he said
2  was not as bad as what some of the other defendants
3  said, and because he was leaving Austin to do graduate
4  school somewhere else.
5     Q.  Was it because he was a man?
6     A.  No.
7     Q.  You sued three women who made statements about
8  you, but none of the men; is that right?
9          MR. SIBLEY:  Objection.
10     A.  Ross was the only man that we asked to retract,
11  but, as I say, his statements were much shorter and much
12  less detailed and we felt it would not be as strong a
13  case.  It has nothing to do with gender.
14     Q.  (BY MR. PRINGLE, JR.) And then -- okay.  Just a
15  second here.
16          You made a retraction demand to Hollie
17  Green?
18     A.  Yes.
19     Q.  And did she retract?
20     A.  No.
21     Q.  What -- mark this as Exhibit No. 11.
22          (Exhibit 11 marked)
23     Q.  (BY MR. PRINGLE, JR.) Is that the response that
24  you made?
25          MR. SIBLEY:  Do you have another copy,

Page 165

1  Ross?
2          MR. PRINGLE, JR.:  Oh, I'm sorry.
3     A.  Yes, we've put this up online.
4     Q.  (BY MR. PRINGLE, JR.) And where did you post
5  it?
6     A.  Well, it has its own website address.  It's not
7  part of any particular platform.  One of my friends did
8  send the website address to Sportula as part of their
9  Twitter feed.  And so far as I know, there were no
10  further comments on the matter after that.  No further
11  comments on Sportula.
12          (Exhibit 12 marked)
13     Q.  (BY MR. PRINGLE, JR.) Exhibit No. 12.  This is
14  a series of e-mails between you and Avi; is that right?
15     A.  Yes.
16     Q.  Who is Bill Dobbs?
17     A.  He's an attorney in New York City who
18  specializes in sex offender issues.
19     Q.  And what has he represented you on before?
20     A.  Oh.  He's -- he's never been -- he -- he --
21  he's never had any attorney/client relationship with me.
22     Q.  Has he ever had any attorney -- attorney/client
23  relationship with the William A. Percy Foundation?
24     A.  No.
25     Q.  Let me see here.  You say in here on page 3, in

Page 166

1   your e-mail to Avi, November 30th, 2019, that no one has
2   requested to look at your personnel file.  Is that a
3   problem, somebody looking at your personnel file?
4        A.   Well, you yourself questioned me about material
5   in that file, and there are -- there is a form.  Our
6   department chair put a lot of very negative allegations
7   in there, although ultimately the university settled
8   with me in a way that was satisfactory.
9        Q.   And are these communications between you and
10  Avi about preparation of your statement, by and large?
11       A.   Mostly.
12       Q.   All right.  You say here that -- on the -- the
13  fourth page, you know, which we were just looking at
14  here, e-mail to Avi, November 30th, you say that she is
15  too stupid to know about how -- about -- she is too
16  stupid to know how to go about filing an Open Records
17  request.
18            Who are you talking about there?
19       A.   Vader fille.
20       Q.   I don't know what that means.
21       A.   "Fille" is the French word for dog.
22       Q.   Okay.  So, who is -- who is -- who are you
23  talking about there?
24       A.   The defendant.
25       Q.   You're talking about Sarah Blakemore?

Page 167

1        A.   Yes.
2        Q.   You think she's too stupid to know how to go
3   about filing an Open Records request?
4        A.   I don't think she's very bright.
5        Q.   That's not my question.
6             Do you think she's too stupid to know
7   about going -- to go -- how to go about filing an Open
8   Records request?
9        A.   Well, that's what I said here.
10       Q.   I know that's what you said there.  Is that
11  what you think?
12       A.   Well, I thought it at the time I said it.
13       Q.   Do you think it now?
14       A.   I don't know.
15       Q.   Okay.  Why would you go -- why would you say
16  that she's too stupid to know about how -- how to file
17  an Open Records request?
18       A.   Well, I have a great deal of experience with
19  the Open Records process, and I know that the university
20  often resists Open Records requests, and that it can be
21  quite expensive to, you know, go to court to make them
22  open up records.  And, you know, there were various
23  things in my file that might be embarrassing to the
24  university.
25       Q.   Or to you?

Page 168

1        A.   And to me as well.
2        Q.   And so what -- but why would you make that
3   statement, that you think that my client's too stupid to
4   file an Open Re -- Records request?  You don't even know
5   her, do you?
6        A.   I thought her flyer --
7        Q.   And that's the only --
8        A.   -- was --
9        Q.   -- way you know her?
10       A.   -- stupidity.
11       Q.   That's the only way you know her, right?
12       A.   That and her confrontation with me when she was
13  handing out the flyer.
14       Q.   Um . . .
15       A.   And that and the information that people found
16  on her social media.
17       Q.   Then, on page 1, you say -- or, actually, this
18  is Avi saying this, I think.
19            If framed the right way, this could be
20  made to appeal to the LGBTQ crowd, but it's -- it's
21  ground that we -- as we know LGBTQers are super nervous
22  about.
23            What does that mean?
24       A.   The mainstream gay rights organizations don't
25  like talking about adolescent sexuality.

Page 169

1        Q.   Men don't like talking about pedophilia, do
2   they?
3        A.   No, of course not.
4        Q.   And they don't like coming to the aid of anyone
5   accused of pedophilia, do they?
6        A.   No, they do not.
7        Q.   Okay.  You asked for funds from your -- from
8   your chair endowment to prosecute this lawsuit, didn't
9   you?
10       A.   No, I did not.
11       Q.   What did you ask them?  What was the source of
12  funds that you requested to prosecute the lawsuit?
13       A.   Oh, excuse me.  I -- yes, I did.
14       Q.   Okay.  So, now you -- okay.
15            So, why did you do that?
16       A.   Because I considered it a research expense.
17       Q.   A research expense to fight the lawsuit?
18       A.   To defend my scholarship against inaccurate
19  current relations on it.
20       Q.   To prosecute the liable lawsuit that you filed,
21  you felt, was part of your scholarship?
22       A.   It was defending my scholarship, and those
23  research funds are to promote and aid my scholarship,
24  and defending my scholarship does that.
25       Q.   And what was the response when you requested

Thomas Hubbard Vol II
May 25, 2021                                          170 to 173

Page 170

1    for funds to do that?
2        A.   The person in the dean's finance office
3    referred to it to the dean, and the dean referred to
4    doing -- refused to do it, saying that it was against
5    the rules.  When I later submitted an Open Records
6    request to see the rules, there were no rules.
7             (Exhibit 13 marked)
8        Q.   (BY MR. PRINGLE, JR.) Exhibit 13.  Well, do you
9    have two copies?
10       A.   Uh-huh.
11       Q.   Yes.  One of them's mine.  I'm not sure which
12   one it is, but -- I don't know.
13            This is a letter that you wrote to Randy
14   Diehl back in August, 2009, correct?
15       A.   Yes.
16       Q.   And you were proposing a buyout or a -- a
17   retirement where you would receive money from the
18   university?
19       A.   Yes, although I fully expected he would refuse
20   it, as he did.
21       Q.   And you told the chair of your department, back
22   in 2009, that you didn't feel like you could be hired
23   elsewhere due to many false and defamatory rumors that
24   it spread throughout the profession, in 2009, true?
25       A.   Yes, that the rumors that he and his faction

Page 171

1    were spreading about my being a bad colleague and being
2    disruptive.
3        Q.   So, your reputation was kind of damaged a
4    little bit in 2009?
5        A.   Yes, it was.
6        Q.   Okay.
7        A.   And it has since been damaged further.
8        Q.   Yeah.  Just how much and incremental we don't
9    know, do we?
10       A.   It was damaged enough, in 2009, that I judged
11   no place else would hire me in a senior appointment.
12   Plus, by 2009, I would've been what, 53?  And,
13   generally, for senior appointments, they like to
14   appointment someone who has, at least, another 20 years
15   to go.
16       Q.   When you say that Classics remains a very small
17   field in the U.S., that's true?
18       A.   Yes.
19       Q.   And before this, you got calls from many major
20   universities inviting you to apply for senior positions
21   there, right?
22       A.   Yes.
23       Q.   And you were told of the rumors which resulted
24   in you losing a position that would've doubled your
25   salary back in 2009, correct?

Page 172

1        A.   That was the position at the University of
2    Illinois, yes.
3        Q.   And so your reputation suffered damage for
4    which it never recovered in 2009?
5             MR. SIBLEY:  Objection.
6        Q.   (BY MR. PRINGLE, JR.) Fair?
7             MR. SIBLEY:  Objection.
8        A.   I don't know the answer to that.
9        Q.   (BY MR. PRINGLE, JR.) Okay.  Fair enough.
10            (Exhibit 14 marked)
11       Q.   (BY MR. PRINGLE, JR.) Let's look at Exhibit 14.
12   Have you seen this before?
13       A.   Yes, I have.
14       Q.   What is it?
15            MR. SIBLEY:  I believe I have your copies.
16            MR. PRINGLE, JR.:  Oh.  No.  No.  It's --
17   it's all highlighted.  I don't know why.
18       A.   Yes, I have, and -- and I composed a detailed
19   refutate -- refutation of it, point by point that is
20   online.
21       Q.   (BY MR. PRINGLE, JR.) But this has a date of
22   January 1, 2020.  This was online in January of 2020,
23   correct?
24       A.   She -- she took it offline for a while, then
25   put it back online.  I -- I, you know, find it so

Page 173

1    nauseating, I haven't particularly been following the
2    permutations of when it's offline and when it's online.
3        Q.   It was posted June 28, 2018.  You see on page
4    10 of 11?
5        A.   Yes, I see that.
6        Q.   Is this -- so this, apparently, was on the
7    internet from June of 2018, through, at least, the
8    publication of the flyer?
9        A.   Yes.
10       Q.   Is this some criticism of your scholarship and
11   your relationship with pederasty?
12            MR. SIBLEY:  Objection.
13       A.   That is one of the things that she attempts to
14   make false inferences about.  I -- I would say that this
15   is itself libelous, but at the time, my attitude was:
16   It was better not to dignify it with a response.
17       Q.   (BY MR. PRINGLE, JR.) So, this publication by
18   Rebecca Futo Kennedy -- and by the way, she's a
19   classicist in -- at a college in Ohio -- Ohio?
20       A.   Yes.  She's an associate professor at Denison
21   University.
22       Q.   Do you know her?
23       A.   Not personally.
24       Q.   So, anyone wanting to read up on Thomas K.
25   Hubbard could read the statements by Rebecca Futo

Thomas Hubbard Vol II
May 25, 2021                                    174 to 177

Page 174

1   Kennedy in this blog post, correct?
2       A.   Yes, they could; and I regret to this day that
3   I did not sue her for liable at the time.
4       Q.   You never even threated her, did you?
5       A.   No.
6       Q.   So --
7       A.   I -- I thought that would be beneath me and
8   that the best thing is not to dignify it with a
9   response, and that was what I was also advised by my
10  department chair.
11      Q.   And so when you had -- did you and -- as -- as
12  part of your statement responding to the flyer, did you
13  invite students to research you and read up on your
14  writings?
15      A.   Yes, I listed the relevant articles for them.
16      Q.   Does it surprise you that maybe some of the
17  people that you invited to read up on you would've seen
18  this --
19      A.   No, if they be --
20      Q.   -- Exhibit No. 14?
21      A.   -- if they were to have googled my name, they'd
22  probably find it somewhere.
23      Q.   And so at least we know that, with respect to
24  your good name, it would be somewhat compromised by the
25  statements and assertions by Professor Kennedy in her

Page 175

1   2018 blog post, which is up on the internet for all to
2   say who google your name?
3       A.   I believe that the last we checked, she had
4   withdrawn it again.
5       Q.   I'm talking about at the time the publication
6   was -- was -- at -- at the time the flyer was published
7   and handed out.
8       A.   So far as I know, it was still on the internet
9   at that time.
10      Q.   And so your invitation for people to google you
11  and to read up on you, you wouldn't be surprised that
12  you would've -- they would've seen Rebecca Futo
13  Kennedy's assertions with respect to you and your,
14  quote, scholarship, would you?
15      A.   I don't believe that I encouraged them to
16  google me.  I asked them to read my publications and
17  judge for themselves.
18      Q.   And --
19      A.   My publications, not someone else's
20  publications about me.
21      Q.   Well, you certainly can't be critical of
22  somebody wanting to see maybe other information about
23  you besides what you suggest.
24           MR. SIBLEY:  Objection.
25      Q.   (BY MR. PRINGLE, JR.) That seems normal,

Page 176

1   doesn't it?
2            MR. SIBLEY:  Objection.
3       A.   I expect intelligent people to carefully
4   evaluate sources.
5       Q.   (BY MR. PRINGLE, JR.) Maybe they did, right?
6       A.   Anyone who carefully evaluates Futo Kennedy's
7   blog would see that she is mainly relying on anonymous
8   sources concerning a conference paper that she was not
9   present at.  She talks about my 2010 article without
10  having read it or even been aware of who the publisher
11  was, and she talks about a seminar that I taught here
12  when she was also not a participant.  So, anyone with a
13  kind of critical training that we give our students in
14  classics would know that this is an unreliable source.
15      Q.   Certainly, what you -- what she says is, the
16  most diligent and precise scholars can manipulate or
17  misrepresent evidence to suit personal ends.
18           You would agree, that's a -- that's a
19  risk, isn't it, that happens?
20      A.   I think her blog is a prime example of it.
21      Q.   And, apparently, she thinks your writings are
22  the same, doesn't she?
23      A.   But I seriously doubt she has read most of
24  them.  She admits she didn't read the 2010 article she
25  talks about.

Page 177

1       Q.   She goes on to say that Professor Hubbard has
2   been directly associated with NAMBLA, North American Man
3   Boy Love Assoc -- Association, and association has
4   promoted relationships between adult men and boys.
5            So, anybody that wanting to investigate
6   Profedder -- Professor Hubbard might see the comments of
7   a -- another classicist criticizing Hubbard, wouldn't
8   they, including the one I just read?
9       A.   It's is possible, yes.
10      Q.   She goes on to describe your efforts to get the
11  Rind study published, correct?
12      A.   Yes.
13      Q.   That you had to actually pen a letter to the
14  American Psychological Association or Psychiatric
15  Association, the APA, to persuade them to assist in
16  persuading them to publish the study?
17      A.   That is false.
18      Q.   Um . . .
19      A.   I -- I did write the American Philological
20  Association.
21      Q.   Okay.  There you go.
22           Other than that, it's true?
23      A.   Yes, and the -- and the APA did, in fact,
24  intervene in my case and did write a letter of protest
25  to the publisher, and -- and that did affect the

Page 178

1   publisher in -- in terms of relenting and in writing us
2   to submit the publication to their Rutledge series.
3       Q.   Would you agree that a person -- never mind.
4   That's fine.
5              (Exhibit 15 marked)
6       Q.   (BY MR. PRINGLE, JR.) You have seen Exhibit No.
7   15, Davidson and his response to some type of
8   disagreement he had with you and Verstraete?
9       A.   He was responding to a review of his terrible
10  book that Beert wrote, in which Beert referred to an
11  earlier review, a very negative review of his book that
12  I had written.  I mean, the one I wrote was actually
13  much longer and more detailed than this one.
14      Q.   And he says, on the topic of sex with minors,
15  he says:  Obviously, this is the most important issue
16  for Verstraete and Hubbard and the reason why it's so --
17  suddenly fallen so far from their favor.
18              Is that true?
19      A.   No.
20      Q.   It says:  Hubbard's own Greek Love Reconsidered
21  was published by NAMBLA.
22              And in that introduction, you refer to the
23  outstanding work of Davidson, correct?
24      A.   I thought his first book was very good.  I -- I
25  was very disappointed in the second book, because it was

Page 179

1   shoddy scholarship.  I believe that the review that I
2   wrote is among the documents that we submitted to you in
3   response to the subpoena.
4       Q.   It is.
5              Have you had discussions with Liv Yarrow?
6       A.   (No verbal response.)
7       Q.   Yarrow?
8       A.   Yes.  I -- I know of her.
9       Q.   And who is she?
10      A.   She's a professor at Brooklyn College, who
11  specializes in Roman Numismatics.
12      Q.   And what is your -- the nature of your
13  discussion with her?
14      A.   She wrote a blog in which she accused a number
15  of classists of pedophilia, and she did not accuse me of
16  that directly, but associated me with the four people
17  that she did accuse.  And I wrote her a detailed letter
18  in which I told her that we public evidence on these
19  four people, at least two of whom I know personally.
20  Gave no evidence that they were actually guilty of
21  pedophilia, in the technical sense of the term.
22      Q.   Did -- and did you threaten her with a lawsuit?
23      A.   Not specifically.  What I told her was, if she
24  did not withdraw or correct the statement, that I would
25  discuss it with my attorney.

Page 180

1       Q.   All right.
2       A.   That --
3              THE VIDEOGRAPHER:  Fix your mike -- oh,
4   sorry.  Didn't mean to cut you off.
5       A.   Yeah, it's I think I got tangled in the cord.
6              THE REPORTER:  I'm sorry, I can't hear.
7   Is someone speaking?
8              THE VIDEOGRAPHER:  Oh --
9              MR. PRINGLE, JR.:  No.
10             THE VIDEOGRAPHER:  -- just letting Ross
11  know we lost the microphone.
12             THE WITNESS:  Did you hear what I said?
13             THE REPORTER:  Yes, I heard the answer.  I
14  just -- there was other talking going --
15             THE WITNESS:  Oh.
16             THE REPORTER:  -- on.
17             THE WITNESS:  Yeah.  That -- that's the
18  camera operator.
19             (Exhibit 16 marked)
20      Q.   (BY MR. PRINGLE, JR.) And here in Exhibit 16,
21  is this Dr. Yarrow's blog?  Or maybe it's not
22  Dr. Yarrow.  Maybe it's Professor Yarrow.  I don't know.
23      A.   She's both.
24             Yes, this is her blog, once she makes the
25  corrections that I thought were property.

Page 181

1       Q.   And so, as -- as corrected, do you think
2   Dr. Yarrow's blog is accurate?
3       A.   Well, I'd have to read through this again.
4   It's some time since I last saw it.
5       Q.   I assume that if you made -- if you
6   corresponded with Dr. Yarrow and indicated that if she
7   didn't change her blog, you were gonna discuss it with
8   your lawyer, that you subsequently looked at her blog
9   and satisfied yourself that you didn't need to sue her;
10  is that fair?
11      A.   Yes.
12      Q.   At that time that you reviewed the blog back
13  then, did you consider it to be accurate and fair?
14      A.   I felt that it was no longer unfair enough that
15  it was worth pursuing.
16      Q.   Okay.
17      A.   I -- I -- I do not want to sue people just for
18  the sake of suing people.  I only want to sue people
19  whom I consider directly responsible for grave harm.
20             (Exhibit 17 marked)
21      Q.   (BY MR. PRINGLE, JR.) All right.  Let's talk
22  about some of your writing here.  Exhibit 17.  This is
23  from -- this is a writing of what, a book review or?
24      A.   No, it's the introduction to a publication of
25  writings by sex offenders explaining their history, and

Thomas Hubbard Vol II
May 25, 2021                                    182 to 185

Page 182

1  we -- I -- I felt that this publication could be useful
2  to social scientists working in the field of sex
3  offender therapy and treatment.
4      Q.   So, one thing you say, on page 2, of this
5  Exhibit 17 is -- paragraph that starts another study
6  about -- by Chaffin and others?
7      A.   Yes.
8      Q.   It says:  As some of the contributions of this
9  collection reveal a large number of the boys with whom
10 these men, convicted sex offenders, had contact grew up
11 to be heterosexual.  The issue needs to be studied
12 further with both qualitative and qual --
13 quantitativeness methods.
14           Did I read that right?
15     A.   Quantitive and qualitative methods.
16     Q.   Correct.
17           Is that correct?
18     A.   Yes.
19     Q.   So, apparently then, the effect of -- of sexual
20 relations between adults and heterosexual boys needs to
21 be studied; hasn't been yet?
22     A.   It needs to be further studied, yes.  The point
23 that I'm making with this statement --
24     Q.   I'm not asking the point.
25     A.   Okay.

Page 183

1      Q.   You go on to say:  The more severe punishment
2  of gay MAPs.
3           What is an MAP?
4      A.   I define it in the parentheses.
5      Q.   Oh.  Minor-attracted persons.  Pedophile,
6  right?
7      A.   Pedophile, as we've explained before, refers
8  specifically to children up to age 10 or 11.
9      Q.   Okay.  So, pedophiles and pederasts?
10     A.   Pedophiles, hebephiles, and ephebophiles; those
11 are the three technical terms that are used in the
12 fields of psychology, sexology, and psychiatry.
13     Q.   And where is -- where's pederasts?
14     A.   Pederast is a term that is mainly used of
15 historical civilizations, and it is equivalent to the
16 current psychiatric term ephebophile.
17     Q.   So, certainly, pederasts are a subset of
18 minor-attracted persons --
19     A.   Yes.
20     Q.   -- correct?
21           All right.  Would you have considered the
22 flyer to have been defamatory if Miss Blakemore had
23 referred -- instead of using the word "pedophile" or
24 "pederasty," she used the term "minor-attracted
25 persons"?

Page 184

1           MR. SIBLEY:  Objection.
2      Q.   (BY MR. PRINGLE, JR.) Would you find that to be
3  less offensive?
4      A.   It is true that I do scholarship on a subset of
5  minor-attracted persons.  It is not true that I do
6  scholarship on pedophilia, as the term is properly
7  defined.  But, I believe, her flyer still would have
8  been defamatory because she makes statements like
9  "advocate the violent rape of teen boys," which I most
10 certainly do not.
11     Q.   You only advocate for loving consensual
12 relations between adult men and young boys, correct?
13           MR. SIBLEY:  Objection.
14     A.   I believe "advocate" is also a word that she
15 misuses.
16     Q.   (BY MR. PRINGLE, JR.) I'm not asking you if she
17 misused the word.  I'm asking you if you advocate for
18 that?
19           MR. SIBLEY:  Objection.
20     A.   No, I do not.
21     Q.   (BY MR. PRINGLE, JR.) Okay.  And all of the
22 articles that we've been talking about, where you pose
23 those questions, whether it be a proper learning
24 experience, and applicable to Western society, you
25 wouldn't consider that any sort of ad -- advocacy, would

Page 185

1  you?
2           MR. SIBLEY:  Objection.
3      A.   Advocacy means wanting people to do it more,
4  and I do not want that because, I believe, in our
5  society, the risk of harm to all parties involved is far
6  too high.
7      Q.   (BY MR. PRINGLE, JR.) Doesn't advocacy also
8  include pointing out the benefits though?
9           MR. SIBLEY:  Objection.
10     A.   As I've -- I --- I've given you my definition of
11 advocacy.
12     Q.   (BY MR. PRINGLE, JR.) I'm asking you a
13 different question.  Does advocacy also mean pointing
14 out the benefits of?
15           MR. SIBLEY:  Objection.
16     A.   No, not necessarily.
17     Q.   (BY MR. PRINGLE, JR.) Not necessarily, but can
18 it mean that?
19           MR. SIBLEY:  Objection.
20     A.   It is not the way that, I think, most people
21 would understand the word.
22     Q.   (BY MR. PRINGLE, JR.) It's not the way you
23 would understand the word?  Are you --
24     A.   No, I said the common person -- most people.
25     Q.   I mean, clearly, you haven't sinuated a common

Thomas Hubbard Vol II
May 25, 2021                                    186 to 189

Page 186

1   person about what advocacy is, have you?
2               MR. SIBLEY:  Objection.
3       A.   I have taught common persons for over 40 years.
4       Q.   (BY MR. PRINGLE, JR.) Have you taught --
5       A.   I think --
6       Q.   -- have you taught --
7       A.   -- I have --
8       Q.   -- them advocacy?
9       A.   I have taught them in a number of capacities.
10  No, I do not teach my students advocacy.  Most of my --
11  in fact, I would say almost all of my students have no
12  idea what my politics is.
13      Q.   Well, I'm not asking about your politics at
14  all.  I'm asking --
15      A.   Someone who teaches advocacy is someone who
16  teaches the students that this is a position that the
17  professor thinks is right and that they ought to follow.
18      Q.   All right.
19      A.   I do not do that.
20      Q.   And --
21      A.   I am very careful not to do that.
22      Q.   Why are you so careful not to do it?
23      A.   Because I believe it is wrong.  There is far
24  too much politics that has intruded into American higher
25  education --

Page 187

1       Q.   So --
2       A.   -- usually from the left wing.
3       Q.   So, you disagree that your articles which point
4   out the vast benefits and advantages of pederastic
5   relations, pointing it out to the reader does not
6   constitute -- well, does it constitute pointing out the
7   benefits of pederasty?
8               MR. SIBLEY:  Objection.
9       Q.   (BY MR. PRINGLE, JR.) Let me start -- that --
10  that's a bad question.
11      A.   I agree.
12      Q.   Finally we agree on something.
13              Do your articles that we've looked at
14  earlier, do they tend to point out the benefits and the
15  positive results of pederasty?
16              MR. SIBLEY:  Objection.
17      A.   They point out that it is not always as harmful
18  as is commonly assumed.
19      Q.   That there are benefits from it?
20              MR. SIBLEY:  Objection.
21      A.   Within a specific cultural context in which it
22  is accepted, such as Ancient Greece.  Yes, I do point
23  out the benefits, but the cultural context of modern
24  American society is entirely different.
25      Q.   (BY MR. PRINGLE, JR.) And you --

Page 188

1       A.   And I do not think that it has very many
2   benefits now.
3       Q.   You just question whether or not it has a place
4   in modern society?
5               MR. SIBLEY:  Objection.
6       Q.   (BY MR. PRINGLE, JR.) We saw that from the
7   article that we looked at, didn't we?
8       A.   No, I don't believe so.  What that article
9   focused on is whether teenagers -- teenage males
10  specifically -- are capable of consent.  That's what
11  the -- was in the title of the article, it is what is in
12  the -- in the title of the whole special issue of them,
13  Ross.
14      Q.   You go on to say here in the article that
15  entitled, "Social Garbage," on the last page, it says --
16      A.   Well, it's the book that's entitled, "Social
17  Garbage."
18      Q.   I'm just reading the top -- the top line of the
19  article.  Okay?
20      A.   The title of the article is "Introduction."
21      Q.   See here on page, VIII?
22      A.   Yes, that -- that is part of the Introduction.
23      Q.   Yeah.  And at the top of the page, it says,
24  "Social Garbage."  That's where I'm at.  That's the page
25  I wanted to direct you to.  Okay?

Page 189

1       A.   Yeah.
2       Q.   All right.
3       A.   But that is the title of the book, not of my
4   Introduction.
5       Q.   All right.  Whatever.
6               It says:  When -- wherever one may stand
7   in the debate over the harmfulness of adult sexual
8   contact with minors.
9               You think there's a debate about whether
10  sexual contact between adults and minors, there's a
11  legitimate debate about that, whether it's bad or not?
12              MR. SIBLEY:  Objection.
13      A.   Well, NAMBLA certainly contends that it's, in
14  many cases, not.  I don't agree with them.  I think in
15  the vast majority of cases, in today's society, it is
16  harmful.
17      Q.   (BY MR. PRINGLE, JR.) You pop -- pause with a
18  question on page 189, in the "Afterward."  You asked:
19  Did these men -- the men that -- and let's put this in
20  context.  You've interviewed and -- maybe you didn't
21  interview, but they submitted writings to you, these
22  convicted sex offenders, correct?
23      A.   Yes.
24      Q.   All right.  And you identify them by -- by
25  initials:  K.J., G.D., et cetera.

Thomas Hubbard Vol II
May 25, 2021                                    190 to 193

Page 190

1    A.  I did not; the editor of the volume did.  I am
2  not the editor of this small -- I merely agreed to write
3  it, and production, and Afterward.
4    Q.  And -- and -- and in the first introductory
5  paragraph, and in your Afterward, can you read your last
6  sentence on page 189, the first paragraph?
7    A.  "Did these men become scoutmasters, camp
8  counselors, teachers, or even just friends to gain ready
9  access to boys they could groom, as the popular
10  narrative alleges, or is it because they were so often
11  around horny boys that temptation and opportunity
12  arose?"
13        Again, I'm asking questions to which I
14  don't know the answer, but I think are questions
15  scholarship needs to ask.
16    Q.  You think it's a scholarly question to ask
17  whether pedophilia victims are just horny boys that
18  tempt adults?
19        MR. SIBLEY:  Objection.
20    A.  Again, I believe you're misusing the word
21  "pedophilia."  I do believe that boys of adolescent age
22  are often horny and that some, naive or not very bright
23  adults, see an opportunity.
24    Q.  (BY MR. PRINGLE, JR.) And you think that's a
25  valid question, as to whether or not the men who are in

Page 191

1  prison for having sex with minors are there because --
2  not because they groom the boys, it's because they were
3  just around a bunch of horny boys that presented an
4  opportunity in temptation to these --
5        MR. SIBLEY:  Object --
6    Q.  (BY MR. PRINGLE, JR.) -- to these men?
7        MR. SIBLEY:  Objection.
8    Q.  (BY MR. PRINGLE, JR.) That's your que -- that's
9  the question.  You think there's scholarly analysis?
10        MR. SIBLEY:  Objection.
11    A.  It -- it is what the men themselves say in the
12  narratives that they sent to the editor of the volume.
13  You'd re -- have to read their narratives, you know, to
14  see that quite often the sex was very incidental to
15  their relationship.
16    Q.  (BY MR. PRINGLE, JR.) And this is with --
17    A.  That's what it -- maybe happened once or twice
18  and that they weren't even necessarily the ones who
19  initiated it.
20    Q.  And this is based upon your -- the information
21  that these gentlemen provided to you?
22    A.  Yes, I read their narratives.
23    Q.  All right.  And --
24    A.  But they did not provide the information to me.
25  They provided the information to the editor of the

Page 192

1  volume, an Ivan Greta.
2    Q.  And you're aware, these are men in prison for
3  sex crimes?
4    A.  Yes.
5    Q.  And you think they're pretty credible?
6    A.  I believe that the editor of the volume
7  developed a relationship with many of these men in which
8  they trusted him as someone who would be nonjudgmental.
9    Q.  That's not my question.
10        Do you think these convicted sex offenders
11  in prison for felony sex offense are credible subjects,
12  deserving of belief as to the nature and extent of their
13  crime for which they're in prison?
14    A.  Some of them are, because some of them say that
15  they generally regret it and recognize that what they
16  did was wrong.  One of them even said that he was
17  offering instructions in how sex offenders operate so
18  that parents would be more knowledgeable of how to
19  protect their children.
20    Q.  And the men -- you said:  These men tell us
21  about their memory of the juvenile experiences, which
22  they did not in any way see as abusive, but positive and
23  pleasurable.
24    A.  Some of the narratives did talk about their own
25  experience when they were boys.  And -- and, yes, some

Page 193

1  of them said that they enjoyed it.
2    Q.  So, some of these men who are in prison for --
3  for sex offenses say:  I was sexually abused as a child,
4  and I liked it so I'm gonna -- I think it's a good
5  thing?
6        MR. SIBLEY:  Objection.
7    A.  They did not define it as abuse.
8    Q.  (BY MR. PRINGLE, JR.) I was sexually active
9  with an adult when I was a child, and I found it to be
10  pleasurable?
11    A.  Some of them admit that they were the ones who
12  initiated the sex and that the men even resisted it, but
13  they kept insisting until finally the adult gave in.
14    Q.  And this is -- these are the prisoners telling
15  you that they're in prison because of these sex
16  offenses?
17    A.  Yes.  Okay.  It's up to the reader to judge.
18    Q.  Indeed it is.
19    A.  -- whether they are credible or not.
20    Q.  It's up to the reader to judge everything the
21  reader reads, isn't it?
22    A.  Yes, it is.
23    Q.  The credibility of the author, the quality of
24  the scholarship, the viability of the opinions reached,
25  the --

Thomas Hubbard Vol II
May 25, 2021                                    194 to 197

Page 194

1    A.   Yes.
2    Q.   -- viability of the statements, the truth or
3  accuracy of what's recorded --
4    A.   Yes.
5    Q.   -- it's all up to the reader, isn't it?
6         MR. SIBLEY:  Objection.
7    A.   Well, this particular volume is not what I
8  would call a scholar paper, but it was intended both for
9  sex offenders to understand other sex offenders, and it
10 is intended for members of the general public, you know,
11 who may be relatives of the sex offenders.  As I say,
12 one of them wrote saying that he was specifically
13 warning parents about how sex offenders operate.  And --
14 and in -- I mean, the only way you learn about these
15 people, and their -- their motives, and their way of
16 thinking is to listen to them.
17   Q.   (BY MR. PRINGLE, JR.) Well, that's not true.
18 One of the ways you can learn from these men is by
19 having proper learning experiences with them by having
20 sex; isn't that right?
21        MR. SIBLEY:  Objection, form.
22   A.   It's not the way I could learn anything from
23 them.
24   Q.   (BY MR. PRINGLE, JR.) But someone might?
25        MR. SIBLEY:  Objection.

Page 195

1    A.   It is possible, yes.
2         (Exhibit 18 marked)
3    Q.   (BY MR. PRINGLE, JR.) Okay.  Exhibit No. 18 is
4  a copy of your claim of discrimination against the
5  university, correct?
6    A.   Yes.  This is the original EEOC complaint.
7    Q.   And it includes an affidavit -- or, actually, a
8  declaration, which you signed on December 15, 2020?
9    A.   What page is that?
10   Q.   Page 5 of 5, bottom.
11   A.   Yes.
12   Q.   That's your signature?
13   A.   Yes.
14   Q.   And before you signed this document, you read
15 it and agreed to the contents of it as being true and
16 accurate, didn't you?
17   A.   Yes.
18   Q.   All right.  Thank you, sir.
19        MR. PRINGLE, JR.:  Can you give me five
20 minutes, and then I'll be done?
21        MR. SIBLEY:  Yeah.
22        THE VIDEOGRAPHER:  Off the record at 6:31
23 {sic}.
24        (Recess from 6:30 p.m. to 6:36 p.m.)
25        THE VIDEOGRAPHER:  We're back on the

Page 196

1  record at 6:37 {sic}.
2    Q.   (BY MR. PRINGLE, JR.) Now, Professor, we talked
3  about your two speeches -- or participation in the
4  NAMBLA conferences about 20 years ago?
5    A.   I did not give speeches there.
6    Q.   I know.  I said, your participation in the
7  conferences.  You did that, didn't you?
8         MR. SIBLEY:  Objection.
9    A.   I was present at the conferences, and I
10 occasionally said something.
11   Q.   (BY MR. PRINGLE, JR.) How many people were at
12 the conference?
13   A.   Very small number.  I would say no more than
14 20.
15   Q.   Did you know most of the people there?
16   A.   No.
17   Q.   And I asked you, you've never been a member of
18 NAMBLA?
19   A.   No.
20   Q.   Never applied for membership?
21   A.   No.  I subscribed to their publications for a
22 while, but not a member --
23   Q.   And --
24   A.   -- membership or --
25   Q.   -- when did you --

Page 197

1    A.   -- formal association.
2         THE REPORTER:  I'm sorry, I can't hear.
3    A.   I had no membership or formal association with
4  them.
5    Q.   (BY MR. PRINGLE, JR.) What period of time did
6  you subscribe to NAMBLA publications?
7    A.   In the 1990s, after I started teaching my
8  course on homosexuality and antiquity.
9    Q.   Were you subscribing to the publications in
10 2000, when you went to the conference?
11   A.   Yes, probably.
12   Q.   So, you subscribed to publications for, seven,
13 eight, ten years; something like that?
14   A.   Yes, because I -- I wanted to learn their point
15 of view.  I wanted to see how they appropriated or
16 understood the classical model, and I did learn things
17 from them.
18   Q.   Was -- was Melzer -- Mr. Melzer your
19 introduction into the NAMBLA membership, to get to --
20   A.   No.
21   Q.   How -- how were you allowed to go to the --
22 those two conferences if you weren't a member?
23   A.   They were advertised in my publications.
24   Q.   They were -- don't they -- don't they -- don't
25 they limit attendance at those conferences to

Thomas Hubbard Vol II
May 25, 2021                                      198 to 201

Page 198

1  individuals friendly to their views?
2      A.  No.
3      Q.  So, I could go to a NAMBLA?  I could go to a
4  NAMBLA meeting if I wanted to?
5      A.  My understanding is they no longer hold
6  meetings.
7      Q.  Oh.
8          Who is George Willard?
9      A.  That is the nom de plume of Avi Underwood.
10     Q.  Ah.  Oh.
11     A.  It's the name that he uses in his American
12  publications.
13     Q.  So, Avi wrote the article in Baltimore Outloud?
14     A.  Yes.
15     Q.  And did you review that article before you --
16  before he sent it?
17     A.  I think so.
18     Q.  Did you endorse it?
19     A.  Endorse it?  I felt it was accurate.
20     Q.  Did you review it to make sure it was accurate?
21     A.  I -- yes, I -- I believe that he showed it to
22  me pre-publication.
23     Q.  Did you make any corrections to it?  Changes?
24     A.  I don't remember.  I -- I may have told him
25  that a couple of things in the initial version were

Page 199

1  inaccurate.
2      Q.  When you published the -- when you published
3  the article in Wallace Press, which is a subset or a --
4  a -- a front for the -- for NAMBLA, your test -- your
5  sworn testimony is you had no understanding and
6  affiliation between NAMBLA and Wallace Hamilton Press?
7      A.  I was led to believe they were two separate
8  entities, but that Wallace Hamilton did work with
9  NAMBLA, to the extent of selling some of the print run
10  to them.
11     Q.  So, you were aware of an affiliation between
12  Wallace Hamilton Press and NAMBLA when you made your
13  publication?
14         MR. SIBLEY:  Objection.
15     A.  Depends what you mean by "affiliation."
16     Q.  (BY MR. PRINGLE, JR.) You're aware of a
17  relationship between the two?
18     A.  I guess you could say that that existed, yes.
19     Q.  All right.  At the time?
20     A.  Yes.
21     Q.  Now, one of the -- well, let me ask you about
22  this.  The incident at your house in early December, you
23  remember that?
24     A.  Yes, certainly.  How could I forget?
25     Q.  I don't know.

Page 200

1          But do you think my client had any
2  involvement in organizing that?
3      A.  She is the one who told the popular women's
4  movement that I am advocate of pedophilia, and that my
5  seminar on rape had been banned by the university, and
6  the other things that that group was claiming.
7      Q.  That's not my question.  My question was, do
8  you think my client had any involvement in organizing
9  that?
10     A.  She had an involvement in making it possible.
11     Q.  Other than publication of the flyer, do you
12  have any information that my client was in any way
13  involved in that demonstration at your house, other than
14  publication of the flyer two weeks before?
15         MR. SIBLEY:  Objection.
16     A.  Yes.  We have evidence of that in the material
17  we have received in discovery.  We have evidence of her
18  text messages with Patricia, no last name, who said that
19  she was the -- head of that group.
20     Q.  (BY MR. PRINGLE, JR.) And the text messages
21  related to the -- to the protest?
22     A.  She had ceased contact with them after a
23  certain point.  So, she was not directly in contact with
24  them at the time of the mob action, but she certainly
25  was in contact with them before, as evidenced in the

Page 201

1  discovery.
2      Q.  Sure.  Contact's great, but did she have any
3  involvement in organizing it, or instructing it, or
4  facilitating it other than publication of the flyer?
5          MR. SIBLEY:  Objection.
6      Q.  (BY MR. PRINGLE, JR.) That's my question.
7          MR. SIBLEY:  Objection.
8      A.  She was talking with the head of it, and she
9  knew that this was a violent and disruptive group, as
10  she revealed in her communications with Jeff Davis.
11     Q.  (BY MR. PRINGLE, JR.) And so my question to you
12  is, is -- is that all?  Anything else?
13     A.  To the extent that the -- I have access to
14  information so far.  It's what we've seen under
15  discovery.
16     Q.  And you're not aware of anything else, as we
17  sit here today, true?
18     A.  No.  In -- in fact, my initial assumption was
19  she had nothing to do with it.
20     Q.  And you're not aware of anything else, any
21  other link between my client and the -- the protest at
22  your house other than what you've told me about, that my
23  client published the flyer and had some communication
24  with a woman named Patricia?
25         MR. SIBLEY:  Objection.

Page 202

1    A.  Communication relaying false charges against me
2 that motivated that group.  And to that extent, but for
3 the defendant's actions, that group would've never heard
4 of me.
5    Q.  (BY MR. PRINGLE, JR.) How do you know that
6 group didn't research your writings and reach the same
7 conclusion that Miss Blakemore did?  How do you know
8 that?
9    A.  I -- I do not know for sure what each member of
10 that group did.  What I do know is she was in active
11 contact with them, as was Hollie Green, and that, you
12 know, but for their action, it is my belief that that
13 group would've never known about me.
14    Q.  Sure.  And whether or not that -- that group
15 did, as Miss Blakemore did, and googled your name and
16 found Rebecca Futmoore -- Futo Kennedy's blog post on
17 you, highly critical of your scholar -- scholarly
18 endeavors, you have no idea, do you?
19        MR. SIBLEY:  Objection.
20    A.  I -- I have no way of knowing that, but I doubt
21 they would've googled my name but for the actions of the
22 defendant.
23    Q.  (BY MR. PRINGLE, JR.) Why do you think my
24 client googled your name?
25    A.  I don't know that she did.  You're revealing

Page 203

1 new information to me.
2    Q.  Pretty safe assumption, isn't it?
3        MR. SIBLEY:  Objection.
4    A.  We'll find out when we depose her.
5    Q.  (BY MR. PRINGLE, JR.) You sure will.  Okay.
6 Fair enough.
7        How did -- how did you get your name off
8 the list of associated individuals of NAMBLA?
9    A.  I presented the management of Wikipedia with
10 refutation, including a public statement that I made at
11 a conference, around 2011 or '12, in which I made it
12 very clear that I did not agree with their positions,
13 but I nevertheless felt they had a right to speak.
14    Q.  No.  My question is, how did you get it off,
15 not why did you get it off.  You -- you -- you contacted
16 someone, and how was it actually modified at -- at your
17 request or demand?
18    A.  My understanding is that Wikipedia has records
19 of who it is that adds something to an article, and I
20 believe that we found that it was a man from Australia
21 who used the code name Crossroads," and that he himself
22 said that he was not certain enough about the matter
23 that he would resist its removal.
24    Q.  And so the matter that we're talking about is
25 you were listed on the Wikipedia page for NAMBLA as a

Page 204

1 list of associated individuals, correct?
2    A.  As one of four.
3    Q.  As one of four.
4        And that was true when Miss Blakemore made
5 the statement that -- that you were involved with
6 NAMBLA?  That you were listed on that page?
7    A.  It is true that I was on the Wikipedia page,
8 but I was unaware of it.  This was the first I heard of
9 it.
10    Q.  All right.  You indicated that a lot of the
11 information you've gotten about my client is from
12 friends and associates?  People sympathetic to you?
13        MR. SIBLEY:  Objection?
14    A.  From my teaching assistant, Alain Zaramian; and
15 from Avi Underwood who writes as American publications
16 under the name George Willard.
17        THE REPORTER:  I can't hear the -- under
18 the publication -- un --
19        MR. PRINGLE, JR.:  Under the name George
20 Willard.
21    A.  His American publications, he uses that name
22 because it is -- his Israeli name is -- is so strange
23 and foreign sounding.
24    Q.  (BY MR. PRINGLE, JR.) And what have you done to
25 verify the accuracy of what Avi and Alain told you?

Page 205

1    A.  I did look up her father's web page -- the web
2 page of his corporation and confirmed that he was,
3 indeed, a republican political activist.  But for the
4 most part, I was relying on their research, because I do
5 not use social media.  I don't touch it.
6    Q.  All right.  Let's talk a little bit about
7 the -- the rally -- I mean the flyer.  Okay?
8    A.  May I see the copy?
9    Q.  Sure.  Let me get my copy here.
10        UNIDENTIFIED FEMALE SPEAKER:  There's one
11 also in the back of your e-mails.
12    Q.  (BY MR. PRINGLE, JR.) Here it is.  Here it is.
13 Yeah, the e-mail.  All right.
14        MR. PRINGLE, JR.:  So, Joe, just for your
15 edification, we're looking at one of the middle pages in
16 Exhibit 3.
17    Q.  (BY MR. PRINGLE, JR.) Let me see.  Dr. Thomas
18 K. Hubbard has been advocating for pederasty
19 (pedophilia) for as long as he has taught at the
20 University of Texas.
21        You say that's false, true?
22    A.  It is a misuse of both the word "advocate" and
23 "pedophilia."
24    Q.  Are you saying it's false?
25    A.  Yes.

Thomas Hubbard Vol II
May 25, 2021                                    206 to 209

Page 206

1      Q.  Okay.  You would -- would you disagree with the
2  statement:  Dr. Thomas K. Hubbard has been touting the
3  benefits of pederasty for as long as he has taught at
4  the University of Texas?
5           THE REPORTER:  Touting the benefits of
6  what?  I'm sorry, you're reading so fast.
7      Q.  (BY MR. PRINGLE, JR.) Would you agree that --
8  with the statement:  Don -- Dr. Thomas K. Hubbard has
9  been touting the benefits of pederasty for as long as
10  he has taught at the University of Texas?
11      A.  Excuse me.  I don't see that statement here.
12      Q.  I know.  That's all -- I'm asking you if you
13  would agree with that?
14      A.  No.
15      Q.  Would you agree with the statement:  Dr. Thomas
16  K. Hubbard has been touting the benefits of pederasty
17  during his time at the University of Texas?
18      A.  Not the benefits of pederasty in the modern
19  world, but I have discussed it mostly in relation to
20  Ancient Greece, which was a culture in which it was
21  normalized.
22      Q.  Would you then agree with the statement
23  Dr. Thomas K. Hubbard has been touting the benefits of
24  pederasty and Ancient Greece during his time at the
25  University of Texas?

Page 207

1           MR. SIBLEY:  Objection.
2      A.  I -- I have explained what the Ancient Greeks
3  themselves thought about it.
4      Q.  (BY MR. PRINGLE, JR.) Okay.  The next sentence
5  is:  Since 2000, Dr. Hubbard has used his position to
6  further community of individuals hoping to pray on
7  underage boys?
8           Would you agree with me that NAMBA --
9  NAMBLA members is a community of individuals hoping to
10  pray on underage boys?
11           MR. SIBLEY:  Objection.
12      A.  No.
13      Q.  (BY MR. PRINGLE, JR.) Okay.  So, the National
14  Association of Man -- the Nash -- North American Man Boy
15  Love Association does not a community of individuals
16  hoping to pray on underage boys, is it?
17      A.  Judging from the publications that I have seen,
18  they warn their members against any legal violation.
19      Q.  But aren't -- if you're a member of NAMBLA,
20  aren't you an individual treated -- pre -- aren't you an
21  individual with a tendency to be attracted to underage
22  boys?
23      A.  I think that is probably true of most of them,
24  but I also believe that very many of them, including
25  Peter Melzer, are completely celibate, and -- and, you

Page 208

1  know, can recognize the attraction, but believe that
2  it -- it is, simply, has too much risk of harm to put it
3  into practice.  I mean, there are many organizations now
4  that, you know, do serve that community, but equally
5  discourage people from actually acting upon their
6  attractions.
7      Q.  Would you agree that Dr. Hubbard, you, have
8  used your per -- your position to publish articles in
9  NAMBLA publications?
10      A.  I don't necessarily know, as my position at the
11  University of Texas, was why they asked me to that --
12  that bar.  I -- I think the reason was simply that I was
13  knowledgeable of Ancient Greece, and they were
14  interested in learning more about it.
15      Q.  And that was for the North American Man Boy
16  Love Association, true?
17      A.  Yes.
18      Q.  All right.  And in his academic writing,
19  Hubbard describes physical relationships between men and
20  young boys as proper learning experiences, end quote.
21           And that's quoted correctly, isn't it,
22  proper learning experiences?
23      A.  Those three words are, but they're taken out of
24  context.
25      Q.  So you say.

Page 209

1           And then refers to works, like boys
2  sexuality and age of consent encourage these elix --
3  illicit acts.
4           That's the actual article where that quote
5  comes from, isn't it?
6      A.  That -- that's part of the title.
7      Q.  Okay.
8      A.  But I do not agree that the article encourages
9  illicit acts.
10      Q.  Well, you actually don't even agree that your
11  writing describes physical relationships between men and
12  young boys as proper learning experiences, do you?
13      A.  As long as we define "proper" in the sense in
14  which I used it, which is OED, III.
15      Q.  Okay.  So, you think that physical
16  relationships between men and young boys are learning
17  experiences that are proper?
18      A.  Experiences that -- no.  We need to go back to
19  the context of that, that sentence.  Can -- can we look
20  at the article again?
21      Q.  We don't need to.
22           It says your -- his course, Mythology of
23  Rape, was banned at -- at UT after only one semester.
24           We haven't talked much about that course,
25  but you did teach that course one semester?

Page 210

1  A.   Yes.

2  Q.   And it was not offered again?

3  A.   Yes; and we have submitted, in response to your
4  subpoena, evidence that there was a plan to offer it
5  again, but ultimately both I and the department decided
6  that it would be better to teach something else?

7  Q.   What is --

8  A.   I -- I was not happy with the student responses
9  to the course and decided it -- it would be better not
10 to teach it again.

11 Q.   What is WGS?  Is that Women Studies?

12 A.   Womens and Gender Studies.

13 Q.   Okay.  And Women and Gender Studies did not
14 cross list this course?

15 A.   Not the first time, but they did agree to do it
16 the second time.

17 Q.   Of course, you had communications with the
18 people at Women's and Gender Studies about their
19 decision, initially, not to list the course, correct?

20 A.   It was never explained to me why they did not
21 list it initially, but what I think I have since learned
22 is that they generally want a course to be taught, at
23 least, once before they agree to cross list the course.
24 So, what happened in this case was not particularly
25 exceptional.

Page 211

1  Q.   And you complained to -- to the dean that the
2  reasons WGS gave you for not processing the course were
3  be -- mere pretexts?

4  A.   I don't recall doing that.

5  Q.   Okay.  Do -- do you think that the reasons that
6  they gave for not listing the course were pretext
7  pre-textual?

8  A.   But they didn't give reasons.  I've already
9  said that.

10          (Exhibit 19 marked)

11 Q.   (BY MR. PRINGLE, JR.) No. 19.  The last page --
12 should be next to last page.  You're writing Ms. Sue,
13 and you say: One of the pretexts for refusing to
14 cross-list the course was that Brown Miller was out of
15 date.  Another pretext was that Voices Against Violence
16 was not invoked in the course description.  The third
17 pretext was my course description failed to address the
18 contemporary rape elimination.

19          THE REPORTER:  I'm sorry --

20 Q.   (BY MR. PRINGLE, JR.) What are these pretexts?
21 What are these pretexts for?  What do you think was the
22 real reason they weren't listing your course?

23 A.   There have been resistance to the course with
24 planned to, which is the honors program at the
25 university, because they just felt that this was not

Page 212

1  a -- that this was a topic that might be too traumatic
2  to one of their -- to their -- their students, and,
3  ultimately, I think they were probably right, yes.

4  Q.   And one of the reasons that it -- it wasn't
5  listed -- or wasn't offered is because nobody signed up
6  for it?  Very few people signed up for it?

7  A.   The first time I taught it, it was about 13
8  students, and that's a fairly small enrollment for an
9  undergraduate class.

10 Q.   So, on August 1 of 2016, it says:  Sue is very
11 doubtful that there'd be as many five WGS students who
12 would take the course, so I don't think it would make it
13 anyway.

14          Just wasn't the --

15 A.   I -- I --

16 Q.   -- enrollment?

17 A.   Oh, yes.  I -- I think that was part of the
18 reason ultimately.

19 Q.   Okay.  And did -- did Dr. Kennedy, in her blog,
20 indicate that the cast was -- the course was banned
21 after one semester?

22 A.   I -- I do not recall.  I would have to reread
23 the appropriate section.  If you can refer me to the
24 page number, we can examine it.

25 Q.   Okay.  You don't -- as we sit here, you don't

Page 213

1  know?

2  A.   I -- I do not recall.  I mean, I do not
3  constantly read the -- that blog, because I find it so
4  unpleasant and untrue.

5  It says:  Furthermore -- I'm back to the --
6  yeah.  Furthermore, Hubbard is heavily associated with
7  the North American Man Boy Love Association, NAMBLA,
8  formally the world's largest pedophile activist group.

9  A.   Okay.  Are you on Exhibit 19?

10 Q.   No.  I'm on Exhibit 3.

11 A.   Oh.  We're back to that.  We're --

12 Q.   Yeah.

13 A.   -- back to the flyer?

14 Q.   Uh-huh.

15 A.   I believe that "heavily associated" is wrong.

16 Q.   Unless -- is that a matter opinion, is whether
17 your association is heavy or light, 'cause you were
18 associated, weren't -- weren't you?

19 A.   Depends what you mean by "associate."  If
20 talking to people and teaching people means associating
21 with them, then I guess you could say that I am.  But,
22 does that mean heavily associating with them?

23          I mean, I -- I've talked to members of the
24 Communist party.  I once headed a department chair who
25 was a card carrying member.  Does that mean I'm heavily

Thomas Hubbard Vol II
May 25, 2021                                    214 to 217

Page 214

1  associated with the Communist party?  That's
2  McCarthy-ism by definition.
3              MR. PRINGLE, JR.:  Yeah, well, I'm not
4  really asking about that, so objection nonresponsive.
5       Q.   (BY MR. PRINGLE, JR.) So, when you say:
6  Hubbard -- when this says:  Heavily -- Hubbard is
7  heavily associated with NAMBLA, formerly the world's
8  largest pedophile activist group, you take issue with
9  the word "heavily."
10             MR. SIBLEY:  Objection.
11      A.   I -- I do, and I take exception to the word
12  "associated," and I'm not sure I would call it "a
13  pedophile activist group."  It was more of a
14  minor-attracted person support group.
15      Q.   (BY MR. PRINGLE, JR.) Minor-attractive
16  people -- minor-attracted persons being adults attracted
17  to underage children, among other things?
18             MR. SIBLEY:  Objection.
19      A.   Pedophiles, hebephiles, and ephebophiles.
20      Q.   (BY MR. PRINGLE, JR.) Okay.  So, would you be
21  okay with the sentence if it had said:  Hubbard was
22  published by the North American Man Boy Love Association
23  formerly the world's largest group of minor-attracted
24  persons?  Would that be -- would that be an accurate
25  statement?

Page 215

1       A.   Yes.
2       Q.   Okay.  And the next statement:  He is even on
3  the list of associated individuals on the NAMBLA
4  Wikipedia page.
5              That's true top, side, and bottom, isn't
6  it?
7       A.   At the time that she made this statement, it
8  was true.  But, that statement was itself defamatory.
9  Quoting other people's defamatory statements is itself
10 defamatory.
11      Q.   No.  She says:  He's on the list of associating
12 individuals.  That's subjectively true.  Anybody who
13 goes to Wikipedia, they see that you're on the list of
14 associated individuals.
15      A.   But she articulates that sentence within a
16 context that suggests that that is evidence of my
17 agreeing with their views, which I do not.
18      Q.   I didn't see that.  Where does she say that you
19 agree with their views?  Point that out to me.
20      A.   It's the argument of the whole statement, is
21 that I'm furthering the community of individuals, by
22 which she means NAMBLA, and that I'm heavily associated
23 with the group, and, you know, that I advocate the
24 violent rape of teen boys.  I mean, not even NAMBLA
25 advocates that.  I mean, they're very much against any

Page 216

1  form of coercion or violence.
2       Q.   You are aware that any sort of sexual contact
3  between an adult male and an underage boy, in Texas, is
4  a crime of violence?  You know that?
5       A.   No, it's -- no, it's -- I mean, it -- it's --
6       Q.   Just -- you just --
7       A.   -- it's a statutory.  It is a statutory
8  offense.  I mean, there's a difference between violent
9  rape and statutory rape, that's why we have the terms.
10      Q.   She doesn't say anything about violent rape,
11 does she?  She talks about violent crime.  You're aware
12 that sex between an adult male and a 14-year-old boy, in
13 Texas, is a crime of violence.  Did you know that?
14             MR. SIBLEY:  Objection.
15      A.   It's a felony.  Not all felonies are crimes of
16 violence.
17      Q.   (BY MR. PRINGLE, JR.) Do you know whether it's
18 a crime of violence or not?
19      A.   I -- I have read the statute.  I do not believe
20 that the word "violence" is there on the section of the
21 statute that is pertinent to sexual assault against
22 underage persons.
23      Q.   You believe that.  You don't know one way or
24 the other, do you?
25      A.   I have read the text of the law.  I even taught

Page 217

1  it in some of my courses.  I do not recall the word
2  "violence" being used in their definition of statutory
3  sexual assault.  The word "assault" is used.  The word
4  "felony" is used.  I do not recall the word "violence"
5  being used.  Maybe it is, but you'd have to show me the
6  text to me.
7       Q.   Well, would you agree that any sort of
8  nonconsensual sex between an adult and a minor is a
9  crime of violence?
10      A.   It may be a crime of manipulation.
11      Q.   That's not my question though.
12             Is it a crime of violence?  If you don't
13 know, tell me you don't know.
14      A.   Violence implies the use of force.  Do all
15 contacts involve the use of force?  No.
16      Q.   So, you don't have a position as to whether or
17 not nonconsensual sex between an adult male and a child
18 is a crime of violence?
19             MR. SIBLEY:  Objection.  Objection.
20      A.   It -- it depends on how you define
21 "nonconsensual" and how you define "violence."
22      Q.   (BY MR. PRINGLE, JR.) I'm talking about
23 nonconsensual as being the fact that the child was not
24 old enough to give consent.
25      A.   That's a canard.

Thomas Hubbard Vol II
May 25, 2021                                    218 to 221

Page 218

1    Q.   Uh-huh.
2    A.   I call that a canard and a legal fiction,
3  because what the historical, anthropological,
4  psychological evidence and the -- the statements of many
5  people who as adolescent males have sexual experience
6  with elders shows that -- that they -- they were quite
7  conscious of what was going on, and, you know, quite
8  capable of asserting the consent or not consent.
9    Q.   Is it --
10        MR. SIBLEY:  What time do we have?
11        THE VIDEOGRAPHER:  Seven hours and ten
12 minutes.
13        MR. SIBLEY:  Oh.  Yeah.  We gotta -- you
14 need to close it up and go.
15   Q.   (BY MR. PRINGLE, JR.) We refuse to stand by
16 while this man uses his status to promote pedophilia.
17        And your position is you have never
18 promoted pedophilia, correct?
19   A.   My scholarship does not even concern
20 pedophilia.  It concerns ephebophilia or pederasty, and
21 I don't promote it; I examine it.
22   Q.   And -- and we've -- we pointed out that a
23 lot of your scholarship analyzes the many benefits of
24 sexual conduct between adults and minor children, true?
25        MR. SIBLEY:  Objection.

Page 219

1    A.   The benefits within a society like Ancient
2  Greece as viewed by the Greeks.
3    Q.   (BY MR. PRINGLE, JR.) Okay.
4    A.   Not necessarily as viewed by me.  And I have
5  repeatedly said that, I think, in contemporary American
6  society, it really does not have a place, but I have
7  also said it is not as harmful as many people assume.
8  And the recidivism rates show that we do not need to
9  imprison people for decades.
10   Q.   If it doesn't have a place in today's society
11 and it was rejected in Athenian society, why do you
12 write so much about it?
13   A.   Well, it was not always.
14        THE REPORTER:  I'm sorry, someone's
15 hitting the -- the computer or something and I can't
16 hear.
17        Why do you -- why do you write -- what was
18 that?
19   Q.   (BY MR. PRINGLE, JR.) Why do you write so much
20 about it?
21   A.   Because it is a phenomenon of great interest in
22 scholarship.  There's been a lot of work done on it over
23 the last four decades, and I concluded that a lot of
24 this work was flawed and incorrect and anachronistic.
25 And, no, it was not rejected by Athenian poli -- like

Page 220

1  Athens during its whole history, but during a certain
2  period of the late Fifth Century when Athens was a
3  radical democracy and when there was an acute manpower
4  shortage due to, you know, plague and war.  And the age
5  of marriage was reduced from the 30s to the early 20s or
6  even late teens, it became progressively less respected.
7  And, I mean, that's -- that's one of the really,
8  original things I think I contribute to the debate.
9    Q.   All right.  I appreciate your time today,
10 Doctor.
11   A.   Okay.  Well, I'm glad it's over.
12        MR. SIBLEY:  Pass the witness?
13        MR. PRINGLE, JR.:  Yeah.
14        MR. SIBLEY:  All right.  Reserve questions
15 till time of trial.
16        THE VIDEOGRAPHER:  Off the record at 7:10
17 {sic}.
18        THE REPORTER:  Okay.  And signature?
19        MR. SIBLEY:  Yes.
20        THE REPORTER:  Read and sign?
21        MR. SIBLEY:  Yes.
22        THE REPORTER:  Okay.  And did you want --
23 oh.  Wait just a minute.  Wait just a minute, please.
24 Did you want to purchase a copy of the transcript, sir?
25        MR. SIBLEY:  Yes.

Page 221

1        THE REPORTER:  Okay.
2        (Proceedings concluded at 7:09 p.m.)

## Page 222

CHANGES AND SIGNATURE

1

2  WITNESS NAME     : Thomas Hubbard, Ph.D.

3  DATE OF DEPOSITION: May 25, 2021

4

5  PAGE   LINE    CHANGE            REASON

6

7  _____

8  _____

9  _____

10 _____

11 _____

12 _____

13 _____

14 _____

15 _____

16 _____

17 _____

18 _____

19 _____

20 _____

21 _____

22 _____

23 _____

24 _____

25 _____

## Page 223

8      I declare under penalty of perjury that the

9  foregoing is true and correct.

10

11           _____

12                  THOMAS HUBBARD, Ph.D.

13

14

15     SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned

16  authority, by the witness, THOMAS HUBBARD, Ph.D., on

17  this the _____ day of _____, _____.

18

19           _____

20                  NOTARY PUBLIC IN AND FOR

21                  THE STATE OF _____

22

23  My Commission Expires: _____

24

25

## Page 224

1         UNITED STATES DISTRICT COURT FOR THE

                   WESTERN DISTRICT OF TEXAS

2                      AUSTIN DIVISION

3  DR. THOMAS HUBBARD, PhD.   )

       Plaintiff,            )

4                             )

                              )

   v.                         ) CA NO. 1:20-cv-00767-RP

5                             )

   SARAH ALLEN BLAKEMORE; and ) JURY DEMANDED

6  JOHN DOES 1 - 10,          )

       Defendants            )

7

8

9              REPORTER'S CERTIFICATE

10       ORAL VIDEOTAPED DEPOSITION OF

11           THOMAS HUBBARD, Ph.D.

12              May 25, 2021

13                VOLUME 2

14           (Reported Remotely)

15

16     I, Jennifer L. Marquardt, the undersigned Certified

17  Shorthand Reporter in and for the State of Texas (via

18  Zoom) do herby certify to the following:

19     That I relieved a court reporter from the morning

20  session of Thomas Hubbard's deposition;

21     That the witness, Thomas Hubbard, Ph.D., (via Zoom),

22  was duly sworn by the court reporter and that the

23  transcript of the oral deposition is a true record of

24  the testimony given by the witness;

25     I further certify that pursuant of FRCP Rule

## Page 225

1  30(e)(1) that the signature of the deponent:

2       XX  was requested by the deponent or a party

3  before the completion of the deposition and is to be

4  returned within 30 days from the date of receipt of the

5  transcript.  If returned, the attached Changes and

6  Signature page contains any changes and the reasons

7  therefor;

8       __  was not requested and/or was waived by the

9  deponent or any party present and/or via Zoom before the

10  completion of the deposition;

11     That pursuant to information given to the deposition

12  officer at the time said testimony was taken, the

13  following includes all parties of record and the amount

14  of time used by each party at the time of the

15  deposition:

16     JOSEPH D. SIBLEY        : (00Hr:00m) (via Zoom)

                 Attorney for the Plaintiff, Thomas Hubbard,

17               Ph.D.

18     BRANTLEY ROSS PRINGLE, JR.: (05Hr:00m) (via Zoom)

                 Attorney for the Defendant, Sarah Allen

19               Blakemore

20     That $_____ is the deposition officer's charges

21  to the Defendant, Sarah Allen Blakemore; Brantley Ross

22  Pringle, Jr., Wright & Greenhill, P.C.:  900 Congress

23  Avenue, Suite 500, Austin, Texas 78701 for preparing the

24  original deposition and any copies of exhibits.

25     I further certify that I am neither attorney or

Thomas Hubbard Vol II
May 25, 2021                                              226

Page 226

1    counsel for, related to, nor employed by any parties to

2    the action in which this testimony is taken and,

3    further, that I am not a relative or employee of any

4    counsel employed by the parties hereto or financially

5    interested in the action.

6         SUBSCRIBED AND SWORN TO under my hand and seal of

7    office on this the 11th day of June, 2021.

8

9    _____

10            Jennifer L. Marquardt, CSR

             Texas CSR No. 7034

11            Expiration:  04/30/2022

             U.S. LEGAL SUPPORT

12            Firm's Registration No. 122

             16825 Northchase Drive, Suite 900

13            Houston, Texas 77060

             Telephone:  (713)653-7100

14            Facsimile:  (361)888-6550

15

16

17

18

19

20

21

22

23

24

25

**(**

**(2007)**
3:15

**0**

**015**
58:24

**1**

**1**
1:6 25:5
45:15 168:17
172:22
212:10
**1.7**
27:15
**10**
1:6 58:1
86:13 89:17
139:11
162:15 173:4
183:8
**101**
40:25
**10:21**
41:24
**11**
164:21,22
173:4 183:8
**110263**
2:5
**1108**
2:5
**118**
76:16
**11:00**
6:22
**12**
3:24 101:14
138:5 139:12
165:12,13
203:11

**1200**
2:10
**128**
97:23
**12:25**
43:17,24,25
44:1
**13**
4:3 82:4
138:5 170:7,
8 212:7
**130**
103:21
**132**
108:16
**134**
115:1
**135**
121:25
**136**
132:15
**138**
138:15
**139**
139:1
**14**
97:10 114:10
117:15
118:20
140:6,15
141:8,13,16
144:1
157:15,16
172:10,11
174:20
**14-year-old**
47:5 71:18
72:11,16,22
74:19 75:19
82:7 114:9
115:7 118:7,
13 130:25
143:10 144:9
149:21
216:12
**141**
141:20

**143**
143:16
**144**
148:2
**145**
151:15
**15**
32:4 58:1
117:15,25
118:20
140:6,15
141:13
178:5,7
195:8
**155**
3:18
**159**
3:20
**16**
4:3,9 117:25
121:10
139:12
140:11,21
180:19,20
**16-year-old**
98:11
**162**
3:21
**164**
3:22
**165**
3:24
**16825**
5:7
**17**
4:10 111:14
118:4 148:22
181:20,22
182:5
**170**
4:3
**172**
4:4
**178**
4:5
**18**
107:12

**111:13 118:4**
135:22
139:12
148:22
195:2,3
**180**
4:9
**181**
4:10
**1880s**
139:13
**189**
189:18 190:6
**19**
211:10,11
213:9
**1930s**
78:10
**195**
4:11
**1970s**
81:4 83:9
122:25
**1980s**
52:2 80:7
93:10
**1990s**
52:2 55:13
61:9 67:16
80:7 197:7
**1998**
97:2
**19th**
77:5,11 91:6
**1:20-cv-
00767-rp**
1:4
**1:37**
1:21 5:2

**2**

**2**
1:14 3:3
44:19 45:16
58:22 67:4,
10 182:4

**2-to-300**
  63:25
**20**
  52:21 55:15,
  23 57:15
  59:23 64:18
  65:22 70:12
  171:14
  196:4,14
**20-odd**
  59:19
**2000**
  62:19 197:10
  207:5
**2001**
  55:13 101:7
  132:22
**2002**
  133:10,11
**2009**
  4:3 156:11
  170:14,22,24
  171:4,10,12,
  25 172:4
**2010**
  96:15,17
  156:10
  176:9,24
**2011**
  203:11
**2013**
  58:12
**2015**
  58:16
**2016**
  212:10
**2017**
  27:13
**2018**
  173:3,7
  175:1
**2019**
  6:1 24:9
  29:10 39:10
  43:17 166:1
**2020**
  172:22 195:8

**2021**
  1:13,20
**20s**
  151:12 220:5
**20th**
  67:20 77:6,
  12 91:7
**21**
  6:9,12 97:10
**211**
  4:12
**21st**
  6:1 35:7
**222**
  3:5
**224**
  3:6
**22nd**
  25:7,9
**23**
  3:11 24:9
**24**
  3:12 39:10
  41:24
**25**
  1:13,20
  43:17 44:1
  72:21
**25th**
  43:22
**28**
  173:3
**29**
  29:10
**2:28**
  24:9
**2:55**
  61:21,22

---

**3**

**3**
  3:11 23:10,
  12 35:12
  45:19 146:2
  165:25
  205:16

  213:10
**30**
  24:9
**30s**
  97:19 220:5
**30th**
  166:1,14
**3:08**
  61:22,25

---

**4**

**4**
  3:12 24:25
  25:2,10,12
  29:5 32:16
  35:12 36:13
  76:22
**4-feet**
  140:25
**40**
  14:7 186:3
**40-odd**
  8:10

---

**5**

**5**
  3:5,13 25:13
  29:4,6 61:23
  62:7,16
  77:17 195:10
**500**
  1:19
**503**
  3:15
**5051**
  2:10
**53**
  171:12
**5:00**
  155:24
**5:31**
  160:6
**5:32**
  160:4

**5:44**
  160:6,8

---

**6**

**6**
  3:15 25:13
  29:4,6
  63:15,17,21,
  23 67:1
**60**
  75:11
**600-page**
  110:21
**60s**
  83:9
**61**
  3:13
**63**
  3:15
**6:30**
  195:24
**6:31**
  195:22
**6:36**
  195:24
**6:37**
  196:1
**6:57**
  25:7

---

**7**

**7**
  96:10
**7034**
  5:4
**70s**
  81:8
**713 583-1131**
  2:6
**713 966-6789**
  2:6
**713 977-5395**
  2:11

713 977-8686
  2:11
740
  3:15
77
  101:11
  102:3,5
77056
  2:10
77060
  5:8
78701
  1:19 2:5
7:09
  1:21
7:10
  220:16

_____

8

8
  84:25 139:1
  155:21,23
  156:2,8
80s
  56:14 80:24

_____

9

9
  159:21,22
900
  1:19 5:8
90s
  60:13
96
  3:16 156:15
98
  158:3

_____

A

abandon
  113:2
abhor
  22:19

ability
  36:5
able
  40:18 115:5
  139:25
above
  101:12
  102:11
above-styled
  1:20
absolutely
  22:19 34:22
  130:13
abuse
  80:2,9,12,15
  81:14,15,18,
  20,21 82:2,9
  93:10 152:5
  193:7
abused
  193:3
abusive
  82:14 103:3,
  4 107:22
  152:4 192:22
academic
  6:9,12 75:13
  79:25 134:18
  208:18
Academy
  134:22
accept
  33:19 87:7
accepted
  187:22
access
  60:19 71:4
  190:9 201:13
accessing
  75:25
accidents
  141:2
accordance
  1:23
accounts
  80:11

accuracy
  74:12 194:3
  204:25
accurate
  99:11 181:2,
  13 195:16
  198:19,20
  214:24
accuse
  179:15,17
accused
  54:6,8,10,
  12,20 81:3
  169:5 179:14
acknowledged
  13:8 90:23
  92:11
acquainted
  76:15
acquire
  121:1
acquired
  46:1,10
act
  95:11 97:16
acting
  208:5
action
  30:13 200:24
  202:12
actions
  202:3,21
active
  73:7 193:8
  202:10
activist
  159:8 205:3
  213:8 214:8,
  13
activists
  36:16,22
  37:4 38:23
  90:24 91:17
  92:12
activity
  125:8,9,13
  140:19

actresses
  137:17
acts
  209:3,9
actual
  53:9 81:17
  209:4
acute
  220:3
ad
  184:25
add
  145:18 155:2
added
  65:14
adding
  145:5
addition
  81:4 95:1
  112:19
additive
  63:13
address
  10:6 63:10
  165:6,8
  211:17
addressed
  43:23,24
addressing
  10:11
adds
  203:19
adept
  143:23 144:3
adjective
  145:7,18
  146:4 147:24
adjustment
  142:20
administering
  5:4
administrative
  64:21
admiration
  153:12

admired
  126:15,23
  127:19
  128:9,12
  129:7
admit
  193:11
admits
  176:24
admitted
  66:1 80:22
adolescent
  3:17 58:7
  73:22 92:3,9
  96:12 97:17
  100:16
  101:3,12
  115:11
  118:20,22
  125:23
  130:8,16,17
  141:25
  142:5,16
  146:21
  154:23 155:2
  158:20
  168:25
  190:21 218:5
adolescent's
  154:22
adolescents
  101:10
  115:13 116:5
  127:10
  130:14
  136:5,6
  143:2 150:14
  151:9
adopt
  69:20
adoption
  94:10
adult
  13:3 16:2
  47:5 69:5,14
  70:6,23,24
  71:5,12,21
  72:4,12,15,

  21 73:23
  74:20 75:15
  76:3 79:16,
  18 80:22
  82:9 91:19
  93:15 95:16
  101:20
  102:19
  103:1,2,10
  104:24
  105:25
  106:3,9
  107:11,15
  108:9 109:1
  114:8 115:6
  116:4 121:3,
  9 130:15,25
  131:8 135:20
  136:4
  137:14,23
  141:25
  142:1,5,17,
  19 143:2,15
  144:9,18
  146:8,25
  148:7 149:4,
  5 151:7,20
  152:11
  153:18
  154:15,18
  157:14,22
  159:6 177:4
  184:12 189:7
  193:9,13
  216:3,12
  217:8,17
adults
  47:1 55:4
  70:2 71:11
  73:7 87:11
  104:19 106:6
  127:9 131:24
  138:7
  149:15,25
  150:14
  151:10
  158:25
  182:20
  189:10

  190:18,23
  214:16
  218:24
advance
  32:10 46:8
advanced
  69:17
  109:13,21
  133:7
advancement
  94:11
advantage
  92:16 108:4,
  9 132:8,10
advantages
  112:15 187:4
adverb
  147:16
advertised
  197:23
advice
  31:21
advise
  146:20
advised
  174:9
advises
  104:2
advo
  158:10
advocacy
  141:23
  184:25
  185:3,7,11,
  13 186:1,8,
  10,15
advocate
  12:18 13:19
  60:14,15
  119:18
  184:9,11,14,
  17 200:4
  205:22
  215:23
advocated
  12:25 81:11

advocates
  215:25
advocating
  13:2,7 91:14
  158:10
  159:10,12
  205:18
affairs
  36:1 70:3
  163:10
affect
  45:21 177:25
affidavit
  195:7
affiliated
  160:20
affiliation
  199:6,11,15
Afterward
  189:18
  190:3,5
age
  3:19 18:21
  45:6 56:1
  58:6 60:1
  67:25 73:23
  74:24 76:13
  78:21,22
  79:17 82:2
  83:18 94:2,5
  97:20 98:3
  99:23 100:19
  101:12
  102:8,11,12,
  19 111:13
  114:6 117:20
  118:19
  119:4,8,10,
  19 120:4
  121:10
  135:12,13
  136:3,11
  138:5,17,23
  139:7,11,17
  140:6,11,13,
  14 141:8,13,
  16 142:15
  143:15 144:6

148:18
153:10,21,23
154:5 158:16
183:8 190:21
209:2 220:4
**age-**
**discrepant**
109:14 113:6
**age-equals**
153:4
**age-of-**
**consent**
82:23
**age-span**
143:18
**agenda**
158:6
**agentive**
145:16
**ages**
68:18 69:19,
21 81:25
97:9 118:3
148:21
**agitated**
35:7
**ago**
13:24 55:15,
23 56:7,9
57:16 59:19,
23 64:18
65:22 68:20
163:5 196:4
**agree**
37:18,22
46:25 47:7
48:20 60:2
72:14 77:24
78:1 85:6
92:13 95:20
99:12 123:2
124:19 146:5
157:8,11
176:18 178:3
187:11,12
189:14
203:12
206:7,13,15,

22 207:8
208:7 209:8,
10 210:15,23
215:19 217:7
**agreed**
20:10 190:2
195:15
**agreeing**
215:17
**agreement**
161:21,23
162:2
**ahead**
8:1 21:9
63:15 108:21
109:7,9,11
130:1
**aid**
35:18 169:4,
23
**Alain**
21:20 22:1
204:14,25
**Alex**
160:18,20
**allegations**
36:24 166:6
**alleged**
91:15
**alleges**
190:10
**Allen**
1:5 2:15
**allow**
75:8
**allowed**
48:1 129:23
197:21
**alternative**
83:10,11,15
112:18
**ambitious**
110:5
**amendment**
33:19
**American**
17:18 53:17

66:25 68:14
79:25 80:3
81:16 124:9
134:22
139:12
160:21
177:2,14,19
186:24
187:24
198:11
204:15,21
207:14
208:15 213:7
214:22 219:5
**amount**
101:15
**Amsterdam**
156:19
**anachronistic**
219:24
**anal**
79:16 99:23
117:24 118:5
120:17
124:15
**anally**
98:23 99:4,
5,17 101:19
103:9
**analysis**
18:23 70:12
75:18 76:6
191:9
**analyzed**
67:17 74:18
**analyzes**
218:23
**analyzing**
71:14 103:13
159:5
**ancestors**
130:11
**ancient**
4:7 15:13
16:1 69:3,8
84:13,14
87:1 89:12

104:15
111:25
113:11
114:2,17
187:22
206:20,24
207:2 208:13
219:1
**Anderson**
21:19
**Angelo**
95:25
**Anita**
81:4
**Ann**
84:5
**announced**
7:4
**annually**
100:23
**anonymous**
72:18 176:7
**answer**
22:20 34:7
59:20 109:18
110:9 111:22
112:7,9,10,
20,21 115:4,
24 120:12
127:2
128:14,18,24
129:15,16,
20,21,22,23
132:1,2
135:2 136:1,
16,21 137:1
148:10 150:3
155:19,20
162:8 172:8
180:13
190:14
**answer's**
163:12
**answered**
128:8
**answers**
115:23

120:14
126:18
128:15,25
anthropologic
al
  53:8 84:9
  111:16 114:3
  218:3
anthropology
  150:25
anticipated
  65:21
antigay
  47:6
antiquity
  197:8
Antonio
  81:2
anus
  79:14
anybody
  9:17 13:19
  22:9 41:16
  177:5 215:12
anyone
  13:1 39:7
  49:10 53:11
  61:1 119:6
  146:20 169:4
  173:24
  176:6,12
APA
  177:15,23
apart
  57:20 107:1
ape
  130:6,17
apes
  130:3,13,16,
  17,19
appalling
  86:4
appallingly
  36:24
apparently
  36:3 62:24
  173:6 176:21

182:19
appeal
  32:11 168:20
Appearances
  2:1 3:3
appeared
  30:6
appearing
  1:18
appears
  29:24
appetites
  88:23 90:11
applic
  150:19
applicable
  108:23
  109:6,20
  110:10,18
  111:23
  112:1,8,11
  113:22
  150:20
  184:24
application
  157:2
applied
  157:12
  196:20
applies
  138:2
apply
  137:11,13
  171:20
appointment
  171:11,14
appointments
  171:13
appreciate
  95:24 220:9
appreciation
  87:23 95:22
appropriate
  119:10
  212:23
appropriated
  197:15

approve
  111:4 121:6
approximately
  130:7 142:21
  156:10
archives
  101:6 142:12
area
  27:21
arguably
  89:3
argued
  97:13 112:5
  114:21
arguing
  159:18
argument
  47:17 84:18
  215:20
arguments
  111:12
aristocratic
  112:14
  114:24
Aristotle
  98:19
Aristotle's
  98:17,21
arose
  190:12
around
  6:21 101:7
  190:11 191:3
  203:11
arranged
  87:3
array
  90:3
art
  87:22 117:11
article
  62:9,13
  67:4,5 85:5
  96:4,23,24
  112:5 113:4
  114:22 128:2
  132:22 133:1

134:17
141:20
145:18
146:11
151:14 158:3
159:5 161:1
176:9,24
188:7,8,11,
14,19,20
198:13,15
199:3 203:19
209:4,8,20
articles
  17:16 134:12
  159:13
  174:15
  184:22
  187:3,13
  208:8
articulate
  120:4
articulated
  88:9 140:15
articulates
  215:15
artists
  77:7
arts
  84:7
ascertain
  157:3,19
ashamed
  85:12,19
asked
  7:20,22 8:9,
  17 10:4,6
  12:17 13:6,
  13,19,22
  25:20 27:23
  31:18 51:10
  71:9 115:19
  127:1 131:1
  134:2,6
  149:12 162:8
  164:10 169:7
  175:16
  189:18
  196:17

208:11

asking
12:5,7
16:23,24
37:10 45:12
49:17 51:9
54:14 75:4
95:1 106:21
108:24
126:17 149:2
151:5 182:24
184:16,17
185:12
186:13,14
190:13
206:12 214:4

aspects
101:16,17

assault
27:17,24
29:18,21,24
216:21 217:3

assert
112:23
139:22

asserting
218:8

assertion
111:13

assertions
174:25
175:13

assertive
86:3

assessment
157:21

assign
8:13

assimilate
83:2

assimilationi
st
82:21 83:7,
16

assist
177:15

assistance
64:23

assistant
23:8 24:14
204:14

Assoc
177:3

associate
39:25 46:12
48:6,10,13,
17,19 49:8
50:14 138:9
148:7 173:20
213:19

associated
17:19 39:25
49:13 89:3
177:2 179:16
203:8 204:1
213:6,15,18
214:1,7,12
215:3,14,22

associates
34:14 49:10
204:12

associating
48:23 51:20
213:20,22
215:11

association
16:21 17:14,
18 18:13
39:20 43:9
48:23 49:4,
18 66:25
177:3,14,15,
20 197:1,3
207:14,15
208:16
213:7,17
214:22

assume
7:12 38:16
149:8
156:19,23
181:5 219:7

assumed
79:4 98:18

187:18

assuming
39:24 68:18

assumption
201:18 203:2

assumptions
129:1

Athenian
97:7 219:11,
25

Athens
84:15,16
89:2 97:6,22
220:1,2

atone
136:24

attached
1:24

attack
28:5 39:16
68:9,17,18
94:15

attacked
41:9 46:22
68:12 134:13

attempt
14:16 30:12
153:2,8,20

attempts
173:13

attend
66:6

attendance
197:25

attended
52:23 55:10,
11 65:8,9

attendees
66:4

attested
114:2

attitude
115:14
173:15

attitudes
46:1,10,13,
15 139:15

attorney
42:10 80:20
165:17,22
179:25

attorney/
client
165:21,22

attorneys
26:10

attracted
55:5,21
56:18 57:2
94:16,20
95:5,8
158:24
207:21
214:16

attraction
86:17,21
87:5,20 88:5
95:11 208:1

attractions
208:6

attractive
95:13 98:3
137:21 138:9

attributes
88:3

audio
62:10

auditorium
9:21

augment
56:12

August
4:3 170:14
212:10

Austin
1:2,19 2:5
21:24 27:18
28:2 164:3

Australia
203:20

Austria
69:17

author
104:15

193:23
**authorities**
22:8,10
**authority**
153:5 154:6
**available**
50:9 148:16
**Avenue**
1:19
**average**
95:10 97:20
**Avi**
35:18 165:14
166:1,10,14
168:18
198:9,13
204:15,25
**awake**
99:5
**awakes**
99:17
**aware**
70:5 103:11
137:5 176:10
192:2
199:11,16
201:16,20
216:2,11
**awareness**
120:22 121:2
**awful**
107:23
**awkward**
125:1 149:9
**awoke**
99:5

———————————
**B**
———————————

**babies**
123:17
**back**
5:1 15:13
21:15,25
25:4 43:19
60:12 61:24
99:3 101:3

110:13
111:25
112:11 116:3
117:5 137:18
160:7
170:14,21
171:25
172:25
181:12
195:25
205:11
209:18
213:5,11,13
**background**
16:21
**backgrounds**
14:15 120:21
**bad**
16:13 34:21
101:16
126:16,19,
20,24 127:4
128:10 129:8
149:23 164:2
171:1 187:10
189:11
**balance**
116:6
**balanced**
101:16
**balloons**
7:3
**ballot**
81:9
**Baltimore**
198:13
**banned**
159:19 200:5
209:23
212:20
**bar**
208:12
**barely**
109:21
**barriers**
148:4

**base**
160:10
**based**
8:9 18:13,19
34:14,16
37:13 39:4,
14,19 40:23
43:6,9 44:14
46:23 54:12
64:15,16
68:15 69:24
71:15 78:10
83:9 90:16
102:14
111:12
113:11
132:24
141:24 144:6
191:20
**basically**
52:1,6
156:25
**basing**
70:14 126:9
**basis**
27:7,12
28:15 42:13
43:3 45:12,
14 46:4
**bathroom**
47:10
**beard-growth**
97:10
**beau**
87:24
**beautiful**
86:17 87:21,
22 106:1
**beauty**
87:24 95:22,
25 106:8
107:4,13
108:1,8
137:16
**Beert**
178:10
**began**

7:1 139:13
**begin**
77:22 98:15
**beginning**
14:17,25
**begins**
103:25
**behalf**
27:6,7,12
**behavior**
44:14 101:6
112:14 128:2
129:19
130:10
139:21
142:12
**behavioral**
31:17
**behind**
27:19 85:23
**beholder**
143:7
**Belgium**
56:16
**belief**
192:12
202:12
**believe**
6:1,21 10:10
12:4 13:12
14:3 16:18
18:5 30:12
37:1,14
38:17 42:16
47:24 51:18
54:10 56:23
66:3 106:21
107:2 115:25
120:13
131:12
132:10
134:14 138:1
139:24
146:7,10,14
152:15
154:13,20
172:15

175:3,15
179:1 184:7,
14 185:4
186:23 188:8
190:20,21
192:6 198:21
199:7 203:20
207:24 208:1
213:15
216:19,23
**believed**
85:24 90:14
159:16
**below**
102:12
111:13
**beneath**
174:7
**beneficial**
71:24
**benefit**
8:16 109:17
110:3,4,16
**benefited**
70:1
**benefits**
109:24 110:1
111:18,22
113:9 130:24
185:8,14
187:4,7,14,
19,23 188:2
206:3,5,9,
16,18,23
218:23 219:1
**besides**
95:9 175:23
**best**
12:12 13:25
47:14 174:8
**better**
20:20 69:1
89:4 92:10
115:13,15
125:14
131:22
140:14
149:2,8,15,

24 153:16
173:16
210:6,9
**bias**
27:23
**Big**
105:13,16,19
**Bill**
165:16
**bio**
19:3
**biography**
17:25
**biological**
82:5
**biology**
99:11 122:22
130:21
**Birch**
160:23
**birth**
123:22
148:15 150:6
**bisexual**
101:24
102:6,17
103:14
121:16
132:17 148:8
159:11
**bit**
21:3 49:18
74:2 110:16
117:15,17
159:17 171:4
205:6
**Black**
83:13
**blackmail**
105:6
**Blakemore**
1:5 2:8,15
9:19 11:5
16:19,25
17:21 18:10
30:18 40:5
166:25

183:22
202:7,15
204:4
**bland**
83:19
**blockers**
119:15 120:2
**blog**
4:9 174:1
175:1 176:7,
20 179:14
180:21,24
181:2,7,8,12
202:16
212:19 213:3
**blundering**
131:4,10
**board**
27:14 59:9
64:3,11
65:15
**book**
75:8 78:7
99:1 178:10,
11,24,25
181:23
188:16 189:3
**books**
101:9
**born**
120:20
**Boston**
59:4
**bottom**
25:3 89:17
96:21 195:10
215:5
**bourgeois**
67:21
**box**
129:1
**boy**
16:12 47:5
60:6 66:25
70:15,24,25
72:7,12,13,
16,22 73:4,

5,11 74:20
79:16 82:7
85:9,11,19
86:18,21
87:20 88:5
91:19 93:15
97:17 98:2,
3,12,14,25
99:8,19
100:15,25
101:20
104:22,24
105:3,8
106:1,7
111:19 113:7
114:9 115:7
117:19
118:7,13
119:11 141:8
143:10
144:1,9
146:8 147:1
150:9 177:3
207:14
208:15 213:7
214:22
216:3,12
**boy's**
85:2 109:23
140:18
**boys**
16:3 45:21
58:7 67:12,
17 69:2,4,
14,22 70:1,
3,4,6 71:5,
18,25 72:2,
3,9 73:7,22
75:19 85:7
87:11,15,20
89:15 90:6,
12 94:16,20
95:5,8,11,17
99:25 100:15
101:8,22,24
102:5,17,18
103:9 104:4,
11 105:24

106:13,23
107:3,7,11,
14,17 109:2,
3,4,19
110:4,16,25
111:1,9
112:23 113:1
118:20,24
119:19,25
120:5,21
121:1,4,5,
13,14,16
127:21
130:25
136:11,12,13
137:12,13
138:2,5
141:25
142:1,2,5,6
143:21
144:18 146:8
147:18
148:5,14
149:3,4,14,
21 154:11
158:5,11,18,
20,22 159:6,
9 177:4
182:9,20
184:9,12
190:9,11,17,
21 191:2,3
192:25
207:7,10,16,
22 208:20
209:1,12,16
215:24
**Boys'**
3:19
**branch**
38:2
**Brantley**
2:9
**breach**
162:3
**break**
61:15 74:2
160:1

**Briggs**
81:9
**bright**
147:12 167:4
190:22
**bring**
20:17
**broad**
49:9
**broaden**
133:18
**broader**
74:23 76:6
**Brooklyn**
179:10
**Brother's**
105:13,16,19
**brothers**
93:25
**brought**
5:21
**Brown**
211:14
**Bryant**
81:5
**bud**
47:14,24
51:11
**building**
21:16
**bulk**
66:12
**Bulletin**
134:18
**bumbling**
143:19
**bunch**
191:3
**buried**
48:4
**bury**
50:23
**Butch**
26:7
**buyout**
170:16

**by-product**
139:7,19
140:13
**by-products**
138:21 141:8

————————

C

————————

**CA**
1:4
**California**
81:9 122:24
**call**
17:19 19:20,
23 22:12
42:11 54:25
60:7,8 78:25
82:13,15
149:18,21
194:8 214:12
218:2
**called**
32:8 57:8
64:2 77:8
86:24 160:21
163:20
**calling**
50:16 93:2
**calls**
171:19
**Camara**
2:4
**camera**
180:18
**camp**
190:7
**campaign**
39:11 41:6,
21 81:5
139:13
**campus**
33:13,22
34:25
**canard**
104:16
105:21
217:25 218:2

**cancellation**
68:10
**candidates**
39:21
**canil**
83:19
**capable**
33:7,12,22
34:4,8,21
111:14
130:14
188:10 218:8
**capacities**
120:25 186:9
**capacity**
112:22
157:15,17
158:5
**car**
141:1
**card**
213:25
**care**
8:2 80:9
122:21
146:11
158:24
**careers**
83:19
**careful**
37:15
186:21,22
**carefully**
176:3,6
**Carmen**
23:7 24:15
29:9 31:18
**carrying**
213:25
**case**
64:2,22
66:17 81:2
86:11 106:22
113:14
119:24 136:5
150:6,7
152:20

164:13
177:24
210:24
cases
  50:4 80:24
  97:24 105:6
  108:11 126:5
  142:9 143:4
  151:11
  152:4,7,19
  189:14,15
cast
  212:20
category
  70:15
cc'd
  27:14
ceased
  200:22
celebrated
  90:23 91:17
  92:12
celebrating
  114:17
celibate
  56:22 207:25
Center
  6:9,12
centers
  122:11
century
  67:20 77:5,
  6,12 89:13,
  19 91:7
  97:22 220:2
certain
  32:7 35:2
  41:1,2 98:3
  101:15
  115:5,6
  125:9 129:15
  155:12,14
  158:7 200:23
  203:22 220:1
certainly
  12:24 16:22
  30:2 36:20

47:3 52:10
70:13 73:6
74:5 76:6
83:12 85:8
92:15 101:21
104:23
118:11
122:16 132:7
133:23
134:10
175:21
176:15
183:17
184:10
189:13
199:24
200:24
certainty
  37:12 40:17,
  18 52:10
Certificate
  3:6
Certified
  1:21
cetera
  189:25
Chaffin
  182:6
chair
  166:6 169:8
  170:21
  174:10
  213:24
chance
  13:11 33:3
  163:3
Chancellor
  28:9
change
  60:15 158:4,
  11,17 160:10
  181:7
Changes
  3:5 198:23
chapter
  67:16

character
  87:21 90:9,
  16
characterize
  139:16
charge
  13:14
charges
  80:16 163:22
  202:1
chase
  88:18
chatter
  22:13,17
checked
  161:3 175:3
Chicks
  32:8
child
  32:2,5,18,22
  33:23 40:1
  48:11 60:20
  72:8 75:25
  80:2 81:14,
  15,18,20
  82:1,9 91:4,
  12,24 92:1,
  13 93:10
  139:24
  141:16
  151:7,25
  152:5,10
  154:4 157:21
  193:3,9
  217:17,23
child's
  152:8 153:11
  154:5
childhood
  56:15 71:10
children
  13:2 18:21
  40:13 55:6
  76:10 80:15,
  16,20 81:3,5
  132:18
  149:14,19,

21,25 151:9,
20 152:5,17
153:2,9,20,
21 154:10
157:2,13,18
183:8 192:19
214:17
218:24
Chinese
  114:5
choice
  69:16
choices
  119:25
choosing
  79:25 113:2
Chrysippus
  85:4,9
  110:22
church
  18:3 156:24
circumstances
  119:14
citation
  64:2 104:6
cite
  70:9 104:5
  113:23
  141:19
cites
  135:22
citing
  47:16 104:13
citizens
  80:12
citizenship
  115:2
City
  64:8 165:17
civil
  1:23 57:8
civilization
  108:3,14
  114:4,5
civilizations
  183:15

Thomas Hubbard Vol II
May 25, 2021                    12

claim
  27:2,5 28:19
  195:4
claimed
  163:11
claiming
  28:15 43:4
  200:6
claims
  47:14,23
  48:6,7,10
  51:3 74:12
class
  6:8,20,24,25
  10:2,5,9,12
  12:13,19
  13:1,18
  14:2,11,17
  15:8 16:11
  21:7,9,13
  36:6 83:10,
  19 94:2
  121:11 212:9
classes
  10:13 100:6
  122:24
classical
  6:6,7 94:5
  97:6 197:16
classicist
  173:19 177:7
classics
  4:4 163:18
  171:16
  176:14
classists
  179:15
classroom
  5:18 7:7,10
  9:5 35:6
clear
  45:10 53:5
  60:1,2
  104:14
  144:16
  146:19
  203:12

clearly
  98:22 185:25
client
  29:14 32:17
  33:7,21
  34:19,23
  42:7 46:16
  200:1,8,12
  201:21,23
  202:24
  204:11
client's
  168:3
clients
  117:6
close
  43:9 57:19
  87:16 120:23
  218:14
closed
  33:16 80:2
  156:24
closely
  46:11 51:2
closer
  6:15 20:17,
  24
coaches
  122:23
code
  203:21
coerced
  92:16
coercion
  132:11 216:1
coercive
  70:17,18,20,
  25 71:2,13
  75:2 100:13
  142:9
cognitively
  157:10
cognizant
  139:21
coincided
  82:20

collaborators
  92:21 93:8,
  23
colleague
  171:1
collecting
  50:19 110:21
collection
  62:9,13
  182:9
college
  24:21 173:19
  179:10
colonies
  130:19
come
  15:3 16:4,13
  30:15 59:4
  61:7 88:15
  104:11 113:5
  119:17
  120:23 134:8
  135:17 146:6
comes
  209:5
comfortable
  118:19
commented
  163:21
comments
  15:4,11
  165:10,11
  177:6
Commission
  26:24
commit
  50:7 118:4
  148:21
commitment
  57:8
committed
  85:13,15
  137:25
committee
  65:2,5
common
  78:23 119:15

130:10
  148:21 150:7
  152:6
  185:24,25
  186:3
commonly
  187:18
commonplace
  109:15,22
  110:15
  111:20 113:6
communicate
  116:23
  133:21
communication
  24:8 201:23
  202:1
communication
s
  24:14,20
  28:5 166:9
  201:10
  210:17
Communist
  49:13,14
  213:24 214:1
communities
  130:19
community
  61:13 207:6,
  9,15 208:4
  215:21
comp
  127:3
compared
  122:25
  142:11
competition
  153:5
competitive
  130:19
compiling
  71:14
complained
  28:1 211:1
complaint
  4:11 26:19,

Thomas Hubbard Vol II
May 25, 2021                                        13

21,23,25
27:11 28:10,
15,19 66:16
195:6
**complaints**
31:1 162:19
**completely**
56:22 102:16
140:18
207:25
**completing**
156:18
**complex**
137:1
**composed**
172:18
**comprehensive**
14:21
**compromised**
174:24
**compulsivity**
142:25
**computer**
20:17 219:15
**computerized**
1:22
**conceal**
54:3
**conceived**
66:12
**concept**
89:23 90:19
114:6 150:25
151:6 152:20
**concepts**
90:3 152:22
**conceptual**
89:14,20,22
90:1,5
**concern**
95:15 159:8
218:19
**concerned**
21:7 22:14
57:10 136:7
137:10
149:20

**concerns**
30:16 31:17
44:16 45:20
218:20
**concerted**
12:23
**concluded**
27:22 134:23
219:23
**conclusion**
18:24 88:15
113:5 202:7
**conclusions**
39:3,4 77:25
**condescending**
149:19
**conditions**
115:5,6
**conduct**
82:8 218:24
**conducted**
71:17
**confer**
109:17
**conference**
57:16 65:21
66:2,3,6
176:8 196:12
197:10
203:11
**conferences**
57:16,19
196:4,7,9
197:22,25
**conferred**
110:16
**confers**
109:24 110:1
111:21
**confidential**
162:6
**confirm**
106:10
**confirmed**
103:16 205:2
**conflicts**
86:1

**confrontation**
34:12 44:14
168:12
**confrontation
al**
30:13
**confused**
90:21
**confusing**
27:23
**congratulate**
68:3
**congratulating**
68:6
**Congress**
1:19
**connections**
107:25
**conscious**
218:7
**consensual**
87:6 103:6
143:4 144:2
184:11
**consensually**
81:22
**consent**
3:16,19
15:25 45:7
56:1 58:6
60:1 69:19,
21 86:5,6
96:11 100:19
101:13
102:9,11,12,
19 111:11,15
112:23 114:6
118:19
119:4,10
120:5 136:3
138:17,23
139:7,11,22,
25 140:6,14
141:8,16
143:6,9
144:6 154:14

157:22
158:17
188:10 209:2
217:24 218:8
**consents**
82:7
**conservative**
14:15 17:17
39:17 42:16,
21
**consider**
36:4 83:23
100:19
119:24
123:10 137:7
144:8 159:7
181:13,19
184:25
**consideration**
82:22 159:4
**considered**
18:7 32:22
77:21 87:7,
18 90:8
103:4,5
111:9 144:5
169:16
183:21
**considering**
78:8 158:2
**consisted**
86:12
**consists**
50:17
**conspiracy**
80:14
**constantly**
213:3
**constitute**
187:6
**cont**
4:1
**contact**
57:24 58:9,
17 61:3
65:20 71:11
133:19

156:23
182:10
189:8,10
200:22,23,25
202:11 216:2
Contact's
201:2
contacted
203:15
contacts
217:15
contemporary
67:23 211:18
219:5
contends
189:13
content
14:20 15:21,
23 22:3
contention
44:22 81:7
contents
195:15
context
16:1 37:16
45:10 51:7
56:8 89:5
111:3 126:22
139:2
187:21,23
189:20
208:24
209:19
215:16
contextualize
d
88:1
contingency
145:5
continue
28:11 139:5
159:19
continued
139:13
continues
46:11 88:17

contract
66:12
contradiction
70:22
contrary
108:15
contribute
220:8
contributions
78:20 182:8
control
95:13,24
123:22
148:16 150:6
controversy
132:25
controverted
29:22
converts
109:23
convicted
40:1 74:4,8
75:5,13
182:10
189:22
192:10
convinced
116:24
convinces
72:25
convincing
73:2
copies
170:9 172:15
copy
4:11 23:14,
15,16,24
62:2 164:25
195:4 205:8,
9 220:24
cord
180:5
Cornell
101:9
corporation
205:2

correct
19:18 22:21,
24 29:15
31:17 32:25
34:11,19
35:14,17,23
45:21,22
46:5 48:20
50:14 55:6
62:19 63:25
64:3 65:2
68:7,23 69:5
79:1 84:15
88:19 95:21
97:11 106:9
109:2 115:20
124:1 132:21
133:1 142:3
143:11
157:23
162:17
170:14
171:25
172:23 174:1
177:11
178:23
179:24
182:16,17
183:20
184:12
189:22 195:5
204:1 210:19
218:18
corrected
181:1
correction
161:8,13
corrections
160:11,15
180:25
198:23
correctly
124:7 147:24
208:21
correlations
103:7
corresponded
181:6

correspondenc
e
40:6
cost
148:3
could've
110:17
counsel
20:2 26:5
38:1 161:25
counselors
190:8
counterpart
83:6
counterproduc
tive
139:3,4
countries
61:2 69:17,
20 92:5,8
115:10,12,14
141:12
country
61:1,4 68:12
County
42:10 80:19
couple
6:25 10:1
12:23 15:9
35:24 43:19
52:7 57:6,20
58:14 77:6
156:14
161:15
198:25
coupled
157:20
course
7:21,23
15:5,11 74:7
97:20 114:20
169:3 197:8
209:22,24,25
210:9,14,17,
19,22,23
211:2,6,14,
16,17,22,23

Thomas Hubbard Vol II
May 25, 2021
15

courses
  212:12,20
  217:1
court
  1:1 3:6 4:14
  167:21
couverts
  136:10
cover
  66:8,14,19
  120:6
COVID-19
  1:23
create
  123:17
created
  48:2
creating
  93:25
credence
  163:22
credibility
  31:4 74:15
  193:23
credible
  192:5,11
  193:19
credibly
  45:5
creditability
  74:8
crime
  50:7 76:12
  192:13
  216:4,11,13,
  18 217:9,10,
  12,18
crimes
  192:3 216:15
criminal
  94:13
criminals
  54:7
critical
  122:14,15
  175:21
  176:13

202:17
criticism
  134:8,12
  143:25
  173:10
criticize
  92:19 93:6
  123:23
criticized
  37:19
criticizing
  177:7
critique
  27:14 91:2
critiqued
  28:8
cross
  31:23
  210:14,23
cross-list
  211:14
crossed
  16:22
crossing
  16:23
Crossroads
  203:21
crowd
  168:20
Cryogenian
  110:24
CSR
  5:4
cultural
  187:21,23
culturally
  109:13
culture
  206:20
cultures
  140:6 141:12
Curly
  66:17
current
  1:23 59:22
  105:1
  106:13,25

141:16
169:19
183:16
curricula
  122:2,10
curriculum
  123:23
  124:3,12
  125:19
cut
  180:4

---

D

dad
  125:5
daily
  133:22,23
Dallas
  161:13,18
damage
  172:3
damaged
  171:3,7,10
Dan
  16:21 18:14
  39:20 41:21
  43:10 46:12,
  15
danger
  44:22 45:5
  122:11
dangerous
  42:4,8,9,12,
  17,23 43:5,
  13 61:13
  123:11,14,
  15,18
dangers
  124:21
Darth
  42:11
data
  69:25 72:1
  76:7 81:17
  100:8

date
  5:24 6:2
  172:21
  211:15
David
  24:10,13,21
  35:21 41:24
  43:24 47:18
  67:16 79:4
  80:6
Davidson
  4:5,6 178:7,
  23
Davis
  201:10
day
  5:17 6:19,24
  21:18 22:11
  25:8 80:9
  104:23 174:2
days
  67:20 68:22
de
  198:9
dead
  30:4
deal
  84:2,8 121:8
  167:18
dealings
  26:15 154:12
deals
  101:9
dean
  24:14 170:3
  211:1
dean's
  170:2
debate
  28:11 189:7,
  9,11 220:8
debunked
  80:25 134:16
decade
  80:1,7,15
decades
  68:20 77:6

154:24 159:1
219:9,23
**December**
  195:8 199:22
**decided**
  164:1 210:5,
  9
**decision**
  210:19
**declaration**
  195:8
**declare**
  119:11
**declining**
  82:6
**deed**
  68:22
**deer**
  30:4 32:17
  33:25
**deet**
  134:20
**defamatory**
  162:22
  170:23
  183:22 184:8
  215:8,9,10
**defend**
  169:18
**defendant**
  1:20 2:8
  7:1,4 28:6
  63:7 91:15
  166:24
  202:22
**defendant's**
  51:5 163:20
  202:3
**defendants**
  1:6 164:2
**defending**
  88:17
  169:22,24
**Defends**
  58:18
**defensive**
  84:23

**define**
  39:5 58:18
  81:20,21
  86:7,8 183:4
  193:7 209:13
  217:20,21
**defined**
  144:12,14,
  19,23 145:4
  146:2
  147:10,22
  184:7
**definition**
  29:21 38:11
  39:7 70:25
  144:25
  145:15,17
  146:3 148:1
  153:13
  185:10 214:2
  217:2
**defunct**
  52:1,5
**degree**
  50:14
**demand**
  161:12 163:9
  164:16
  203:17
**demanded**
  1:5 161:8
**demands**
  160:11,14
**democracy**
  3:13 67:7
  89:2 112:6
  114:23 220:3
**democratic**
  84:16,19,20
  90:25 91:18
  110:6 112:4
**demonstration**
  200:13
**denied**
  148:6,13
**Denison**
  173:20

**denominations**
  18:8
**denounce**
  80:20
**deny**
  11:8
**department**
  21:23 36:7
  163:19 166:6
  170:21
  174:10 210:5
  213:24
**depending**
  48:19 73:15
**depends**
  48:15 73:2
  81:20 86:11
  119:13
  199:15
  213:19
  217:20
**depose**
  203:4
**deposition**
  1:11,18 5:5,
  9
**derived**
  145:20
**describe**
  6:23 38:19
  64:18 177:10
**described**
  68:14 77:9
  147:6,9
**describes**
  65:1 208:19
  209:11
**describing**
  150:24
**description**
  3:10 4:2
  211:16,17
**deserved**
  10:10
**deserving**
  192:12

**designate**
  162:5
**desired**
  71:14 143:13
**desires**
  119:23
**destroyed**
  26:2
**det**
  48:4
**detailed**
  27:14 164:12
  172:18
  178:13
  179:17
**details**
  9:8 86:11
**detected**
  22:13
**detention**
  56:13 57:8
**determine**
  154:21
**determining**
  100:11
**detract**
  10:8
**detrimental**
  48:5 50:23
**developed**
  157:10 192:7
**development**
  130:7 132:20
**devotion**
  90:17
**dichotomists**
  90:8
**Dictionary**
  144:13
**Diehl**
  4:3 170:14
**diff**
  60:14
**difference**
  103:13
  142:22 155:1
  216:8

differences
142:13
different
21:16 39:23
51:8 55:2,3
88:15 100:19
114:19 119:9
120:4 140:19
157:15
185:13
187:24
differential
99:23
differently
67:12
dignify
173:16 174:8
diligent
176:16
direct
38:10 130:11
188:25
directly
8:23 19:15
177:2 179:16
181:19
200:23
director
24:20
dirty
151:10
disagree
58:19 77:25
78:3 81:14
187:3 206:1
disagreement
178:8
disappear
25:2
disappointed
178:25
disapproves
16:19 152:8
disapproving
16:25 18:11,
15

Disaster
1:23
discarded
26:2
discharge
64:24
discipline
95:14
disciplined
89:3
disclose
162:3
discourage
208:5
discouraged
149:3
discourse
91:9
discovered
80:1
discovery
23:1 200:17
201:1,15
discriminate
75:7
discriminated
27:7
discriminatio
n
27:2,5 195:4
discuss
179:25 181:7
discussed
12:23 93:12
110:23 128:2
206:19
discusses
66:2
discussing
27:20
discussion
15:2 22:5
125:2,20
126:7 138:16
179:13
discussions
9:4,10 15:12

22:1,3
55:18,19,25
127:12 179:5
diseases
122:13,19
123:7
disgruntled
12:16 14:5
dismisses
88:18
disorder
134:15
dispute
26:3
disruption
21:7 35:6
disruptive
171:2 201:9
dissuade
87:13
distinction
78:16
distinguished
70:17
distortion/
unintelligibl
e
62:10
distract
14:2
distribute
36:5
distributed
63:1
distributing
32:24
distribution
31:10
district
1:1 42:10
63:23 80:20
distrustful
88:23 90:11
disturbance
24:18
disturbs
129:3

DIVISION
1:2
Dobbs
165:16
doctor
156:16
220:10
doctorate
156:18
doctors
80:14
document
11:12 17:15
27:18,19,22
63:16 162:6
163:4 195:14
documentary
10:15
documentation
27:19 31:5
documented
10:14,20
97:1 109:12
documents
66:15 179:2
dog
166:21
doing
9:23 14:3,8
34:21 53:16
56:11 74:17
83:12 102:21
127:14
128:10
129:17
149:11 150:4
156:21 170:4
211:4
dollar
27:15
dominant
91:8 110:7
dominate
154:6
domination
154:6

Thomas Hubbard Vol II
May 25, 2021                                    18

Don
  206:8
Donald
  156:15,17
door
  7:7,13 9:5
doors
  7:8,9,11
doses
  119:22
double
  7:8
doubled
  171:24
doubt
  176:23
  202:20
doubtful
  212:11
Dover
  78:5
Dover's
  77:22,25
downside
  85:7
drafted
  35:16
drawn
  63:7
Drive
  5:8
driver's
  140:1,3,9,
  16,21
driving
  140:17 141:1
dropped
  7:21,23 8:24
drops
  88:17
drugs
  72:7 139:3
due
  81:12 170:23
  220:4
Dukerich

  23:8 25:19,
  22 31:18
dull
  83:18
duly
  1:20 5:11
dynamic
  67:11 73:1
dysfunction
  142:25
dysfunctional
  121:5

————————
        E
————————

e-mail
  2:7,12
  24:10,23
  25:4,7,23,25
  26:6 29:9
  36:6,13,14,
  19 39:9
  41:18,23,24
  43:16,22
  47:12 57:5
  133:21
  166:1,14
  205:13
e-mails
  3:11,12,24
  4:12 24:23
  26:3 35:13
  165:14
  205:11
earlier
  20:10 82:16
  91:17 92:12
  96:17 128:2
  136:11
  139:6,8
  140:13
  178:11
  187:14
earlieth
  77:12
early
  24:8 77:12

  90:23 91:7
  103:18
  112:18
  199:22 220:5
earning
  153:11
eastern
  114:4
easy
  8:15
economic
  87:3
edification
  205:15
editor
  190:1,2
  191:12,25
  192:6
editorial
  161:17
editorials
  161:15
Educate
  90:2
educated
  17:8 39:1,19
  41:8,10
  46:16,20
education
  64:3,11
  67:25 97:9
  115:15
  122:2,10,17,
  20 123:3
  124:9,12,20
  125:1,11
  131:23
  157:20
  186:25
educational
  8:16
EEOC
  4:11 26:19,
  20,23 27:11
  28:14,19
  195:6

effect
  7:25 28:9
  36:8 43:10
  74:18 75:19
  76:3 105:14
  143:18
  182:19
effective
  157:20,22
efforts
  139:20
  177:10
eight
  197:13
either
  74:22 112:24
  118:20
  122:22
  154:19
elders
  124:17 218:6
elimination
  211:18
elite
  97:4 98:8
  108:2,13
  109:17
  110:1,5
  111:1,2,6
  112:4,14,15
  114:19
elites
  110:7
elix
  209:2
eloquence
  120:22 121:2
else's
  175:19
embarrassing
  167:23
embedded
  158:6
embody
  120:25
embraced
  75:3

Emergency
   1:23
emotional
   143:22 152:6
emotionally
   131:4
emotions
   88:23
emphasize
   151:9
emphasized
   67:9
emphatically
   113:1
Employment
   26:24
en
   120:25
encourage
   48:10 125:7
   153:14 209:2
encouraged
   175:15
encourages
   112:3 209:8
encouraging
   125:7,12
enculturation
   109:17 110:2
   112:4
end
   16:13 80:1
   138:16
   208:20
endeavors
   202:18
endorse
   198:18,19
endorsed
   87:10
endowment
   169:8
ends
   176:17
enforced
   114:12

engaging
   127:22
   143:21
   147:19
England
   76:19 77:1,
   12 91:7
English
   144:13
enjoy
   101:23
   107:22
enjoyed
   73:23 98:24
   99:18 100:24
   193:1
enlightened
   67:20
enrollment
   212:8,16
enter
   7:13
entice
   105:4 107:2,
   3
entire
   36:19 56:16,
   22
entirely
   77:2 128:6
   135:10
   187:24
entities
   199:8
entitled
   188:15,16
entity
   62:25
ephebophile
   183:16
ephebophiles
   183:10
   214:19
ephebophilia
   218:20
episodes
   98:11

epistemo
   43:7
epistemologic
al
   37:10,22,25
   40:17 43:7
   52:9 93:3
epistemologic
ally
   128:19
Epistemology
   38:2
equal
   26:24 67:24,
   25 78:21
   79:17 130:7
equally
   101:16
   131:15 149:9
   152:14 208:4
equate
   95:23
equivalent
   183:15
era
   138:22
   139:14
erastés
   78:11,13,17
   79:2 112:17
erected
   148:4
erectile
   142:24
erects
   98:24
erotic
   86:19,22
   87:5,23 88:6
   155:1
erômenos
   78:11,14
   79:3
essay
   148:12 151:8
establishing
   73:25

esthetically
   108:2,14
estheticizing
   108:2,13
estimated
   63:25
et
   189:25
Euripides
   110:24
Euripides'
   85:11
Europe
   148:18
evaluate
   176:4
evaluated
   101:13
evaluates
   176:6
evaluations
   15:5,11
event
   5:20
eventually
   51:3
everybody
   83:20 120:6
everyone
   49:9
evidence
   14:6 16:24,
   25 17:3,6
   18:9,16,17
   19:17,23
   30:22 42:7
   44:9,23
   47:19 56:24,
   25 74:6 82:5
   92:4,9 94:7
   99:24
   108:22,25
   109:6,21
   110:10,20,24
   111:17
   112:8,24
   113:1,12

115:10 119:5
137:4,5,8
140:5,10,13
141:11,24
142:4 143:3
176:17
179:18,20
200:16,17
210:4 215:16
218:4
evidenced
 18:14 200:25
evolution
 130:11
 138:17,18
evolutionary
 130:11,20
ex
 66:2
exacerbated
 28:7
exact
 13:23 22:3
 73:13 106:17
exactly
 77:4
exaggerated
 91:13
Examination
 3:5 5:12
examine
 212:24
 218:21
examined
 19:16 73:18
examining
 124:9 142:13
exception
 214:11
exceptional
 210:25
exceptionally
 49:9
exchange
 9:17
exchanges
 57:5

excuse
 6:5 41:22
 53:1 93:4
 159:23
 169:13
 206:11
exhibit
 3:10 4:2
 23:10,12
 24:25 25:1,9
 29:5 31:1
 32:16 35:12
 36:13 46:12
 61:23 62:7,
 16 63:15,17
 67:1 96:10
 155:21,22
 156:2,7
 159:21,22
 162:12,15
 164:21,22
 165:12,13
 170:7,8
 172:10,11
 174:20
 178:5,6
 180:19,20
 181:20,22
 182:5 195:2,
 3 205:16
 211:10
 213:9,10
exhibits
 3:8 4:1,15
 156:1
existed
 52:2 53:14
 199:18
existing
 52:11 60:16
exists
 161:4
expect
 176:3
expected
 170:19
expense
 169:16,17

expensive
 167:21
experience
 8:10 14:7
 38:15 73:14
 74:25 75:1,
 14,15 76:13
 78:10
 101:13,25
 102:9 107:25
 114:13
 116:12
 125:22
 126:4,5,10,
 11 130:13
 137:14
 142:14,16,
 17,18
 145:11,13
 146:1,9,22
 147:1,6,10,
 19,21 167:18
 184:24
 192:25 218:5
experienced
 27:20 31:22
 35:20 70:4
 117:11
 120:19
 127:25
 131:3,9,14
 150:11
experiences
 56:20 71:10
 100:16
 101:3,12
 102:8 103:1,
 2,3,4,5,19
 143:22
 144:10,13,
 14,17,19,20
 145:2 147:14
 192:21
 194:19
 208:20,22
 209:12,17,18
experiencing
 35:25

EXPERIMENT
 108:18
experimentati
on
 136:8
experimented
 70:15
explain
 38:2 57:12
 99:3 111:8
 129:20,24
explained
 8:14 139:10
 150:1 183:7
 207:2 210:20
explaining
 181:25
explicit
 12:7 17:5
explicitly
 12:8
exploitative
 115:18
exploited
 117:1
exploiting
 117:3
exploitive
 116:1
exploits
 32:10 67:12
express
 30:16
extempore
 10:23 12:14
extensive
 58:14
extent
 34:18 95:20
 102:23
 108:22,25
 109:19
 110:10 112:7
 158:25
 192:12 199:9
 201:13 202:2

extra
  120:24
extrafamilial
  120:24
extraterritor
ial
  60:23
extreme
  80:8 114:13
extremes
  68:19
eye
  143:6

_____

**F**

F-L-A-W-N
  6:13
F.3d
  3:15
face
  93:20
Facebook
  19:1 29:15,
  17 31:25
facilitating
  201:4
Facsimile
  2:6,11
fact
  12:22 17:13
  18:7 41:1
  45:6 46:11,
  19,22 49:1
  54:12 84:6
  87:12,19
  92:8 110:25
  123:15 155:1
  177:23
  186:11
  201:18
  217:23
faction
  170:25
facts
  34:23

fail
  72:19
failed
  81:13 211:17
failure
  44:15
fair
  15:15 163:3
  172:6,9
  181:10,13
  203:6
fairly
  58:17 122:17
  212:8
fallen
  178:17
false
  11:19,23
  28:17 47:23
  63:6 104:17,
  18 170:23
  173:14
  177:17 202:1
  205:21,24
fam
  125:15
familiar
  57:11
familiarity
  38:10
families
  121:5,6
family
  16:21 17:18
  19:6,11
  40:3,5 46:11
  56:16 83:10,
  11,13,15
  87:4 97:9
  120:21
  121:11
  125:1,11,16
  152:23
family's
  18:13 43:9
famous
  33:5 80:18

  81:1
far
  100:15 165:9
  175:8 178:17
  185:5 186:23
  201:14
fashionable
  114:18
fast
  206:6
fatally
  27:22
father
  39:10 40:5,
  16 41:5,20
  42:8 43:4
  46:5,8 47:15
  51:3 85:16
  97:16
  121:14,17
  152:22
father's
  17:25 39:15,
  19 46:16
  205:1
fathers
  68:12 120:22
favor
  84:15 178:17
FBI
  60:22
fear
  151:19
  152:17
feasible
  136:9
federal
  1:22 61:6
feed
  165:9
feel
  32:9 38:15
  70:1,2 71:19
  85:20 107:22
  121:8 155:19
  170:22

feels
  135:11
fell
  84:14
fellow
  56:9 133:6
  163:15
felonies
  216:15
felons
  74:4,9
felony
  192:11
  216:15 217:4
felt
  28:4 53:8
  67:8 73:24
  110:25
  162:21
  164:12
  169:21
  181:14 182:1
  198:19
  203:13
  211:25
female
  23:25 45:3
  79:18 85:24
  137:15,24
  205:10
female-to-
male
  119:21
females
  45:8 82:4
  135:8 136:18
  154:18
feminist
  141:22,23
Fenves
  27:14 28:4
FERPA
  36:4
fiction
  94:1,15
  139:6 218:2

field
  37:17 134:19
  171:17 182:2
fields
  183:12
Fifth
  97:21 220:2
fight
  169:17
fighting
  56:13
figurative
  32:20
figure
  71:18 97:16
  121:14
file
  166:2,3,5
  167:16,23
  168:4
filed
  169:20
filing
  166:16
  167:3,7
fill
  50:17 74:15
fille
  166:19,21
filling
  75:22 100:1
filter
  73:10
final
  64:22
finally
  187:12
  193:13
finance
  170:2
financial
  153:5 154:7
find
  15:2 17:17
  26:1 32:15
  35:3 79:24
  95:10,12

101:25
107:20
172:25
174:22 184:2
203:4 213:3
findings
  63:23
finds
  72:22
fine
  6:16 178:4
finish
  47:11
finished
  156:20
finishing
  21:13
fire
  64:14
fired
  81:11
first
  5:11,20,21
  7:17,18
  12:17 13:18
  24:7 30:15
  31:1,21 51:1
  62:16 65:8
  73:13 74:24
  75:1,14
  76:13,24
  77:6 86:18,
  22 88:5
  96:20,22
  100:13 104:6
  116:12 121:9
  122:7 133:6
  142:14,15,
  16,18 143:2
  151:4 178:24
  190:4,6
  204:8 210:15
  212:7
first-hand
  34:13
fit
  84:19 115:2,

7
fits
  115:8
five
  10:6,11
  38:15,25
  41:2 154:24
  195:19
  212:11
five-minute
  13:18 21:6
Fix
  180:3
flawed
  27:22 219:24
Flawn
  6:9,12
flexibility
  115:1
flip
  121:25
flyer
  5:18,25 6:2
  7:15 9:6,11
  10:4 11:1
  16:15 25:18
  30:9 31:10
  32:24,25
  35:16,23
  44:20 45:15
  51:5 66:18
  162:19
  163:20
  168:6,13
  173:8 174:12
  175:6 183:22
  184:7
  200:11,14
  201:4,23
  205:7 213:13
flyers
  7:4
focus
  94:9
focused
  9:22 188:9

focuses
  103:12
focusing
  10:9
follow
  127:18
  186:17
following
  173:1
follows
  5:11
force
  118:2
  217:14,15
forcible
  86:7 148:20
foreign
  61:1 89:2
  204:23
forget
  150:13
  199:24
forgotten
  61:18 68:4
form
  10:15 11:10,
  24 12:3
  17:2,4
  18:12,25
  19:9,19,24
  20:3,4,11
  28:21,25
  30:1 87:1
  91:8 100:9
  120:7 122:12
  154:9 166:5
  194:21 216:1
formal
  55:17 59:15
  197:1,3
formally
  213:8
formative
  101:4
formed
  58:10 141:17

forms
  90:10 148:14
formulated
  110:23
  129:14
formulating
  24:17 58:3
fortunate
  94:14
fortunately
  81:13
forward
  31:8
found
  17:5,10
  60:17 103:16
  114:12
  116:14,16
  137:21
  168:15 193:9
  202:16
  203:20
foundation
  57:9 58:3,9
  59:7 71:9
  73:21 84:2
  160:21
  165:23
Founding
  68:12
four
  59:2 81:2
  154:24
  179:16,19
  204:2,3
  219:23
Fourteen
  82:4
fourth
  89:13,19
  166:13
frame
  21:2
framed
  168:19
framework
  78:8

Francisco
  122:18
free
  69:3
freedom
  28:20 29:3
  58:5,6 69:8,
  9,12,13
  119:19
  139:23
  141:13 148:7
  154:14
freely
  69:4
French
  166:21
frequent
  58:9,17,18
  107:11
Friday
  25:7,9
friend
  41:20 58:2
  64:5 126:15,
  23 127:19
  128:10,12
  129:7
friendly
  33:19 35:3
  198:1
friends
  165:7 190:8
  204:12
friendships
  87:16
fright
  123:10
frightened
  32:14 35:5
frightens
  123:10
front
  7:8 13:13
  23:12 43:20
  199:4
fulfill
  135:12

full
  76:24 97:10
  103:23
fully
  141:17
  170:19
functioning
  142:24
functions
  63:22,24
fundamental
  139:23
fundamentalist
  17:21 18:20
fundamentalists
  17:20 18:6
fundamentally
  84:19 89:2
  112:6 114:22
funding
  28:12
funds
  169:7,12,23
  170:1
furthering
  215:21
Futmoore
  202:16
Futo
  173:18,25
  175:12 176:6
  202:16
future
  16:6,9 85:15
  111:2

_____

_____

        G

G.D.
  189:25
gain
  190:8
Garbage
  188:15,17,24

gave
  13:11 85:1
  143:9 163:22
  179:20
  193:13
  211:2,6
gay
  14:15 16:16,
  19 17:1,14
  18:11,15
  43:11 46:24
  67:23 69:2,4
  70:3 73:7
  75:23 81:6,
  10,11 82:21,
  25 83:2,8
  91:6,9 92:20
  93:7,20,25
  94:9,10,14,
  19 95:8,10,
  17 98:12
  101:2,8,10,
  24 102:5,17
  103:14
  121:5,16
  126:4,12
  132:17
  135:16,20
  136:5,6,11
  137:10 148:7
  153:15
  156:18
  158:22
  159:9,11
  168:24 183:2
gay-oriented
  69:14
gays
  81:7 83:18
  93:13 94:4,
  11 126:12
gender
  43:1 118:25
  119:16
  120:1,9
  164:13
  210:12,13,18

gender-
neutral
  141:23
  143:17
  144:1,5
general
  104:17
  124:17
  194:10
generally
  68:8 74:22
  77:21,24
  78:17 79:9
  81:6 84:7
  87:17 88:20
  98:18 115:13
  171:13
  192:15
  210:22
generating
  124:5,13
genre
  32:7
gentlemen
  191:21
genuine
  44:16 54:24
  95:6
genuinely
  46:7 120:1
George
  198:8
  204:16,19
Germany
  69:16 91:7
  92:7 115:8
get all
  155:16
getting
  7:22 8:12
  10:2 141:2
girl
  100:15
  119:11
  138:11
  148:18
  150:10

girls
  45:21 69:22
  75:25 95:12,
  19 100:17
  118:22,24
  120:5 138:6
  148:5,14,17
  149:3,14
  150:7
gist
  127:3
give
  13:23 50:4
  62:1 98:25
  111:11,15
  115:15
  118:13
  125:20
  139:25
  154:14 156:3
  157:21
  162:4,7
  176:13
  195:19 196:5
  211:8 217:24
given
  4:14 19:5
  22:25 23:16
  35:8 39:6
  62:25 72:7
  114:10
  119:14 126:4
  137:14
  157:18
  159:1,3
  163:3 185:10
giving
  87:24 104:7
  119:25
  126:17
  157:16
glad
  83:1 220:11
Gods
  16:7,9,10
goes
  52:17 61:1
  72:21 105:8

  177:1,10
  215:13
going
  5:14 10:24
  96:1 123:11
  149:8 162:11
  167:7 180:14
  218:7
good
  8:12 20:21
  35:8 54:7
  76:8,9 87:21
  97:9 101:16
  104:4,12
  124:23
  126:25
  129:11,17
  131:5 141:9
  149:22,23
  158:1,20
  174:24
  178:24 193:4
google
  175:2,10,16
googled
  174:21
  202:15,21,24
Gotcha
  59:10 97:5
gotta
  74:12 218:13
governed
  89:4
grab
  20:22
graces
  120:22 121:2
grade
  7:22 8:9,12,
  17
grader
  8:13
graduate
  21:22 36:7
  164:3
granted
  104:4

graphic
  112:24
grave
  181:19
great
  73:6 84:2,8
  109:17,24
  110:1
  111:22,25
  112:11 121:8
  155:5 167:18
  201:2 219:21
greater
  110:16 130:2
  141:1 150:5
greatest
  155:1
greatly
  27:24
Greece
  4:8 15:13
  16:1 69:3,8
  78:23 84:14
  87:1 99:3
  109:12,20
  110:14
  111:25
  113:11
  114:2,17
  187:22
  206:20,24
  208:13 219:2
Greed
  67:10
Greek
  4:6 14:20,21
  62:13,18
  68:22 76:17
  77:21,22
  78:13 79:25
  82:20 88:22
  97:18 106:10
  108:22
  109:1,19
  110:10,19
  111:11
  112:8,24
  140:5 178:20

**Greeks**
3:17 4:6
89:12 96:13
97:18 106:11
111:10 140:8
207:2 219:2

**Green**
164:17
202:11

**Green's**
51:5

**Greenhill**
1:19

**Greta**
192:1

**grew**
78:9 182:10

**groom**
190:9 191:2

**ground**
168:21

**grounds**
49:16 57:10

**group**
52:3,24,25
53:2 54:23
55:4,20
143:1 144:11
200:6,19
201:9 202:2,
3,6,10,13,14
213:8 214:8,
13,14,23
215:23

**groups**
17:18 55:2

**grow**
120:21 121:4

**growing**
137:18

**grown**
98:23 99:4,
16 100:23
101:18

**grown-up**
150:15

**guess**
17:8 18:13
39:1,19
41:8,10
46:16,21
150:18
199:18
213:21

**guessing**
39:18 40:21,
23

**guilt-by-
association**
47:17

**guilty**
48:11 179:20

**gun**
29:20 31:25
32:12,13
33:25 34:4,
6,20

**guns**
29:20 31:24
32:8,11 33:9

**guys**
94:1

----

**H**

----

**Halperin**
67:17 79:4
80:6 82:19

**Hamilton**
62:19,22
66:5,7,13,19
76:18 199:6,
8,12

**hand**
10:10 12:20
13:20 14:16

**handed**
5:25 7:4,15
9:5 30:9
45:15 175:7

**handing**
5:17 7:3
9:11 168:13

**handwriting**
62:16

**handy**
25:2

**happen**
10:24 98:9
141:19

**happened**
5:25 6:23
8:7,25 9:25
21:11 35:8
80:23 85:12
154:23
191:17
210:24

**happy**
161:22 210:8

**harassment**
27:18,25

**harm**
11:13 42:24
43:1,5 69:12
109:16
111:21 113:8
135:9 136:2,
19 181:19
185:5 208:2

**harmed**
28:2 70:2
110:25

**harmful**
72:10,13
111:5 113:25
114:7 115:18
116:1 117:8
142:1,2,6,10
143:4,5
154:22
159:18
187:17
189:16 219:7

**harmfulness**
189:7

**Harris**
42:10

**Hayes**
26:7,11,14,

20

**head**
70:9 200:19
201:8

**headed**
213:24

**health**
92:10
115:11,13
154:23

**healthy**
123:13

**hear**
16:8 20:6,20
38:14 53:15
62:11 78:25
161:25
180:6,12
197:2 204:17
219:16

**heard**
10:18 12:18
13:2,6,19
52:10 58:2
105:12
180:13 202:3
204:8

**hearing**
6:16 21:3
116:10

**hearsay**
19:17,23

**heavily**
213:6,15,22,
25 214:6,7,9
215:22

**heavy**
8:13 119:22
213:17

**hebephiles**
183:10
214:19

**height**
140:22,24

**held**
6:8

helicopter
  154:20
help
  24:16 128:25
  130:18
helpful
  73:24
helping
  117:2
hereto
  1:24
Herman
  52:15,17,19
  53:20,21,23
  54:1
hetero
  101:24
heteronormative
  153:3
heterosexual
  70:3,5 71:18
  72:2,3 74:19
  75:19,22,24
  76:1,5,8
  78:6 87:2
  95:12,18
  101:22
  102:17,18,25
  103:9,15,17
  136:12,13
  137:13,20,22
  138:2
  153:13,20
  154:4 159:6
  182:11,20
heterosexuality
  153:9,16
Hey
  105:8
hidden
  25:22
hide
  14:16
hiding
  56:15,20

high
  27:17 30:3
  122:17
  125:19
  135:17
  138:10 185:6
higher
  121:11
  186:24
highest
  143:1
highlighted
  62:2 172:17
highly
  109:13
  202:17
hire
  171:11
hired
  170:22
historian
  84:5
historical
  53:8 88:2
  111:16 114:3
  138:16,18
  139:10
  141:12
  183:15 218:3
history
  39:8 55:8
  68:14 84:6,
  11 128:23
  181:25 220:1
hitting
  219:15
hold
  106:7 198:5
Hollie
  51:5 164:16
  202:11
Holocaust
  56:14,16
home
  59:6
homogenized
  90:25 91:18

homophobic
  46:1,10,12,
  15 47:2
  152:7
homosexual
  70:6 76:19
  77:1 90:23
  92:12 103:19
homosexuality
  4:7 77:22
  78:21 197:8
homosexuals
  77:13
honestly
  79:7
honors
  211:24
hook-up
  107:11
  135:22
hooking
  136:4
Hoover
  2:9
hope
  158:4
hoping
  207:6,9,16
hormonal
  119:22
horny
  190:11,17,22
  191:3
horrible
  56:20
hostile
  88:20
hostility
  93:21
hotline
  31:17
hours
  218:11
house
  32:14 63:10
  121:7 199:22
  200:13

  201:22
Houston
  2:10 5:6,8
  18:4 39:12
hubbard
  1:3,12,18
  2:3 3:4,14
  4:3 5:9,10,
  13 62:6,18
  97:1 173:25
  177:1,6,7
  178:16
  205:18
  206:2,8,16,
  23 207:5
  208:7,19
  213:6 214:6,
  21
Hubbard's
  3:22 178:20
huge
  15:7
human
  16:12 34:4,
  20 39:6
  57:10 139:23
humans
  130:8
humble
  128:19
hundred
  15:8
hunt
  80:18
hurt
  109:23
  110:15
hurting
  117:24

_____

        I
_____

idea
  10:24 20:21
  59:24 71:23
  86:3 100:18
  126:16,20,24

127:4
128:10,20
129:8,11,16,
17 157:24
158:1 186:12
202:18
**ideal**
111:1
**ideas**
45:1,3,21
46:2
**identificatio
n**
103:15
**identified**
91:8
**identify**
102:5 189:24
**identity**
54:4 73:25
101:4 119:17
120:9 121:6
**III**
135:5 144:13
145:1 147:9,
25 209:14
**ill-informed**
131:4 149:9
**illegal**
82:17 143:5
**illicit**
209:3,9
**Illinois**
172:2
**illumination**
50:5
**image**
83:18
**immature**
131:4,16
**immediate**
125:15
**immunity**
163:11
**impaired**
157:10

**imperfect**
39:7
**implicit**
12:5 17:10
48:8
**implies**
217:14
**implying**
33:7,12,21
34:8,24
**important**
14:23 41:4,7
178:15
**imposing**
136:2
**impression**
44:13,19
45:11,13
57:1 59:14
62:25 104:11
146:7
**imprison**
219:9
**improper**
146:22
147:1,7
**inaccurate**
169:18 199:1
**inappropriate**
82:15,17
**incarcerated**
73:16,19
**incest**
76:14 125:3,
5,21 126:8
**incident**
22:4 35:14
199:22
**incidental**
191:14
**include**
70:14 124:18
185:8
**included**
70:11 71:10
76:6 123:6,8
144:10

**includes**
40:10 55:7
195:7
**including**
22:9 58:5
70:20 71:7
73:20 80:13
84:20 98:12
138:22
150:17
153:15 177:8
203:10
207:24
**incompatible**
67:6 112:6
114:22
**inconceivable**
14:12
**inconsistent**
111:15
**incontinence**
85:18
**incorporated**
58:13
**incorporating**
144:5
**incorrect**
12:2 141:19
219:24
**increasingly**
119:15
**incremental**
171:8
**indeed**
10:25 48:25
193:18 205:3
**independence**
153:6 154:7
**independent**
154:11
**INDEX**
3:1
**indicate**
30:6 33:2
36:14 212:20
**indicated**
45:19 181:6

204:10
**indication**
5:20,22
**individual**
119:13,21
207:20,21
**individuals**
55:5,21
119:11 198:1
203:8 204:1
207:6,9,15
215:3,12,14,
21
**inequality**
68:16
**inexperience**
141:4
**inexperienced**
149:9
**infamous**
56:4 80:23
**infer**
63:12
**inference**
150:21,23
**inferences**
63:6 173:14
**inferred**
79:9
**inferring**
92:25
**inflict**
42:24 43:1,5
**influence**
87:14
**influenced**
18:22
**influential**
47:15
**information**
28:9 36:3
71:15 162:3
168:15
175:22
191:20,24,25
200:12
201:14 203:1

204:11
inherent
  74:16
inherently
  72:13 113:25
  114:7
initial
  198:25
  201:18
initially
  23:7 210:19,
  21
initials
  189:25
initiate
  107:7
initiated
  71:12 75:3
  191:19
  193:12
initiative
  81:9,13
insensitive
  143:20
insert
  152:3
insisting
  193:13
instance
  1:20
insti
  97:8
institute
  27:15 133:7
institution
  89:1 97:8
institutional
  67:11
instruct
  124:4
instructing
  201:3
instructions
  192:17
instrument
  97:25

insubstantial
  108:3
intellect
  153:5 154:6
intellectual
  77:2 159:8
intellectuals
  77:13 89:14,
  19 92:20
  93:7,20
  129:4
intelligent
  176:3
intended
  100:8 194:8,
  10
intensified
  119:23
interact
  30:20
interaction
  8:8 13:17
  117:10
  120:18
interactions
  23:6 54:13
  153:17,18
interdiscipli
nary
  84:7
interest
  159:14
  219:21
interested
  19:4 56:12
  57:7 58:7
  208:14
interesting
  157:13,24
interests
  32:1
interfemoral
  79:11
interference
  36:1
interfering
  36:5

intergenerati
onal
  82:13
internet
  17:17 72:19
  173:7 175:1,
  8
intersection
  9:2
Intersections
  4:4
intervene
  177:24
interview
  49:2,23
  50:12 189:21
interviewed
  189:20
interviewing
  50:16
intimacy
  104:3 120:23
intimate
  40:4 130:24
introduction
  3:18 4:10
  178:22
  181:24
  188:20,22
  189:4 197:19
introductory
  190:4
intruded
  186:24
investigate
  177:5
invitation
  175:10
invite
  174:13
invited
  98:6 174:17
inviting
  171:20
invoked
  211:16

involve
  50:18 150:13
  217:15
involved
  56:11 65:13
  72:6 73:21
  81:25 94:1,
  5,22 105:12
  185:5 200:13
  204:5
involvement
  19:5 154:21
  200:2,8,10
  201:3
involves
  50:19
irresponsible
  53:9
Irvine
  124:10
isolated
  91:3,23
  92:21
isolation
  56:19
Israeli
  204:22
issue
  3:18 57:7
  58:6,7 99:24
  128:3 134:21
  178:15
  182:11
  188:12 214:8
issued
  35:22 45:15
issues
  58:5 68:9
  94:13 140:22
  146:18
  158:17
  165:18
Italy
  69:16 115:9
Ivan
  192:1

## J

**Janet**
23:8 25:18,
22 29:9
31:18 35:13
**Janice**
124:10
**January**
172:22
**jarring**
22:4
**Jeff**
201:10
**Jennifer**
1:21 5:4
**Joe**
23:25 156:3
205:14
**John**
1:6 21:19,21
22:1 49:14
81:9 160:23
**Jordan**
80:18
**Joseph**
2:4 65:10,
12,16,20
163:15
**journal**
134:18,21
158:14
**journalists**
32:21
**Joycelyn**
124:17
**Jr**
2:9 3:5 5:13
6:14,18,19
11:14,16,18,
22 12:1,7
15:15,19
16:14 17:3,7
18:16 19:7,
12,22 20:12,
16,21,23

21:1,5
23:11,15,18,
21 24:2,4
25:1 28:23
29:2 30:5,24
31:7,11
33:17 34:3
35:9,11
36:10,12
37:7,11,24
38:8,14,21
39:2 40:14
41:4,13
43:3,14
44:18,24
46:20 47:11,
13 48:18
49:6,11,23
50:1,10,12,
21 51:14
56:5 58:11
61:14,18
62:1,4,6,15
63:18 64:10,
13 78:4
86:13 96:9,
11 105:19,21
106:19
107:24
113:13
118:11
120:10
123:21
134:24
135:1,23,25
136:14,16
138:12,14
139:18
140:3,8
141:14
147:5,15
148:24 149:1
152:12,24
153:1 155:22
156:3,6,7
159:20,24
160:2,9
162:9,10,14,
16 163:6

164:14,23
165:2,4,13
170:8 172:6,
9,11,16,21
173:17
175:25 176:5
178:6 180:9,
20 181:21
184:2,16,21
185:7,12,17,
22 186:4
187:9,25
188:6 189:17
190:24
191:6,8,16
193:8
194:17,24
195:3,19
196:2,11
197:5 199:16
200:20
201:6,11
202:5,23
203:5
204:19,24
205:12,14,17
206:7 207:4,
13 211:11,20
214:3,5,15,
20 216:17
217:22
218:15
219:3,19
220:13
**judge**
37:13 63:23
175:17
193:17,20
**judged**
171:10
**judges**
80:14
**Judging**
207:17
**judgment**
75:2 141:5,
9,17 143:8,
10

**Judith**
124:9
**June**
173:3,7
**jurisdiction**
60:24 118:16
**jurisdictions**
118:18
**jury**
1:5 26:24
**justice**
94:13
**justify**
44:19
**juvenile**
192:21

## K

**K.J.**
189:25
**Karachi**
95:25
**keep**
5:14 25:2
**Kennedy**
173:18
174:1,25
212:19
**Kennedy's**
175:13 176:6
202:16
**Kenneth**
78:5
**kept**
193:13
**Kevin**
98:12,13
**kick**
121:6
**kids**
80:22 119:16
123:18
125:8,12
131:22,23
153:14,15

Thomas Hubbard Vol II
May 25, 2021

30

killed
  32:17
kind
  8:8 13:16
  47:19 51:4
  52:2 63:6
  64:21 74:14
  83:14 111:12
  171:3 176:13
kinds
  76:10 120:17
King
  85:15
knew
  46:8 53:12
  201:9
Knockers
  59:6
know
  9:13,15
  10:2,8
  14:14,18,24
  17:22,23,25
  19:10 20:9
  21:23 22:22
  24:7,18
  25:23,24
  29:20,25
  30:3,14,18,
  22 34:17
  36:22 37:3,
  7,18,24
  38:9,12
  40:14 44:12
  45:25 49:17
  51:6,16
  52:9,16
  55:24 56:2
  59:13,16,20
  64:7,13,21
  65:4,7,10,24
  66:5,7,11,
  18,22 68:15,
  20 71:4,8
  72:8,22 73:3
  74:16 79:8
  80:12 81:6
  85:10,16,17,

  25 87:6,24
  89:21,23,24,
  25 90:1,20
  92:4,7
  94:10,11,12,
  13 98:9,11
  102:14,24
  104:25 109:5
  110:6,13,21,
  25 111:3
  116:14
  117:21,24
  118:1,3
  119:24
  120:11,12
  121:9,10
  122:18,24
  124:23 125:7
  126:12,19
  128:15,24
  129:5,18,21
  133:3,5
  134:1,5,15
  136:25
  137:15,16
  138:4 139:13
  140:20
  147:13
  149:11
  150:3,11
  155:2 156:21
  160:14,16
  165:9
  166:13,15,
  16,20 167:2,
  6,10,14,16,
  19,21,22
  168:4,9,11,
  21 170:12
  171:9 172:8,
  17,25 173:22
  174:23 175:8
  176:14
  179:8,19
  180:11,22
  190:14
  191:13
  194:10
  196:6,15

  199:25
  202:5,7,9,
  10,12,25
  206:12
  208:1,4,10
  213:1 215:23
  216:4,13,17,
  23 217:13
  218:7 220:4
knowing
  58:8 202:20
knowledge
  19:8,13
  22:24 23:4
  34:13 38:3,
  5,7,9,12,17,
  22 39:7,8
  40:4 41:1
  150:15
  157:3,19
knowledgeable
  27:21 192:18
  208:13
knowledges
  41:2
known
  14:18 40:25
  52:19 59:23
  63:2 64:17
  133:11
  202:13
Korea
  69:17 115:9

————————

L

————————

L.L.P.
  2:4,9
lack
  136:7 148:15
  150:6,8
ladder
  86:19,22,24,
  25 88:6
lag
  96:18 156:12

Laius
  85:3,8,15,17
lament
  69:7,9
language
  141:24
  143:18
  144:1,6
large
  16:6,10
  70:18 73:16
  77:7 81:12
  87:2 102:25
  166:10 182:9
largest
  213:8 214:8,
  23
late
  55:13 67:20,
  21 77:5,11
  81:4,8 83:9
  89:7 91:6
  97:21 151:12
  220:2,6
Latin
  145:20
Lavaca
  2:5
law
  53:17 56:22
  60:16,23
  61:6 87:24
  95:14 106:25
  113:25
  138:17
  216:25
laws
  60:1 82:23
  89:5 138:22
  139:7 144:6
lawsuit
  5:21 26:16
  64:24 169:8,
  12,17,20
  179:22
lawyer
  155:15 181:8

Thomas Hubbard Vol II
May 25, 2021                                             31

lead
  54:10
leaders
  93:25
leading
  150:14
lean
  21:4
learn
  3:17 50:6
  66:13 96:12
  117:15,17
  118:7
  127:13,22
  128:10,11
  129:17
  131:2,6,7,8
  132:5
  194:14,18,22
  197:14,16
learned
  16:20 55:1
  60:23 66:9
  112:14
  116:23
  117:10
  120:18 121:8
  210:21
learning
  143:22
  144:10,14,
  17,20 145:2,
  4,11,13,25
  146:9,22
  147:1,6,10,
  14,19,20
  184:23
  194:19
  208:14,20,22
  209:12,16
learns
  127:15
  131:14
leave
  15:4,10
leaving
  164:3

led
  46:13 145:18
  199:7
left
  5:16 14:5
  125:14
  147:23 187:2
legal
  2:16 5:7
  36:1 53:24
  60:10,15,18
  61:4,5 69:15
  92:6 118:15,
  17 132:11
  135:9 136:1
  139:6 143:5
  163:9 207:18
  218:2
legally
  92:18
legislatures
  144:5
legitimate
  46:3 189:11
legitimize
  60:6
legitimizing
  143:19
lesbians
  81:2 83:18
letter
  3:21 4:3
  28:3 162:17,
  22 163:14
  170:13
  177:13,24
  179:17
letting
  20:9 180:10
level
  37:22 48:1
  49:3
Levine
  124:10
LGBTQ
  168:20

LGBTQERS
  168:21
liable
  169:20 174:3
liaison
  98:4
libelous
  7:18,24
  11:6,11
  12:6,11
  162:21
  173:15
liberal
  67:21 84:7
  122:2,10
Libertarian
  69:11 139:20
license
  140:1,3,9,
  16,21
life
  56:23 74:1
  83:11 117:4
  123:15,17
  137:24
  154:22
light
  8:15 11:23
  213:17
likelihood
  118:3 141:2
likeness
  26:13
likes
  33:9
limit
  197:25
limiting
  137:9
Lincoln
  68:11
line
  188:18
lines
  122:6,8
linger
  138:23

link
  201:21
linking
  143:17
list
  160:15 203:8
  204:1
  210:14,19,
  21,23 215:3,
  11,13
listed
  174:15
  203:25 204:6
  212:5
listen
  194:16
listened
  48:22
listening
  48:22 50:8
listing
  211:6,22
Listserv
  36:6,7
literal
  32:19
literary
  77:3,13
  112:25
literature
  84:9
litigation
  64:11
little
  21:2 49:18
  73:11 74:2
  87:5 109:15
  111:20 113:8
  123:14,15,
  16,18 171:4
  205:6
Liv
  4:9 179:5
lives
  83:13 133:8
located
  5:7

Thomas Hubbard Vol II
May 25, 2021
32

**long**
52:19 57:24
64:17 82:7,
10 132:11
143:4 205:19
206:3,9
209:13
**long-term**
94:2,5
109:16
111:21 113:8
**longer**
85:4 107:21
110:7 139:16
161:4 178:13
181:14 198:5
**look**
23:24 24:4
25:1,3 36:12
39:15 51:1
54:14 63:21
68:9 101:2
111:24
141:11
144:13
145:18
147:25
154:22
155:22 166:2
172:11 205:1
209:19
**looked**
19:1 35:4
59:18 60:12
74:6 101:7
134:21 163:4
181:8 187:13
188:7
**looking**
29:5 62:7
94:12 103:6
151:16
166:3,13
205:15
**looks**
25:6 29:19
30:2 32:4
40:9 41:19

**losing**
171:24
**lost**
56:16 180:11
**lot**
22:13 54:2
57:5 60:18
74:2 94:8
95:8 100:5,7
107:23
114:14 117:5
124:8 126:4
139:15
154:25 166:6
204:10
218:23
219:22,23
**lots**
95:4
**love**
4:6 60:6
62:13,18
66:25 76:17
77:9 84:22
86:24 87:1,
18 88:18
89:15 90:6,
9,10,12,13,
15,22 91:16
92:11,21
97:24 111:1
122:21
151:20,25
152:17
153:11
154:10 177:3
178:20
207:15
208:16 213:7
214:22
**loved**
78:15,18
**lover**
78:14 97:13
**lovers**
112:18
**loving**
184:11

**low**
6:17
**lower**
69:21 115:12
159:2
**lowest**
86:18,22
87:18,20
88:5
**Ly**
103:25
**Lysias**
103:25
104:9,13
**Lysias'**
104:1,2
**Lysias's**
103:25

---

**M**

**machine**
1:22
**made**
14:4 34:19,
23 37:15
43:10 53:1,5
60:1 78:21
92:20 93:7,
23 120:8
160:14,16,
18,25 161:12
163:10
164:7,16,24
168:20 181:5
199:12
203:10,11
204:4 215:7
**Mader**
156:15,18
157:24
**main**
7:9 41:21
159:7
**mainline**
82:21,25
83:2,10

**mainstream**
91:21 94:8
168:24
**maintains**
56:10
**major**
38:2 171:19
**majority**
75:10,23
138:5 142:8
189:15
**make**
14:16 22:18
51:4,7 123:9
124:9 146:19
167:21 168:2
173:14
198:20,23
212:12
**makes**
40:7 123:10
161:2 180:24
184:8
**making**
8:18 27:2,5,
11 28:18
50:8 73:25
104:14
150:21,23
151:1 182:23
200:10
**male**
3:17 16:12
18:11 45:4
47:5 72:4,
12,15,21
74:20 76:3,4
85:21,22
96:12 101:20
102:19
103:10
105:25 114:8
115:7 135:11
136:6 146:25
216:3,12
217:17
**males**
13:3 17:14

Thomas Hubbard Vol II
May 25, 2021                                    33

82:4 108:9
109:2 130:25
135:10,16,20
136:2,4,19
137:10
154:15 188:9
218:5
man
17:1 52:15,
20 64:7
66:25 70:24
85:14 86:3,
4,5,8,9
91:19 92:3
93:15 98:5
105:12
107:22
111:19 113:7
117:2,14,16
121:10
129:18
144:3,9
151:20
164:5,10
177:2 203:20
207:14
208:15 213:7
214:22
218:16
man-boy
91:16
man/boy
84:22 90:22
92:11,21
management
203:9
manipulate
92:16 106:8
153:2,9,20
176:16
manipulated
71:5 72:3
80:20
manipulating
81:23
manipulation
72:5 82:11
132:11

217:10
manipulative
71:1,3 72:25
75:2 106:14
manner
48:18
manpower
220:3
MAP
183:3
MAPS
183:2
margin
70:19 91:21
marginalizati
on
3:13 93:8
marginalize
82:22
marginalized
90:24 91:9,
17,20 116:20
Mariah
4:9
mark
63:15 159:20
162:11
164:21
marked
23:10 24:25
61:23 63:17
96:10 155:21
159:22
162:15
164:22
165:12 170:7
172:10 178:5
180:19
181:20 195:2
211:10
Marquardt
1:21 5:4
marriage
78:23 94:9
112:18
153:16 220:5

marriages
83:19 87:2,3
marry
97:18,19
masculinity
86:2
mass
33:3,12,22
34:4
massacre
43:11
masturbation
124:14,18
material
37:5 166:4
200:16
materials
59:18
mating
130:14
matriarchy
152:21
matrix
89:14,20,22,
25 90:1,5
matter
14:23 15:12
26:12 83:13
100:9 141:25
150:10
152:21
163:21
165:10
203:22,24
213:16
matters
31:22 131:13
mature
30:14 118:1
127:23
131:15
may've
70:11 101:18
116:5
Mayer
3:15 63:19

Mccarthy
49:15
Mccarthy-ism
214:2
Mccarthyite
47:17
Mcmartin
80:10
Mcraven
28:9
mean
15:3 21:13
22:7 23:19
25:5 27:4
28:3 31:10,
21 32:8
33:18 35:5,
12 43:21
47:6 48:17,
19 49:12,13,
14 50:5
51:13,15
55:17 57:10,
11,23 58:13
60:14,22,25
61:2 67:22
68:9,11,16
70:11 73:12,
17,18 75:7,
23 76:9,10,
15 77:4
78:5,12,19
79:7,12
80:4,5,17
81:1 84:20
86:2 88:22
89:21 90:7,
10,13 91:13,
25 92:15
94:23 96:17
98:10,14
99:25 100:6
101:2,5
103:6 107:20
114:5 116:2,
21 117:17,23
118:2,3,25
120:13

Thomas Hubbard Vol II
May 25, 2021                                    34

121:4,15
124:9 125:4
126:21 128:6
131:18,22
133:20
134:12
136:10
142:10,11,24
144:4
145:19,23
147:20
150:21
152:20
155:11
168:23
178:12 180:4
185:13,18,25
194:14
199:15 205:7
208:3 213:2,
19,22,23,25
215:24,25
216:5,8
220:7
**meaning**
41:10 51:17
78:14 91:20
98:2 117:14
145:20
**meanings**
145:19
**means**
5:6 37:25
48:22 50:8
78:13 122:21
128:21
144:12
145:20,24
146:7 166:20
185:3 213:20
215:22
**meant**
45:24 51:8
131:17
145:25 146:2
147:11
**media**
3:23 19:13

22:13,17,18,
21,24 28:3
35:4,20
51:17 80:11,
24 168:16
205:5
**medical**
99:12
**meet**
52:22 53:15
55:9 98:7
**meeting**
49:19 50:18
55:1 57:15
65:15,18
198:4
**meetings**
52:23 55:9,
11,16 59:5,
7,8,9 65:8,
11 198:6
**Melzer**
52:17 53:19,
23,24,25
56:6,9,13
57:4 58:17
59:11 64:3,
5,11,23
65:1,4
197:18
207:25
**member**
18:3 54:15,
17,19 65:1,4
129:6 133:24
196:17,22
197:22 202:9
207:19
213:25
**members**
26:23 40:3
49:12 63:25
98:7,19
111:2 194:10
207:9,18
213:23
**membership**
54:9 63:2

64:16
196:20,24
197:3,19
**memories**
73:13 98:24
99:5,18
100:24
101:19
**memory**
10:18 73:8
100:12,13
134:14 163:4
192:21
**men**
16:2 46:24
67:24 69:5,
14 70:6
71:5,21
73:7,15,23
78:22 85:7
86:2 87:14
92:15 94:14,
16,19 95:10,
12,16,17,18
97:18 98:12,
23 99:4,16
100:23
101:12,18
103:1 106:14
107:3,24
109:19
112:15,17
113:1 121:13
126:12
132:5,6,17
137:22
142:1,5
144:18 146:8
148:8,21
149:5 150:11
151:10,11
164:8 169:1
177:4 182:10
184:12
189:19
190:7,25
191:6,11
192:2,7,20

193:2,12
194:18
208:19
209:11,16
**mental**
92:9 115:10,
11,13 154:23
157:15,17
**mention**
85:14 122:20
**mentioned**
83:2 92:8
102:2 162:22
**mentorship**
115:17
126:15,23
127:8,19
128:9 129:7,
10
**mere**
211:3
**message**
84:21
**messages**
200:18,20
**met**
49:9,12
53:18 64:18
65:11 72:18
78:5,6 133:6
146:14,15,16
**meta**
70:12
**metaphor**
86:25
**methodology**
74:17
**methods**
84:12
182:13,15
**Michael**
95:25
**microphone**
180:11
**middle**
83:10,18,19
138:25

205:15
might've
  9:20 10:18
  63:3
mike
  180:3
Miller
  211:14
million
  27:15
mind
  16:22,24
  30:11 31:23
  33:11 45:2
  49:6 114:9
  178:3
mine
  8:6 41:12,20
  170:11
Minnesota
  80:18,19
minor
  13:2 54:13
  55:21 64:21
  158:24 217:8
  218:24
minor-
attracted
  183:5,18,24
  184:5
  214:14,16,23
Minor-
attractive
  214:15
minority
  99:22
minors
  47:1 54:24
  159:4 178:14
  189:8,10
  191:1
minute
  13:16 220:23
minutes
  6:25 10:1,6,
  11 195:20
  218:12

misbehavior
  64:15
misinterpret
  147:12
misplaced
  23:24
misrepresent
  107:19
  176:17
misrepresenti
ng
  46:2
missing
  25:15 121:17
mission
  59:16,21
  60:5
mistake
  56:3
misunderstand
ings
  30:16
misuse
  159:1 205:22
misused
  184:17
misuses
  184:15
misusing
  190:20
mix
  124:22
mob
  200:24
mobility
  97:25
model
  67:19 70:4
  108:23
  109:1,6,19
  112:8 197:16
models
  120:24
  137:15,17
  138:7
modern
  77:20 91:9,

14 99:11
  108:23
  110:18
  111:23
  112:9,12,13
  113:22
  115:2,7,8
  187:23 188:4
  206:18
modified
  203:16
modify
  145:9
molest
  40:13
molestation
  48:12 92:4
molested
  76:10 80:21
molesters
  40:1 72:8
  91:4,12,24
  92:1,14
molesting
  80:16 81:3
Monday
  43:17
money
  107:25
  161:5,7,19
  170:17
monkeys
  130:1
monogamous
  94:2,5
monthly
  133:22,23
moral
  80:8
mores
  78:9
morning
  6:21 10:12
  11:1 161:13,
  18
mortal
  16:11

mortality
  97:20
mother
  152:22
motivated
  202:2
motivation
  41:9
motives
  50:5 194:15
motus
  46:3
mouth
  79:15
move
  31:11 76:20
movement
  77:2 83:8
  91:6 200:4
moving
  31:14 79:19
MSW
  116:23
mul
  124:13
multiple
  87:20 134:14
multiplying
  124:5,14
muse
  109:22
mushroom
  48:1
mutual
  90:16 124:5,
  14
mutuality
  87:8
mutually
  71:13,24
  75:2 142:5
myth
  16:4 85:3,8,
  11 92:21,23
  95:16
  110:22,23

mythologies
    6:5
Mythology
    6:6,7 14:21
    209:22
myths
    14:20 16:10

_____

            N
_____

naive
    138:22
    147:12
    152:14
    190:22
NAMBA
    207:8
NAMBLA
    13:14 51:20,
    25 52:13,20
    53:3,13
    54:9,15,17,
    19 55:4,20
    56:10 59:12,
    15,17 60:5
    62:22,24
    63:3,12,22,
    24 65:21
    66:3,8,14,
    20,24 67:8
    84:21 94:17,
    23,24 95:2,
    4,9 133:25
    134:4 177:2
    178:21
    189:13
    196:4,18
    197:6,19
    198:3,4
    199:4,6,9,12
    203:8,25
    204:6 207:9,
    19 208:9
    213:7 214:7
    215:3,22,24
NAMBLA's
    63:13 65:2,5

name
    5:3 36:4
    53:18,19,22,
    24 64:7
    174:21,24
    175:2 198:11
    200:18
    202:15,21,24
    203:7,21
    204:16,19,
    21,22
named
    52:15 163:15
    201:24
names
    68:10
narrative
    190:10
narratives
    191:12,13,22
    192:24
Nash
    207:14
National
    207:13
natural
    135:11
nature
    15:22 76:12
    113:25
    122:16
    124:16
    179:12
    192:12
nauseating
    173:1
Nazi
    56:15
necessarily
    60:9 67:7
    78:24 79:7
    84:21 91:14
    92:3 94:22,
    24 95:22
    111:4 115:25
    127:2 142:1
    145:23

151:10
    185:16,17
    191:18
    208:10 219:4
necessary
    90:15
need
    6:14 20:1,6
    43:19 51:1
    121:25 128:1
    129:21
    155:19 163:3
    181:9
    209:18,21
    218:14 219:8
needed
    67:9
needs
    88:1 138:1
    154:10 163:2
    182:11,20,22
    190:15
negative
    70:19 75:17
    82:19 91:2
    101:15,25
    103:18 116:7
    166:6 178:11
neglect
    152:6
nervous
    30:8,10 35:7
    45:16 168:21
network
    63:24
neurotic
    44:7,8,10,
    13,20
neuroticism
    45:2
neutral
    120:1
never
    4:14 8:23
    22:21 29:20
    32:13 34:11
    56:21 65:18

73:5 74:18
    79:15 116:17
    156:20
    165:20,21
    172:4 174:4
    178:3
    196:17,20
    202:3,13
    210:20
    218:17
Newman
    160:18,20
News
    161:13,18
nightclub
    43:12
nip
    47:14 51:11
nipped
    47:23
no-nothing
    116:21
nom
    198:9
non-bisexual
    159:4
non-gay
    159:4
noncoercive
    70:17 100:14
    132:21
nonconsensual
    217:8,17,21,
    23
nonconsent
    112:23
    139:22
nonjudgmental
    192:8
nonresponsive
    35:10 36:11
    50:11 134:25
    135:24
    136:15,23
    138:13
    148:25 150:2
    152:25

155:3,9
214:4
**nonsexual**
93:14
**normal**
157:16
175:25
**normalized**
206:21
**North**
66:25 177:2
207:14
208:15 213:7
214:22
**Northchase**
5:8
**notation**
25:21 51:20
**note**
4:14 128:1
**notice**
161:23
162:4,11
**notion**
46:2
**Nouns**
145:10
**November**
6:1 24:9
25:7,9 29:10
35:7 39:10
41:24 43:17,
22 44:1
166:1,14
**nuclear**
83:11,13
125:1,11
**nudity**
32:9
**number**
15:7 16:10
17:16 69:17
73:6,20 96:7
156:22
162:12
179:14 182:9
186:9 196:13

212:24
**numbered**
1:20
**numbers**
16:6 96:20
102:25
**numerous**
136:10
**Numismatics**
179:11

————————————

O
————————————

**O-E**
144:22
**oath**
5:5
**object**
14:15,19
15:11 86:18
111:2 191:5
**objection**
11:10,16,20,
24 12:3
15:14,17
17:2,4
18:12,25
19:9,19,24
20:3,4,6,11,
13,15 28:21,
25 30:1,21
31:3,9 33:15
34:2 35:1,9
36:10 37:6,
9,21 38:6,
13,18,24
40:2,22
41:11 42:25
43:8 44:11,
21 46:17
48:16,21
49:5,7,21,25
50:3,10,15,
25 51:12
55:22 58:4
61:14 64:6,
12 78:2

86:10 106:16
107:16
113:10 118:9
119:12 120:7
123:19
134:24
135:23
136:14
138:12 139:9
141:10
147:3,8
148:24
152:2,24
155:18 164:9
172:5,7
173:12
175:24 176:2
184:1,13,19
185:2,9,15,
19 186:2
187:8,16,20
188:5 189:12
190:19
191:7,10
193:6 194:6,
21,25 196:8
199:14
200:15
201:5,7,25
202:19 203:3
204:13
207:1,11
214:4,10,18
216:14
217:19
218:25
**objectionable**
32:15
**objections**
134:20
**objective**
157:2
**obsession**
87:19
**obvious**
54:3,5,21
131:11,13

**obviously**
14:1 30:6
95:4 178:15
**occasionally**
196:10
**occupied**
56:15
**occur**
142:18 149:8
**occurred**
69:8 80:19
105:7
**occurs**
81:19
**Ochsner**
24:11,12,13,
21 35:21
41:25 43:24
47:18
**OED**
145:1 146:2
147:9,25
209:14
**Oedipus**
85:16
**offender**
65:25 165:18
182:3
**offenders**
4:10 75:5,7,
9,13,23
181:25
182:10
189:22
192:10,17
194:9,11,13
**offense**
192:11 216:8
**offenses**
75:24 193:3,
16
**offensive**
15:3 184:3
**offer**
60:21 64:23
124:23 153:4
210:4

**offered**
6:20 210:2
212:5
**offering**
81:23 83:9,
11 192:17
**office**
5:7 21:15,
16,25 22:12
36:1 163:9
170:2
**offices**
1:19
**offline**
172:24 173:2
**oftentimes**
107:14
**Ohio**
173:19
**okay**
5:3,16 6:18
8:25 13:15
14:10 16:5,
14 20:7
21:3,25
23:11 24:4,6
25:14 29:4,6
32:23 35:11,
19 36:10
39:16 41:22
42:1,18,20
43:16,25
44:2 46:6
47:11,22
53:4,25
57:14,21
59:3 61:10,
20 63:21
66:24 67:1
68:25 69:7,
23 74:11
76:17,23
77:17 82:12,
18 83:5,22
84:17 85:6
89:5,6,10,18
90:4 93:23
96:4,6,25

98:22 102:2
107:6,9
108:7 118:21
121:23 122:9
124:19
125:25 127:7
128:8 129:25
130:4 132:3
133:24
134:11
135:25
141:20
145:22
146:25 147:5
149:7,13
155:8 157:1
158:3 163:6,
8,14 164:14
166:22
167:15
169:7,14
171:6 172:9
177:21
181:16
182:25 183:9
184:21
188:19,25
193:17 195:3
203:5 205:7
206:1 207:4,
13 209:7,15
210:13 211:5
212:19,25
213:9
214:20,21
215:2 219:3
220:11,18,22
**older**
78:18 79:10
86:8 97:14
98:5 106:8,
9,14 107:3,
24 116:6
117:11,16,18
118:8
120:18,24
121:10
126:15,23
127:19,22

128:9,12
129:7,18
130:6,18
132:6,19
136:13
143:23 144:3
159:17
**olds**
114:10
**once**
59:5 105:12
133:17
143:14
180:24
191:17
210:23
213:24
**one**
7:2,4 12:20
13:8,12,20
17:23 18:7
23:22 24:16
26:10 29:25
32:1,14,20
33:5 34:12
36:25 37:12
40:9,10,11,
25 43:21
50:6 51:18
52:15,16
54:10 55:1
56:3 60:14
72:8 74:5
75:3 78:15,
18,19,20
79:10 87:20
96:3 97:3
98:17 99:3
100:17 101:5
111:13
115:24 120:5
121:20,21,22
122:23 126:2
127:13,15
128:10,11
130:7 131:2,
6,13 139:15
141:7,15

145:15,17
148:14
149:11 150:5
151:13
154:19
156:14
160:18
161:17 165:7
166:1
170:11,12
173:13 177:8
178:12,13
182:4 189:6
192:16
194:12,18
199:21 200:3
204:2,3
205:10,15
209:23,25
211:13
212:2,4,21
216:23 220:7
**one's**
87:23
145:21,25
**one-on-one**
117:10
120:18
**ones**
54:20 136:6
191:18
193:11
**ongoing**
21:11
**online**
138:6 163:20
165:3
172:20,22,25
173:2
**open**
54:20 166:16
167:3,7,17,
19,20,22
168:4 170:5
**opened**
148:5
**openly**
81:10

operandi
  46:3
operate
  58:14 192:17
  194:13
operating
  52:7
operation
  66:14
operations
  60:21
operator
  180:18
opinion
  17:16 88:1
  89:8 99:12
  104:13,17,18
  113:5,13
  160:21
  213:16
opinions
  193:24
opportunity
  26:24 118:14
  149:4
  190:11,23
  191:4
oppose
  47:1
opposed
  83:5 101:14
  138:10
opposes
  47:4
opposite
  130:9
opposition
  81:12
options
  124:4 153:16
oral
  1:11,18 5:9
  124:15
order
  1:23 24:5
  161:23

ordinarily
  72:18
organization
  52:1,8,11
  53:14 54:3
  56:4 59:15
  64:16 65:14
  66:8,19
  82:21 83:1
organizations
  94:9,22
  168:24 208:3
organizer's
  41:20
organizing
  200:2,8
  201:3
orientation
  27:9 40:12,
  15 53:6,10,
  11 75:1,22
  103:18 152:9
orientations
  52:4 54:24
oriented
  67:23 69:2,4
  101:2 111:6
origin
  139:10
original
  4:11 78:20
  145:19 195:6
  220:8
originally
  157:9
origins
  83:8 91:6
Orion
  97:3
Orlando
  43:12
Oscar
  77:7
out-of-
control
  80:19

outcomes
  70:19
outfit
  76:18 160:21
outlets
  55:3 148:6
Outloud
  198:13
outside
  125:15 129:1
outstanding
  178:23
overrepresent
ed
  27:24
overwhelmingl
y
  72:9
ownership
  34:6
Oxford
  144:13

———————

P

P.C.
  1:19
p.m.
  1:21 25:7
  41:24 43:24
  61:22 160:6
  195:24
page
  3:2,5,10 4:2
  19:1 25:5,6,
  11 29:4,6,
  15,18 31:25
  36:13 41:18,
  22 43:19,22
  62:16 63:21,
  23 65:1
  67:4,10
  76:21,22
  77:17,20
  84:25 86:13
  89:17 96:19,
  20,21,22,23,

24 97:23
  103:21
  108:16 115:1
  121:23,24
  126:21
  132:14
  138:15,24,25
  139:1
  141:20,22
  143:16 148:2
  151:15
  156:15 158:3
  161:3 165:25
  166:13
  168:17 173:3
  182:4
  188:15,21,
  23,24 189:18
  190:6 195:9,
  10 203:25
  204:6,7
  205:1,2
  211:11,12
  212:24 215:4
pages
  23:20 25:12,
  15 28:4
  43:19 205:15
painting
  79:9 95:25
paints
  11:23
paired
  105:14
panic
  80:8 93:10
  151:19
  152:16
paper
  176:8 194:8
paragraph
  47:13 76:24
  79:20 88:25
  89:16 103:23
  109:10 122:7
  124:25 139:1
  151:16 182:5
  190:5,6

paragraph's
  36:15
paragraphs
  36:14
paren
  152:16
parent
  152:1,7
  153:4
parental
  151:18
  152:16
  154:10
parentheses
  183:4
parenting
  154:20 155:1
parents
  80:16,21
  104:25
  107:19
  125:7,12,15,
  24 126:5
  152:4,5
  153:2,8,13,
  19,24 154:1
  192:18
  194:13
parents'
  18:22 154:5
park
  72:19
part
  14:23 16:9
  19:2 40:7
  47:25 52:23
  56:18 63:3
  80:14 81:12
  84:18 99:2
  103:12
  108:12
  110:4,5
  117:18
  124:20
  125:18
  129:20
  138:24 139:1
  143:25

155:13
165:7,8
169:21
174:12
188:22 205:4
209:6 212:17
participant
  176:12
participate
  55:18,20
participated
  54:2
participation
  196:3,6
participle
  78:14
particular
  14:22 104:8
  165:7 194:7
parties
  98:7 185:5
partner
  75:15 79:2,3
  81:22 97:14
  109:16
  111:21
  113:2,8
  117:18
  121:18
  127:23
  132:19
  149:11
partners
  79:17 135:13
  136:12,13
  143:23 149:9
party
  39:22 42:17
  49:13,14
  98:12,15
  143:9 162:4
  213:24 214:1
Pass
  220:12
passage
  98:25 104:8,
  10 150:13,24

151:4,6
passed
  151:7
passionate
  104:3
passive
  78:14
past
  68:2,6,7,8,
  19,22 108:6
  155:24
patriarchy
  152:21
Patricia
  200:18
  201:24
Patrick
  16:22 18:14
  39:20 43:10
  46:12,15
Patrick's
  41:21
pause
  189:17
pay
  43:16 97:23
  161:5,18
peak
  118:3
pedagogical
  126:14,22
  127:8,25
  128:9 129:6,
  9
pedagogy
  129:12
pederast
  12:23 153:11
  183:14
pederastic
  15:13 16:2
  52:3 74:19
  85:1 88:16
  97:24 98:4
  109:1 110:14
  111:19
  115:17 132:8

187:4
pederasts
  53:10 55:1
  93:14,24
  183:9,13,17
pederasty
  3:13 53:7
  67:10 68:23
  75:19 76:4
  77:21 79:25
  82:20 84:13,
  18 87:2,6
  88:18,24
  89:1 91:8
  93:8,15
  97:4,7
  110:10 112:6
  121:13
  158:16
  173:11
  183:24
  187:7,15
  205:18
  206:3,9,16,
  18,24 218:20
pederasty's
  67:6
pedophile
  54:11,20
  152:17
  153:11
  183:5,7,23
  213:8 214:8,
  13
pedophiles
  46:24 48:6,
  10,14 49:2,
  4,18 50:13
  54:7,25
  78:25 81:7
  95:6 183:9,
  10 214:19
pedophilia
  12:18,24
  13:5,19
  151:19,24
  152:16
  169:1,5

179:15,21
184:6
190:17,21
200:4
205:19,23
218:16,18,20
**pedophilic**
52:3
**peer**
142:15
**peers**
135:18
**pen**
177:13
**penalties**
60:19
**pending**
64:21
**penetrated**
98:23 99:4,
6,17 100:23
101:20
103:10
**penetrates**
79:10
**penetrating**
79:2
**penetration**
79:11,14,16
120:17
124:15
**people**
8:13 10:17
17:18 18:21
19:1,17,20
22:22 32:11
35:3 37:19
39:14,25
40:8,13
41:13 42:5,
8,9,21,23
43:5,6,12
49:12,15
50:7 51:16
52:3,7,13
53:15 54:2,
23 55:3,8

56:19 60:2,
11,13 63:11
68:11,13
69:12 73:12,
19,21 74:3,
15 75:6,12,
21 77:15
79:8 80:6
83:14 95:4,8
96:2 102:24
108:12 111:3
115:15
116:2,6,12,
24 123:10
128:25
129:3,17
139:21
140:20
141:18
142:14 150:6
151:23
152:14
153:10
168:15
174:17
175:10 176:3
179:16,19
181:17,18
185:3,20,24
194:15
196:11,15
204:12 208:5
210:18 212:6
213:20
214:16 218:5
219:7,9
**people's**
46:2 215:9
**perceive**
40:23
**percent**
75:11,12
101:11,14
102:3,5
**percentage**
116:2
**Perceptions**
97:4

**Percy**
58:2,3 59:7
71:9 165:23
**Perfect**
38:21 130:22
**perfected**
117:22
**perform**
118:6
**performing**
127:16
**period**
13:18 21:6
57:24 78:9
197:5 220:2
**Peripatetic**
98:20 99:10
**permutations**
173:2
**perpetuates**
95:16
**persist**
53:16
**person**
30:14,15
32:10 45:5
47:1,4 57:3
61:4 72:18
76:13,15
81:22 122:22
151:24 152:1
160:20 170:2
178:3 185:24
186:1 214:14
**personal**
19:8 22:23
38:5,9,10,
11,12,17,22
57:1 120:23
126:10
130:24
152:23
176:17
**personalities**
55:3
**personality**
134:15

**personally**
50:18 53:12
120:11
173:23
179:19
**personnel**
166:2,3
**persons**
183:5,18,25
184:5 186:3
214:16,24
216:22
**perspective**
32:12 53:8
157:14
158:20
**persuade**
177:15
**persuading**
86:9 177:16
**persuasion**
86:12
**pertinent**
216:21
**perusing**
146:6
**pervasive**
80:3 81:15
**pervasively**
68:15
**perversion**
92:4
**pervert**
91:3,24
**perverts**
91:12,24
92:1,13,22
**Peter**
52:15,19
53:18 56:13
57:22 207:25
**Ph.d.**
1:12,18 2:3
3:4 5:10
**Phaedrus**
104:7,8

Thomas Hubbard Vol II
May 25, 2021                                      42

Phd
  1:3
phenomena
  134:16
  150:19
phenomenon
  77:3 80:3
  81:15 121:13
  219:21
Philadelphia
  133:8,12
Philippines
  61:2
Philological
  177:19
philosophical
  38:19
Philosophica
lly
  69:11
philosophy
  38:1,3 39:8
  40:25 88:22
phone
  133:20
phonetic
  14:22
photo
  32:10
photograph
  33:24
phrase
  11:25 36:15
  146:9
phrases
  51:7
physical
  86:17 87:14,
  18 88:4,20
  89:15 90:6,
  12,13 143:22
  152:6 208:19
  209:11,15
picture
  29:14 32:2,
  3,16

pile
  25:2
place
  51:1 73:2
  106:17 162:2
  171:11 188:3
  219:6,10
plague
  220:4
plain
  83:17
Plaintiff
  1:3 2:3
plan
  210:4
planned
  211:24
plaque
  97:21
platform
  165:7
Plato
  41:1 88:2,
  17,20,22
  89:13,19
  90:10 91:5
  93:16
Plato's
  77:10 88:2,
  10 89:5,11
  93:22,24
  104:7
pleasant
  98:24 99:5,
  17 100:12,24
please
  6:11 62:8
  160:1 220:23
pleasurable
  192:23
  193:10
pleasure
  124:5,14
plume
  198:9
poets
  77:7

point
  14:4 44:19
  47:10 53:12,
  13 61:17
  84:13,25
  124:8 172:19
  182:22,24
  187:3,14,17,
  22 197:14
  200:23
  215:19
pointed
  218:22
pointing
  185:8,13
  187:5,6
points
  16:15
poison
  22:19
poli
  219:25
police
  104:25
  107:19
political
  16:20 39:11
  41:5,9
  134:20 205:3
politicians
  34:5
politics
  19:4 186:12,
  13,24
polling
  17:16
pop
  189:17
popular
  97:4 190:9
  200:3
population
  102:20 103:9
populations
  67:18
  142:14,21

pornographic
  32:9
pornography
  32:2,5,7,18,
  22 33:24
  60:20 75:25
  138:6
portion
  79:20
portrayal
  82:19
pose
  108:21
  112:10
  114:25 115:3
  128:15,17,25
  135:1 148:3,
  10 151:8
  184:22
posing
  29:17,24
  30:3 32:17
  33:24 132:2
position
  45:6 56:1
  64:21 72:17
  83:22 99:14
  119:10
  124:11 129:6
  132:5 135:19
  140:12
  171:24 172:1
  186:16 207:5
  208:8,10
  217:16
  218:17
positions
  63:13,14
  171:20
  203:12
positive
  18:8 75:14
  101:13 102:9
  113:19
  114:12,15
  116:7 125:2,
  20 126:7
  127:11,12

132:20
158:4,11,17
187:15
192:22
**positively**
109:15
110:15
113:7,15
114:11
**possession**
4:14
**possibility**
147:11
148:19
149:16 150:5
**possible**
47:24 70:13
121:21 177:9
195:1 200:10
**possibly**
37:1
**post**
29:14 165:4
174:1 175:1
202:16
**posted**
35:24 173:3
**posters**
7:3
**posting**
163:19
**postings**
19:13
**posts**
22:21,24
**potentially**
162:2
**pow**
106:7
**power**
65:10,12,17,
20,24 67:11
72:12,16,20
73:1 104:19,
22 105:4,10,
25 106:8,14,
23 107:2,14,

17,18 108:1,
8 111:10,11
**powered**
30:3
**powerful**
116:13
135:11
**powerless**
107:15
**Powerpoint**
10:3
**practice**
3:14 117:19
208:3
**practicing**
138:7
**practitioner**
117:11 118:8
120:19
**pray**
207:6,10,16
**pre**
207:20
**pre-crime**
56:13 57:7
**pre-
democratic**
110:8
**pre-pederasty**
68:7
**pre-
publication**
198:22
**pre-textual**
211:7
**preachers**
80:13
**preceded**
80:7
**precise**
176:16
**precisely**
34:5
**precision**
55:24
**predict**
135:8

**preface**
78:7
**preferences**
157:4
**preferred**
53:22
**pregnancy**
122:13,19
123:5
**prejudice**
46:24
**preoccupied**
32:11
**preparation**
166:10
**prepubescent**
119:16
151:25
**Presbyter**
18:1
**Presbyterian**
18:1,3
**Presbyterians**
18:5
**Preschool**
80:10
**prescient**
68:17
**prescribed**
148:17
**prescription**
119:15
**present**
2:14 52:6
55:16 74:25
88:4 104:23
106:12
112:15 137:6
176:9 196:9
**presentation**
19:3 55:17
**presented**
157:24 191:3
203:9
**presentist**
68:18

**presents**
83:17 86:17
**President**
27:13 28:4
**Press**
66:5,7,14,19
199:3,6,12
**Presumably**
11:2
**presume**
60:21
**presumption**
38:4
**pretend**
107:12
**pretending**
93:14 135:22
**pretense**
88:17
**pretext**
211:6,15,17
**pretexts**
211:3,13,20,
21
**pretty**
122:25 192:5
203:2
**prevent**
50:6 150:8
**preventative**
56:13 57:7
**prevented**
143:21
147:18
**prevents**
136:3 144:1
**previous**
70:13 112:3
**previously**
112:2 116:11
**primarily**
97:8 126:12
136:7
**primary**
86:25 159:14
**primate**
128:1 129:19

Thomas Hubbard Vol II
May 25, 2021
44

prime
  176:20
Princeton
  133:7
principal
  78:20
Pringle
  2:9 3:5 5:13
  6:14,18,19
  11:14,16,18,
  22 12:1,7
  15:15,19
  16:14 17:3,7
  18:16 19:7,
  12,22 20:12,
  16,21,23
  21:1,5
  23:11,15,18,
  21 24:2,4
  25:1 28:23
  29:2 30:5,24
  31:7,11
  33:17 34:3
  35:9,11
  36:10,12
  37:7,11,24
  38:8,14,21
  39:2 40:14
  41:4,13
  43:3,14
  44:18,24
  46:20 47:11,
  13 48:18
  49:6,11,23
  50:1,10,12,
  21 51:14
  56:5 58:11
  61:14,18
  62:1,4,6,15
  63:18 64:10,
  13 78:4
  86:13 96:9,
  11 105:19,21
  106:19
  107:24
  113:13
  118:11
  120:10

123:21
134:24
135:1,23,25
136:14,16
138:12,14
139:18
140:3,8
141:14
147:5,15
148:24 149:1
152:12,24
153:1 155:22
156:3,6,7
159:20,24
160:2,9
162:7,9,10,
14,16 163:6
164:14,23
165:2,4,13
170:8 172:6,
9,11,16,21
173:17
175:25 176:5
178:6 180:9,
20 181:21
184:2,16,21
185:7,12,17,
22 186:4
187:9,25
188:6 189:17
190:24
191:6,8,16
193:8
194:17,24
195:3,19
196:2,11
197:5 199:16
200:20
201:6,11
202:5,23
203:5
204:19,24
205:12,14,17
206:7 207:4,
13 211:11,20
214:3,5,15,
20 216:17
217:22
218:15

219:3,19
220:13
print
  199:9
prison
  40:1,7 100:4
  102:23
  104:24 105:9
  159:1 191:1
  192:2,11,13
  193:2,15
prisoner
  76:7
prisoners
  48:7,11
  50:19 71:8,
  16 74:4
  193:14
privileged
  120:20
probabilities
  37:13 39:4
  40:24
probability
  37:15
probable
  46:13,14
  136:9
probably
  12:15 20:4
  21:24 24:2
  26:1 45:24
  59:22 69:2
  81:19 117:22
  118:7 126:3
  149:13
  152:19 154:2
  156:11
  174:22
  197:11
  207:23 212:3
problem
  107:23 150:9
  166:3
problematic
  120:3

problems
  98:18 117:4
Procedure
  1:23
process
  162:5 167:19
processing
  211:2
proclaim
  14:17
procure
  72:9
produce
  31:5 161:22
  162:6
produced
  1:18 27:15
production
  190:3
productive
  87:25
Profedder
  177:6
profession
  170:24
professional
  94:10
professions
  94:12
professor
  24:5 160:10
  173:20
  174:25
  177:1,6
  179:10
  180:22
  186:17 196:2
profile
  76:11
program
  75:8 105:16,
  20 116:23
  211:24
progress
  98:4
progressive
  18:8 122:17,

25 139:14

**progressively**
90:25 91:18
220:6

**prohibition**
139:2

**projector**
20:25

**prominent**
39:10 41:5
80:12

**promote**
60:5,9,15
169:23
218:16,21

**promoted**
89:14,20
177:4 218:18

**promoting**
91:14

**proper**
123:3 140:14
143:21
144:9,12,17,
25 145:2,6,
14,15,20
146:3,9
147:6,24
148:15 150:8
184:23
194:19
208:20,22
209:12,13,17

**properly**
92:18
144:12,14,19
145:4 146:2,
3 147:10,14,
16,19,20,22
184:6

**property**
152:23
180:25

**prophylactic**
150:8

**propose**
100:17

**proposing**
170:16

**proposition**
157:1

**prosecutable**
61:6

**prosecute**
169:8,12,20

**prostitute**
87:9

**protect**
130:18
136:17
192:19

**protected**
27:10,12
29:3 36:2,4

**protection**
148:15

**protest**
177:24
200:21
201:21

**proved**
19:2 93:9

**proves**
112:22

**provide**
121:14
157:21
191:24

**provided**
112:17 149:4
191:21,25

**providence**
91:23

**province**
91:3 92:13,
22 95:17

**provision**
120:8

**provisions**
1:24 143:18
161:23

**provost**
23:5,9

**Provost's**
22:12

**pseudo**
51:3

**pseudo-evidence**
47:16,21
48:3 50:22
51:4,10

**psychiatric**
177:14
183:16

**psychiatry**
183:12

**psychological**
69:25 76:11
84:8 99:24
111:16
134:17
142:20
177:14 218:4

**psychologically**
123:12 136:8

**psychologists**
100:7 134:13

**psychology**
100:6 134:17
183:12

**puberty**
82:2 97:10
119:14,17,20
120:2 135:12
148:18

**pubescent**
98:25 99:8,
18 100:25
101:20

**public**
17:14,15
28:3 46:23
64:8 72:19
83:17 93:20
94:1 123:23
124:12
179:18
194:10

203:10

**publication**
4:10 96:18
97:2 133:1
156:12
173:8,17
175:5 178:2
181:24 182:1
199:13
200:11,14
201:4 204:18

**publications**
36:23 60:11,
12,17,22
61:12 63:1
69:25
175:16,19,20
196:21
197:6,9,12,
23 198:12
204:15,21
207:17 208:9

**publicist**
39:11 41:6

**publish**
50:1,13
177:16 208:8

**published**
13:14 63:12
76:18 96:17
101:6 110:21
134:17 175:6
177:11
178:21 199:2
201:23
214:22

**publisher**
176:10
177:25 178:1

**publishing**
50:20 52:11
63:9,10

**punished**
16:13 53:17
85:17 92:18

**punishing**
135:10
136:20

punishment
  183:1
pupils
  98:17,21
purchase
  220:24
purported
  27:16
purpose
  67:5 88:21
  158:13,15
pursuant
  1:22
pursued
  143:12
pursuing
  181:15
put
  51:16 64:20
  84:23 91:20,
  25 104:24
  105:9 162:2
  165:3 166:6
  172:25
  189:19 208:2
puts
  162:2
putting
  63:4 158:25

———————

Q

qual
  182:12
qualitative
  182:12,15
quality
  193:23
quantify
  137:9
quantitativen
ess
  182:13
Quantitive
  182:15
que
  191:8

queer
  118:25
question
  28:13,14,18,
  24 33:20
  34:7,8 36:21
  37:10 51:21
  68:25 76:2
  84:10 100:21
  108:21
  109:18 110:9
  111:23
  112:3,10,20,
  21 114:25
  115:3,17,19,
  21 119:16
  120:12
  126:25
  127:4,18
  128:7,8,17
  129:15,22
  131:1,5
  132:2 135:2
  136:1,17
  141:15
  148:3,10,11
  149:1,6,12
  151:8 155:19
  162:8 163:7
  167:5 185:13
  187:10 188:3
  189:18
  190:16,25
  191:9 192:9
  200:7 201:6,
  11 203:14
  217:11
question's
  119:9
questioned
  166:4
questioning
  68:21 127:4
  150:18
questions
  10:7 13:12,
  15 27:23
  31:13 48:8

74:23,25
75:4 76:11,
16 78:8
115:22
120:13
126:17
128:15,25
131:25 132:4
148:12
155:16
156:2,14
160:11
184:23
190:13,14
220:14
quick
  23:24 47:10
quite
  9:23 28:11
  57:23 73:19,
  22 78:23
  81:19 92:17
  107:10
  108:15
  117:15,17
  121:15
  130:10
  155:25
  167:21
  191:14
  218:6,7
quote
  51:6 67:17
  80:2 91:24
  116:8 144:9
  175:14
  208:20 209:4
quoted
  25:21 66:17
  208:21
quotes
  92:1
Quoting
  215:9

———————

R

racist
  68:15
radical
  4:7 83:9
  220:3
radicalized
  89:2
raise
  31:20
raised
  12:20 13:20
  31:16
raising
  139:11
rally
  205:7
ran
  35:21
Randy
  4:3 170:13
rape
  15:12 16:1
  85:9,15,20,
  21,22,24
  86:7 118:4
  148:21 150:5
  184:9 200:5
  209:23
  211:18
  215:24
  216:9,10
raped
  98:13
rapes
  16:12
Raphael
  96:1
raping
  16:7,11
Raquel
  137:19,21
rare
  81:19

rate
  27:17,24
  115:11
  132:19 159:2
rated
  102:9 134:18
  143:1
rates
  115:12 219:8
rationally
  45:5
raw
  138:7
reach
  18:24 39:2
  202:6
reached
  68:19 119:19
  193:24
reaches
  148:18
react
  100:16
reactions
  101:8
read
  7:17 11:2
  36:17,19,23,
  25 37:5,19
  38:23 79:1,
  25 84:8
  88:12,14
  103:24
  104:1,10
  109:9,10
  124:7 146:11
  173:24,25
  174:13,17
  175:11,16
  176:10,23,24
  177:8 181:3
  182:14 190:5
  191:13,22
  195:14 213:3
  216:19,25
  220:20
reader

147:12 187:5
193:17,20,21
194:5
readily
  120:23
  148:16
  150:12,13
reading
  41:23 61:11
  79:20 113:4
  135:3 146:5
  188:18 206:6
reads
  147:17
  193:21
ready
  5:14 10:3
  190:8
Reagan
  81:12
real
  23:24 93:13,
  24 111:8
  116:22 141:9
  211:22
realization
  61:8
realize
  62:23 155:8
realms
  140:19
reanalyzed
  70:12
reaping
  43:12
Reappraisal
  4:7
reason
  14:13 16:18
  35:8 56:18
  98:22 99:3,
  16 100:22
  141:7,15,18
  154:3 178:16
  208:12
  211:22
  212:18

reasons
  8:14 54:3,5
  56:4 100:17
  211:2,5,8
  212:4
Rebecca
  173:18,25
  175:12
  202:16
rec
  12:12
recall
  9:8,9 15:20
  32:20 211:4
  212:22 213:2
  217:1,4
receive
  40:6 170:17
received
  10:4 22:12
  40:11 122:17
  129:1 200:17
receiving
  79:3 119:22
recess
  61:22 160:6
  195:24
recidivism
  219:8
recidivously
  159:2
recognize
  7:2 80:17
  154:10
  192:15 208:1
recollection
  12:12
recommended
  24:19 124:17
reconsidered
  62:14,19
  63:3 76:18
  178:20
reconstruct
  55:24
record
  1:24 5:2

10:13 61:21,
25 77:16
109:12 114:3
155:10,12,13
160:4,8
162:24 163:2
195:22 196:1
220:16
recorded
  10:12,18
  194:3
records
  166:16
  167:3,8,17,
  19,20,22
  168:4 170:5
  203:18
recovered
  134:14 172:4
redo
  163:2
reduced
  220:5
refer
  63:11 178:22
  212:23
referen
  36:15
references
  36:16
referred
  170:3 178:10
  183:23
referring
  80:5 144:16
refers
  46:5 183:7
  209:1
reflecting
  116:3
reform
  60:10 82:22
refresh
  163:3
refuse
  170:19
  218:15

refused
  170:4
refusing
  211:13
refutate
  172:19
refutation
  172:19
  203:10
refute
  51:13,15,17
regard
  48:13 95:19
  115:1
Regarding
  1:23
Regents
  27:14 28:10
regime
  135:9 136:1,
  18
registered
  65:24
regret
  174:2 192:15
regulate
  34:6 139:21
reinforced
  109:15,23
  110:15
  111:20
  113:7,15
rejected
  219:11,25
relate
  90:3
related
  160:22
  200:21
relating
  26:3
relation
  106:24 138:2
  206:19
relations
  15:13 16:2
  17:15 35:20

45:4 70:6,24
74:19 85:7
86:19,23
87:11 88:6,
21 92:5
102:11,18
107:2 108:9
109:1 127:9
130:24
144:2,8,15,
17 154:15
157:22
169:19
182:20
184:12 187:5
relationship
  62:22 71:6
  72:4,6,7,11,
  20 82:10
  85:1 87:8
  90:16 95:23
  102:19
  104:19
  105:25
  107:15,18,
  20,21 108:10
  111:19
  121:3,9
  122:20
  132:19
  137:23 143:2
  146:20
  152:10,14
  154:4
  165:21,23
  173:11
  191:15 192:7
  199:17
relationships
  67:24 70:1,
  16,18,20
  73:22,24
  87:3,15 92:2
  94:2,6
  99:22,23
  107:4,8
  109:14,22
  110:14 111:4

112:17
113:6,24
114:14,18
116:3,4,25
130:6,9,10
132:9,18
143:19
159:17 177:4
208:19
209:11,16
relative
  91:5
relatives
  194:11
relay
  159:16
relaying
  202:1
relenting
  178:1
relevance
  111:8
relevant
  84:12 110:22
  128:6 174:15
religious
  17:19,21
  18:6,19
religiously
  14:14
reluctant
  85:23 135:17
rely
  74:3,7,14
relying
  10:17 73:8
  176:7 205:4
remain
  45:7
remains
  171:16
remember
  5:24 8:5
  9:1,22 10:16
  11:21 22:2
  28:13 41:17
  116:8,9,12,

13 119:18
137:18
198:24
199:23
remembered
  73:10
remotely
  1:15,18,22
  5:5
removal
  203:23
removed
  161:1
rendered
  120:2
repeal
  60:1
repeat
  6:11
repeated
  116:17
repeatedly
  219:5
report
  22:6,7,9
  27:16 29:23
  85:23
reported
  1:15,22
  30:19
reporter
  1:21 4:14
  5:3 6:10,16
  16:8 20:1,5,
  8 62:11 96:8
  105:17
  140:2,4
  159:23,25
  160:3 161:25
  162:13
  180:6,13,16
  197:2 204:17
  206:5 211:19
  219:14
  220:18,20,22
Reporter's
  3:6 4:14

Thomas Hubbard Vol II
May 25, 2021

49

reporting
    5:5
represent
    26:11,14
representatio
n
    11:13
representatio
ns
    79:17
represented
    79:15,16
    165:19
representing
    5:6
represents
    26:20
reproduction
    88:21
republican
    19:4 39:11,
    22 41:5
    42:17 205:3
reputation
    28:2 171:3
    172:3
request
    166:17
    167:3,8,17
    168:4 170:6
    203:17
requested
    166:2
    169:12,25
requests
    167:20
reread
    162:23
    212:22
research
    27:21 34:18
    36:16 40:7
    41:14,19
    52:23 74:4
    75:13,20
    76:3 77:25
    102:21,22

169:16,17,23
174:13 202:6
205:4
researchers
    50:9
researching
    59:19
Reserve
    220:14
residence
    61:5
resist
    203:23
resistance
    211:23
resisted
    81:6 85:10
    193:12
resists
    167:20
reso
    148:19
resolution
    64:22
resources
    159:1
respect
    174:23
    175:13
respectable
    83:10
respected
    120:24 220:6
respective
    87:8
respects
    118:2 129:11
respond
    137:7
responded
    7:20 8:23
respondents
    102:25
responding
    35:23 174:12
    178:9

response
    3:22 4:5
    7:25 8:4,5,
    22 10:10
    24:17 28:5
    35:16 42:14
    47:25 66:16
    71:23 111:24
    112:2 164:23
    169:25
    173:16 174:9
    178:7 179:3,
    6 210:3
responses
    210:8
responsible
    44:15 181:19
rest
    19:6 123:1
restroom
    72:22 159:25
result
    8:15 82:8
resulted
    171:23
results
    50:20 187:15
retain
    55:25
retali
    28:15
retaliating
    28:7
retaliation
    27:9 28:16
retired
    156:25
retirement
    170:17
retract
    160:14
    162:21
    163:23
    164:10,19
retraction
    3:21 160:25
    161:9,12

162:11,17,22
163:10,12,14
164:16
retractions
    160:12,15
retrospect
    147:13
retrospective
ly
    99:25
return
    112:13
returning
    114:24
reveal
    182:9
revealed
    201:10
revealing
    36:2 202:25
reverend
    156:16,17
reverse
    24:5
review
    22:16 23:19
    178:9,11
    179:1 181:23
    198:15,20
reviewed
    22:21 181:12
reviewing
    27:18
rewards
    81:24
rhetorical
    132:2,4
    148:11
Rich
    101:9 102:15
    132:24
rid
    64:20
ride
    85:1
rifle
    29:18,21,24

Thomas Hubbard Vol II
May 25, 2021

50

**30:3**

**right**
5:13 7:8,12,
15 8:3,7,17
9:24 11:3
12:21 13:10
15:23 18:2,9
21:5 22:23
23:5 26:6
33:13,17
34:3 39:3,
17,18 44:5
45:17,23
47:4,8
57:17,25
58:16,21
62:6 63:22
64:17 65:10
71:3 75:12
78:4 79:20
84:4,25
91:22 93:21
95:7 96:19,
21 102:13
104:18
110:16
116:10
121:12,23
123:3 132:23
135:5 145:14
149:11
151:5,16
153:25
154:3,9
156:13,17
157:6 158:9
159:15
160:9,24
161:18 162:9
164:8 165:14
166:12
168:11,19
171:21 176:5
180:1 181:21
182:14
183:6,21
186:17,18
189:2,5,24
191:23

194:20
195:18
199:19
203:13
204:10
205:6,13
208:18 212:3
220:9,14

**right-hand**
151:15

**right-wing**
39:21

**rights**
32:1,12
57:10 81:6,
11 82:21
83:1,3,8
91:6 94:9
168:24

**Rind**
70:10,11
132:15
133:3,11,14,
24 134:4,8
177:11

**Rind's**
133:12

**rise**
5:21 85:1

**risk**
122:11
176:19 185:5
208:2

**risks**
124:21,23

**risky**
148:14,19

**rite**
151:4

**rites**
150:13,24
151:6

**ritualized**
80:11

**role**
70:4 120:24

**roles**
153:3

**Roman**
179:11

**romance**
153:3,21

**romantic**
87:1

**Rome**
84:14

**Ronald**
81:12

**room**
6:12 9:3

**ropes**
131:9

**Ross**
2:9 47:9
163:15
164:10 165:1
180:10
188:13

**row**
13:13

**Rpringle@w-g.**
**com**
2:12

**rules**
1:22 170:5,6

**rumors**
3:23 170:23,
25 171:23

**run**
199:9

**running**
52:13,20

**Rutledge**
178:2

---

**S**

---

**sad**
138:21
139:7,19
140:12 141:7

**safe**
117:19 203:2

**safer**
148:6

**safety**
22:15 44:23
45:2,20

**saga**
21:11

**sake**
181:18

**salary**
171:25

**same-sex**
153:17

**sample**
102:16
125:25

**sampling**
27:23

**Samuel**
163:15

**San**
81:2 122:18

**Sarah**
1:5 2:8,15
16:18,25
17:21 18:10,
23 30:18
32:24 40:4,
15 43:4 44:6
46:9,14
162:11
166:25

**satanic**
80:11

**satisfactory**
161:11 166:8

**satisfied**
181:9

**Save**
81:5

**saved**
137:24

**Savin-**
**williams**
101:9
102:15,21

Thomas Hubbard Vol II
May 25, 2021                                    51

**Savin-**
**williams'**
  132:24
**say-so**
  131:20
**saying**
  12:2 17:6
  22:12 52:5
  77:11,14
  87:10 91:11
  95:1,7
  105:11,24
  109:25
  110:19 116:6
  118:10,12
  119:18
  121:1,12
  145:13,23
  153:12
  168:18 170:4
  194:12
  205:24
**says**
  17:25 25:12
  41:1,19
  47:14 62:18
  63:21,23,24
  70:25 77:1
  78:7 79:24
  99:9 103:24
  104:9 105:8
  126:21,22
  127:13
  143:12,14
  151:18 153:1
  176:15
  178:14,15,20
  182:8
  188:15,23
  189:6 209:22
  212:10 213:5
  214:6 215:11
**scandals**
  80:9
**Scant**
  122:20
**scholar**
  194:8 202:17

**scholarly**
  67:15 85:5
  96:18 158:14
  190:16 191:9
  202:17
**scholars**
  115:22
  120:14 124:8
  128:16
  176:16
**scholarship**
  30:17 37:17
  40:10,11
  44:16 77:21
  78:19 99:2
  116:22
  169:18,21,
  22,23,24
  173:10
  175:14 179:1
  184:4,6
  190:15
  193:24
  218:19,23
  219:22
**school**
  27:16 64:8
  68:10 98:20
  122:18
  123:24
  124:12
  125:19
  135:17
  138:10 164:4
**science**
  81:17 84:12
  85:22 92:9
**sciences**
  84:3 134:22
**scientific**
  84:6 144:7
**scientist**
  84:1
**scientists**
  27:20 182:2
**scoutmasters**
  190:7

**screw**
  125:5
**script**
  154:21
**scripted**
  153:3
**second**
  36:15 65:11,
  18,21 87:21
  96:23,24
  100:14 150:6
  164:15
  178:25
  210:16
**section**
  111:8 112:22
  212:23
  216:20
**seduce**
  96:1
**see**
  22:16 25:16,
  20,23 29:7
  30:5 36:18
  38:14 42:1
  44:5 46:9
  64:1 65:3
  72:20 77:24
  87:17 89:18
  96:7 103:24
  106:6 114:24
  122:3,9
  131:25
  133:14
  140:17
  144:23
  145:4,5
  147:11,17,25
  156:13
  165:25 170:6
  173:3,5
  175:22 176:7
  177:6 188:21
  190:23
  191:14
  192:22
  197:15
  205:8,17

  206:11
  215:13,18
**seek**
  60:10
**seeking**
  70:4 95:23
**sees**
  106:3
**seldom**
  130:16
**self-**
**accepting**
  67:20
**self-**
**assertion**
  157:4
**self-**
**confident**
  154:12
**self-control**
  158:8,9
**self-**
**realization**
  158:6,8
**self-**
**righteous**
  138:22
**sell**
  93:25
**selling**
  199:9
**semester**
  14:25
  209:23,25
  212:21
**seminar**
  176:11 200:5
**Senator**
  81:8
**send**
  165:8
**sending**
  50:17
**senior**
  171:11,13,20
**sensation**
  38:20

Thomas Hubbard Vol II
May 25, 2021

52

**sensational**
80:24
**sensationalis
t**
80:11
**sensations**
90:11
**sense**
32:9,19,20
86:1 141:17
179:21
209:13
**senses**
38:15,25
41:3
**sensor**
51:16
**sentence**
67:3 88:25
103:24,25
106:11 108:6
112:16 122:3
127:12
129:20,24
130:22
137:9,11
146:7 153:1
190:6 207:4
209:19
214:21
215:15
**sentences**
51:6
**separate**
26:16 62:25
73:19 107:1
120:8 199:7
**separated**
90:9
**sequence**
13:23
**series**
3:11,12,24
4:12 35:12
165:14 178:2
**serious**
56:3 153:4

**seriously**
28:10 32:24
176:23
**serve**
208:4
**service**
61:12
**set**
135:8 136:1,
18
**settled**
166:7
**seven**
96:8,9
122:6,8
197:12
218:11
**severe**
60:18 183:1
**severely**
53:17 85:17
**sewer**
22:19
**sex**
4:10 13:2
27:2,5,6,8,9
47:1,5 54:6
61:3 65:24
69:5,14
71:20,21
72:9,25
75:5,6,9,13,
23 84:11
86:9 87:1
90:20 91:19
92:5 95:16
99:23 100:9
104:4,11
105:4,9,10
109:19
111:14 113:7
114:8 115:6,
15 117:15,
17,19,20,24
118:6
121:13,18
122:2,10,16
123:3,11,14,

17,18,20,22
124:9,12,15,
20,22,25
125:2,11,20
126:7
127:11,12,
15,16 128:11
129:18
130:9,16
131:8,23
132:6 136:11
138:7 141:24
142:4 144:2
146:8,25
148:4,13,20
149:3,4,8,
15,22,23,25
150:17,20
151:4,7,25
157:20
165:18
178:14
181:25
182:2,10
189:22
191:1,14
192:3,10,11,
17 193:3,12,
15 194:9,11,
13,20 216:12
217:8,17
**sexes**
100:19
**sexological**
27:21
**sexology**
183:12
**sexual**
3:16 14:19
15:21,23,25
27:9,17,24,
25 43:1
53:6,10,11
57:2 58:5,6
70:16 71:6
72:4,11
73:13 75:1
81:18,20

82:8 85:6,18
87:10 95:23
96:11 100:16
101:3,6
102:8,10,18
103:1,2
104:2 105:25
107:2,3
108:9 109:1
111:19
116:12,25
119:6,19,23
121:3 122:13
125:8,12
126:6 127:9,
23 129:12
132:18
135:11
136:8,20
139:21
140:18
142:12,14,
16,17,18,23
144:2,8,15
148:6 152:8
154:15
157:3,19,22
158:5 159:16
182:19
189:7,10
216:2,21
217:3 218:5,
24
**sexuality**
3:19 15:3
82:22 83:23
115:2,15
122:11 124:6
139:16
168:25 209:2
**sexually**
55:5 73:7
86:3 118:6
123:7 138:9
193:3,8
**shame**
85:20

shameful
  116:16
share
  53:6
Sherrard
  26:7
shh
  45:4
shocked
  9:23
shockingly
  27:17
Shockley
  23:7 24:15
  31:18
shoddy
  179:1
shoot
  34:24
shooting
  33:3,6,13,22
  34:5
shortage
  220:4
shorter
  164:11
Shorthand
  1:21
shot
  33:25
should've
  147:14,16
  154:2
show
  67:6 69:25
  78:21 100:8
  106:17
  126:21 131:9
  140:10
  142:19 217:5
  219:8
showed
  101:10
  198:21
showing
  82:5

shown
  130:5,12
  136:10 138:4
shows
  92:5,9 94:7
  99:25 111:9
  112:25
  113:24 119:5
  130:15,21
  218:6
Sibley
  2:4 11:10,
  20,24 12:3
  15:14,17
  17:2,4
  18:12,25
  19:9,19,24
  20:3,7,9,14,
  19 23:14,17
  28:21,25
  30:1,21
  31:3,9 33:15
  34:2 35:1
  37:6,9,21
  38:6,13,18,
  24 40:2,22
  41:11 42:25
  43:8 44:11,
  21 46:17
  47:9 48:16,
  21 49:5,7,
  21,25 50:3,
  15,25 51:12
  55:22 58:4
  61:16,20
  62:3 64:6,12
  78:2 86:10
  106:16
  107:16
  113:10 118:9
  119:12 120:7
  123:19 139:9
  141:10
  147:3,8
  152:2 155:18
  156:5 161:20
  162:1 163:1
  164:9,25

  172:5,7,15
  173:12
  175:24 176:2
  184:1,13,19
  185:2,9,15,
  19 186:2
  187:8,16,20
  188:5 189:12
  190:19
  191:5,7,10
  193:6 194:6,
  21,25 195:21
  196:8 199:14
  200:15
  201:5,7,25
  202:19 203:3
  204:13
  207:1,11
  214:10,18
  216:14
  217:19
  218:10,13,25
  220:12,14,
  19,21,25
Sibley@
camarasibley.
com
  2:7
sic
  160:5 195:23
  196:1 220:17
sick
  94:22
sickos
  94:16 95:2,9
side
  39:21 77:18
  121:24
  151:15 215:5
sign
  220:20
signature
  3:5 195:12
  220:18
signed
  195:8,14
  212:5,6

significant
  100:11
significantly
  132:19
silent
  102:16
silly
  138:10
similar
  115:1
similarly
  49:15 90:22
simple
  54:9 137:1
  139:16
simpleminded
  36:25
simply
  50:18 64:16
  104:7 157:16
  208:2,12
sinuated
  185:25
sir
  20:6 28:17
  46:25 48:25
  62:8 77:11
  78:5 159:23
  195:18
  220:24
sit
  9:15 129:5
  201:17
  212:25
site
  163:20
sites
  107:12
sitting
  13:12
situation
  28:7 37:13
  72:15 113:11
  114:19 127:8
  149:10
Sixty
  75:12

Thomas Hubbard Vol II
May 25, 2021
54

size
  125:25
skill
  117:12
  120:19
skills
  127:13,22
  130:23
  150:15
  157:3,19
skinny
  138:10
slave
  87:9
slaves
  67:12,18
Slovacek
  2:9
slowed
  47:25
small
  80:13 171:16
  190:2 196:13
  212:8
smear
  30:12
smugly
  68:3,6
social
  3:13,23
  17:17 19:13
  22:13,17,18,
  21,24 27:16,
  20 34:17
  35:4 39:17
  42:16 51:17
  81:17 84:1,
  3,6,11,12
  85:22 92:9
  97:25 98:7
  107:25
  116:21 117:6
  120:22
  121:2,11
  148:3 157:3,
  19 168:16
  182:2

188:15,16,24
  205:5
socially
  87:25 98:4
societies
  89:4 108:23
  110:18 112:9
  113:23 114:1
society
  54:8 67:21,
  23 80:3
  81:16 84:19,
  20 91:1,15,
  19 104:23
  105:1 108:12
  109:13,21,24
  110:3,7,8
  111:7,11
  112:3,4,12,
  13,14 113:16
  114:11,16,
  20,21 115:18
  116:20
  137:16
  146:21 149:2
  158:5,11,18
  160:23
  184:24 185:5
  187:24 188:4
  189:15
  219:1,6,10,
  11
sociological
  84:9
Socrate
  86:16
Socrates
  86:14,17,21
  87:10,17
  88:2,3,4
sold
  93:13,24
solution
  121:18,20,21
someone's
  219:14
sophisticated
  108:3,14

sort
  35:22 46:10
  55:19 75:18
  125:9 134:8
  184:25 216:2
  217:7
sought
  31:21
sounding
  204:23
sounds
  100:3 159:3
source
  151:18
  152:15
  169:11
  176:14
sourcebook
  104:6 110:21
sources
  176:4,8
South
  69:17 115:9
sovereign
  163:11
sow
  43:12
Spacey
  98:13
speak
  20:1,4,6
  57:4 203:13
SPEAKER
  23:25 205:10
speaking
  10:23 56:8
  146:3 180:7
special
  3:18 81:24
  128:3 134:21
  188:12
specializes
  165:18
  179:11
specific
  31:12 76:3
  84:10 187:21

specifically
  21:23 71:22
  72:2 74:21
  101:2,7
  102:10 103:8
  129:12
  150:22
  179:23 183:8
  188:10
  194:12
speculate
  46:9
speculation
  43:7 56:17
speech
  27:10,12
  28:20 29:3
speeches
  196:3,5
spelled
  6:13
spent
  10:11 49:1
  56:14
spoke
  56:2,6 65:16
spoken
  134:4
Sportula
  163:21
  165:8,11
spread
  170:24
spreading
  171:1
squeamishness
  92:19 93:6,
  19
stable
  30:15
stage
  130:8,16,17
stand
  66:24 136:21
  143:24 189:6
  218:15

Thomas Hubbard Vol II
May 25, 2021
55

start
  10:2 187:9
started
  10:5 197:7
starting
  68:20 93:9
starts
  107:21 182:5
state
  1:22,23 44:7
  54:22 61:5
  122:25 144:4
stated
  1:24 21:19
  37:2 112:2
statement
  8:6 11:12
  12:5 14:4
  34:23 35:23
  42:13 43:4,
  13 46:4,19
  59:16,21,22
  60:5 91:5
  94:23 166:10
  168:3 174:12
  179:24
  182:23
  203:10 204:5
  206:2,8,11,
  15,22 214:25
  215:2,7,8,20
statements
  13:24 17:5,
  10 34:19
  43:10 162:20
  163:23
  164:7,11
  173:25
  174:25 184:8
  194:2 215:9
  218:4
states
  1:1 63:19
  69:20 138:19
  139:12
  146:21 147:4
Stating
  11:11

statistical
  142:22
statistically
  100:11
statues
  68:10,11
status
  17:1 218:16
statute
  216:19,21
statutory
  216:7,9
  217:2
STDS
  150:9
steadily
  154:24
steady
  82:6
steering
  65:2,5
stenographic
  5:6
stenotype
  1:22
step
  86:19,22
  87:18,20,21,
  23 88:5
stigmatizatio
n
  114:13
stigmatized
  113:21
sting
  60:21
stop
  108:24
  155:6,9
stopping
  47:10 61:17
stories
  14:22 49:2
  50:8
story
  16:12 85:16

straight-
oriented
  70:15
strands
  74:5
strange
  134:16
  204:22
strategist
  39:11 41:6,
  21
strategy
  82:20
Street
  2:5
strong
  86:2 164:12
stronger
  130:6,18
  148:4
strongly
  26:4 60:13
  82:19 85:10
  146:19
struck
  44:6
student
  9:20 12:16
  13:12 14:5,
  13 21:22
  41:20 44:15
  163:18 210:8
student's
  36:4
students
  8:11 10:7
  14:8,14,19,
  24 15:2,4,7,
  10 24:19
  31:7 36:7
  64:15 100:6
  124:4 174:13
  176:13
  186:10,11,16
  212:2,8,11
students'
  44:22 45:20

studied
  110:20
  116:22
  142:12
  182:11,21,22
studies
  70:5,13,14,
  16 71:4,5,7
  103:11,17
  130:5,12
  134:9,13
  136:10 138:4
  142:8,10,19
  156:18
  210:11,12,
  13,18
study
  27:15 28:8,
  12 37:15
  49:22 50:13
  70:8,10,12
  71:15,17
  101:5 102:2
  133:7
  177:11,16
  182:5
studying
  103:8
stupid
  117:5
  166:15,16
  167:2,6,16
  168:3
stupidity
  168:10
subaltern
  67:18
subject
  10:9 14:23
  15:12
subjected
  134:19,20
subjective
  44:13
subjectively
  215:12
subjects

123:3 192:11
**subliminal**
  151:19
  152:16
**submit**
  178:2
**submitted**
  170:5 179:2
  189:21 210:3
**subpoena**
  40:11 179:3
  210:4
**subscribe**
  197:6
**subscribed**
  196:21
  197:12
**subscribing**
  197:9
**subsequently**
  85:4 181:8
**subset**
  183:17 184:4
  199:3
**subsidiary**
  62:24
**suburb**
  122:18
**successful**
  109:13,21
**suddenly**
  178:17
**sue**
  8:1 163:25
  174:3 181:9,
  17,18 211:12
  212:10
**sued**
  164:7
**suffered**
  172:3
**sufficient**
  162:7
**suggest**
  47:19 109:14
  126:20 140:7
  142:8 149:13

175:23
**suggested**
  48:3
**suggesting**
  47:18 109:22
  127:15,21
**suggests**
  41:8 42:11
  86:21 215:16
**suicide**
  85:2,13
  115:11,12
  137:25
**suing**
  181:18
**suit**
  176:17
**Suite**
  1:19 2:5,10
  5:8
**Sunday**
  39:9 41:23
**super**
  168:21
**superior**
  68:18,22
  87:19
**supervision**
  82:11
**supervisory**
  72:6,17
**support**
  2:16 5:7
  47:16 52:3
  54:23 55:4,
  20 63:13,22,
  24 69:12,13
  83:12 214:14
**supports**
  63:14
**supposed**
  14:3 86:2
**supposedly**
  80:3
**suppressing**
  135:10
  136:19

**sure**
  23:2,16
  45:12 57:11
  60:9 93:23
  95:10 99:10
  170:11
  198:20 201:2
  202:9,14
  203:5 205:9
  214:12
**Surgeon**
  124:17
**surprise**
  79:24 174:16
**surprised**
  175:11
**surprising**
  19:5
**surrogate**
  97:16
**survey**
  74:14,16,17
  76:16 102:24
**surveys**
  50:17,19
  73:19 74:24
  75:6,22
  100:1,5,6,8
**survivor**
  56:14
**suspicious**
  152:10,13
**susta**
  90:25
**sustained**
  132:21
**swear**
  40:19
**sworn**
  1:20 5:11
  199:5
**symol**
  115:2
**sympathetic**
  137:23
  204:12

**symposia**
  98:6
**Symposium**
  77:10 86:16
  87:13 88:10
**syndrome**
  134:14
**system**
  57:12 64:9
  94:13 114:24
  124:12
**systematic**
  82:20
**systems**
  123:24

---

**T**

**tacit**
  92:20 93:7,
  23
**Taiwan**
  115:9
**take**
  22:20 33:2
  47:10,15,19
  51:11,19
  92:16 132:3
  212:12
  214:8,11
**taken**
  1:20 36:17,
  22 37:4 48:4
  91:21 208:23
**takes**
  104:4
**taking**
  51:13,15
**talented**
  98:2
**talk**
  24:22,23
  30:16,19
  44:17 53:9,
  15 77:15,20
  86:13 91:10
  96:19 98:17

120:16 122:2
129:19,25
130:1 132:15
133:20
146:16 159:6
181:21
192:24 205:6
**talked**
9:4 34:11
73:5,6 74:3
112:5 125:24
146:18 196:2
209:24
213:23
**talking**
5:16 32:20
40:24 43:21
47:21 72:1
73:17 77:5
79:11 81:18
84:11 85:9
89:11 93:16,
19 96:21
100:15
102:10
104:14,25
105:22
106:11 107:1
120:1 127:11
129:10,12,13
130:2,23
151:11
155:6,9
157:9
166:18,23,25
168:25 169:1
175:5 180:14
184:22 201:8
203:24
213:20
217:22
**talkings**
138:1
**talks**
125:4 176:9,
11,25 216:11
**tall**
140:25

**tamp**
24:17
**tangled**
180:5
**targeting**
22:14
**TAS**
10:2,15
21:15,17
**taught**
176:11
186:3,4,6,9
205:19
206:3,10
210:22 212:7
216:25
**teach**
14:20 15:25
21:9 122:23
186:10
209:25
210:6,10
**teacher**
64:8 81:10
122:23
**teachers**
190:8
**teaches**
186:15,16
**teaching**
6:4 8:10
87:22 124:13
197:7 204:14
213:20
**technical**
179:21
183:11
**technique**
27:23 117:22
**techniques**
118:5 124:4,
13,15,16
**technology**
150:8
**teen**
144:17
146:8,25

184:9 215:24
**teenage**
94:16,20
95:5,8,11,
12,19 109:3,
4 111:9
112:23
143:21
147:18
148:5,13,16
149:3 150:7,
9,10 188:9
**teenagers**
55:6 126:4
131:4,10
143:20
149:18 188:9
**teens**
118:23
151:12 220:6
**Telephone**
2:6,11
**tell**
12:13 13:10
16:11 25:22
49:2 62:7
64:19 98:21
105:13
108:21
116:24 117:6
137:22
192:20
217:13
**telling**
74:8 94:19
116:9 193:14
**tells**
38:16 98:22
111:3
**tempt**
190:18
**temptation**
190:11 191:4
**ten**
28:4 162:13,
14 197:13
218:11

**tend**
18:22 46:24
73:12 103:18
121:16
130:20
136:11,12
187:14
**tendency**
207:21
**tense**
108:6
**term**
13:4 32:19
38:19 71:2
161:9 179:21
183:14,16,24
184:6
**termed**
82:1
**terms**
13:4 15:20
17:6 22:23
70:22 75:7,
18 80:1
100:11 103:8
114:17
142:23
148:15 178:1
183:11 216:9
**terrible**
178:9
**test**
157:2,9,16,
18 199:4
**testified**
5:11 139:6
**testimony**
73:4 144:7
199:5
**testosterone**
119:22
**Texas**
1:1,19,22
2:5,10 5:6,8
26:15 33:6,
23 34:24
39:22 81:1

205:20
206:4,10,17,
25 208:11
216:3,13

**text**
25:21 99:9,
13 104:7
110:22 146:6
200:18,20
216:25 217:6

**texts**
106:10

**Thailand**
61:2

**thank**
20:5 24:3
37:11 140:4
160:3 195:18

**them's**
52:15 170:11

**therapy**
182:3

**there'd**
212:11

**thighs**
79:13

**thin**
49:15

**thing**
7:17,18
12:11,17
24:16 35:2
51:4 54:8
60:14,15
100:13,14
104:4,12
111:7 123:9
174:8 182:4
193:5

**things**
10:3 12:4,8
16:4 33:5
34:21 37:1
40:8 53:17
55:1 73:10
80:9 87:25
88:2 90:21

100:10 118:5
120:17
124:16
142:24
155:13,14,16
158:7 167:23
173:13
197:16
198:25 200:6
214:17 220:8

**think**
8:14,15
18:19 22:2,
11,18 23:8
25:15,20
27:6 32:8,
16,23 34:16
43:13 45:5,
22,23 46:13,
14 47:23
50:4 54:21
56:3,17
57:17 59:5
61:12 63:2,8
64:19 65:14
66:1,15,17
67:15 69:2,
15,19 70:22
71:24 78:20
82:1,9,15,25
83:14,16
91:11 92:2,
17,23 93:9
94:8 95:10
98:10,15
99:20 101:6,
10,18,22
104:10,18,22
105:3,8
108:7 116:11
118:17 120:2
121:19
123:12
124:22
125:5,11,14
126:3 127:24
131:7,22
136:5,7
139:5,15,20

141:7,15,19
143:8,13
146:12
148:13
149:19,24
151:23
152:9,19
153:8 154:9
156:5,20,23,
25 157:13
158:1,25
159:14
161:2,3
167:2,4,6,
11,13 168:3,
18 176:20
180:5 181:1
185:20 186:5
188:1 189:9,
14 190:14,
16,24 191:9
192:5,10
193:4 198:17
200:1,8
202:23
207:23
208:12
209:15
210:21
211:5,21
212:3,12,17
219:5 220:8

**thinking**
70:23 126:12
194:16

**thinkings**
39:24

**thinks**
45:1 176:21
186:17

**third**
87:22 112:21
150:7 161:9
211:16

**Thomas**
1:3,12,18
2:3 3:4,14,
22 4:3 5:9,

10 173:24
205:17
206:2,8,15,
23

**thorough**
157:20

**thoroughly**
51:18 110:20
134:16

**thought**
13:13 14:2
16:22 53:14
108:18 117:1
167:12 168:6
174:7 178:24
180:25 207:3

**thoughts**
16:23

**thousand**
71:15

**thousand-odd**
102:24

**threated**
174:4

**threaten**
45:1 154:5
179:22

**threatened**
153:10

**three**
25:12 36:14
59:2 142:11,
13,21 145:19
147:23 164:7
183:11
208:23

**throw**
100:18

**thrusts**
78:19

**till**
10:1 140:20
220:15

**time**
6:4,19 10:9
14:1 20:4
21:17 23:2

Thomas Hubbard Vol II
May 25, 2021                              59

34:16 36:17,
19,23 37:4
49:1 53:12,
13 56:5,20
60:11 62:23
65:14,16
66:11,18
80:8 93:10,
18,22 96:18
125:23
139:15
143:20 155:8
156:12
167:12
173:15 174:3
175:5,6,9
181:4,12
197:5 199:19
200:24
206:17,24
210:15,16
212:7 215:7
218:10
220:9,15
**timed**
  138:1
**times**
  57:23 58:20
  59:1,2 92:10
  97:21 139:8
**timidity**
  92:20 93:7,
  20
**title**
  59:11
  188:11,12,20
  189:3 209:6
**titled**
  97:3
**today**
  9:15 68:19
  93:13,25
  98:9 99:15,
  20 100:22,25
  106:23
  108:5,7
  109:6 111:7
  112:1 113:14

114:11,14
129:5 139:17
147:4 201:17
220:9
**today's**
  110:11
  146:21
  189:15
  219:10
**told**
  7:21 11:5
  12:13 19:15
  24:15 31:25
  34:15,17
  39:14 56:21
  66:4 106:24
  128:22,23
  148:20,23
  156:24
  170:21
  171:23
  179:18,23
  198:24 200:3
  201:22
  204:25
**tolerant**
  115:14
**top**
  70:9 115:1
  134:18
  141:22
  143:16
  188:18,23
  215:5
**topic**
  178:14 212:1
**total**
  48:24
**totality**
  37:1,16 40:9
**touch**
  24:20 38:15
  205:5
**touched**
  29:20 32:13
**tough**
  8:13

**tourism**
  61:3
**touting**
  39:20 111:18
  206:2,5,9,
  16,23
**tower**
  33:6,13,14
**town**
  80:13
**traced**
  117:4
**tradition**
  88:16
**traditional**
  84:22 150:13
**training**
  176:13
**transcended**
  68:3
**transcript**
  220:24
**transformed**
  67:11
**transmitted**
  122:13 123:7
**transsexual**
  119:5
**traumatic**
  116:15
  123:12 212:1
**treated**
  207:20
**treating**
  152:22
**treatise**
  104:1,2
**treatment**
  119:23 182:3
**treats**
  94:14 158:5,
  11,18
**trial**
  220:15
**trouble**
  140:25

**true**
  13:20 48:14
  56:24 67:14
  70:2 93:15
  94:4 95:5
  99:15
  100:22,25
  101:1 107:15
  108:5
  114:20,21
  131:18
  135:16
  144:3,18
  151:7,18
  154:19
  170:24
  171:17
  177:22
  178:18
  184:4,5
  194:17
  195:15
  201:17
  204:4,7
  205:21
  207:23
  208:16
  215:5,8,12
  218:24
**truism**
  131:19
**trust**
  19:21 22:22
  125:15
  143:8,10,14
**trusted**
  126:15,23
  127:19,23
  128:9,12
  129:7 192:8
**truth**
  74:8 194:2
**trying**
  50:22 60:19
  64:20 83:2
  87:13 96:1
  154:21

Thomas Hubbard Vol II
May 25, 2021                                    60

turn
  43:19
turning
  113:1
twice
  59:5 191:17
Twitter
  165:9
two
  7:6 9:20
  10:15 15:8
  23:17 52:13,
  23 55:2,9,11
  57:16,19
  65:8,11
  78:11,16
  79:17 96:16
  100:10,19
  134:12 149:8
  170:9 179:19
  196:3 197:22
  199:7,17
  200:14
type
  178:7
typically
  122:22

_____

          U

_____

U.K.
  138:19
U.S.
  2:16 3:15
  5:7 60:23
  61:5 63:23
  115:16
  122:3,10
  123:1 171:17
Uh
  23:21 26:18
uh-huh
  5:15,19 8:19
  21:8 23:13
  24:24 26:8
  29:8,11
  39:13 43:18

  72:24 76:25
  77:23 79:21,
  23 89:18
  91:13 95:3
  102:4,7
  103:22 122:1
  123:25
  132:16
  135:4,6
  151:17
  156:16 157:5
  170:10
  213:14 218:1
ultimately
  31:5 35:16,
  22 164:1
  166:7 210:5
  212:3,18
un
  92:6 204:18
unaware
  204:8
uncertain
  46:7
uncomfortable
  125:10,23
uncommon
  98:16
underage
  16:2 17:14
  32:10 55:5,8
  56:19 57:3
  70:24 76:4
  95:17 96:1
  103:3,10
  132:18
  135:8,9
  136:2,18,19
  149:14
  207:7,10,16,
  21 214:17
  216:3,22
undergraduate
  163:18 212:9
undergraduate
s
  30:20,22

understand
  35:6 36:17,
  23 50:7 52:8
  53:7 152:20
  185:21,23
  194:9
understanding
  55:7 59:25
  60:4 64:14
  99:11 111:14
  143:15
  160:22 198:5
  199:5 203:18
understood
  11:2 197:16
Underwood
  35:18 198:9
  204:15
unexperienced
  131:15
unfair
  181:14
unfavorable
  47:20
unhappy
  8:11
unhelpful
  28:6
UNIDENTIFIED
  23:25 205:10
uniformly
  103:20
uninformed
  139:8
unit
  47:25
United
  1:1 63:19
  69:20 138:18
  146:21 147:4
universalizin
g
  111:13
universally
  148:17
universities
  171:20

university
  22:7,9 24:16
  26:15 27:25
  28:5 31:17
  33:3,6,23
  34:24 50:23
  51:10 80:17
  156:19 166:7
  167:19,24
  170:18 172:1
  173:21 195:5
  200:5 205:20
  206:4,10,17,
  25 208:11
  211:25
university's
  36:1
Unknown
  3:20
unlawful
  146:24
unnatural
  88:19
unnecessary
  88:18 135:9
  136:2,19
unplanned
  122:12 123:3
unpleasant
  100:12
  101:19 213:4
unproblematic
  92:7 134:23
Unprotected
  123:20
unreasonable
  138:8
unreliable
  176:14
unstable
  30:7,10
  33:11
unthreatening
  83:17
untrue
  11:15 56:25
  94:8 213:4

untruths
  11:12
unusual
  99:20
unusually
  8:13
unwilling
  30:19,20,23
unwittingly
  89:14,20
upper-class
  97:8
upset
  14:1,8,13
upsetting
  22:5
Uranian
  77:9
Uranians
  77:8
urges
  135:11
  136:20
  140:18
UT
  27:18 28:2
  209:23

V

Vader
  42:11 166:19
valgolarize
  14:22
valid
  190:25
values
  18:22
vanilla
  83:17
varieties
  120:9
various
  167:22
vast
  75:10,23

138:5 187:4
189:15
veins
  73:20
verbal
  42:14 179:6
verify
  34:22 74:12
  204:25
version
  85:11 198:25
Verstraete
  4:6 178:8,16
versus
  63:19 64:3,
  11
viability
  193:24 194:2
vice
  23:9
victim
  85:21
victims
  85:20,22,24
  190:17
videographer
  2:16 5:1
  20:22 61:21,
  24 160:4,7
  180:3,8,10
  195:22,25
  218:11
  220:16
VIDEOTAPED
  1:11,18
view
  40:12,15
  89:11,12
  197:15
viewed
  219:2,4
views
  198:1
  215:17,19
VIII
  188:21

village
  132:12
violate
  95:14
violated
  56:21 86:3
violating
  60:13
violation
  60:16 86:6,
  7,8 139:23
  207:18
violence
  48:2 211:15
  216:1,4,13,
  16,18,20
  217:2,4,9,
  12,14,18,21
violent
  184:9 201:9
  215:24
  216:8,10,11
virtually
  49:9 114:4
  124:3
virtue
  61:11
visited
  59:6
voices
  70:21 211:15
Voilà
  24:3
volume
  1:14 63:4,14
  190:1 191:12
  192:1,6
  194:7
volunteering
  155:15
volution
  111:10
Voss
  79:9
VP
  163:9

vulnerable
  135:8 136:17

W

Wage
  151:15
wait
  140:20
  220:23
waiting
  61:16 128:14
wakes
  100:24
walk
  8:8 13:17
Wallace
  62:19,22
  66:4,7,13,19
  76:18 199:3,
  6,8,12
wanna
  20:12
want
  10:8 20:23
  23:19 34:6
  67:3 78:25
  83:14 91:10
  96:4 109:5,
  10 118:13
  119:6 129:25
  136:25
  137:6,14
  155:6,10,12,
  13 160:9
  181:17,18
  185:4 210:22
  220:22,24
wanted
  51:9 53:6
  54:3 59:25
  64:14 105:15
  137:19,20
  162:20
  188:25
  197:14,15
  198:4

wanting
   53:16 173:24
   175:22 177:5
   185:3
war
   97:21 139:3
   220:4
warn
   60:11 207:18
warned
   26:4 60:13
warning
   61:13 194:13
warnings
   60:18,19
way
   13:16 14:21
   17:23 18:10
   29:15 30:13
   46:23 47:14
   49:9 50:6
   58:14 69:7
   70:23 74:1
   81:23 112:10
   116:9 158:4,
   11,17 166:8
   168:9,11,19
   173:18
   185:20,22
   192:22
   194:14,15,22
   200:12
   202:20
   216:23
ways
   72:8 163:21
   194:18
wealth
   67:25
web
   205:1
website
   39:15 51:6
   52:7,12,14,
   20 56:10
   165:6,8
websites

60:20
Weekly
   133:22
weeks
   35:25 56:7,9
   200:14
Welch
   137:19,21
welcomed
   84:21 94:24
well-balanced
   30:14
well-to-do
   122:18
went
   9:2,24
   21:15,25
   66:1 98:12
   143:12
   197:10
western
   1:1 108:23
   112:9 113:23
   114:4 184:24
Westheimer
   2:10
WGS
   210:11 211:2
   212:11
whatsoever
   18:10
whiff
   125:2,21
   126:8
White
   31:2,4
widely
   14:18
wider
   158:6
widespread
   17:14 46:23
wife
   78:6
Wikipedia
   51:19 203:9,
   18,25 204:7

215:4,13
Wilde
   77:8
Willard
   198:8
   204:16,20
William
   165:23
willingly
   73:22
wing
   42:16 187:2
wisdom
   117:9
wiser
   154:9
witch
   80:18
withdraw
   107:18 163:7
   179:24
withdrawn
   175:4
withdrew
   161:10
withhold
   111:11
witness
   1:19 9:17
   20:25 21:4
   180:12,15,17
   220:12
woman
   7:2 9:11
   16:12 137:14
   151:20
   201:24
women
   7:6 16:11
   67:12,17,24
   70:3 78:10
   103:2 138:3
   141:25 148:7
   149:5 150:11
   151:12 159:7
   164:7
   210:11,13

women's
   200:3 210:18
Womens
   210:12
wonder
   98:14
word
   11:17,21
   48:17,19
   49:8 71:3
   92:23
   144:12,25
   145:1,15
   148:1 152:3
   166:21
   183:23
   184:14,17
   185:21,23
   190:20
   205:22
   214:9,11
   216:20
   217:1,3,4
wording
   46:18 51:2
words
   7:24 12:9
   78:11,13
   90:19 96:23,
   24 111:10
   147:13,23
   208:23
work
   12:15 14:4
   27:16 36:25
   37:16,20
   38:23 48:7,
   11 58:5
   74:17 84:2
   89:7 91:12
   132:24 136:7
   158:15,19
   178:23 199:8
   219:22,24
workers
   116:21 117:6
working
   53:7 182:2

Thomas Hubbard Vol II
May 25, 2021                                        63

workloads
  8:13,15
works
  87:22 209:1
world
  106:13 108:1
  110:11
  111:24
  115:2,7,8
  150:14
  154:12
  206:19
world's
  213:8 214:7,
  23
worried
  14:24 15:1
  36:8 149:22
  151:23
worse
  154:24,25
worth
  158:2 181:15
would've
  44:15 59:23
  96:16 133:9
  137:25
  171:12,24
  174:17
  175:12
  202:3,13,21
Wright
  1:19
write
  49:3 153:19
  177:19,24
  190:2
  219:12,17,19
writes
  204:15
writing
  44:20 67:16
  80:6 104:5
  178:1
  181:22,23
  208:18
  209:11

211:12
writings
  4:10 39:24
  50:2,4,13
  79:2 174:14
  176:21
  181:25
  189:21 202:6
written
  15:4 96:16
  158:19
  161:15
  178:12
wrong
  32:24 87:15
  186:23
  192:16
  213:15
wrote
  32:21 85:4
  96:15 156:7,
  10 170:13
  178:10,12
  179:2,14,17
  194:12
  198:13

───────────

───────────
          X
───────────

Xenophon
  87:12

───────────

───────────
          Y
───────────

Yarrow
  179:5,7
  180:22 181:6
Yarrow's
  4:9 180:21
  181:2
yeah
  12:22 15:25
  19:22 20:14,
  16,19 21:1,4
  23:15 30:5
  58:8 61:16
  62:4 69:10

77:19 88:9
93:17 99:16
109:11
116:19
117:23 122:8
131:6 132:5
146:16
148:23 152:7
162:1 171:8
180:5,17
188:23 189:1
195:21
205:13
213:6,12
214:3 218:13
220:13
year
  58:20 96:16
  114:10
  117:15,25
  133:17 144:2
  157:15,16
  163:5
years
  8:10 14:7
  52:21 55:15,
  23 57:6,16,
  20 58:1,15
  59:19,23
  64:18 65:22
  72:21 116:4,
  5 117:18
  121:10
  142:13
  156:22
  171:14 186:3
  196:4 197:13
York
  64:8 66:3
  165:17
young
  7:2 18:21
  55:8 61:3
  71:5 78:22
  81:21 86:5
  87:14 91:19
  92:3 93:15
  98:2,3 108:1

109:2 112:17
115:15
117:14
122:12
123:10
127:21
129:17 132:5
137:10 144:1
150:6 151:11
184:12
208:20
209:12,16
younger
  78:18 86:9
  97:20 104:20
  107:12
  109:16
  111:21 130:7
youngster
  105:13
youth
  34:1 82:22
  83:23,24
  106:7,8
  107:4,13
  108:8
youthful
  106:1
youths
  97:9 131:8

───────────

───────────
          Z
───────────

Zaramian
  21:20 204:14
zeal
  135:7 136:17
zero
  18:24 22:24
  65:20
Zinn
  80:6
zoological
  130:5
zoology
  130:20

**Zoom**
   1:18